UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -   Cr. No. <u>09-466(SLT)(S-3)</u>

JOAQUIN ARCHIVALDO GUZMAN LOERA,
   also known as "El Chapo," "El Rapido," "Chapo Guzman," "Shorty," "El Senor," "El Jefe," "Nana," "Apa," "Papa," "Inge" and "El Viejo," and
ISMAEL ZAMBADA GARCIA,
   also known as "El Mayo," "Mayo Zambada," "Doctor," "La Doc," "Doctora," "El Lic," "Mike" and "Mayo El Senor,

        Defendants.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Assistant United States Attorney Soumya Dayananda from this point forward will be added as counsel in the above-captioned matter.

    All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Soumya Dayananda
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel: (718) 254-7996
    Fax: (718) 254- 6128
    Email: Soumya.dayananda@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Soumya Dayananda at the email address set forth above.

Dated: Brooklyn, New York
March 31, 2016

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Soumya Dayananda
Soumya Dayananda
Assistant U.S. Attorney

cc: Clerk of the Court (SLT)