UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                          09 CR 466 (SLT)

JOAQUIN ARCHIVALDO GUZMAN and
ISMAEL ZAMBADA GARCIA,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Patricia E. Notopoulos from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Patricia E. Notopoulos
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, Fifth Floor
       Brooklyn, New York 11201
       Tel:  (718) 254-6354
       Fax:  (718) 254-6321
       Email: patricia.notopoulos@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Patricia E. Notopoulos at the email address set forth above.

Dated:   Brooklyn, New York
         April 7, 2016

                                         Respectfully submitted,

                                         ROBERT L. CAPERS
                                         United States Attorney

                                  By:    /s/ Patricia E. Notopoulos
                                         Patricia E. Notopoulos
                                         Assistant U.S. Attorney

cc:   Clerk of the Court (SLT)