# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   James Orenstein         DATE:   1/20/17

DOCKET NUMBER:   09CR466(BMC)         LOG #:   2:09 – 2:18    Courtroom 4B South

DEFENDANT'S NAME:   Joaquin Archivaldo Guzman Loera
√ Present   ___ Not Present   √ Custody   ___ Bail

DEFENSE COUNSEL:   Michelle Gelernt + Michael Schneider
√ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   Patricia Notopovlos         CLERK:   Felix Chin

INTERPRETER:   Maristela Verastegui   (Language)   Spanish

√ Defendant arraigned on the: ___ indictment  √ superseding indictment  ___ probation violation

√ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

√ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

√ Order of Excludable Delay/Speedy Trial entered. Start 1/20/17  Stop 2/3/17

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

√ Status conference set for 2/3/17 @ 9:30 before Judge Cogan

Other Rulings: _____