# EXHIBIT A

Office of Foreign Assets Control

# Timeline of OFAC designations against the Sinaloa Cartel
## Foreign Narcotics Kingpin Designation Act
## 2007-2014

**Sinaloa Cartel Leadership**



Joaquin GUZMAN LOERA
AKA: "El Chapo"
DOB: 25 Dec 1954
Named by the President: 1 Jun 2001



Ismael ZAMBADA GARCIA
AKA: "El Mayo"
DOB: 1 Jan 1948
Named by the President: 31 May 2002



Juan Jose ESPARRAGOZA MORENO
AKA: "El Azul"
DOB: 3 Feb 1949
Named by the President: 29 May 2003

**Sinaloa Cartel**
**Named by the President: 15 Apr 2009**

**Central American & Colombian Drug Trafficking Organizations (DTO) affiliated with the Sinaloa Cartel**

- Jose Miguel HANDAL PEREZ (Honduras)
- Marllory Dadiana CHACON ROSSELL (Guatemala)
- Waldemar LORENZANA LIMA (Guatemala)
- LOS CACHIROS (Honduras)
- Jorge Milton CIFUENTES VILLA (Colombia)
- John Angel ZABANEH (Belize)

