# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 2, 2017

**By Hand and Email**

U.S. Marshal Charles Dunne
Supervisory Deputy U.S. Marshal Peter Lee
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**RE**: <u>United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)</u>

Dear U.S. Marshal Dunn and Supervisory Deputy U.S. Marshal Lee:

    We have received notice from Assistant United States Attorney Andrea Goldbarg that officials from the Mexican Consulate intend to serve Mr. Guzman with documents tomorrow at 8:30 a.m. at the courthouse pens and request his signature. This letter serves as notice that we are asserting Mr. Guzman's right to counsel, and that no one is to be given access or the opportunity to speak with Mr. Guzman, or serve him with documents outside of our presence. We intend to meet with Mr. Guzman at 8:30am tomorrow morning immediately preceding his scheduled status conference. We thank you in advance for your cooperation in this matter.

Very truly yours,

/s/

Michael K. Schneider, Esq.
Michelle Gelernt, Esq.

cc:    Hon. Brian M. Cogan
        AUSA Andrea Goldbarg  (by ECF)
        Clerk of the Court (by ECF)
        Mr. Joaquin Guzman