**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AG:MPR
F# 2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-0466 (S-4) (BMC)

Dear Judge Cogan:

The government respectfully submits this letter in response to the Court's order dated March 21, 2017 granting the government's motion for a protective order. See Dkt. Entry No. 51. In accordance with that order, the government has modified the proposed protective order to designate firewall counsel for the government. The modified proposed order is enclosed herewith.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosure

cc: Michelle Gelernt, Esq. (counsel to defendant)
Michael Schneider, Esq. (counsel to defendant)
Edward Zas, Esq. (counsel to defendant)