# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Deirdre D. von Dornum*
Attorney-in-Charge

April 21, 2017

Ms. Patricia E. Notopoulos, Esq.
Ms. Andrea Goldbarg, Esq.
Mr. Michael Robotti, Esq.
Mr. Hiral D. Mehta, Esq.
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**RE**: **United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Dear Ms. Notopoulos, Ms. Goldbarg, Mr. Robotti and Mr. Mehta:

Please accept this letter in lieu of a formal motion for discovery.

We renew our request for documents related to the extradition of Mr. Guzman from Mexico, made at Mr. Guzman's arraignment before Magistrate Judge James Orenstein, and by letters dated January 26 and 31, 2017. We request that government provide:

1. The complete un-redacted copy of the waiver of the Rule of Specialty by the government of Mexico and all of the underlying documentation, including, but not limited to:

    a. any and all requests made by the United States government for such waiver, specifically including: diplomatic note 17-0245, official letter ASJ-02307 dated January 19, 2017 and official letter SJA/0031/2017 dated January 19, 2017; and

    b. any assurances given by the United States, or requested by the government of Mexico regarding possible punishment or Mr. Guzman's conditions of confinement after extradition.

2. We continue to request the initial request or requests for extradition made by the United States Department of State to the government of Mexico, requesting Mr. Guzman's extradition for charges pending in the Western

District of Texas under indictment 12-cr-849 and for charges pending in the Southern District of California under indictment 95-Cr-97, including:

a. the statement of the facts of the case;

b. the transcript of any grand jury proceedings underlying any charge or indictment presented to the government of Mexico;

c. the transcript of the grand jury proceedings which led to the indictment and all superseding indictments in this District;

d. the text of the legal provisions describing the essential elements of the offense;

e. the text of the legal provisions describing the punishment for the offense; Case 1:09-cr-00466-BMC Document 21 Filed 01/26/17 Page

f. the text of the legal provisions relating to the time limit on the prosecution or the execution of the punishment of the offense;

g. the facts and personal information of the person sought which permitted his identification and information concerning his location;

h. the certified copy of the warrant of arrest issued by a judge or other judicial officer of the United States; and

i. evidence which, in accordance with the laws of Mexico, would justify the apprehension and commitment for trial of the person sought if the offense had been committed there.

As of today's date the government has yet to provide the defendant with any of the documentation supporting his extradition to the Eastern District of New York other than a redacted copy of the purported waiver of the rule of specialty by the government of Mexico and a draft transcript of said waiver.

Thank you for your attention to this matter.

                                     Very truly yours,

                                              /s/

                                     Michael K. Schneider, Esq.
                                     Michelle Gelernt, Esq.

cc:    Clerk of the Court (by ECF)
        Mr. Joaquin Guzman