

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AG/PEN/MPR/HDM
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2017

By Hand and ECF

Michelle A. Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re:    United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order (see Dkt. No. 57). The government is also producing draft transcripts pursuant to the March 8, 2017 signed stipulation between the parties. This supplements discovery previously provided on March 8, 2017 and April 10, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

| Bates-stamped numbers | Description |
|---|---|
| 0000000695-0000001175 | One compact disc containing drug seizure photographs and laboratory reports. |
| 0000001176-0000003878 | One compact disc containing draft summaries of recorded communications. |

0000003879-0000003881

Three compact discs containing 1,491 recorded communications.


Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)