

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AG/MPR | *271 Cadman Plaza East* |
| F. #2009R01065 | *Brooklyn, New York 11201* |

August 11, 2017

<u>By Hand and ECF</u>

Michelle A. Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    <u>United States v. Joaquin Archivaldo Guzman Loera</u>
              <u>Criminal Docket No. 09-466 (S-4) (BMC)</u>

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. <u>See</u> Dkt. No. 57. The government is also producing draft transcripts pursuant to the March 8, 2017 signed stipulation between the parties. This supplements discovery previously provided on March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017 and July 21, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

I.    <u>The Government's Discovery</u>

| <u>Bates-stamped numbers</u> | <u>Description</u> |
|---|---|
| 0000008143 – 0000013551 | Documents related to drug and weapons seizures, including photographs, scientific reports, and drug ledgers; various applications and court orders; requests for legal assistance to foreign countries; ledgers |

| | |
|---|---|
| 0000013552 – 0000013606<br>0000013621 – 0000014251 | Wire and electronic interceptions and accompanying draft transcripts |
| 0000013607 – 0000013620 | Intentionally left blank |
| 0000014252 – 0000020920 | Recorded electronic communications, including communications of the defendant, and accompanying draft transcripts |
| 0000020921 – 0000029806 | Electronic interceptions, including communications of the defendant, and accompanying draft transcripts |
| 0000029807 – 0000030022 | Documents related to drug seizures, including photographs and scientific reports |
| 0000030023 – 0000030025 | Video of defendant |
| 0000030026 – 0000030867 | Wire and electronic interceptions and accompanying draft transcripts |

Additionally, on July 21, 2017, the government made available certain material at its office, specifically videos Bates-stamped number 0000008135 thru 0000008142. These

2

items have been included in this production pursuant to the written understanding between the parties dated August 8, 2017.

                Very truly yours,

                BRIDGET M. ROHDE
                ACTING UNITED STATES ATTORNEY
                Eastern District of New York
                271 Cadman Plaza East
                Brooklyn, New York 11201

                ARTHUR G. WYATT, CHIEF
                Narcotic and Dangerous Drug Section
                Criminal Division,
                U.S. Department of Justice

                OF COUNSEL:

                BENJAMIN J. GREENBERG
                ACTING UNITED STATES ATTORNEY
                Southern District of Florida

Enclosures

cc:  Clerk of the Court (BMC) (by ECF) (without enclosures)