**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOAQUIN ARCHIVALDO** | : | **Criminal No. 09-466 (S-4) (BMC)** |
| **GUZMAN LOERA,** | : | |
| | : | |
| | : | |
| *Defendant.* | : | |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

I am admitted to practice in this court and I appear as counsel for JOAQUÍN

ARCHIVALDO GUZMÁN LOERA.

**Dated**: Washington, DC
September 3, 2017

Respectfully submitted,

**BALAREZO LAW**

By: _____
A. Eduardo Balarezo, Esq.
EDNY Bar No. AB7088
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. 202-639-0999
Fax. 202-639-0899
aeb@balarezolaw.com