**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 12, 2017

By ECF

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Mann:

The government respectfully submits the attached declaration pursuant to the Court's August 29, 2017 Order in which it requested that the government file an updated declaration from an employee of the Metropolitan Correctional Center ("MCC") concerning any modifications that have been made to conditions at MCC.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Eduardo Balarezo, Esq.
Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

Clerk of the Court (RLM) (by ECF)