GMP/MPR/AG
F. #2009R01065

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

- against -

JOAQUIN ARCHIVALDO GUZMAN LOERA, also known as "El Chapo," "El Rapido," "Chapo Guzman," "Shorty," "El Senor," "El Jefe," "Nana," "Apa," "Papa," "Inge" and "El Viejo,"

Defendant.

-------------------------------X

DECLARATION OF [redacted]

Criminal Docket No. 09-466 (S-4)(BMC)

I, [redacted] declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that to the best of my knowledge and based in part on my review of relevant records:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP") as a [redacted] in the Metropolitan Correctional Center in New York, New York ("MCC"). I have been employed by the BOP [redacted] I have held the position of [redacted] with the BOP [redacted], and I have been a [redacted] at the MCC since January 2016.

2. As part of my duties as a [redacted], I am responsible for overseeing and resolving various issues relating to security matters at the MCC, including but not limited to [redacted] serving as resident expert on all custodial and security questions arising at the institution, and making sound decisions in emergency situations. In the course of my duties, I have gained familiarity with the operations

of the MCC, including, among other things, applicable policies and procedures concerning inmates housed under Special Administrative Measures ("SAMs") and the conditions of confinement thereof at the MCC.

3. Inmate Joaquin Archivaldo Guzman Loera (the "defendant") has been in BOP custody, housed at the MCC, since January 19, 2017. Starting on his first day of incarceration at the MCC, the defendant was placed in the MCC's SAMs unit on 10 South, a non-punitive form of separation from the MCC's general population that is used when the presence of the inmate within the general population would pose a serious threat to life, property, staff or other inmates, or to the security or orderly operation of the institution.

4. On February 2, 2017, the Acting Attorney General of the United States directed the BOP to implement specified SAMs to restrict the defendant's access to the mail, the media, the telephone and visitors. The BOP implemented the SAMs that same day.

5. The area on 10 South reserved for legal visits is a divided attorney visiting room ("attorney visiting room"), with an area for attorneys on one side, and a screened-off set of individual cells for SAMs inmates on the other side. Since the defendant has been housed in 10 South, the MCC has made several modifications to the space to make it easier for the defendant to review discovery with his counsel.

6. Since June 2, 2017, the attorney visiting room was modified to include the following: (1) a fold-down table in the inmate side of the attorney visiting room; (2) mounted shelves that face the inmate side of the attorney visiting room and allow the speakers to project sound directly through the screen between the inmate and attorney sides of the attorney visiting

room; and (3) a rolling cart on which the computer and screens that had been in the attorney visiting room were mounted.

Dated: New York, New York
September 13, 2017

[redacted]