

**BALAREZO LAW**
CRIMINAL DEFENSE

400 Seventh St. NW Suite 306
Washington, DC 20004
T(202)639-0999
F(202)639-0899
www.balarezolaw.com

September 20, 2017

The Honorable Brian M. Cogan
United States District Judge
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *United States v. Joaquín Archivaldo Guzmán Loera*
              Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

      The Federal Defenders of New York ("FD") recently filed a letter *Seeking to Provide Private Counsel with Documents and Filings* (Doc. 130).  The FD cites the Court's September 12, 2017 Order (Doc. 129) concerning the dissemination of certain case-related material for its need to seek Court approval to disclose to undersigned counsel "copies of the extradition petitions from the Western District of Texas and the Southern District of California, as well as all other publicly available or independently obtained documents defense counsel has received during the course of its representation of Mr. Guzman."  (Doc. 130).  The FD also seeks authorization to disclose to counsel "unredacted copies of all docketed filings, including those currently under seal." *Id.*

      Undersigned entered his appearance as private counsel on September 3, 2017 (Doc 125) and is entitled access to all filings and material relevant to Mr. Guzmán's defense.  As such, counsel respectfully requests that this Honorable Court authorize and direct the FD's office to forthwith produce its case file to counsel.  With trial scheduled to begin in April 2018, counsel requires the requested material to be able to prepare for trial and to zealously represent Mr. Guzmán.

      Thank you in advance for your consideration of this request.

                                    Sincerely,

                                    A. Eduardo Balarezo
                                    *Counsel for Joaquín Guzmán Loera*