

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GMP:MPR  
F. #2009R01065

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

October 17, 2017

By Hand and ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C.

      Re:    United States v. Joaquin Archivaldo Guzman Loera
               Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

        Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the September 12, 2017 signed stipulation between the parties. This supplements discovery previously provided to the defense on March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, and September 19, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| Bates-stamped numbers | Description |
|---|---|
| 00000054089 – 00000057194 | Documents related to intercepted wire communications and drug, weapon and money seizures, including photographs and scientific reports |

| | |
|---|---|
| 00000057195 – 00000066098 | Documents related to drug seizures, including photographs, scientific reports, and drug ledgers; intercepted electronic communications and accompanying draft translations |
| 00000066099 – 00000089134 | Intercepted electronic communications and accompanying draft translations |
| 00000089135 – 00000091531 | Documents related to intercepted wire and electronic communications |
| 00000091532 – 00000091540 | Photographs of the defendant |
| 00000091541 – 00000091777 | Documents related to drug, weapon and money seizures, including photographs and scientific reports |
| 00000091778 – 00000091791 | Documents received from the Department of State |
| 00000091792 – 00000091824 | Documents related to drug seizures, including photographs and scientific reports |
| 00000091825 – 00000091827 | Letter from the defendant |

| | |
|---|---|
| 00000091828 | Drug ledger |
| 00000091829 | Intercepted wire communications |

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)