# Cynthia A. Munro, Ph.D., ABPP(CN)

CLINICAL NEUROPSYCHOLOGY

5300 ALPHA COMMONS, 4TH FLOOR
BALTIMORE, MD 21224
(410) 900-7958
CMUNRO@JHMI.EDU

Eduardo Balarezo, Esq.
Balarezo Law
400 Seventh St., NW Suite 306
Washington, DC 20004

November 1, 2017

Dear Mr. Balarezo,

As you requested, I am writing to specify the minimum conditions that would be required in order for me to obtain a valid evaluation of your client Mr. Joaquín Guzmán. I will also describe the materials that I will need to bring into the facility in order to conduct my examination of him.

First, I would ideally need to have a contact visit with Mr. Guzmán to facilitate my ability to establish the rapport that will encourage him to disclose sensitive personal information, but I understand that this will not be permitted. I can therefore conduct my interview with him under the permitted conditions, and then determine whether these condition will be sufficient for me to elicit the necessary information to develop my clinical impressions and diagnostic formulation. Second, I will need to give Mr. Guzmán test materials and demonstrate how to use various stimuli that he will need to manipulate in order to complete some of the tests. These materials and stimuli will include a pencil, papers (questionnaires and test forms), and test booklets with pictures on them. Third, I will need for Mr. Guzmán to have free use of his hands (that is, not have them shackled) so that he can perform some of the timed tests with each hand. Fourth, Mr. Guzmán will need to be permitted to wear any corrective lenses (contact lenses, eyeglasses) if he has them, and to wear a hearing aid should he own one. Fifth, Mr. Guzmán will need to be able to have water to drink and access to tissues should he need them. Sixth, I will need to have an interpreter who can translate English to and from Spanish. Finally, I will need to evaluate Mr. Guzmán in a private, quiet room with no one else present except for the interpreter.

Thank you for requesting these accommodations so that I can obtain a valid evaluation your client. Please feel free to contact me with any questions.

Sincerely,

Cynthia A. Munro, Ph.D.

Cynthia A. Munro, Ph.D., ABPP(CN)
Board Certified in Clinical Neuropsychology