

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP: MPR                                        *271 Cadman Plaza East*
F. #2009R01065                                  *Brooklyn, New York 11201*

December 26, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Joaquin Archivaldo Guzman Loera
       Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government respectfully submits this letter in response to the defendant Joaquin Archivaldo Guzman Loera's (the "defendant") motion to continue trial. See Dkt. No. 180. In his motion, the defendant correctly states the government's position that it does not oppose a continuance of the trial date, which is currently scheduled for April 16, 2018, until a date in June 2018. See id. at 5. As for the defendant's request to continue the trial to a date in

August or September 2018, <u>see</u> <u>id.</u>, the government takes no position and defers to the court's discretion.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

cc:     A. Eduardo Balarezo, Esq. (counsel to defendant) (via ECF)
        William B. Purpura, Esq. (counsel to defendant) (via ECF)