BALAREZO LAW
CRIMINAL DEFENSE

January 6, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

Pursuant to the Court's Order of December 27, 2017, granting in part Defendant's Motion to Modify Protective Order, I hereby submit a revised Protective Order reflecting the requested modification. The modification is contained in the last paragraph of section 1 and reads:

> This Protected Discovery will not be copied or disseminated to anyone other than the defendant Joaquin Archivaldo Guzman Loera (the "defendant"), Defense Counsel or Defense Counsel's Team (as defined below), and must remain in the custody of the Defense Counsel or Defense Counsel's paralegals at all times. The paralegals shall be identified to the government. The procedure for handling the Protected Discovery by the paralegals is as follows: i) the Protected Discovery will be kept on a password protected external hard drive; ii) the Protected Discovery drive will be kept secure in Defense Counsel's New York office; iii) the paralegals will maintain the discovery only at Defense Counsel's office and will not remove it from the premises except to transport it to the MCC to review the discovery with the Defendant; iv) once their visit with the Defendant is complete, the paralegals will return the drive and secure it at Defense Counsel's office.

I note that the Court's initial Protective Order (D.E. 57) states that the Protective Order is "Stipulated and Agreed" by the parties.[1] Because the Court issued the Order before I entered this matter, I obviously abide by it. However, I did not stipulate to it and note the same objections made by my predecessor counsel. Additionally, with respect to the revised Protective Order, I do not stipulate to it but will abide by the Order issued by the Court. In sum, the record should reflect that I do not stipulate to the conditions of the Protective Order and that the Order is issued by the Court over defense objections.

[1] The defense understands that Mr. Guzmán did not personally stipulate or agree to the initial Protective Order.

400 Seventh Street NW  Ste 306  Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
TEL 202.639.0999
FAX 202.639.0899
EMAIL AEB@BALAREZOLAW.COM
WEB WWW.BALAREZOLAW.COM

For the reasons stated in Defendant's Motion to Modify Protective Order (D.E. 172), Mr. Guzmán respectfully requests that the proposed language be included in the Protective Order.

Thank you in advance for your consideration of this request.

Respectfully yours,

A. Eduardo Balarezo, Esq.
*Counsel for Joaquín Guzmán Loera*

cc: the Parties via ECF