

February 15, 2018

The Honorable Brian M. Cogan
United States District Judge
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:   *United States v. Joaquín Archivaldo Guzmán Loera*
              Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

      As requested by the Court and in anticipation of the next status conference, Mr. Guzmán respectfully submits his statement to the Court for its consideration.

      Respectfully submitted,

      **BALAREZO LAW**

      By: _____
      A. Eduardo Balarezo, Esq.
      Bar # AB7088
      400 Seventh Street, NW
      Suite 306
      Washington, DC  20004
      Tel: (202) 639-0999
      Fax: (202) 639-0899
      E-mail: aeb@balarezolaw.com

      *Counsel for Joaquín Guzmán Loera*

cc:  the Parties via ECF

400 Seventh Street NW   Ste 306   Washington, DC 20004

A. Eduardo Balarezo, Esq.   tel 202.639.0999   email aeb@balarezolaw.com
Admitted in DC, NY & MD    fax 202.639.0899   web www.balarezolaw.com