**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:PEN:MR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2018

By ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman-Loera
Criminal Docket No. 09-466 (BMC)

Dear Judge Cogan:

The government respectfully submits this letter in response to the Court's order dated March 13, 2018 ("March 13 Order"), denying the government's motion to redact portions of a statement made by the defendant and attached as Exhibit 1 to the defendant's February 15, 2018 letter, see Dkt. No. 194 at 2-6. Pursuant to the Court's March 13 Order, the government attaches as Exhibit A an unredacted version of Exhibit 1.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Eduardo Balarezo, Esq.
William Purpura, Esq.