# **EXHIBIT 1**

Text of Joaquín Guzmán Loera's statement to Judge Cogan (translated from the Spanish original)

Judge Cogan

I, Joaquin Guzman-Loera, want to explain to you the problems that I have regarding my case:

- Due to the rules that you authorized, I find it impossible to mount my defense in a case that you yourself said is very complex.

- Due to the rules you authorized, I have not had contact with my wife for 13 months, either in person, on the phone or by letter. It has never been explained to me why that contact is not allowed. Six months ago I wrote her a letter and, as far as I know, she has not received the letter. Because of the imposibility of contact, she has not been able to help me get the funds to pay my lawyers.

- You authorized personal visits with my sister, but after a one-hour visit, which was monitored, the united states government revoked her visa. She can no longer enter this country.

- You authorized phone calls with my sister and mother but they do not have the ability to pay the lawyers. Because the rules forbid me to give them instructions on how to get funds for my lawyers, they can not resolve the problem.

- I have had some visits with my little girls who are 6 years old, but obviously they can not resolve the problems. I cannot even send my family greetings with them. When I told them to say hello to their mother, the agents who monitored the visit stopped it to scold me about passing messages.

- Only my current legal team can visit me, but the rules do not allow them to pass messages to my family with instructions on how to obtain the fees.

- The conditions that you authorized have greatly hurt me because I cannot build my defense with the teams of lawyers that I chose.

- With luck and much effort, my family was able to make the first payment to Attorney Balarezo, but because of the rules I could not get the rest. The people who helped me make that first payment cannot do more.

- At this moment Attorney Balarezo is doing the best he can with what he has. But my agreement with him included more resources to be able to defend myself. Not only his fees, but also for the necessary expenses.

  Because I do not have access to the necessary resources, my case is affected because I do not have the full team of lawyers that I selected. To this day, my defense is not complete due to lack of resources.

- Some articles that were published last week have said that my family does not want to pay the fees in part because they do not know what I want to do. I want to make it clear - I want

my family to know that I want to go to trial. I do not have any intention to cooperate or to plead guilty. I also want them to do what they can to pay the attorney fees. The problem is that without instructions from me, they cannot do it.

Judge Cogan, I ask that you please modify the rules to allow me to speak with my wife face-to-face to resolve this situation. If not, my trial will be a farce.

I also want to explain to you that the rules you authorized are affecting me physically, mentally, and emotionally.

- I suffer from headaches every day.
- I vomit almost every day.
- They have not fixed two teeth and they are very painful.
- I have not seen the sun or breathed fresh air for 13 months in your country.
- The air I breathe comes through a duct in my cell and it is very dry - my throat and sinuses constantly hurt.
- The light in my cell is on all hours of the day and it is dificult for me to sleep.
- If it's not too cold, it's too hot.
- I am not even allowed to buy the same things that other prisoners can.

- Because of the conditions and how they have affected me, I cannot focus to study the evidence in my case. I can not concentrate to help my defense. It is clear that the conditions have hurt me a lot. It is torture 24 hours a day.

Judge Cogan, I ask you to please authorize some medication to help me relax and focus so I can help my defense.

Finally, the decisions you have made about the motions are based on evidence that I do not have the opportunity to refute and that is not fair. I am not going to see important evidence until very close to trial and I will not have the ability to defend myself against it.

I thought that the American justice system was at least going to give me the opportunity to defend myself. But now I see that that is not the truth. All I ask for is a fair trial.

/s Joaquín Guzmán Loera

**Text of Joaquin Guzman Loera's statement to Judge Cogan (transcribed as spoken by Mr. Guzman in Spanish)**

Señor Juez,

Yo, Joaquin Guzman-Loera, quiero exponerle olos problemas que tengo con respecto a mi proceso:

- Debido a las reglas que usted autorizó, se me hace imposible montar mi defensa en este caso que usted mismo a dicho es muy complejo.

- Debido a las reglas que usted autorizó, no he tenido contacto con mi esposa por 13 meses. Ni en persona, ni por teléfono ni por carta. Nunca me han explicado por qué no permiten ese contacto. Hace 6 meses le escribí una carta, y hasta que yo sepa, ella no ha recibido la carta. Por esa imposibilidad de contacto, ella no me ha podido ayudar a conseguir los fondos para pagar a mis abogados.

- Me autorizó visitas personales con mi hermana. Pero después de una visita de una hora, que fue monitoreada, el gobierno de los estados unidos le revocó la visa. Entonces ella ya no puede entrar a este país.

- Me autorizó llamadas telefónicas con mi hermana y mama pero ellas no tienen la capacidad de pagar a los abogados. Porque las reglas me prohíben darle instrucciones sobre cómo conseguir fondos para mis abogados, ellas no pueden solucionar el problema.

- He tenido unas visitas con mis niñas quienes tienes 6 anos, pero es obvio que ellas no pueden solucionar ese problema. Ni siquiera puedo mandar saludos a mi familia con ellas. Cuando les dije que saluden a su mama, los agentes que monitorearon la visita la pararon para regañarme por pasar mensajes.

- Solo mi actual equipo legal me puede visitar, pero las reglas no les permiten pasar mensajes a mi familia con instrucciones de cómo obtener los honorarios.

- Las condiciones que usted autorizó me han dañado mucho porque no puedo armar mi defensa con los abogados que yo seleccioné.

- Con suerte y mucho esfuerzo, mi familia pudo hacer el primer pago al Lic. Balarezo, pero por las reglas no he podido conseguir lo demás. Las personas que me ayudaron hacer ese primer pago ya no pueden más.

- En este momento el Lic. Balarezo está haciendo lo mejor que puede con lo que tiene. Pero mi acuerdo con el contemplaba más recursos para poder defenderme. No solo sus honorarios, pero también para los gastos necesarios.

  Porque no tengo acceso a los necesarios recursos, mi proceso está afectado porque no puedo formar al equipo completo de abogados que yo seleccioné. Hasta el día de hoy, mi defensa no está completa por falta de los recursos.

- Unos artículos que se publicaron la semana pasada han dicho que mi familia no quiere pagar los honorarios en parte porque no saben de mi qué es lo que yo quiero hacer. Deseo dejar eso en claro — quiero que todos sepan que yo quiero ir a juicio. No tengo intención de colaborar ni declararme culpable. También quiero que hagan lo posible para pagar los honorarios de mis abogados. El problema es que sin instrucciones de mí no pueden hacerlo.

- Señor Juez, le pido por favor que modifique las reglas para permitir hablar con mi esposa cara-a-cara para solucionar esta situación. Sino, mi juicio será una farsa.

  También quiero exponerle que las reglas que usted autorizó me están afectando físicamente, mentalmente, y emocionalmente.

- Sufro de dolores de cabeza todos los días.
- Vomito casi todos los días.
- No me han arreglado dos muelas y me duelen mucho.
- No me ha pegado el sol ni aire fresco durante 13 meses en su país.
- El aire que respiro viene a través de un ducto en la celda y es muy seco – me duela la garganta y los senos nasales.
- La luz en mi celda está encendida todas las horas del día y se me hace difícil dormir.
- Si no está muy frio, hace demasiado calor.
- No me permiten comprar las mismas cosas que pueden los otros presos.

- Por las condiciones y como me han afectado, no puedo enfocar para estudiar la evidencia en mi caso. No puedo concentrar para ayudar a mi defensa. Es claro que las condiciones me han dañado bastante. Es una tortura de 24 horas cada día.

  Señor Juez, le pido que por favor autoricen algún medicamento para relajarme y enfocarme para ayudar a mi defensa.

  Por final, los decisiones que usted ha tomado sobre las mociones son basadas en evidencia que no tengo la oportunidad refutar y eso no es justo. No voy a recibir importantes pruebas hasta muy cerca al juicio y no voy a poder defenderme. Yo pensé

que la justicia estadounidense por lo mínimo me iba a dar la oportunidad de defenderme. Pero ahora veo que eso no es la verdad. Lo único que pido es un juicio justo.

/s Joaquín Guzmán Loera