**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/AJN
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 5, 2018

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government and the defendant respectfully submit the attached joint proposed jury questionnaire, pursuant to the Court's instructions at the status conference on February 15, 2018, and the Court's order on March 26, 2018. See Dkt. No. 206. The parties have conferred and agree with respect to all of the questions included in the parties' proposed jury questionnaire (attached hereto as Exhibit A). The parties disagree, however, with regard to the proposed jury questionnaire's introductory language. To identify the language over

which the parties disagree, the government's proposed language is highlighted in yellow and the defense's proposed language is highlighted in blue.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

COUNSEL FOR DEFENDANT
A. Eduardo Balarezo, Esq.
William Purpura, Esq.

.

cc: Clerk of the Court (BMC) (by ECF)