UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
UNITED STATES OF AMERICA

v. 09 CR 466 (S-4) (BMC)

JOAQUIN ARCHIVALDO GUZMAN LOERA,

Defendant.
-------------------------------------------------------------X

**THE HONORABLE BRIAN M. COGAN**
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

**THIS PAGE IS THE QUESTIONNAIRE COVER SHEET.**

**PLEASE TEAR OFF THIS PAGE AND TAKE IT WITH YOU**

**After you are excused today, please CALL the following telephone number on XX-XX-XXXX after __:__ p.m. Upon calling, you will receive instructions about the date on which you are to report back to court. It is extremely important that you know the juror number written on the top of this form when you make your call. Thank you.**

Phone number: 1-800-522-5100

Date to call:

Time to call:

**UNITED STATES v. JOAQUIN ARCHIVALDO GUZMAN LOERA**

**JUROR QUESTIONNAIRE**

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE**

**Please print the following information.**

Name:

Home Address:

Home Phone:

Job Title & Department:

Business Address:

Cellular Telephone:

I hereby certify under penalty of perjury that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.

SIGNATURE____________________________

Date:

**United States v. JOAQUIN ARCHIVALDO GUZMAN LOERA**

**CONFIDENTIAL JUROR QUESTIONNAIRE INSTRUCTIONS**

TO THE PROSPECTIVE JUROR:

Welcome to the courthouse and thank you for participating in jury service. This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions that follow. All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams, including the defendant.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no "right" or "wrong" answers to these questions; just be candid and truthful.

Please answer each question by placing a check next to the correct response and by providing the information requested. Please take your time and answer each question as fully as possible. Answer all questions. If a question does not apply to you, fill in the space with an "N/A" for "not applicable." Do not leave any answer blank. Write in dark ink and as legibly as possible. Please do not write on the back of any page. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

The Court is following the practice used in other cases in the federal courts of keeping the identities of the jurors confidential. The answers to the questions on page 1 will be disclosed to court personnel only and will not be made available to the prosecutors, the defendant, or the defendant's attorneys. What that means is that no one, not the media, the public, the parties to the case, the lawyers, or anyone else other than the Clerk of the Court will have any of the identifying information about you that you have provided on page 2.

The reason for this is that this case is likely to attract attention in the media and among the public and others. The Court wishes to make sure that jurors will not be subjected to prying as to their personal affairs and will not be exposed to opinions, inquiries, comments, or suggestions by anyone that might improperly influence them in any way or affect their ability to sit as fair and impartial jurors in this case. **On the remaining pages of the questionnaire, please do not provide any specific names or addresses or any information that may identify you or members of your family.**

The Court directs that you shall not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else. It is important that the answers you provide are yours and yours alone. From this point forward, the Court further directs you not to read or listen to any news about this case including all media sources such as TV, radio, newspaper, on-line sites, blogs, social media, Google searches, etc. You are not to discuss this case with anyone, including your family. You are directed not to research this case or the people involved: do not research any of the facts presented in this questionnaire, any prior court proceedings, the victims, the defendant, the lawyers and/or the Judge through any resource including the internet, media publications or any other source of information.

Jury service is one of the most important duties a citizen can be called on to perform. You

will be fulfilling your civic duty by responding completely and honestly during jury selection. Your participation and cooperation in this process is greatly appreciated.

______________________________

**THE HONORABLE BRIAN M. COGAN**
UNITED STATES DISTRICT COURT JUDGE

**United States v. JOAQUIN ARCHIVALDO GUZMAN LOERA,**

**also known as “El Chapo,” “El Rapido,” “Chapo Guzman,” “Shorty,” “El Senor,” E’ Jefe,” “Nana,” “Apa,” “Papa,” “Inge,” and “El Viejo”**

**Cr. No. 09-466 (S-4) (BMC)**

**JUROR QUESTIONNAIRE**

This questionnaire is designed to help simplify and expedite the jury selection process. You must give true and complete answers to all questions. Although some of the questions may appear to be of a personal nature, please understand that these questions will help the parties and the Court select a fair and impartial jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

The defendant Joaquin Archivaldo Guzman Loera is charged with leading what is called a Continuing Criminal Enterprise (“CCE”), in violation of Title 21, United States Code, Sections 848(a), 848(b) and 848(c), for his alleged role as the leader of a drug trafficking organization known as the Sinaloa Cartel. Mr. Guzman Loera is also charged with participating in international cocaine, heroin, methamphetamine and marijuana manufacture and distribution conspiracy; cocaine importation conspiracy; cocaine distribution conspiracy; international cocaine distribution; unlawful use of firearms; and money laundering conspiracy. This is just a summary of the charges to give you some background on the case. The court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

**INSTRUCTIONS**

TO THE PROSPECTIVE JUROR:

This juror questionnaire will be used as part of the process of selecting a jury in a federal criminal case. The indictment in this case charges that from approximately 1989 through 2014, Joaquin Archivaldo Guzman Loera was associated with an enterprise known as the "Sinaloa Cartel." It is alleged that Mr. Guzman was a leader of the Sinaloa Cartel. Mr. Guzman is also charged with international cocaine, heroin, methamphetamine and marijuana manufacture and distribution conspiracy; cocaine importation conspiracy; cocaine distribution conspiracy; international cocaine distribution; possession of firearms in relation to drug trafficking; and money laundering conspiracy. The specific charges are outlined in the indictment. An indictment listing the criminal charges against a defendant is simply the document used to advise a defendant of the accusations against him. The indictment is not evidence.

The fact that the grand jury made these charges does not mean that Mr. Guzman is guilty. Indeed, Mr. Guzman is presumed innocent, and that presumption continues throughout the trial. It will be up to the jury to determine at the close of the trial, after listening to all the evidence, whether or not Mr. Guzman is guilty. A guilty verdict can be handed down by the jury only if the jury decides – unanimously – that the government has proven Mr. Guzman's guilt beyond a reasonable doubt.

It is important to ensure that the jury will in no way be influenced by the public, by any member of the media and their articles or reports. To protect your rights of privacy and to assist you in discharging your responsibility as jurors fairly and impartially, you are part of an anonymous group of potential jurors. This means that although your identity is known to limited members of the staff of the Clerk of the Court, your name and address have not been and will not be disclosed to the judge, to the attorneys for the government or the attorneys for the Mr. Guzman. For this reason, do not write your name anywhere on this questionnaire except on the second page, the signature page, which will be returned to the staff of the Clerk of the Court and kept in confidence under seal, and not accessible to the public or the news media It is not uncommon for the Court to follow this procedure in cases that present a high public interest. You will be identified by your Juror Number, which will [be preprinted/you will write] on every page of the questionnaire and your signature page.

From this point forward, you are directed not to read or listen to any news about the case including all media sources such as television, radio, newspaper, on-line sites, blogs, social media, google searches etc. You are not to discuss this case with anyone, including your family. You are also directed not to research this case or the people involved – including any of the facts alleged in this questionnaire, Mr. Guzman, the lawyers and the judge through any resource including the internet, media publications or other sources of information.

This questionnaire is an important part of the process of selecting the jury that will eventually hear this case. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions which follow. It is important that the answers you provide on the questionnaire are yours and yours alone. Do not discuss this questionnaire or your answers, with friends, family or co-workers, court personnel or anyone else.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. Of course, this is also true of prospective jurors. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no right or wrong answers to these questions.

Please take your time and answer each question fully. If you need extra space, you may continue your answer at the end of the questionnaire. Please do not write on the back of any page. If you do not understand a question, please note that on the question and leave it blank. You will be given an opportunity at a later time to answer that question. If there is a question or topic that you prefer to discuss privately, please indicate "private" next to the question. All of the information you provide will be kept confidential and only viewed by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Please write in dark ink and as legibly as possible. Please write your juror number on the bottom of each page where indicated [IF NOT PREPRINTED]. Jury service is one of the most important duties a citizen can be called upon to perform. You will be fulfilling your civic duty by responding completely and honestly during jury selection.

Your participation and cooperation in this process is greatly appreciated.

______________________________________
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT COURT JUDGE

**BACKGROUND INFORMATION**

1. What is your current age?________________

2. Are you [ ] Male or [ ] Female

3. Where do you currently live? Borough/County:_______________ Neighborhood:__________________

4. How long have you lived there? __________________________________________________________

5. Where did you live before that? __________________________________________________________

6. How long did you live there? ____________________________________________________________

7. Where were you born?__________________________________________________________________

8. Where were your parents born? ___________________________________________________________

9. Where were you raised? _________________________________________________________________

10. Where else have you lived (please include neighborhoods and any foreign countries)?_______________

_________________________________________________________________________________

_________________________________________________________________________________

11. Regarding your residence:

(a) Do you [ ] Rent [ ] Own

(b) Without naming names, with whom do you live (relationship status only)?

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

(c) Is your home a:

[ ] House [ ] Townhouse

[ ] Apartment/Condo [ ] Mobile Home

[ ] Other (please explain) ______________________

(d) Is the area where you live:

[ ] Urban [ ] Suburban [ ] Rural

12. Are you currently: **(Please check all that apply)**

__ Employed *full time*
__ Employed *part time*
__ Employed *more than one job*
__Self employed

__ A homemaker
__ Retired
__ A student

__ Unemployed *looking for work*
__ Unemployed *not looking for work*
__ Disabled

13. If you are currently a student, what is your area of study? ____________________________________

14. If you are employed, describe your current occupation and job duties.

**Do NOT list name or location of employment. If you are currently retired or otherwise without a job, please write that and then complete information below for your *last job*.**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

(a) Check the following category that best describes your current (or immediate past) employer:

[ ] Private, for profit

[ ] Private, non-profit

[ ] Federal government department/ agency

[ ] State government department/agency

[ ] County government department/agency

[ ] City or local government department/agency

[ ] Other:

(b) How long have you held your current job? ____________________

15. What other types of jobs have you held throughout your life?

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

16. In your work, have you ever managed, directed or supervised others? [ ] YES [ ] NO

(a) If YES, how many people have you managed, directed or supervised?____________________

(b) If YES, how long have you been a supervisor? ____________________

17. How far did you go in school (list any degrees or certificates)?

______________________________________________________________________

18. If you attended college or graduate school, what did you study?

______________________________________________________________________

19. Do you have plans to attend school in the future?

[ ] YES [ ] NO

If YES, what are those plans and what will you study?

______________________________________________________________________

______________________________________________________________________

20. Other than English, what languages do you speak, read, or understand?

______________________________________________________________________

21. Some evidence and testimony in this case will be in Spanish. If you speak Spanish, would you have any difficulty relying solely on a court-certified translator's translation of that language?

[ ] YES [ ] NO

If YES, please explain: ______________________________________________

22. Have you, a family member or anyone close to you, ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?

[ ] YES [ ] NO

(a) Please complete for each person:

| **Person (relation; NO name)** | **Branch** | **Highest Rank** | **Training / Duties** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

(b) Did you attend any special schools or receive special training? [ ] YES [ ] NO

(c) Have you ever served in the Military Police or on a Court martial? [ ] YES [ ] NO

(d) Have you ever served in combat? [ ] YES [ ] NO

(e) Did you receive any medals, honors or commendations? [ ] YES [ ] NO

(f) Are you currently in active service in the Armed Forces? [ ] YES [ ] NO

If YES to any of the above, please explain:

23. Have you, or any close family members, ever been self-employed or owned your own business?

[ ] YES (you) [ ] YES (family) [ ] NO Without listing names of any people or businesses, describe the kind of business, what person owned it, and for how long?

24. In your personal life, what special skills, hobbies and/or interests do you have, including foreign travel?

25. What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with (e.g., PTA, Kiwanis, Rotary Club, American Legion, NRA, VFW, Masons, Knights of Columbus, political actions committees, etc.) Please identify the organization.

26. Do you attend any church, synagogue, mosque, temple, or do you participate in any other religious organization? [ ] YES [ ] NO

27. Do you have any moral, religious or ethical beliefs that prevent you from sitting in judgment of another person? [ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________

______________________________________________________________________

28. Have you, a family member or anyone close to you, ever served or run for any elected federal, state, or local political office (e.g., congress, state representative, selectman, school board, city council, mayor, etc.)?

[ ] YES (you) [ ] YES (family/friend) [ ] NO

29. What is your current relationship status:______________________________________________

30. Please describe your spouse's/partner's/significant other's occupation, job duties, and highest level of education. Please do NOT list his/her place of employment.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

31. Do you have any children? [ ] YES [ ] NO If YES, please list the following for each: *(Please include children you are currently raising or have ever raised even if they are not your biological children.)*

| MINOR or OVER 18? | CHILD LIVING WITH YOU? Yes or No | HIGHEST LEVEL OF EDUCATION | TYPE OF OCCUPATION/LEVEL IN SCHOOL (**Do NOT list names of employers or schools**) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## MEDIA AND THE INTERNET

32. What publicly known person do you most admire and why?________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

33. What publicly known person do you least admire and why?________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

34. How often do you make it a point to follow the news?

[ ] Every day [ ] Almost every day [ ] Several times a week [ ] Several times a month [ ] Never

35. Which sources do you regularly rely on for news?

[ ] Television [ ] Newspapers [ ] Radio [ ] Internet [ ] Magazines [ ] Personal conversations

[ ] Other (list other sources):

_______________________________________________________________________________

36. Please list the names of your regular news sources *(ex: Wall Street Journal, NY Times, NY Post, CNN, Fox News, Univision, etc.)*:_____________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

37. Have you ever called in to a radio talk show, written a letter to the editor, participated in any web-blogs or chat rooms on the internet or posted a comment on-line?

[ ] YES [ ] NO

(a) If YES, what type:

[ ] Radio Caller [ ] Editorial

[ ] Blog/Chat Room [ ] Posted Comment

(b) If YES, what topics have you addressed?

______________________________________________________________________________

______________________________________________________________________________

38. What magazines or journals do you subscribe to?

______________________________________________________________________________

______________________________________________________________________________

39. What is your favorite book and why?_______________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

40. What are your favorite television shows?____________________________________________

______________________________________________________________________________

_________________________________________________________________

41. Do you watch any television programs or read any books about crime, including shows about drug trafficking or drug cartels, the criminal justice system or correctional institutions (e.g., jails, prisons or penitentiaries)? [ ] YES [ ] NO If YES, please list them: ______________________________

______________________________________________________________________________

______________________________________________________________________

_________________________________________________________________

42. As a general rule, do you follow crime stories in the media?

[ ] YES [ ] NO

If YES, what case(s) have you followed and what was your interest?

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

43. What are your favorite Internet sites, blogs or social media sites?________________________________

______________________________________________________________________________

___________________________________________________________________________

44. Do you have your own online blog or do you contribute to any blog sites? [ ] YES [ ] NO

If YES, without listing names or identifying the blog, please explain the nature of the blog: _____________

______________________________________________________________________________

______________________________________________________________________________

45. Do you have any social media accounts (Facebook, Instagram, Twitter, Snapchat, etc.)?

[ ] YES [ ] NO

If YES, please describe the types of topics of interests and types of posts:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

46. How often do you tweet, blog, or post comments on the Internet?

[ ] Every day [ ] Almost every day [ ] Several times a week [ ] Several times a month [ ] Never

47. Please list any stickers, placards, signs, patches, symbols, and other messages that you display at home or on an automobile, motorcycle, bicycle, bag, backpack, laptop computer, etc.

______________________________________________________________________________

______________________________________________________________________________

## KNOWLEDGE OF THE CRIME, CASE AND PEOPLE

***The media has reported a number of things about this case. We are interested in what you may recall. Please only describe your recollection. Do not research anew.***

48. The case for which you are summoned involves the defendant JOAQUIN ARCHIVALDO GUZMAN LOERA, also known as "El Chapo." Have you read, seen or heard anything about the defendant, the case or people involved?

[ ] YES [ ] NO [ ] Sounds familiar, but unsure

49. If YES, please describe in detail what you recall reading, seeing, or hearing about the defendant, the alleged crimes, the court proceedings or the people involved (regardless of whether you believe this information is accurate or not).

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

50. As previously stated, the case involves allegations about a drug trafficking organization known as the Sinaloa Cartel. Have you read, seen or heard about the Sinaloa Cartel? [ ] YES [ ] NO [ ] Unsure

If YES, please describe in detail what you recall reading, seeing or hearing about the Sinaloa Cartel, and your views or feelings about that information.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

51. Have you ever talked about or overheard discussions about any aspects of this case among friends, family, or coworkers? [ ] YES [ ] NO [ ] Unsure If YES, please describe what you/they talked about:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

52. Have you ever read or posted opinions, likes, shares or any other information online related to this case or the people involved?

[ ] YES [ ] NO

If YES, please describe:________________________________________

53. Have you ever posted opinions online about any court proceeding? [ ] YES [ ] NO

If YES, please describe:________________________________________

54. This case involves allegations about a criminal enterprise commonly known as a drug cartel. Do you have any views or feelings about serving as a juror in a case where the defendant has been accused of having connections with a drug cartel? [ ] YES [ ] NO. If YES, what are your views or opinions?

55. How closely have you followed media coverage about criminal groups referred to as drug cartels?

[ ] Very closely [ ] somewhat closely [ ] Not too closely [ ] Not at all

56. What, if any, drug cartels have you heard about in media coverage?

57. If you are familiar with media coverage of drug cartels, is there anything about such coverage that would prevent you from being a fair and impartial juror? [ ] YES [ ] NO

If YES, please explain:________________________________________

58. Are you familiar with Jesus Malverde? [ ] Yes [ ] No

If YES, please explain: ______________________________________________

______________________________________________

59. The defendant is charged with leading a continuing criminal enterprise, which involved drug trafficking offenses and conspiracy to commit murders; international cocaine, heroin, methamphetamine and marijuana manufacture and distribution conspiracy; cocaine importation conspiracy; cocaine distribution conspiracy; international distribution of cocaine; cocaine distribution; possession of firearms in relation to drug trafficking; and conspiracy to launder narcotics proceeds. Is there anything about the nature of these charges, in and of themselves, that would interfere with your ability to decide this case fairly and impartially in accordance with the instructions of the court? [ ] YES [ ] NO

If YES, please explain:______________________________________________

______________________________________________

______________________________________________

60. Do you have any specific views or feelings concerning the legalization of drugs, such as cocaine, heroin, methamphetamine and marijuana, in this country? [ ] YES [ ] NO If YES, what are your views or opinions and would they affect your ability to serve as a fair and impartial juror?

______________________________________________

______________________________________________

______________________________________________

61. Would the fact that this case involves allegations of large-scale narcotics trafficking by the defendant interfere with your ability to consider the evidence with an open mind or serve as a fair and impartial juror?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

62. The charges in this case involve allegations related to a conspiracy to murder several individuals. Is there anything about the charges, without more, that you believe would affect your ability to serve as a fair and impartial juror?

**EXPERIENCES WITH AND OPINIONS ABOUT THE CRIMINAL JUSTICE SYSTEM**

63. Have you ever served as a juror?

[ ] YES (at trial) [ ] YES (grand jury) [ ] NO

(a) Please complete for each case:

| Year | Civil or Criminal | State or Federal | Nature of Case | Did You Reach a Verdict? (Yes/No) | Foreperson (Yes/No) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(b) How did you feel about your jury service(s)?

______________________________________________

______________________________________________

______________________________________________

(c) Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________

______________________________________________

______________________________________________

64. Have <u>you</u> *or* a <u>friend or family member</u> ever been employed, trained, applied for work, or volunteered in any law enforcement agency, corrections, or a related field? *(Examples: police, sheriff, FBI, jail, probation officer, private security, etc.*) [ ] YES (self) [ ] YES (friend or family member) [ ] NO

If YES, <u>without listing names of the persons</u>, please indicate your relationship with that person, where, the job or nature of experience and the approximate dates:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

65. Have <u>you</u> *or* a <u>friend or family member</u> ever been employed by or volunteered in any aspect of criminal defense work, including any Public Defender's office, a Legal Aid, or with a related support or advocacy group having to do with the rights of people charged with crimes?

[ ] YES (self) [ ] YES (friend or family member) [ ] NO

(a) If YES, <u>without listing names</u>, please indicate what person, where, the job or nature of experience and the approximate dates:

____________________________________________________________

____________________________________________________________

____________________________________________________________

(b) Would anything about that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

____________________________________________________________

____________________________________________________________

____________________________________________________________

66. Do any of your relatives or close friends work for a criminal lawyer or private investigator?

[ ] YES [ ] NO

If yes, for how long and please explain his/her/their relationship to you:

67. Do you have any friends or family members who have ever been lawyers, judges, law clerks, or otherwise involved in the legal field?

[ ] YES [ ] NO

If YES, without listing names, please explain:

68. Have you, a family member or close friend ever practiced law in the area of prosecution?

[ ] YES (you) [ ] YES (family/friend) [ ] NO

If YES, please explain:

69. Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

70. Have you or anyone close to you ever had a particularly positive or negative experience involving the police or any law enforcement agency?

[ ] YES [ ] NO

If YES, without listing names, please explain:

_______________________________________________

_______________________________________________

_______________________________________________

Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

_______________________________________________

_______________________________________________

_______________________________________________

71. Have you or anyone close to you ever had a particularly positive or negative experience involving a defense attorney or defense-related entity?

[ ] YES [ ] NO

If YES, without listing names, please explain:

_______________________________________________

_______________________________________________

_______________________________________________

Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

_______________________________________________

_______________________________________________

72. Have <u>you</u> *or* a <u>friend or family member</u> ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation? [ ] YES (self) [ ] YES (friend or family member) [ ] NO

(a) If YES, without listing names, please complete for each instance:

| **Person (Relation Only)** | **Accusations/Charges** | **Trial (Yes/No)** | **Outcome/Result** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If you need additional space, please continue on the pages provided at the end of the questionnaire.

(b) Would anything about that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

___

___

___

73. Have you, a family member or anyone close to you, ever been the victim of or a witness to a crime, whether or not that crime was reported to law enforcement?

[ ] YES (self) [ ] YES (friend or family member) [ ] NO

(a) If YES, without listing names, please complete for each instance:

| **Person (relation)** | **Victim or Witness** | **Type of Crime** | **Reported (Yes/No)** | **Testified (Yes/No)** | **Outcome/Result** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(b) Would anything about that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________

______________________________________________

______________________________________________

74. Have you, or has anyone close to you, ever felt fearful of or threatened by people who you thought were associated with drug crimes? [ ] YES (self) [ ] YES (friend or family member) [ ] NO

If YES, please describe:______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

75. Have you ever, any member(s) of your family, or anyone close to you ever appeared in court or been involved in any legal proceeding as a plaintiff, witness or defendant?

(a) [ ] YES (self) [ ] YES (friend or family member) [ ] NO

If YES, without listing names, please explain:

_______________

_______________

_______________

_______________

(b) If YES, please describe the type of proceeding and, if a witness, which party called you as a witness:

_______________

_______________

_______________

(c) Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

_______________

_______________

_______________

76. Have you ever been involved, or do you expect to become involved, in any legal action or dispute with a government agency or have you had any financial interest in such a dispute? [ ] YES [ ] NO

(a) If yes, please explain: _______________

_______________

(b) Is there anything about that experience that would affect your ability to be a fair and impartial juror in this case? [ ] YES [ ] NO

If YES, please explain: _______________

_______________

77. Have you, or has anyone you know, ever been involved in providing the government with information in a criminal investigation? [ ] YES (you) [ ] YES (someone you know) [ ] NO

If YES, without listing names, please explain the type of case and the circumstances:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

78. Have you or a close friend or family member ever been in prison?

[ ] YES (self) [ ] YES (friends/family) [ ] NO

(a) If YES, without listing names, please explain:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

(b) Would that experience affect your ability to be fair and impartial in this case?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

79. How serious a problem is crime in your community or neighborhood?

[ ] Very Serious [ ] Somewhat Serious [ ] Not Serious

(a) What is the most serious crime you can remember occurring in your community or neighborhood in the past 10 years? ____________________________________________

(b) Is there a neighborhood watch or crime prevention group in your neighborhood?

[ ] YES [ ] NO

(c) Are you aware of any gang activity in your community or neighborhood?

[ ] YES [ ] NO

(d) Are you aware of any illegal drug activity in your community or neighborhood?

[ ] YES [ ] NO

(e) Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?

[ ] YES, moved [ ] YES, considered moving [ ] NO

80. Have you, a family member or close friend ever had any experience with drug organization activity?

[ ] YES (self) [ ] YES (friends/family) [ ] NO

If YES, without listing names, please explain:

________________________________________________________

________________________________________________________

81. The defendant is accused of engaging in drug trafficking activity that occurred outside of the United States, knowing that the drugs would ultimately be sent to the United States. Do you have any personal feelings regarding the United States government's prosecution of someone whose conduct mainly occurred outside of the United States? [ ] YES [ ] NO

If YES, please describe whether those feelings will affect your ability to evaluate the evidence in this case fairly and impartially.

________________________________________________________

________________________________________________________

________________________________________________________

82. Do you have any strong feelings or belong to any organizations related to the drug laws now in effect in the United States that could affect your ability to be fair and impartial or affect your ability to follow the Court's legal instructions? [ ] YES [ ] NO.

If YES, please explain.

________________________________________________________

________________________________________________________

________________________________________________________

83. The defendant is accused of illegally distributing cocaine, heroin, methamphetamine and marijuana. Have you had any personal experiences, either yourself or with your family members or close friends, regarding drug abuse? [ ] YES (you) [ ] YES (friend/family) [ ] NO

If YES, please explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

84. Have you ever taken any courses or worked in the fields of drug abuse counseling, law, criminal justice, criminology, or other related areas? [ ] YES [ ] NO If YES, please explain:___________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

85. Have you ever known anyone, including yourself, who was the victim of an assault, homicide or other act of violence that required medical treatment? [ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

86. Do you, anyone in your household or a close friend own any guns? [ ] YES [ ] NO

If yes, please state your relationship to that person (**please do not list any names, but rather respond, for example**, “wife,” “friend”), how many and what type(s) of firearm(s).

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

87. Have you, a family member or close friend ever filed a complaint with the police or any law enforcement agency against anyone? [ ] YES [ ] NO

If YES, please describe the circumstances surrounding the complaint.

88. Have you or anyone close to you ever had a particularly positive or negative experience involving the police or any law enforcement agency? [ ] YES [ ] NO If YES, without listing names, please explain:

89. Do you believe that police or law enforcement officers are more likely to tell the truth than other witnesses? [ ] YES [ ] NO If YES, please explain your views:

90. Do you believe that police or law enforcement officers are more likely to lie than other witnesses?

[ ] YES [ ] NO If YES, please explain your views:

91. Some government witnesses may testify that they participated in serious crimes, including drug trafficking offenses and violent crimes. These witnesses, who may be referred to during trial as "cooperating witnesses," may have criminal histories, may have pleaded guilty to crimes and may be testifying pursuant to agreements with the government in hopes that their own sentences will be reduced. Use of these witnesses is lawful.

(a) The testimony of any witness who may have an interest in the outcome of the case including – among other types of witnesses – a cooperating witness, should be carefully scrutinized. Would you be able and willing to fairly and impartially assess the testimony of such a witness, in accordance with the Court's instructions?

[ ] YES [ ] NO

If NO, please explain:

______________________________________________________________________________

______________________________________________________________________________

(b) Do you have feelings about a witness seeking a reduced sentence by cooperating that would make it difficult for you fairly and impartially to consider that testimony or render a guilty verdict based on the testimony of such witness?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________________

______________________________________________________________________________

(c) It is the law that the testimony of a single witness, including a cooperating witness, can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness established proof beyond a reasonable doubt. Do you have any opinion or belief about the law or cooperating witnesses that would prevent you from applying this rule of law?

[ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________________

______________________________________________________________________________

92. The law provides that the government can, once it demonstrates probable cause to believe that a crime has been or will be committed, obtain authorization from a court to intercept someone's emails, text messages, telephone calls and VOIP (voice over internet protocol) calls. Do you have any particular feelings about this law that would affect your ability to evaluate the evidence fairly and impartially?

[ ] YES [ ] NO

If YES, please explain:

93. Under the law, the facts are for the jury to determine and the law is for the Judge to determine. You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions. Would you have any difficulty following the Judge's instructions?

[ ] YES [ ] NO

If YES, please explain:

94. The United States has the burden of proving the defendant's guilt beyond a reasonable doubt. This burden never shifts to the defendant. The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, decides that his guilt has been proven beyond a reasonable doubt. Will you accept and apply this rule of law?

[ ] YES [ ] NO

If NO, please explain:

95. Under the law, a defendant need not offer any evidence on his or her behalf. If a defendant chooses not to offer any evidence, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant has been proven guilty. Will you accept and apply these rules of law?

[ ] YES [ ] NO

If NO, please explain:

---

---

96. The law also provides that under the Constitution, a person accused of a crime does not need to testify in his defense. If a defendant does not testify in his defense, you may not use his silence against him. Will you accept and apply this rule of law?

[ ] YES\ [ ] NO

If NO, please explain:

---

---

97. An indictment is a document that sets forth the charges with which the defendant is accused. This means that the indictment may not be considered as any evidence whatsoever of guilt.

Do you have any concerns about applying this principle?

[ ] YES [ ] NO

If YES, please explain:

---

---

98. Under the law, the question of punishment, if any, should not enter your deliberations. Would you have any difficulty following this rule?

[ ] YES [ ] NO

If YES, please explain:

---

99. Under the law, emotions such as sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of the defendant has been proven beyond a reasonable doubt. Would you have any difficulty following this rule?

[ ] YES [ ] NO

If YES, please explain:

100. Do you have any views about people of other races or ethnicities that would affect your ability to be a fair and impartial juror?

[ ] YES [ ] NO

If YES, please explain:

101. Do you have any personal views toward people of Mexican descent that would cause you to doubt your ability to be a fair and impartial juror? (Note: If you would like to discuss or answer this question in a more private setting, please write "private" next this question.)

[ ] YES [ ] NO

If YES, please explain:

**JURY SERVICE QUESTIONS**

102. If you are selected as a juror in this case, the judge will instruct you to avoid all media coverage, and not to go on the Internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, "Googling" this case, blogging/tweeting about it or posting comments on any social media sites, etc. Do you have any reservations or concerns about your ability or willingness to follow this instruction? [ ] YES [ ] NO If YES, please explain:______________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

103. Is there anything about the nature of the charges or the facts of the case as they have been explained to you thus far that would affect your ability to serve as a juror in this case? [ ] YES [ ] NO

If YES, please explain:_____________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

104. If you were selected to serve on this jury, would you consider and respect the views of other jurors even if their views differed from yours, in accordance with the Court's instructions, before making your decision?

[ ] YES [ ] NO

Please explain: ______________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

105. Is there anything that you would like to discuss privately with the judge and attorneys?

[ ] YES [ ] NO

106. Please review the list of names and organizations on the following pages, and then answer this question: **Are you familiar with any of the individuals or organizations named on the list?**

[ ] YES [ ] NO [ ] UNSURE

If YES or UNSURE, indicate who you know or may know, and how you are or may be familiar with them:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

107. This case is being prosecuted by the United States Attorney's Offices for the Eastern District of New York and the Southern District of Florida, and the Narcotic and Dangerous Drug Section of the Department of Justice. Do you, a family member or anyone close to you, know or have any connection with the following Offices, Departments or prosecuting attorneys, their relatives or friends, or know anything at all about them?

If YES, Please explain:

___

___

___

108. This case has been investigated by the Drug Enforcement Administration. Do you, a family member, or anyone close to you, know or have any connection with employees or investigators from the Drug Enforcement Administration, their relatives or friends, or know anything at all about them?

If YES, please explain:

___

___

___

___

109. This case has been investigated by the Federal Bureau of Investigation. Do you, a family member, or anyone close to you, know or have any connection with employees or investigators from the Federal Bureau of Investigation, their relatives or friends, or know anything at all about them?

If YES, please explain:

___

___

___

___

110. This case has been investigated by the Department of Homeland Security - Homeland Security Investigations. Do you, a family member, or anyone close to you, know or have any connection with employees or investigators from the Department of Homeland Security - Homeland Security Investigations, their relatives or friends, or know anything at all about them?

If YES, please explain:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

111. Do you, a family member or anyone close to you, know or have any connection to any of the following defense attorneys, including their relatives or friends or know anything at all about these defense attorneys or the offices where they work?

(a) A. Eduardo Balarezo, Washington, DC [ ] YES [ ] NO

(b) William B. Purpura, Baltimore, MD [ ] YES [ ] NO

If YES, please explain:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

112. The trial judge assigned to this case is the Honorable Brian M. Cogan. Do you, a family member or anyone close to you, have any connection (personal, business or social) with Judge Cogan or any member of his staff?

[ ] YES [ ] NO

(a) Do you know anyone who works in the Eastern District (Brooklyn) Federal Courthouse or any other Federal Courthouse?

[ ] YES [ ] NO

If YES, please explain: ______________________________________________________

________________________________________________________________________

## NAMES & ORGANIZATIONS

**Please review the following names. If you are familiar with any of these individuals or organizations, please check "YES" on the last question on the previous page, and indicate there who you know, and the nature of your relationship.**

*INSERT ATTORNEY, WITNESS, GROUPS AND ORGANIZATIONS, LOCATIONS LIST HERE*

## SCHEDULING AND ABILITY TO SERVE

This proceeding is expected to begin on September 5, 2018, and last approximately twelve weeks. Court sessions will last from approximately 10:00 am until 5:00 pm Monday through Thursday. There are regular breaks approximately every 90 minutes and a one-hour break for lunch. There will be a break from trial for the Jewish holidays of Rosh Hashanah and Yom Kippur, as well as Thanksgiving weekend.

113. Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case?

[ ] YES [ ] NO [ ] UNSURE

If YES, please explain:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

114. Does your employer pay you for time missed as a result of jury service?

[ ] YES [ ] NO [ ] UNSURE*

***If you are unsure, please find out before you return to court for jury selection questioning.***

115. Do you have any personal commitment or non-refundable travel plans that cannot be rescheduled that would make it impossible for you to attend court as scheduled above? [ ] YES [ ] NO

If YES, please describe your circumstances.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

116. Do you have any condition, disability, or need that will require any special consideration or accommodation while you are in court? [ ] YES [ ] NO

If YES, please explain:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

117. Do you have hearing difficulties not corrected by a hearing aid? [ ] YES [ ] NO

118. Do you have trouble seeing even with glasses? [ ] YES [ ] NO

(a) Are you taking any medication(s) regularly? [ ] YES [ ] NO

(b) Do any of these medications affect your memory or concentration? [ ] YES [ ] NO

119. Do you have any difficulty reading or understanding English?

[ ] YES [ ] NO

120. Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a serious hardship to you?

[ ] YES [ ] NO

If YES, please describe your circumstances.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**ADDITIONAL COMMENT PAGE**

(Please put the question number in front of your answer.)