

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 11, 2018

<u>By ECF and Email</u>

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura
8 East Mulberry Street
Baltimore, MD 21202

    Re: United States v. Joaquin Archivaldo Guzman Loera
       <u>Criminal Docket No. 09-466 (S-4) (BMC)</u>

Dear Counsel:

  Pursuant to Federal Rule of Criminal Procedure 7(f), the government hereby provides you with a bill of particulars specifying additional violations that it intends to prove at trial, which were part of the defendant's continuing series of violations of Title 21, United States Code, Sections 841(a), 846, 959(a) and 960(a) set forth in Count One of the Fourth Superseding Indictment (the "Indictment") in the above-captioned case. The government has provided the defendant with discovery related to each narcotics transaction set forth below.

<u>Violation Eighty-Six</u>
(International Cocaine Distribution with the Norte del Valle Cartel)

| Violation Number | Approx. Date(s) of Offense | Approx. Amount of Controlled Substance(s) | Statutes |
|---|---|---|---|
| 86 | April 21, 1993 | 7,300 Kilograms of Cocaine | 21 U.S.C. §§ 959(a), 959(c), 960(a)(3), 960(b)(1)(B)(ii); 18 U.S.C. § 2 |

Violations Eighty-Seven Through Eighty-Eight
(International Cocaine Distribution with the Cifuentes-Villa Organization)

| Violation Number | Approx. Date(s) of Offense | Approx. Amount of Controlled Substance(s) | Statutes |
|---|---|---|---|
| 87 | Oct. 1-9, 2009 | 8,300 Kilograms of Cocaine | 21 U.S.C. §§ 959(a), 959(c), 960(a)(3), 960(b)(1)(B)(ii); 18 U.S.C. § 2 |
| 88 | Feb. 6-7, 2009 | 7,500 Kilograms of Cocaine | 21 U.S.C. §§ 959(a), 959(c), 960(a)(3), 960(b)(1)(B)(ii); 18 U.S.C. § 2 |

Violations Eighty-Nine Through Ninety
(International Cocaine Distribution with Other South American Suppliers)

| Violation Number | Approx. Date(s) of Offense | Approx. Amount of Controlled Substance(s) | Statutes |
|---|---|---|---|
| 89 | Jan. 30, 2014 | 403 Kilograms of Cocaine | 21 U.S.C. §§ 959(a), 959(c), 960(a)(3), 960(b)(1)(B)(ii); 18 U.S.C. § 2 |
| 90 | Oct. 30, 2007 | 23,562 Kilograms of Cocaine | 21 U.S.C. §§ 959(a), 959(c), 960(a)(3), 960(b)(1)(B)(ii); 18 U.S.C. § 2 |

Violations Ninety-One Through Ninety-Five
(Cocaine, Heroin and Marijuana Distribution)

| Violation Number | Approx. Date(s) of Offense | Jurisdiction | Approx. Amount of Controlled Substance(s) | Statutes |
|---|---|---|---|---|
| 91 | Jan. 15, 2012 | Central District of California | 409 Kilograms of Marijuana | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii); 18 U.S.C. § 2 |
| 92 | July 14-15, 2009 | District of New Jersey | 84 Kilograms of Cocaine; 75 Kilograms of Heroin | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II); 18 U.S.C. § 2 |

| Violation Number | Approx. Date(s) of Offense | Jurisdiction | Approx. Amount of Controlled Substance(s) | Statutes |
|---|---|---|---|---|
| 93 | Nov. 13, 2008 | Northern District of Illinois | 20 Kilograms of Heroin | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i); 18 U.S.C. § 2 |
| 94 | Dec. 27, 2007 | Southern District of New York | 120 Kilograms of Cocaine | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II); 18 U.S.C. § 2 |
| 95 | May 11, 1990 | District of Arizona | 926 Kilograms of Cocaine | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II); 18 U.S.C. § 2 |

The government reserves the right to amend this bill of particulars. See Fed. R. Crim. P. 7(f) ("The government may amend a bill of particulars subject to such conditions as justice requires."); United States v. Salazar, 485 F.2d 1272, 1277 (2d Cir. 1973) (affirming district court's acceptance of supplemental bill of particulars).[1]

    Very truly yours,

    RICHARD P. DONOGHUE
    UNITED STATES ATTORNEY
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, New York 11201

    ARTHUR G. WYATT, CHIEF
    Narcotic and Dangerous Drug Section
    Criminal Division,
    U.S. Department of Justice

    OF COUNSEL:

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY
    Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF)

---

[1] The government also notes that, in order to streamline its case-in-chief, it is likely that prior to trial the government will elect not to proceed on certain violations and/or counts charged in the Indictment. The government will notify the defendant in a timely fashion of any violations and/or charges on which it does not intend to proceed at trial.