

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR                                    *271 Cadman Plaza East*
F. #2009R01065                             *Brooklyn, New York 11201*

May 29, 2018

By ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re:   United States v. Joaquin Archivaldo Guzman Loera
      Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you tomorrow to obtain from the third-party vendor.  This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57.

This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018, April 16, 2018 and May 18, 2018.  The government also requests reciprocal discovery from the defendant.

<u>The Government's Discovery</u>

| | |
|---|---|
| 000326659-000326884 | Documents received from the Government of Mexico after May 18, 2018, including statements of the defendant |
| 000326885 | Map of Altiplano Prison |
| 000326886 | Statements of the defendant |

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF)