UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                        :
UNITED STATES OF AMERICA,         :
                        :   **SCHEDULING ORDER**
        - against -                  :
                        :   09-cr-0466 (BMC)
JOAQUIN ARCHIVALDO GUZMAN   :
LOERA,                           :
                        :
        Defendant.          :
------------------------------------------------------------ X

**COGAN**, District Judge.

The Court having granted, in part, defendant's motion to continue the trial, the following pre-trial dates are correspondingly adjusted as set forth below:

| Date | Item |
| --- | --- |
| Sept. 19, 2018 | Government's Second Tranche of MILs |
| Sept. 24, 2018 | Deadline for defendant to disclose notice of expert witnesses to the Government |
| Sept. 24, 2018 | Deadline for the Government to identify in an *ex parte* filing which witnesses are in its third "high concern" category and the grounds for the Government's concern |
| Oct. 2-4, 2018 | Venirepersons come to the courthouse to fill out questionnaires |
| Oct. 3, 2018 | Defendant's Opposition to Second Tranche of MILS |
| Oct. 10, 2018 | Government's Reply as to Second Tranche of MILs |

| | |
|---|---|
| Oct. 10, 2018 | Government to produce all final transcripts of intercepted and recorded communications |
| Oct. 26, 2018 | Deadline for both parties to give the Court their joint list of acceptable venirepersons |

**SO ORDERED.**

                                                                    U.S.D.J.

Dated: Brooklyn, New York
        July 24, 2018