

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GMP:MPR  
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 5, 2018

<u>By ECF</u>

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

   Re: United States v. Joaquin Archivaldo Guzman Loera
      <u>Criminal Docket No. 09-466 (S-4) (BMC)</u>

Dear Counsel:

  Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to its anticipated law enforcement witnesses at trial. This production supplements the government's production of such material on July 5, 2018. <u>See</u> Dkt. No. 260. It includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. <u>See</u> Dkt. No. 57. The government will disclose additional § 3500 material related to its law enforcement witnesses as it becomes available.

  Please note that the government is not disclosing § 3500 material for anticipated law enforcement witnesses that could identify the government's cooperating witnesses. The government will disclose such material at the time it discloses § 3500 material for its cooperating witnesses. It estimates that this additional material will be a few hundred documents.

       If you have specific questions about the government's production, please reach out to the prosecution team.

       Very truly yours,

       RICHARD P. DONOGHUE
       UNITED STATES ATTORNEY
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, New York 11201

       ARTHUR G. WYATT, CHIEF
       Narcotic and Dangerous Drug Section
       Criminal Division,
       U.S. Department of Justice

       OF COUNSEL:

       BENJAMIN G. GREENBERG
       UNITED STATES ATTORNEY
       Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF and Hand)