AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

USA
*Plaintiff*
v.                                     Case No. 09-466
Beltran-Leyva et al
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joaquin Archivaldo Guzman Loera.

Date: 09/19/2018

_____
*Attorney's signature*

Michael Lambert Esq. ML2587
*Printed name and bar number*

Law Office of Michael Lambert
369 Lexington Ave
2nd Floor
New York, NY, 10017
*Address*

MLambertEsq@gmail.com
*E-mail address*

(914) 417-1144
*Telephone number*

(212) 320-0349
*FAX number*