

September 19, 2018

The Honorable Brian M. Cogan
United States District Judge
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

        Re:    *United States v. Joaquín Archivaldo Guzmán Loera*
                Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

       Mr. Guzmán respectfully writes to alert the Court of possible additional agenda items for discussion at the status conference scheduled for tomorrow.

       The additional possible items are:

    a.    a request for unredacted § 3500 material;

    b.    a request for final transcripts for 7 specific recordings; and

    c.    the government's non-compliance with the Court's Order of September 7, 2018 (Doc. 303).

The parties filed a joint agenda on September 13, 2018 (Doc. 312).  However, the first two items remain unresolved and the third arose with the government's filing of today (Doc. 320).

       Mr. Guzmán has served the government a letter addressing the three items and requested a response prior to the scheduled hearing. (Doc. 324).  In the event there is no satisfactory response from the government, Mr. Guzmán respectfully requests leave to address these issues tomorrow.

400 Seventh Street NW   Ste 306   Washington, DC 20004

A. Eduardo Balarezo, Esq.    tel 202.639.0999    email aeb@balarezolaw.com
Admitted in DC, NY & MD    fax 202.639.0899    web www.balarezolaw.com

BALAREZO LAW
CRIMINAL DEFENSE

Mr. Guzmán apologizes for any inconvenience to the Court.

Respectfully submitted,

**BALAREZO LAW**

By: _____
A. Eduardo Balarezo, Esq.
EDNY Bar # AB7088
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Joaquín Guzmán Loera*

cc:

Government Counsel
(via ECF)