# Violation 85 Index
United States v. Guzman Loera, 09-CR-466 (S-4) (BMC)

| MURDER CONSPIRACY VICTIMS | DATE(S) | CW TESTIMONY | BATES NUMBERS |
|---|---|---|---|
| Informants | 2004-2008 | | 00000550 - 000000552, 00000563 - 000000569, 00000657 - 000000658, 00000663 - 000000664, 00000679 - 000000680, 00000727, 00000744 - 00000745 |
| Members of Beltran-Leyva Organization | January 2008-September 2014 | | 000000218, 000000251 - 000000252, 000000274, 000000291, 000000292, 000000307, 000000328, 00000728 - 000000729, 00000733 - 000000734, 00000768 - 000000769, 000002027, 000002030, 000002040, 000002043, 000002052, 000002078, 000002088, 000002089, 000002099, 000002128, 000002129, 000002134, 000002144, 000002146, 000000264, 000000423, 000000657, 000000672, 000000266, 000000424, 000000672, 000000686 |
| Members of Carrillo-Fuentes Organization | September 2004-September 2014 | | 00000744 - 000000745, 000000143, 0000002122, 000002043, 000002122, 000002127, 000002148, 000000196, 000000510, 000000643, 000000657, 000000675, 000000680, 000000693, |
| Members of Los Zetas | January 2001-September 2014 | | 00000727 - 000000728, 000002024, 000002026, 000002030, 000002088, 000002089, 000002099 |

| MURDER CONSPIRACY VICTIMS | DATE(S) | CW TESTIMONY | BATES NUMBERS |
|---|---|---|---|
| Members of Arellano-Felix Organization | January 1990-December 2011 | | 000000726, 000000770, 000000179, 000000219 - 000000220, 000000283, 000000309, 000000317, 000002091, 000002119, 000002120, 000002149, 000000652, 000000669 |
| Members of the Arellano-Felix Organization at Christine's Discotheque | 8-Nov-92 | | 000000283, 000002119, 000002121, 000000669 |
| "Tesoro" Salazar | Mid-1990s | | 000000143 |
| Ramon Arellano-Felix | 10-Feb-02 | | 000000305, 000002147, 000002020, 000002042, 000002043, 000002120, 000000652, 000000669 |
| Tirso Martinez Sanchez | 2003-2007 | | 000000135, 000000154, 000000221, 000000227, 000000288, 000000301 |
| Rodolfo Carrillo-Fuentes | 11-Sep-04 | | 000000252, 000000274, 000000292, 000000296, 000000160, 000000161, 000000194, 000002021, 000002022, 000002023, 000002025, 000002044, 000002090, 000002122, 000002127, 000000196, 000000510, 000000643, 000000657, 000000675, 000000680, 000000693, |
| Julio Cesar Beltran Quintero | 13-Jul-05 | | 000000252, 000000274, 000000292, 000000222, 000000170, 000002023, 000000490, 000000558, 000000629, 000000642, 000000652, 000000681 |
| FNU LNU, Law Enforcement Officer | 2005-2006 | | 000000727, 000000770 - 000000771 |

| MURDER CONSPIRACY VICTIMS | DATE(S) | CW TESTIMONY | BATES NUMBERS |
|---|---|---|---|
| Juan Jose Lindoro (also known as "Teco") | 26-Jun-07 | ███ | 00000321, 00000165, 00000173, 00000239, 00000248, 00000258, 00000279, 0000028█, 00000316, 000002057, 000000164 - 000000172 - 000000235, 000000240, 000000257 - 000000270, 000000280, 00000315 - 000000144, 000002113 |
| Juan Pablo Ledezma (also known as "JL") | 2007-2009 | ███ | 00000727, 000000657, 000000656- |
| Roberto Velasco Bravo | 2007 | ███ | 00000265, 00000657, 000000424, |
| Nemesio | 2007 | ███ | 00000264, 00000657, 00000672, 000000423, 000000672, |
| Commander Rafita | 2007 | ███ | 00000266, 00000672, 000000424, 000000686 |
| Jose Luis Santiago Vasconcelos | 2007 | ███ | 00000305, 000002050, 00000354, 00000676, 000002049, 000000230, 000000657, |
| Amadeo Vega Vergara (also known as "El Caimán") | 2008 | ███ | 000002029, 000002051, 000002050, 000002088 |
| Juan Ramon Zapata (also known as "Juan Bonito") | 2009 | ███ | 000000238 000000250, V000000242, V000000414 |
| Yamileth Bonilla | 2009 | ███ | 00000292 |
| Vicente Zambada Niebla | 2009-2010 | ███ | 00000145 - 000000146 |
| Saltiel Beltran Leyva | 2010 | ███ | 00000321, 00000288, 00000164, 000000184, 000000218, 000000163, 000000140, |

| MURDER CONSPIRACY VICTIMS | DATE(S) | CW TESTIMONY | BATES NUMBERS | |
|---|---|---|---|---|
| Israel Rincon Martinez (also known as "El Guacho" or "El Wuacho") | Oct-10 | ████████ | 0000250, 0000274, 0000320, 00000185, 00000140, 0000158, 0000201, 0000293, | 000000272, 000000290, 000000173, 000000188, 000000153- 000000197- 000000287, 000000728, |
| Telmo Castro | Mar-13 | ████████ | 00000223 00000226 00000023 00000283 00000437 | 0000000224, 000000232- 000000235, 000000413, |
| Juan Guzman Rocha (also known as "Juancho" or "Virgo") | 15-Dec-11 | ████████ | 0000143 - 0000248, 0000251, 0000273. 0000291, 0000321, 00000145, 0000164, 0000169, 0000218, 0000231, 0000729 - 00000225 00000234 | 0000000144, 000000250 - 000000269, 000000290 - 000000315, 000000144, 000000163, 000000167, 000000170, 000000222, 000000288, 000000730, 000000228, |
| Jose Miguel Bastidas Manjares (also known as "Guero Bastidas") | 15-Dec-11 | ████████ | 0000143 - 0000248, 0000251, 0000273. 0000291, 0000321, 0000163- 0000730, | 0000000144, 000000250 - 000000269, 000000290 - 000000315, 000000218; 0000000729 - |

Violation 85 Index
United States v. Guzman Loera, 09-CR-466 (S-4) (BMC)

| MURDER CONSPIRACY VICTIMS | DATE(S) | CW TESTIMONY | BATES NUMBERS |
|---|---|---|---|
| Cesar Gastelum Serrano | September/October 2012 | | 00000171 000000172, 00000241, 00000281, 00000303 000000304, 00000317, 00000162, 00000175, 00000180, 00000203, 00000228, 00000230, 00000288 |
| Leopoldo Ochoa (also known as "Polo Ochoa") | 7-Dec-12 | | 00000175 000000176, 00000189, 00000247, 00000268, 00000287, 00000145, 00000174, 00000175, 00000198, 00000227, 00000228, 00000316 |
| John Peter Liodakis (also known as "El Grieco," "Cabezon" and "Julius") | 2012 | | 000000226 000000235, 000000309 000000410- 000000011 000000374- 000000076 |
| Javier Rey | 2013 | | |
| Stephen Tello | 2013 | | 000000238 000000242, 000000250 000000208 |
| Andrea Fernandez Velez | 2013-2014 | | 000000243 000000251 |
| Hector Rios Espinosa | 3-Jan-14 | | 000000238 000000243, 000000251 |
| Manuel Alejandro Aponte Gomez (also known as "Bravo") | 9-Apr-14 | | 00000176, 00000146 00000179- 0000000146, 00000752 |
| Ingeniero Barrozo | 2015 | | 00000178, 00000141, 00000142 |
| Francisco Aceves Urias (also known as "Barbarino") | 16-Feb-15 | | 00000180, 00000127, 00000147 |
| Cristobal Muro Valdez (also known as "02") | 11-Dec-15 | | 00000178, 00000147, 00000150 |

005