**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:BR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 17, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's order of October 11, 2018, see Dkt. No. 363, the government respectfully submits revised, redacted versions of its motion for sanctions, see Dkt. No. 335, and its reply in support of its motion for sanctions, see Dkt. No. 340. Consistent with its position concerning redactions to the Court's order denying the government's motion for sanctions, the government has removed many of the redactions contained in the previously filed versions of those pleadings. The government has left some redactions in place, however, where necessary to continue to protect the identities of the government's cooperating witnesses.

The revised, redacted version of the government's motion for sanctions is attached hereto as Exhibit A, and the government's revised, redacted version of the government's reply in support of its motion for sanctions is attached hereto as Exhibit B.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of Court (BMC) (via ECF)
Defense Counsel (via ECF)