

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 17, 2018

**TO BE FILED UNDER SEAL**

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey Lichtman, Esq.
11 East 40th Street, #501
New York, NY 10017

      Re:    United States v. Joaquin Archivaldo Guzman Loera
                  Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

         Pursuant to Federal Rule of Criminal Procedure 7(f), the government hereby provides you with a bill of particulars specifying the murder conspiracy victims and dates relating to Violation Eighty-Five of Count One, charging conspiracy to murder individuals who posed a threat to the Sinaloa Cartel. The government intends to prove the following murder conspiracies at trial, which were part of the defendant's continuing series of violations of Title 21, United States Code, Sections 841(a), 846, 959(a) and 960(a) as set forth in the Fourth Superseding Indictment (the "Indictment") in the above-captioned case. This bill of particulars supplements the government's bill of particulars letter dated July 20, 2018. The government has updated it in light of its disclosure of 18 U.S.C. § 3500 material on October 16, 2018. This letter is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57.

Violation Eighty-Five

(Conspiracy to Murder Individuals Who Posed a Threat to the Sinaloa Cartel)

| Approx. Date(s) | Murder Conspiracy Victim(s) |
|---|---|
| 2004-2008 | Informants |
| January 2008-September 2014 | Members of Beltran-Leyva Organization |
| September 2004-September 2014 | Members of Carrillo-Fuentes Organization |
| January 2001-September 2014 | Members of Los Zetas |
| January 1990-December 2011 | Members of Arellano-Felix Organization |
| November 8, 1992 | Members of the Arellano-Felix Organization at Christine's Discotheque |
| Mid-1990s | "Tesoro" Salazar |
| 1998-2000 | Miguel Martinez Martinez |
| February 10, 2002 | Ramon Arellano-Felix |
| 2003-2007 | Tirso Martinez Sanchez |
| September 11, 2004 | Rodolfo Carrillo-Fuentes |
| July 13, 2005 | Julio Cesar Beltran Quintero |
| 2005 - 2006 | FNU LNU, Law Enforcement Officer |
| June 26, 2007 | Juan Jose Lindoro (also known as "Teco") |
| 2007-2009 | Juan Pablo Ledezma (also known as "JL") |
| 2007 | Roberto Velasco Bravo |
| 2007 | Nemesio |
| 2007 | Commander Rafita |
| 2007 | Jose Luis Santiago Vasconcelos |
| 2008 | Amadeo Vega Vergara (also known as "El Caimán") |
| 2009 | Juan Ramon Zapata (also known as "Juan Bonito") |
| 2009 | Yamileth Bonnilla |
| 2009 – 2010 | Vicente Zambada Niebla |
| 2010 | Saltiel Beltran Leyva |
| October 2010 | Israel Rincon Martinez (also known as "El Guacho" or "El Wuacho") |
| March 2013 | Telmo Castro |
| December 15, 2011 | Juan Guzman Rocha (also known as "Juancho" or "Virgo") |
| December 15, 2011 | Jose Miguel Bastidas Manjares (also known as "Guero Bastidas") |
| September/October 2012 | Cesar Gastelum Serrano |
| December 7, 2012 | Leopoldo Ochoa (also known as "Polo Ochoa") |
| 2012 | John Peter Liodakis (also known as "El Grieco," "Cabezon" and "Julius") |
| 2013 | Javier Rey |

| 2013 | Stephen Tello |
|---|---|
| 2013-2014 | Andrea Fernandez Velez |
| January 3, 2014 | Hector Rios Espinosa |
| April 9, 2014 | Manuel Alejandro Aponte Gomez (also known as "Bravo") |
| 2015 | Ingeniero Barrozo |
| February 16, 2015 | Francisco Aceves Urias (also known as "Barbarino") |
| December 11, 2015 | Cristobal Muro Valdez (also known as "02") |

       The government reserves the right to amend this bill of particulars. See Fed. R. Crim. P. 7(f) ("The government may amend a bill of particulars subject to such conditions as justice requires."); United States v. Salazar, 485 F.2d 1272, 1277 (2d Cir. 1973) (affirming district court's acceptance of supplemental bill of particulars).

       Per Court order, the government also is enclosing an updated index cross-referencing portions of its cooperating witness § 3500 material that address each murder conspiracy in the bill of particulars the government has issued for Violation 85 of Count One of the Indictment.

       Very truly yours,

       RICHARD P. DONOGHUE
       UNITED STATES ATTORNEY
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, New York 11201

       ARTHUR G. WYATT, CHIEF
       Narcotic and Dangerous Drug Section
       Criminal Division,
       U.S. Department of Justice

       OF COUNSEL:

       ARIANA FAJARDO ORSHAN
       UNITED STATES ATTORNEY
       Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF)