

October 24, 2018

The Honorable Brian M. Cogan
United States District Judge
　for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re: *United States v. Joaquín Archivaldo Guzmán Loera*
      Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

  I respectfully write at the Court's direction to request a rescheduling of the status conference set for Monday, October 29, 2018.

  On October 23, 2018, Mr. Guzmán filed his Motion to Continue Trial. (Doc. No. 386).  On October 24, 2018, the Court entered a Scheduling Order setting a status conference on the Motion for Monday, October 29, 2018.  The government filed its opposition the same day.[1]  Unfortunately, Attorney Balarezo is not available to appear before the Court October 29 due to a previously scheduled court appearance in another jurisdiction on the same date.

  Mr. Balarezo, as trial counsel, believes that his presence is required and respectfully requests that the Court reschedule the status conference to either Friday, October 26 or Tuesday, October 30 so that he may appear on behalf of Mr. Guzmán along with co-counsel.  If the Court wishes to proceed in Mr. Balarezo's absence, Mr. Purpura or Mr. Lichtman can appear.

        Respectfully submitted,

        /s/

        A. Eduardo Balarezo

cc:

Government Counsel
(via ECF)

---

[1] Mr. Guzmán will reply to the government's opposition in due course.  This letter concerns solely scheduling of the status conference.

400 Seventh Street NW    Ste 306    Washington, DC 20004

A. Eduardo Balarezo, Esq.　　　　tel  202.639.0999　　　　email  aeb@balarezolaw.com
Admitted in DC, NY & MD　　　　fax  202.639.0899　　　　web  www.balarezolaw.com