

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2018

By ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey H. Lichtman, Esq.
11 East 44 Street, Ste 501
New York, NY 10017

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to its anticipated law enforcement and cooperating witnesses at trial. This production supplements the government's production of such material on July 5, 2018, September 5, 2018, October 5, 2018, and October 19, 2018. See Dkt. No. 260. It includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government will disclose additional § 3500 material related to its law enforcement and cooperating witnesses as it becomes available.

If you have specific questions about the government's production, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FARJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF) (without enclosure)

Enclosure