```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :   ORDER
           - against -                                      :
                                                            :   09-cr-0466 (BMC)
JOAQUIN ARCHIVALDO GUZMAN                                   :
LOERA,                                                      :
                                                            :
                      Defendant.                            :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

It has come to the Court's attention that a court interpreter has given interviews in connection with the publication of that interpreter's book of short stories. Although these interviews primarily concern the book, they also mention that this person has interpreted for defendant at his status conferences and for other cases in this courthouse.

This interpreter did not participate in jury selection and will not be assigned to any further proceedings in defendant's case. If the parties would like to review the articles at issue, they may contact the Courtroom Deputy.

**SO ORDERED.**

                                          _____
                                                      U.S.D.J.

Dated: Brooklyn, New York
       November 5, 2018