

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AG/MNL/ASF  *271 Cadman Plaza East*
F. #2009R01065/OCDETF# NY-NYE-616  *Brooklyn, New York 11201*

November 5, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Joaquin Archivaldo Guzman Loera
                   Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

        The government hereby notifies the Court of its filing today -- with the Classified Information Security Officer -- of an <u>ex parte</u>, classified response related its motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related

material. A copy of the response's cover page, with markings removed is enclosed.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)
    A. Eduardo Balarezo, Esq. (by ECF)
    William B. Purpura, Esq. (by ECF)
    Jeffrey H. Lichtman, Esq. (by ECF)