AG: MNL: ASF
F.#2009R01065/OCDETF# NY-NYE-616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    v.

JOAQUIN ARCHIVALDO GUZMAN LOERA,
    also known as "El Chapo," "El Rapido,"
    "Chapo Guzman," "Shorty," "El Senor,"
    "El Jefe," "Nana," "Apa," "Papa," "Ingle,"
    and El Viejo,"

        Defendant.

– – – – – – – – – – – – – – – – – – – –X

**FILED *EX PARTE*,**
**IN CAMERA, AND UNDER SEAL**

No. 09-466 (S-4) (BMC)

## GOVERNMENT'S RESPONSE TO COURT'S ORDER

    RICHARD P. DONOGHUE
    UNITED STATES ATTORNEY
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, New York 11201

    ARTHUR G. WYATT, CHIEF
    Narcotic and Dangerous Drug Section
    Criminal Division,
    U.S. Department of Justice

    OF COUNSEL:

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY
    Southern District of Florida