

| | |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*Eastern District of New York* |
| GMP<br>F. #2009R01065 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

November 26, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Joaquin Archivaldo Guzman Loera
      Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

   The government respectfully submits this response to the Court's order to show cause as to why the Court should not publicly file a version of the Motion in Limine to Preclude Cross-Examination (Dkt. No. 451) with the Court's redactions.  See Dkt. No. 465.  The government has no objection to the Court publicly filing the Motion in Limine to Preclude Cross-Examination with the Court's redactions.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                UNITED STATES ATTORNEY
                Eastern District of New York
                271 Cadman Plaza East
                Brooklyn, New York 11201

                ARTHUR G. WYATT, CHIEF
                Narcotic and Dangerous Drug Section
                Criminal Division,
                U.S. Department of Justice

                OF COUNSEL:

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

Southern District of Florida