https://twitter.com/balarezolaw/status/1065611027868463104

BALAREZO LAW
@balarezolaw

Follow

Fuentes me cuentan que Héctor Beltrán Leyva falleció cuando le notificaron que iba ser extraditado para presentarse en la corte de NY para testificar en contra del Chapo. Me dicen que lo iban a llevar al aeropuerto cuando le dio el supuesto infarto. @EPN #ElChapo @balarezolaw

6:20 AM - 22 Nov 2018

306 Retweets 339 Likes

31 306 339

**English Translation: Sources are telling me that Hector Beltran Leyva died when he was notified they he was going to be extradited to present himself in court in NY to testify against Chapo. They tell me that they were going to take him to the airport when he had his supposed heart attack.**

https://twitter.com/balarezolaw/status/1066015703801712641

BALAREZO LAW @balarezolaw · Nov 23

Defense lawyers are forced to take their shoes off and go through 2 checkpoints. Worse than an airport. The prosecutors walk right on through. Fair? #elchapotrial



**'El Chapo' trial is treated as a nuclear and conventional terrorism target**

At the Brooklyn courthouse where Mexican drug kingpin Joaquin "El Chapo" Guzman is on trial, NYPD snipers roam the rooftops. K-9 units prowl the h...

latimes.com

3 17 26

https://twitter.com/balarezolaw/status/1065830690271449088

**BALAREZO LAW** @balarezolaw · Nov 22

.@FelipeCalderon @GenaroGarcia_L ¿Valió la pena?



**Ahora salpican a García Luna en sobornos de "El Chapo"**

Se le entregaron entre 2005 y 2007, afirma hermano de El Mayo Zambada; dice que pagaron a funcionario de AMLO cuando éste era jefe del GDF

eluniversal.com.mx

16 83 100

**English Translation: Now Garcia Luna is splattered by Chapo's bribes. They were delivered between 2005 and 2007 affirms Mayo Zambada's brother; says they paid an employee of AMLO when he was boss of the GDF.**

https://twitter.com/balarezolaw/status/1065382914446278656

**BALAREZO LAW** @balarezolaw · Nov 21

.@EPN Are you sorry that you sent him here?



**El Chapo's drug cartel paid $6 million in bribes to current Mexico pre…**

Jesus Reynaldo (Ray) Garcia Zambada is expected to say he paid the $6 million at the behest of his brother Mayo, the current leader of El Chapo'…

nydailynews.com

42 398 438

https://twitter.com/balarezolaw/status/1062353307652550658

**BALAREZO LAW**
@balarezolaw

Follow

Cry havoc and let slip the dogs of war. @balarezolaw #ChapoGuzman

6:35 AM - 13 Nov 2018

1 Retweet 3 Likes

2 1 3