RECEIVED
Hon. Brian M. Cogan
DEC 10 2018

Dear Judge Cogan,

Due to a technical difficulty, reporters in the overflow courtroom could not hear nor see proceedings from approximately 12:20 p.m. until the lunch break this afternoon.

We are writing to you to see if it might be possible to obtain a copy of the transcript.

Thank you for taking the time to read this,

Molly Crane-Newman, New York Daily News
Laura Sepulveda - Voice of America
Maria Santana, CNN En Español
Claudia Torrens, Associated Press
Maurizio Guerrero, Notimex