

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| GMP:AG | *271 Cadman Plaza East* |
| F. #2009R01065 | *Brooklyn, New York 11201* |

January 18, 2019

By ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey H. Lichtman, Esq.
11 East 44 Street, Ste 501
New York, NY 10017

    Re:  United States v. Joaquin Archivaldo Guzman Loera
       Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

    The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure is enclosed. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018, April 16, 2018, May 18, 2018, May 25, 2018, June 05, 2018, June 25, 2018, August 10, 2018 September 14, 2018, October 05, 2018, October 10, 2018, October 16, 2018, October 19, 2018, November 2, 2018, November 16, 2018, November 25, 2018, December 7, 2018, December 19, 2018, December 21, 2018, December 28, 2018, January 2, 2019, January 3, 2019, January 6, 2019, January 8, 2019, and January 11, 2019. The government also requests reciprocal discovery from the defendant.

<u>Government Discovery</u>

0000334396              Audio files

        If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF) (without enclosure)

Enclosure