UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                                    <u>VERDICT SHEET</u>
                                                              09 CR 466 (BMC) (S-4)

JOAQUIN ARCHIVALDO GUZMAN LOERA,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>Count One</u>** (**Engaging in a Continuing Criminal Enterprise**)

<u>Verdict on Count One:</u>

    Guilty _____                        Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

    Indicate below which three or more violations you have unanimously found beyond a reasonable doubt were part of a continuing series of violations:

<u>International Cocaine Distribution with the Norte del Valle Cartel</u>

    Violation One (International Distribution of Cocaine – 3,200 kilograms – January 2005)

        Proven _____                   Not Proven _____

    Violation Two (International Distribution of Cocaine – 12,000 kilograms – August-September 2004)

        Proven _____                   Not Proven _____

    Violation Three (International Distribution of Cocaine – 10,500 kilograms – August-September 2004)

        Proven _____                   Not Proven _____

Violation Four (International Distribution of Cocaine – 10,000 kilograms – July 2004)

      Proven _____          Not Proven _____

Violation Five (International Distribution of Cocaine – 10,000 kilograms – May-June 2004)

      Proven _____          Not Proven _____

Violation Six (International Distribution of Cocaine – 800 kilograms – April 2004)

      Proven _____          Not Proven _____

Violation Seven (International Distribution of Cocaine – 10,000 kilograms – March-April 2004)

      Proven _____          Not Proven _____

Violation Eight (International Distribution of Cocaine – 8,000 kilograms – January-March 2004)

      Proven _____          Not Proven _____

Violation Nine (International Distribution of Cocaine – 6,465 kilograms – January 2004)

      Proven _____          Not Proven _____

Violation Ten (International Distribution of Cocaine – 6,000 kilograms – November-December 2003)

      Proven _____          Not Proven _____

Violation Eleven (International Distribution of Cocaine – 3,600 kilograms – August-September 2003)

      Proven _____          Not Proven _____

Violation Twelve (International Distribution of Cocaine – 7,300 kilograms – April 21, 1993)

      Proven _____          Not Proven _____

International Distribution of Cocaine with the Cifuentes-Villa Organization

    Violation Thirteen (International Distribution of Cocaine – 450 kilograms – December 2008)

        Proven _____            Not Proven _____

    Violation Fourteen (International Distribution of Cocaine – 8,300 kilograms – October 2009)

        Proven _____            Not Proven _____

    Violation Fifteen (International Distribution of Cocaine – 7,500 kilograms – February 2009)

        Proven _____            Not Proven _____

International Distribution of Cocaine with Other South American Suppliers

    Violation Sixteen (International Distribution of Cocaine – 4,716 kilograms – September 2008)

        Proven _____            Not Proven _____

    Violation Seventeen (International Distribution of Cocaine – 5,000 kilograms – September 2008)

        Proven _____            Not Proven _____

    Violation Eighteen (International Distribution of Cocaine – 19,000 kilograms – March 2007)

        Proven _____            Not Proven _____

    Violation Nineteen (International Distribution of Cocaine – 403 kilograms – January 2014)

        Proven _____            Not Proven _____

<u>Distribution of Cocaine, Heroin, and Marijuana</u>

Violation Twenty (Distribution of Cocaine – 1,997 kilograms – January 2003)

Proven _____          Not Proven _____

Violation Twenty-One (Distribution of Cocaine – 1,952 kilograms – August 2002)

Proven _____          Not Proven _____

Violation Twenty-Two (Distribution of Cocaine – 1,923 kilograms – May 2002)

Proven _____          Not Proven _____

Violation Twenty-Three (Distribution of Cocaine – 1,100 kilograms – September 1999)

Proven _____          Not Proven _____

Violation Twenty-Four (Distribution of Marijuana – 409 kilograms – January 2012)

Proven _____          Not Proven _____

Violation Twenty-Five (Distribution of Heroin – 20 kilograms – November 2008)

Proven _____          Not Proven _____

Violation Twenty-Six (Distribution of Cocaine – 926 kilograms – May 1990)

Proven _____          Not Proven _____

<u>Answer the following question only if you have found the defendant guilty of Counts Two, Three, or Four.</u>

Violation Twenty-Seven (Conspiracy to Commit Murder – January 1989- September 2014)

Proven _____          Not Proven _____

<u>Answer the following questions only if you have found the defendant guilty of Count One.</u>

Has the government proved beyond a reasonable doubt that at least one violation that you have determined to be proven involved at least 150 kilograms of cocaine?

Yes _____         No _____

Has the government proved beyond a reasonable doubt that the enterprise received $10 million or more in gross receipts during at least one 12-month period from the manufacture, importation, or distribution of cocaine?

Yes _____         No _____

Has the government proved beyond a reasonable doubt that the defendant was one of several principal administrators, organizers, or leaders of the enterprise?

Yes _____         No _____

**Count Two (International Cocaine, Heroin, Methamphetamine and Marijuana Manufacture and Distribution Conspiracy)**

<u>Verdict on Count Two:</u>

Guilty _____         Not Guilty _____

<u>Answer the following question only if you have found the defendant guilty of this count.</u>

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

Yes _____         No _____

Has the government proved beyond a reasonable doubt that the offense involved one kilogram or more of heroin?

Yes _____         No _____

Has the government proved beyond a reasonable doubt that the offense involved 500 grams or more of methamphetamine?

Yes _____         No _____

> Has the government proved beyond a reasonable doubt that the offense involved 1,000 kilograms or more of marijuana?
>
> Yes _____          No _____

**Count Three (Cocaine Importation Conspiracy)**

Verdict on Count Three:

   Guilty _____                              Not Guilty _____

   Answer the following question only if you have found the defendant guilty of this count.

> Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?
>
> Yes _____          No _____

**Count Four (Cocaine Distribution Conspiracy)**

Verdict on Count Four:

   Guilty _____                              Not Guilty _____

   Answer the following question only if you have found the defendant guilty of this count.

> Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?
>
> Yes _____          No _____

**Count Five (International Distribution of Cocaine)**

Note: This is the same offense charged as Violation Thirteen in Count One.

Verdict on Count Five:

   Guilty _____                              Not Guilty _____

   Answer the following question only if you have found the defendant guilty of this count.

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

      Yes _____          No _____

**Count Six (International Distribution of Cocaine)**

Note: This is the same offense charged as Violation Two in Count One.

Verdict on Count Six:

    Guilty _____          Not Guilty _____

Answer the following question only if you have found the defendant guilty of this count.

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

      Yes _____          No _____

**Count Seven (International Distribution of Cocaine)**

Note: This is the same offense charged as Violation Three in Count One.

Verdict on Count Seven:

    Guilty _____          Not Guilty _____

Answer the following question only if you have found the defendant guilty of this count.

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

      Yes _____          No _____

**Count Eight (International Distribution of Cocaine)**

Note: This is the same offense charged as Violation Eight in Count One.

Verdict on Count Eight:

    Guilty _____          Not Guilty _____

Answer the following question only if you have found the defendant guilty of this count.

>Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?
>
>Yes _____          No _____

**Count Nine (Use of Firearms)**

<u>Note: Only consider this charge if you have found the defendant guilty of one or more of the charges in Counts One through Four.</u>

<u>Verdict on Count Nine:</u>

>Guilty _____          Not Guilty _____
>
><u>Answer the following question only if you have found the defendant guilty of this count.</u>
>
>>Has the government proved beyond a reasonable doubt that one or more of the firearms at issue in Count Nine was brandished?
>>
>>Yes _____          No _____
>>
>>Has the government proved beyond a reasonable doubt that one or more of the firearms at issue in Count Nine was discharged?
>>
>>Yes _____          No _____
>>
>>Has the government proved beyond a reasonable doubt that one or more of the firearms at issue in Count Nine was a machinegun?
>>
>>Yes _____          No _____

**Count Ten (Conspiracy to Launder Narcotics Proceeds)**

<u>Verdict on Count Ten:</u>

>Guilty _____          Not Guilty _____

Dated: Brooklyn, New York
       February \_\_, 2019          _____
                                   Foreperson