UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
          - against -                                  :   **ORDER**
                                                         :
JOAQUIN ARCHIVALDO GUZMAN                                :   09-cr-0466 (BMC)
LOERA,                                                   :
                                                         :
          Defendant.                                    :
                                                         :
-------------------------------------------------------- X

**COGAN**, District Judge.

The Court's ruling on the parties' dispute over the appropriate response to the jury's request (Court Exhibit No. 12) is as follows:

- Defendant's objection to 1968:2-1974:25 is overruled.
- Defendant's objection to 1976:6-1979:5 is overruled.
- Defendant's objection to 1988:16-1989:10 is overruled.
- Defendant's objection to 1989:22-1990:14 is overruled.
- The Government's objection to 2037:11-2039:15 is overruled.
- The Government's objection to 2056:3-2089:10 is sustained.
- Defendant's objection to 1092:18-2093:25 is overruled.

**SO ORDERED.**

                                                                                   U.S.D.J.

Dated: Brooklyn, New York
       February 8, 2019