AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JOAQUIN ARCHIVALDO GUZMAN LOERA<br>*Defendant* | )<br>)<br>) Case No. 09 CR 0466(S-4)(BMC)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOAQUIN ARCHIVALDO GUZMAN LOERA

Date: 02/25/2019

/s/ Marc Fernich
*Attorney's signature*

MARC FERNICH (2472595)
*Printed name and bar number*

810 Seventh Avenue, Suite 620,
New York, NY 10019

*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*