7087

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
      - - - - - - - - - - - - - - -X
        UNITED STATES OF AMERICA,    :   09-CR-00466(BMC)
                                     :
                                     :
                                     :   United States Courthouse
            -against-                :   Brooklyn, New York
                                     :
                                     :
                                     :   February 11, 2019
                                     :   9:30 a.m.
        JOAQUIN ARCHIVALDO GUZMÁN    :
        LOERA,                       :
                                     :
                 Defendant.
      - - - - - - - - - - - - - - -X

            TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
              BEFORE THE HONORABLE BRIAN M. COGAN
           UNITED STATES DISTRICT JUDGE, and a jury.


                      A P P E A R A N C E S:

      For the Government:      RICHARD P. DONOGHUE, ESQ.
                                  United States Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East
                                  Brooklyn, New York 11201

                           BY:  GINA M. PARLOVECCHIO, ESQ.
                                ANDREA GOLDBARG, ESQ.
                                MICHAEL P. ROBOTTI, ESQ.
                                Assistant United States Attorneys


                                United States Attorney's Office
                                Southern District of Florida
                                99 N.E. 4th Street
                                Miami, Florida 33132.

                           BY:  ADAM S. FELS, ESQ.
                                Assistant United States Attorneys
```

*Denise Parisi, RPR, CRR*
*Official Court Reporter*

7088

```
 1                  A P P E A R A N C E S: (Continued.)

 2   For the Government:    Department of Justice, Criminal Division
                            Narcotic and Dangerous Drug Section
 3                          145 N. Street N.E.
                            Suite 300
 4                          Washington, D.C. 20530

 5                    BY:   ANTHONY NARDOZZI, ESQ.
                            AMANDA LISKAMM, ESQ.
 6                          BRETT C. REYNOLDS, ESQ.

 7

 8   For the Defendant: BALAREZO LAW
                            400 Seventh Street, N.W.
 9                          Suite 306
                            Washington, DC 20004
10
                      BY:   A. EDUARDO BALAREZO, ESQ.
11

12
                            LAW OFFICES OF JEFFREY LICHTMAN
13                          11 East 44th Street
                            Suite 501
14                          New York, New York 10017

15                    BY:   JEFFREY H. LICHTMAN, ESQ.
                            PAUL R. TOWNSEND, ESQ.
16

17
                            LAW OFFICE OF PURPURA and PURPURA
18                          8 E. Mulberry Street
                            Baltimore, Maryland 21202
19
                      BY:   WILLIAM B. PURPURA, ESQ.
20

21   Court Reporter:        Denise Parisi, RPR, CRR
                            Official Court Reporter
22                          United States Courthouse
                            225 Cadman Plaza East
23                          Brooklyn, New York 11201
                            Telephone: (718) 613-2605
24                          E-mail: DeniseParisi72@gmail.com

25   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.
```

Proceedings                                                              7089

1        (In open court; jury not present.)
2        (Defendant enters the courtroom 3:15 p.m.)
3        THE COURTROOM DEPUTY:  All rise.
4        THE COURT:  Have a seat, please.
5        Okay.  We have three notes from the jury.  The first
6   one says two things:  First, it says:  Can we please have the
7   testimony of Scott Schoonover?
8        We've marked that as Court Exhibit 13.
9        (Court's Exhibit 13 received in evidence.)
10       THE COURT:  It then goes on to say:  Can we please
11  leave at 4:15?
12       Court Exhibit 14 is:  We are requesting Cliffton
13  Harrison's testimony.
14       (Court Exhibit 14 received in evidence.)
15       THE COURT:  I understand the parties have pulled
16  together the testimony of those two witnesses and we are going
17  to read it to the jury; is that right?
18       MR. PURPURA:  That's correct.
19       MS. PARLOVECCHIO:  Yes, Your Honor.  We have pulled
20  it together.  We are also fine with sending it back to the
21  jury if that would expedite things since there's less than an
22  hour left to the day.
23       MR. PURPURA:  Whatever the Court decides, obviously,
24  would be appropriate, but if you are going to send it back, I
25  would ask the Court again to instruct the jury the same way

1  you instructed the jury on the first time; they should give no
2  greater weight to this than the other evidence.
3              THE COURT:  Okay.  I will remind them of that.  It's
4  about 15 to 20 pages, as I understand it, each witness, which
5  probably means about 20 minutes of reading.  It's right on the
6  border, really.
7              MR. LICHTMAN:  Judge, I would ask -- I think you had
8  mentioned last week that if it was up to an hour, you would
9  read it back.  It's only going to be --
10             THE COURT:  I don't recall saying that.  That seems
11 a bit long for me, but if you want me to read it to them, we
12 will.
13             MR. LICHTMAN:  I would rather.
14             THE COURT:  Okay.
15             Now, the harder question that you don't know about
16 is Court Exhibit 15, which says:  Does a violation have to be
17 proven or not proven unanimously?
18             (Court Exhibit 15 received in evidence.)
19             THE COURT:  How would the parties like me to answer
20 that?  I think the Government's turn.
21             MS. PARLOVECCHIO:  Your Honor, at least three of
22 them must be proven unanimously.
23             MR. PURPURA:  Violations must be proven unanimously
24 beyond a reasonable doubt.  You can even say all 12 -- to make
25 it simple, all 12 must agree to a violation.

1          MR. LICHTMAN:  Any violation.

2          MS. PARLOVECCHIO:  Your Honor, I think it's in the

3   jury instructions.  Perhaps it would just be easier between

4   the parties, since we've already agreed to the jury

5   instructions, to direct their attention to the particular

6   portion of the jury instructions that addresses this issue.

7          THE COURT:  Yes.  I think that's the thing to do.

8   It is in there.  I think there's some chance that they're

9   unsure whether they have to agree on all 27 of Count One,

10  because I'm not sure the instructions expressly told it.  They

11  did, by implication, that in order to convict on Count One,

12  they have to unanimously agree on Three; and the implication

13  being they don't have to unanimously agree on the others if

14  they agree on Three.  But I think the better course is to

15  refer them back to the instructions where we did define this.

16         Does anyone have the page number where that would

17  be?  Let's take a look before we bring them in.

18         MS. PARLOVECCHIO:  We can take a look, Your Honor.

19         THE COURT:  Okay.

20         MS. PARLOVECCHIO:  Your Honor, this is addressed in

21  the jury instructions on the penultimate paragraph of page 49

22  through the first paragraph on the top of page 50.

23         MR. PURPURA:  Page 49?  I'm sorry.

24         MS. PARLOVECCHIO:  Yes, starting at the bottom of

25  page 49 through the top of page 50.  So starting with "respect

1  to the second element of Count One."
2              THE COURT:  Yes, that's it.
3              Defense agrees?
4              MR. PURPURA:  One second, Your Honor, please.
5              THE COURT:  Okay.
6              MR. BALAREZO:  Were was it again?
7              THE COURT:  The incomplete paragraph at the bottom
8  of page 49 continuing on to page 50.
9              MR. PURPURA:  It's obvious -- it's acceptable, yes.
10             THE COURT:  Okay.
11             All right.  Let's bring the jury in, please.
12             You should sit.  It's going to take a while to line
13 them up.
14             (Pause.)
15             MS. PARLOVECCHIO:  Your Honor, just briefly, in
16 regards to the instruction Your Honor is going to read to the
17 jury, we would also request that we read --
18             THE COURT:  Oh, I'm not going to read it to them.
19             MS. PARLOVECCHIO:  Oh, you're not.  You are just
20 going to direct --
21             THE COURT:  I'm just going to direct them to the
22 page number.
23             MS. PARLOVECCHIO:  Okay.  Because the paragraph
24 before the last paragraph on the bottom of page 49 may also
25 address the issue as to whether they have to find unanimously

Proceedings                                                        7093

1    in all 27 to the extent there's confusion about that.
2              THE COURT:  Yes, I'm going to give both paragraphs.
3              MR. PURPURA:  Your Honor, even though you are going
4    to read to them, you will still give them the same general
5    instruction you gave earlier on the first request?
6              THE COURT:  Yes.
7              (Jury enters 3:26 p.m.)
8              THE COURT:  All right.  Everyone be seated.
9              Hello there, ladies and gentlemen.  We have your
10   three notes.  With regard to the testimony of Scott Schoonover
11   and Cliffton Harrison, those are both fairly short, and since
12   my preference is to read it to you when it's not too long, we
13   are going to have the court reporters read it to you, so
14   please listen carefully.  We'll start with the testimony of
15   Scott Schoonover.
16             (Record read.)
17             THE COURT:  How many pages was that?  Let me ask the
18   reporter.
19             THE COURT REPORTER:  Twenty-two.
20             THE COURT:  How long is the next witness?  How many
21   pages?
22             THE COURT REPORTER:  It's a little longer, Judge.
23             THE COURT:  I think I'm going to send it back.
24             I will remind you, ladies and gentlemen, whether you
25   hear the testimony reread to you orally here in court or you

1  get a physical copy of the transcript, don't take out of
2  context anything you hear here or bring back into the jury
3  room with you.  You have got to evaluate the testimony as a
4  whole and not give any particular weight to any one particular
5  piece of evidence.  So we'll send that back in for you to
6  have.
7           In addition, you've asked a question of whether a
8  violation has to be proven or not proven unanimously.  That
9  question is answered in the instructions that you have.  I'm
10 going to refer you to the last two paragraphs on page 49 that
11 carry over onto the top of page 50 and that should answer that
12 question for you.
13          And then, lastly, we have your request that you
14 again leave at 4:15 today.  That is, of course, fine.  I will
15 take this opportunity to give you the usual admonitions about
16 not communicating, staying away from media coverage, not
17 posting anything about this, and keeping it out of your mind
18 entirely until you are all back in the jury room tomorrow at
19 9:30.  So from the time you leave, you stop talking about the
20 case and you don't start talking until all 12 of you are back
21 there again tomorrow morning.
22          So have a good night.  Thanks again for your hard
23 work.  We know this isn't easy and we appreciate it.
24          Thank you.
25          (Jury exits 3:48 p.m.)

```
                         Proceedings                        7095
```

1  THE COURT: Okay. Unless we get any other requests
2  from the jury, we will stand in recess until tomorrow.
3  MS. PARLOVECCHIO: Thank you, Your Honor.
4  MR. BALAREZO: Thank you, Judge.
5
6  (Matter adjourned to February 12, 2019, at 9:30 a.m.)
7
8                          ooo0ooo

*Denise Parisi, RPR, CRR*
*Official Court Reporter*

7096

# INDEX

## INDEX OF EXHIBITS

| COURT EXHIBITS: | PAGE: |
|---|---|
| Court's Exhibit 13 | 7089 |
| Court Exhibit 14 | 7089 |
| Court Exhibit 15 | 7090 |

*****

Denise Parisi, RPR, CRR
Official Court Reporter