

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2019

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Joaquin Archivaldo Guzman Loera
                Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

      The government respectfully requests to file its response to the defendant's motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 on April 29, 2019. See Dkt. No. 592.

                                             Respectfully submitted,

                                             RICHARD P. DONOGHUE
                                             UNITED STATES ATTORNEY
                                             Eastern District of New York
                                             271 Cadman Plaza East
                                             Brooklyn, New York 11201

                                             ARTHUR G. WYATT, CHIEF
                                             Narcotic and Dangerous Drug Section
                                             Criminal Division,
                                             U.S. Department of Justice

                                             OF COUNSEL:
                                             ARIANA FAJARDO ORSHAN
                                             UNITED STATES ATTORNEY
                                             Southern District of Florida

cc:    Clerk of the Court (BMC) (by ECF)
        Defense Counsel (via ECF)