```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------x
                                                09-CR-00466(BMC)
 3   UNITED STATES OF AMERICA,
                                                United States Courthouse
 4                                              Brooklyn, New York

 5           -against-                          February 12, 2019
                                                9:30 a.m.
 6   JOAQUIN ARCHIVALDO GUZMAN
     LOERA,
 7
                 Defendant.
 8
     ------------------------------x
 9
                 TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
10                 BEFORE THE HONORABLE BRIAN M. COGAN
                      UNITED STATES DISTRICT JUDGE
11                            BEFORE A JURY

12   APPEARANCES

13   For the Government:         UNITED STATES ATTORNEY'S OFFICE
                                 Eastern District of New York
14                               271 Cadman Plaza East
                                 Brooklyn, New York 11201
15                               BY:  GINA M. PARLOVECCHIO, ESQ.
                                      ANDREA GOLDBARG, ESQ.
16                               Assistant United States Attorneys

17                               UNITED STATES ATTORNEY'S OFFICE
                                 Southern District of Florida
18                               99 NE 4th Street
                                 Miami, Florida 33132
19                               BY:  ADAM S. FELS, ESQ.
                                 Assistant United States Attorney
20
                                 DEPARTMENT OF JUSTICE
21                               Criminal Division
                                 Narcotic and Dangerous Drug Section
22                               145 N. Street N.E. Suite 300
                                 Washington, D.C. 20530
23                               BY:  ANTHONY NARDOZZI, ESQ.
                                      AMANDA LISKAMM, ESQ.
24

25   (CONTINUED FOLLOWING PAGE)
```

```
 1   (APPEARANCES CONTINUED)

 2

 3

 4   For the Defendant:        BALAREZO LAW
                               400 Seventh Street, NW
 5                             Washington, D.C. 20004
                               BY:  A. EDUARDO BALAREZO, ESQ.
 6
                               LAW OFFICES OF JEFFREY LICHTMAN
 7                             11 East 44th Street, Suite 501
                               New York, New York 10017
 8                             BY:  JEFFREY H. LICHTMAN, ESQ.
                                    PAUL R. TOWNSEND, ESQ.
 9
                               LAW OFFICE OF PURPURA & PURPURA
10                             8 E. Mulberry Street
                               Baltimore, Maryland 21202
11                             BY:  WILLIAM B. PURPURA, ESQ.

12                             LAW OFFICES OF MICHAEL LAMBERT, ESQ.
                               369 Lexington Avenue, PMB #229
13                             New York, New York 10017
                               BY:  MICHAEL LEIGHT LAMBERT, ESQ.
14                                  MARIEL COLON MIRO, ESQ.

15

16
     Court Reporter:           Rivka Teich, CSR, RPR, RMR, FCRR
17                             Phone:  718-613-2268
                               Email:  RivkaTeich@gmail.com
18
     Proceedings recorded by mechanical stenography.  Transcript
19   produced by computer-aided transcription.

20

21

22

23

24

25
```

VERDICT

1       (In open court.)

2       THE COURTROOM DEPUTY:  All Rise.

3       THE COURT:  Be seated.  We have received a note from
4  the Jury that we've marked as Court Exhibit 16.  It says, "We
5  have reached a verdict."  It is signed by Juror No. 11, the
6  Foreperson.

7       Is there any reason from the parties why I should
8  not bring in the jury and receive the verdict?

9       MS. PARLOVECCHIO:  No, your Honor.

10      MR. PURPURA:  No, your Honor.

11      THE COURT:  Let me say a couple of things to the
12 gallery first before I bring in the jury.  First of all, no
13 demonstrative reaction to the verdict, please, everyone
14 demonstrate proper decorum.

15      Second, those of you who chose to be in the
16 courtroom, at this point you're going to need to stay until I
17 discharge the jury.  I don't want everyone running for the
18 exits as soon as I start reading the verdict.  Make your
19 decision now, either you stay here or you can go to the
20 overflow courtroom and listen to it there.

21      Let's have the jury in, please.

22      (Jury enters the courtroom.)

23      THE COURT: Everyone be seated.  Good morning,
24 ladies and gentlemen.  We have your note saying that you have
25 reached a verdict.

Rivka Teich CSR, RPR, RMR, FCRR
Official Court Reporter

7100
VERDICT

1               Let me ask your Foreperson, Juror No. 11, is it
2    correct that you have reached a unanimous verdict on all
3    counts?
4               THE FOREPERSON:  Yes.
5               THE COURT:  Hand the verdict form to Ms. Clarke.
6               Give me a moment to inspect the verdict form.
7               All right, ladies and gentlemen, what I'm going to
8    do now is referred to as publishing the verdict, that simply
9    means I'm going to read it out loud.  It's very important that
10   you listen carefully as I read it because either side has the
11   right to ask me to ask each one of you individually if what
12   I've read does in fact represent your true and accurate
13   verdict.  So please attend while I read the verdict.
14              The verdict on Count One, engaging in a continuing
15   criminal enterprise, the Jury has checked guilty.
16              As to the Violations within that count, the Jury has
17   checked proven as to all Violations except Violation 18 and
18   24.
19              As to the questions following Count One, first, has
20   the Government proved beyond a reasonable doubt that at least
21   one Violation that you have determined to be proven involved
22   at least 150 kilograms of cocaine, the Jury has checked yes.
23              The second question, has the government proved
24   beyond a reasonable doubt that the Enterprise received
25   $10 million or more in gross receipts during at least one

1   12-month period from the manufacture, importation or
2   distribution of cocaine, the Jury has checked yes.
3            On the third question, has the Government proved
4   beyond a reasonable doubt that the defendant was one of
5   several principal administrators, organizers or leaders of the
6   enterprise, the Jury has checked yes.
7            As to Count Two, international cocaine, heroin,
8   methamphetamine and marijuana manufacture and distribution
9   conspiracy, the Jury has checked guilty.
10           In response to the questions under that count.
11  First, has the Government proved beyond a reasonable doubt
12  that the offense involved 5 kilograms or more of cocaine, the
13  Jury has checked yes.
14           Question two, has the Government proved beyond a
15  reasonable doubt that the offense involved 1 kilogram or more
16  of heroin, the Jury has checked yes.
17           Question three, has the Government proved beyond a
18  reasonable doubt that the offense involved 500 grams or more
19  of methamphetamine, the Jury has checked yes.
20           The fourth question, has the Government proved
21  beyond a reasonable doubt that the offense involved
22  1,000 kilograms or more of marijuana, the Jury has checked
23  yes.
24           As to Count Three, the Jury's verdict is guilty.
25           The question, has the Government proved beyond a

1    reasonable doubt that the offense involved 5 kilograms or more
2    of cocaine, the Jury has checked yes.
3                As to Count Four, the Jury has checked guilty.
4                The question, has the Government proved beyond a
5    reasonable doubt that the offense involved 5 kilograms or more
6    of cocaine, the Jury has checked yes.
7                As to Count Five, the Jury has checked guilty.
8                The question under Count Five, has the Government
9    proved beyond a reasonable doubt that the offense involved
10   5 kilograms or more of cocaine, the Jury has checked yes.
11               As to Count Six, international distribution of
12   cocaine, the Jury has checked guilty.
13               As to the question under Count Six, has the
14   Government proved beyond a reasonable doubt that the offense
15   involved 5 kilograms or more of cocaine, the Jury has checked
16   yes.
17               Count Seven, international distribution of cocaine,
18   the Jury has checked guilty.
19               As to the question under Count Seven, has the
20   Government proved beyond a reasonable doubt that the offense
21   involved 5 kilograms or more of cocaine, the Jury has checked
22   yes.
23               As to Count Eight, international distribution of
24   cocaine, the Jury has checked guilty.
25               As to the question under that count, has the

1   Government proved beyond a reasonable doubt that the offense
2   involved 5 kilograms or more of cocaine, the Jury has checked
3   yes.
4            As to Count Nine, use of firearms, the Jury has
5   checked guilty.
6            As to the questions under Count Nine, first, has the
7   Government proved beyond a reasonable doubt that one or more
8   of the firearms at issue in Count Nine was brandished, the
9   Jury has checked yes.
10           Second, has the Government proved beyond a
11  reasonable doubt that one or more of the firearms at issue in
12  Count Nine was discharged, the Jury has checked yes.
13           Third, has the Government proved beyond a reasonable
14  doubt that one or more of the firearms at issue in Count Nine
15  was a machine gun, the Jury has checked yes.
16           As to Count Ten, conspiracy to launder narcotics
17  proceeds, the Jury has checked guilty.
18           The verdict form is signed by Juror No. 11.
19           Would either side like me to pole the Jury?
20           MR. PURPURA:  Yes, please pole the jury.
21           THE COURT:  Juror No. 1, is the verdict as I have
22  read it to you, does that represent your true and accurate
23  verdict?
24           JUROR NO. 1:  Yes.
25           THE COURT:  Juror No. 2?

```
 1              JUROR NO. 2:  Yes.
 2              THE COURT:  Juror No. 3?
 3              JUROR NO. 3:  Yes.
 4              THE COURT:  Juror No. 4?
 5              JUROR NO. 4:  Yes.
 6              THE COURT:  Juror No. 5?
 7              JUROR NO. 5:  Yes.
 8              THE COURT:  Juror No. 6?
 9              JUROR NO. 6:  Yes
10              THE COURT:  Juror No. 7?
11              JUROR NO. 7:  Yes.
12              THE COURT:  Juror No. 8?
13              JUROR NO. 8:  Yes.
14              THE COURT:  Juror No. 9?
15              JUROR NO. 9:  Yes.
16              THE COURT:  Juror No. 10?
17              JUROR NO. 10:  Yes.
18              THE COURT:  Juror No. 11?
19              JUROR NO. 11:  Yes.
20              THE COURT:  Juror No. 12?
21              JUROR NO. 12:  Yes.
22              THE COURT:  Is there any reason why I should not
23   discharge the jury?
24              MR. PURPURA:  No, your Honor.
25              MS. PARLOVECCHIO:  No, your Honor.
```

VERDICT

THE COURT: Ladies and gentlemen of the jury, I told you when I gave you the instructions for this case that I had no opinion on how you should decide this case, that remains the case. I am not going to comment in any way on whether I think your opinion was right or wrong in any way.

But what I do want to say to you and I have to commend you for this, in my nearly 13 years as a trial judge I have never seen a jury in a case this complicated pay the kind of attention and focus on detail and go through the deliberations the way you did. We're one of the few countries in the world that trusts our citizens to make these important kinds of decisions over other people's lives. You have demonstrated why we do that and why we have confidence in it.

Not with regard to the decision you reached, but the way you went about it, was really quite remarkable; and frankly, made me very proud to be an American.

As for the alternates, I don't think your time here was wasted. The level of tension when we don't have alternates in a case like this, and the possibility of losing a juror means the case have to start over, is really very unpleasant. So having the security of having you here really was a great benefit. I hope you found it interesting as well to listen to the trial.

And I want to thank all of the Jury, the alternates and the main Jury, for the excellent attention you paid

1   throughout this case.  It was really just remarkable.
2           The only other thing I'll say to you is we're going
3   to continue to preserve your anonymity, the Court is not going
4   to let that information out.  You can, if you want, my advice
5   to you is that you not.  Once you open that door, it's very
6   difficult to close it, everyone is going to want to ask you
7   questions.  But you have the perfect right to do as you want.
8   It's going to be your decision as to how you want to proceed
9   from this point forward.  The information will not come from
10  the Court.  I can assure you that it will not come from the
11  lawyers.
12          Thank you once again, we really appreciate it.  You
13  are discharged.
14          (Jury exits the courtroom.)
15          THE COURT:  Everyone be seated.  The order of
16  detention will continue.  Let's pick a tentative sentencing
17  date for about 90 days out.
18          COURTROOM DEPUTY:  June 25 at 10:00 a.m.
19          THE COURT:  June 25 at 10:00 a.m. is an initial date
20  for sentencing.  Anybody have a problem with that?
21  (Continued following page.)

Rivka Teich CSR, RPR, RMR, FCRR
Official Court Reporter

VERDICT

1    MR. PURPURA:  No, your Honor.

2    THE COURT:  Anything else to cover?

3    MR. PURPURA:  No, thank you.

4    MS. PARLOVECCHIO:  No, thank you.

5    THE COURT:  Thank you.  All we are adjourned.

6    (Whereupon, the matter was concluded.)

7               *     *     *     *     *

8  I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
9

10  Rivka Teich, CSR RPR RMR FCRR
    Official Court Reporter
11  Eastern District of New York