LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620  
NEW YORK, NEW YORK 10019  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

April 30, 2019

**BY ECF**

Hon. Brian M. Cogan  
USDJ-EDNY  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:   *US v. Joaquin Archivaldo Guzman Loera*, 09 CR 466 (EDNY) (BMC)

Dear Judge Cogan:

    I write to respectfully request, with the government's consent, a May 29 due date for our reply papers in further support of Guzman's new trial motion. The date is necessitated by the length of the government's opposition and a family medical crisis requiring my indefinite presence in Florida for at least the month of May. We appreciate the Court's attention and consideration.

    Respectfully,

    Marc Fernich

cc:   All Counsel (ECF)