# *The Law Offices of*
# *Michael L. Lambert*

*369 Lexington Ave*
*2nd Floor, PMB #229*
*New York, NY, 10016*
*Ph: (917) 743-7071*
*Email: mariel.colon8@gmail.com*

April 14, 2019

To Whom It May Concern,

We are writing to provide a letter of intent from El Chapo Guzman: JGL, LLC to start a new clothing line that will be named "El Chapo Guzman: JGL". The anticipated date of opening is Summer 2019. Our DOS ID is 5478487. Our address is 369 Lexington Ave 2nd floor PMB229 New York, NY 10016. I have attached a picture of a certificate of existence from the State of New York as proof of our existence, as well as a link to a newspaper article talking about our upcoming fashion line. The link is https://www.cnn.com/2019/03/29/us/el-chapo-llc-drug-lords-name-to-be-licensed-for-clothing-line/index.html

Please, feel free to contact me at 917-743-7071 if you need me to provide you with additional information.

Thank you in advance for your kind assistance in this matter.

                                                    Respectfully submitted,

                                                    <u>/s/Mariel Colón Miró, Esq.</u>
                                                    MARIEL COLON MIRO, ESQ.
                                                    369 Lexington Ave. PMB 229
                                                    New York, NY 10016
                                                    (917) 743-7071