May 3, 2019

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Joaquín Archivaldo Guzmán Loera*
      Case No. 09-CR-0466 (S-4)(BMC)

Dear Judge Cogan:

I am writing to the Court to ask you to terminate A. Eduardo Balarezo as one of my attorneys.

Thank you,

*[signature: Joaquín Guzmán L.]*
Joaquín A. Guzmán Loera