# The Law Office of
# Michael L. Lambert

369 Lexington Ave
2nd Floor, PMB #229
New York, NY, 10016
Ph: (914)-417-1144
Email: mlambertesq@gmail.com

May 4, 2019

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Joaquín Archivaldo Guzmán Loera*
      Case No. 09-CR-0466 (S-4)(BMC)

Your Honor:

I am writing to inform the Court that the original document number 607 was posted due to a computer error. Please ignore and remove.

                Respectfully Submitted,

                /s/ Michael Lambert, Esq.
                  Attorney for Defendant

cc:

The parties via ECF