# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES,** | : |
| *v.* | : |
| | : Criminal No. 09-0466(BMC) |
| **JOAQUÍN GUZMÁN LOERA,** | : |
| *Defendant.* | : |

## ORDER

Upon consideration of Attorney A. Eduardo Balarezo's Motion to Withdraw as Counsel and for good cause shown, it is this __6th__ day of May 2019, hereby

**ORDERED**, that the Motion is **GRANTED**.

_____
BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Case 1:09-cr-00466-BMC-RLM Document 631 Filed 05/06/19 Page 1 of 1 PageID #: 10291