LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com                                                     810 SEVENTH AVENUE, SUITE 620
ALSO ADMITTED IN MASSACHUSETTS                                                 NEW YORK, NEW YORK 10019
                                                                                         212-446-2346
                                                                                         FAX: 212-459-2299
                                                                                         www.fernichlaw.com

May 22, 2019

**BY ECF**

Hon. Brian M. Cogan, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      ***Re:***    ***U.S. v. Joaquin Archivaldo Guzman Loera,*** **09 CR 466 (BMC)**

Dear Judge Cogan:

     I write to respectfully request a roughly two-week extension, to June 14, of the deadline for Mr. Guzman's Rule 33 reply papers. The government consents to the proposed extension.

     To briefly explain, my elderly father is terminally ill and has been relegated to home hospice care after urgent hospitalization late last week. His only surviving child, I've been living in his Florida residence indefinitely, assisting with his medical and personal needs. Though his passing appears imminent, it's impossible to know exactly when it will occur. Under the circumstances, I thought it better to seek a mid-June due date rather than potentially burden the Court and government with piecemeal extension requests.

     I appreciate Your Honor's attention and consideration in this regard.

                                                                  Respectfully,

                                                                  /S/

                                                                Marc Fernich

cc:     All Counsel (ECF)