# The Law Office of
# Michael L. Lambert

*369 Lexington Ave*
*2nd Floor, PMB #229*
*New York, NY, 10016*
*Ph: (917) 743-7071*
*Email: mariel.colon8@gmail.com*

May 27, 2019

**BY ECF**

The Honorable Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Joaquín Archivaldo Guzmán Loera*,
                Criminal Docket No. 09-CR-0466 (S-4) (BMC).

Dear Judge Cogan:

    I write to most respectfully request that Your Honor grant me a three-day extension, to June 2, to submit the reply to the Government's May 23, 2019 opposition letter. I was out of state and just got back yesterday, May 26th. While away, I was not able to work on the reply.

    I appreciate Your Honor's attention and consideration in this regard.

                                                      Respectfully submitted,

                                                      /s/ Mariel Colón Miró, Esq.
                                                        *Counsel for Defendant*

cc:    Clerk of Court (By ECF)
        All Counsel (By ECF)