## Re: Joaquin Guzman MCC issues

2 messages

**Rebecca** [redacted]     Wed, Jun 27, 2018 at 11:40 AM

To: "Goldbarg, Andrea (USANYE)" <[redacted]

Cc: Adam Johnson <[redacted] Stephanie Scannell [redacted]>, Mariel Colon <[redacted], A Eduardo Balarezo <[redacted]>

Ms. Goldbarg and Mr. Johnson,

I write to address an issue with the MCC commissary items available to Mr. Guzman. Although this issue was litigated over a year ago and the government agreed that Mr. Guzman would be permitted to purchase bottled water and food items, he has not been permitted to do so for over two months now. He is also currently not being permitted to purchase soap and toothpaste. Please address this issue with the MCC staff immediately. Mr. Guzman has not been charged with any disciplinary violations and therefore should not be subject to any punitive restrictions to his commissary purchases.

Thank you for your prompt attention to this matter.

On Thu, Jun 14, 2018, 3:36 PM Rebecca <[redacted]> wrote:

> Hi Adam,
>
> I'm writing to follow up again on the freezing temperatures in 10 south. It's excessively cold in there, both according to my client and my own experience during visits. I've also asked the guards in 10 south to provide Mr. Guzman with copouts, but he has not received any, and so has not been able to file his own requests. Please let me know what can be done to address this.
>
> Thanks,
>
> Rebecca