## SAMs Affirmation

**Rebecca** <[redacted]>
Thu, Jun 14, 2018 at 3:36 PM
To: Adam Johnson <[redacted]>
Cc: Rebecca <[redacted]>, Stephanie Scannell <[redacted]>, Mariel Colon <[redacted]>

Hi Adam,

I'm writing to follow up again on the freezing temperatures in 10 south. It's excessively cold in there, both according to my client and my own experience during visits. I've also asked the guards in 10 south to provide Mr. Guzman with copouts, but he has not received any, and so has not been able to file his own requests. Please let me know what can be done to address this.

Thanks,

Rebecca