DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
MCC, NEW YORK
July, 2015 Commissary Price List
All Sales Are Final
NO REFUNDS OR EXCHANGES

***"GENERAL POPULATION"***

| PRINT FULL NAME (LAST, FIRST) | UNIT | REG # | DATE AND SIGNATURE | Tier |
|---|---|---|---|---|
| | | | | |

| | Stamps - (Limit to $10.00 total) | |
|---|---|---|
| | Book (Limit 1) | $9.80 |
| | Envelope & Stamp | $0.62 |
| | Single $1.00 Stamp | $1.00 |
| | **Religious Items (Limit 1 Each)** | |
| | Rasta Crowns (Chaplain Approval) | $12.96 |
| | Muslim Kufi (White) | $5.99 |
| | Muslim Prayer Rug | $12.96 |
| | Prayer Oil | $4.80 |
| | Yarmuuke (White) | $2.95 |
| | **Shaving Products** | |
| | Shave Gel ® | $1.75 |
| | Liquid Bump Stopper | $5.30 |
| | Magic Shave ® | $2.35 |
| | Razor | $7.80 |
| | Shaving Bag | $5.50 |
| | **Dental Items** | |
| | Aim Mouthwash ® | $2.15 |
| | Close-up Toothpaste ® | $2.75 |
| | Colgate Toothpaste ® | $2.35 |
| | Colgate Toothpaste Whitening ® | $3.90 |
| | Dental Floss Picks ® | $1.45 |
| | Dentu Cream Clean ® | $4.50 |
| | Effergrip ® | $6.00 |
| | Oentu-Cup ® | $1.50 |
| | Oral B-Tooth Brush ® | $3.15 |
| | Sensodyne Toothpaste ® | $6.75 |
| | Tooth Brush Cover | $0.25 |
| | **Vitamins** | |
| | Calcium Vitamins ® | $2.70 |
| | Daily Vitamin/Iron ® | $4.10 |
| | Vitamin B-150 ® | $2.80 |
| | Vitamin C ® | $3.25 |
| | Vitamin E ® | $3.35 |
| | **Female Items** | |
| | Arta Skin Cream | $5.95 |
| | Clear Shower Cap | $0.15 |
| | Tampons - Regular $7.65 ® | $7.65 |
| | Tampons - Super $5.30 ® | $5.30 |
| | Green Foam Rollers | $1.85 |
| | Female Watches | $44.75 |
| | Lipstick | $1.20 |
| | Oil of Olay Age Defying Daily | $13.15 |
| | Panty Liners ® | $1.40 |
| | Pony Tail Holders | $0.15 |
| | S/B Cream Relaxer | $7.90 |
| | Scrunchy | $4.00 |
| | Summer's Eve Feminine Cloth | $3.05 |
| | **Deodorant** | |
| | Lady Degree ® | $1.90 |
| | Men ® | $3.45 |
| | Old Spice | $3.05 |
| | **Soap Items** | |
| | Dial ® | $0.95 |
| | Dove (Pork Free)® | $1.90 |
| | Neutrogena Acne Cleaning | $3.90 |
| | Palmers Success | $3.30 |
| | Soap Dish ® | $0.70 |
| | Tone ® | $1.00 |
| | **Hair Care Products** | |
| | African Pride (MG) | $6.55 |
| | Comb | $0.85 |
| | Conditioner V05 ® | $1.90 |

| | Eye Wear | |
|---|---|---|
| | Reading Glasses 1.0,2.0,3.0 ____ | $5.99 |
| | **Hala/Kosher Meals** | |
| | Bean Pie | $3.00 |
| | Beef Stuffed Cabbage "K" | $3.90 |
| | Cheese Ravioli Tomato Sauces "K" | $3.90 |
| | Eggplant Parmesan "K" | $3.90 |
| | Stuffed Chicken/Rice | $5.05 |
| | **Dietetic Items** | |
| | Sweetener "K" | $3.00 |
| | Fruit Punch Sweet Fusion(10pk) "K" | $2.75 |
| | Honey (Sugar Free) "K" | $3.25 |
| | Sweet & Low Candy "K" | $2.20 |
| | Tea-Lemon Sugar Free(10pk) "K" | $2.75 |
| | Watermelon Sugar Free(10pk) "K" | $1.20 |
| | **Medical Items** | |
| | A & D Ointment ® | $2.50 |
| | Allergy / Cold Tablets ® | $1.60 |
| | Anesthetic Oral Gel ® | $1.50 |
| | Anti Diarrheal ® | $1.90 |
| | Advil ® | $5.40 |
| | Antifungal Cream ® | $1.60 |
| | Anti-Fungal Powder ® | $2.60 |
| | Artificial Tears ® | $2.25 |
| | Aspirin ® | $1.60 |
| | Clartin/Non Drowsy Allergy ® | $8.20 |
| | Docusate 100MG (Stooler Softner) | $3.70 |
| | Gas Relief Tab 80MG ® | $3.20 |
| | Goodsense Tussin | $2.45 |
| | Halls ® | $1.05 |
| | Hydro Cort Cream ® | $1.75 |
| | Lac-Hyrdin Lotion | $10.70 |
| | Lactaid | $6.60 |
| | Laxative Tablets | $1.75 |
| | Milk of Magnesia ® | $2.60 |
| | Muscle Rub | $2.20 |
| | Mylanta ® | $3.85 |
| | Naproxen Tab 220MG ® | $4.95 |
| | Pepto-bismol ® | $4.05 |
| | Prilosec Tabs ® | $16.15 |
| | Saline Nasal Spray ® | $1.85 |
| | Selenin Shampoo | $4.85 |
| | Tucks Med.Pad | $6.15 |
| | Tums | $2.30 |
| | Tylenol Extra Strength ® | $1.70 |
| | Zantac (Generic) ® | $5.65 |
| | **Candy & Snacks** | |
| | Cashews (Unsalted) "K" | $3.25 |
| | Cheese/Turkey Combo | $1.25 |
| | Chewy Chips Ahoy Cookies "K" | $3.70 |
| | Granola Bars | $3.30 |
| | Honey Buns "K" | $0.85 |
| | Horseradish Chedder Cheese Potato Chips | $2.15 |
| | Jolly Ranchers Asst. | $0.80 |
| | Kit Kat (8 pk) "K" | $2.60 |
| | Saltine Crackers "K" | $2.85 |
| | Snickers (6 pk) | $1.80 |
| | Nacho Cheese Chips "K" | $1.45 |
| | Oatmeal Cookies (Iced) | $2.35 |
| | Peanuts "K" | $1.60 |
| | Plantain Chips "K" | $1.00 |
| | Pretzels "K" | $1.00 |
| | Star Light Mints | $0.65 |

| | | |
|---|---|---|
| | Cream of Nature ® | $7.60 |
| | Dandruff Shampoo ® | $1.90 |
| | Hair Gel ® | $1.95 |
| | Herbal Essence Conditioner ® | $4.40 |
| | Herbal Essence Shampoo ® | $4.70 |
| | Military Club Brush | $2.90 |
| | Palm Brush | $0.50 |
| | Pink Oil Lotion | $5.45 |
| | Shampoo V05 ® | $1.90 |
| **Sundry Items** | | |
| | Address Book | $0.75 |
| | Alarm Clocks (Cadre Only) | $10.00 |
| | Battery (Double AA) 4 pk. | $1.50 |
| | Battery (Triple AAA) 4 pk. | $1.50 |
| | Book Light | $12.95 |
| | Bowl Limit 1 per shop and 3 per lifetime | $0.70 |
| | Clear Head Phones | $12.90 |
| | Combination Lock | $6.50 |
| | Corrective Ribbon | $0.65 |
| | Detergent | $1.40 |
| | Envelope Legal (4 PK) | $0.90 |
| | Facial Tissue | $0.75 |
| | Fork & Spoon Set | $1.05 |
| | Insulated Mugs | $1.95 |
| | JVC Earbuds | $9.95 |
| | Mailing Envelopes (50 box) | $1.75 |
| | Male Watches | $19.95 |
| | Mirror | $2.55 |
| | MP3 Player - SanDisk Clip Sport | $88.40 |
| | MP3 Player Return Envelope | $0.85 |
| | Nylon Mesh Laundry Bag | $5.10 |
| | Photo Albums | $2.80 |
| | Photocopy Key Cards | $6.50 |
| | Pilot Pens | $2.10 |
| | Playing Cards | $1.60 |
| | Radio JRFM35 | $44.85 |
| | Silcone MP3 Cover | $2.60 |
| | Skullcandy Earbuds | $18.95 |
| | Toilet Paper | $5.30 |
| | Typewriter Ribbon (B199) | $4.55 |
| | Watch Battery | $2.50 |
| | Writing Pad | $1.05 |
| **Clothing** | | |
| | 3pk Socks | $5.85 |
| | Boxer Briefs (M - 2X)Size________ | $3.55 |
| | Gray T-Shirts (S - XL)Size______ | $6.75 |
| | Gray T-Shirts (2X) | $7.50 |
| | Gray T-Shirts (3X -4X) Size ______ | $7.95 |
| | Gray T-Shirts (5X - 7X) Size ____ | $10.95 |
| | Hat (Grey Wool) | $3.25 |
| | Micro Mesh Shorts (L -3X)Size______ | $15.60 |
| | Micro Mesh Shorts (4X - 7X) Size _____ | $22.10 |
| | Sweat Pants (M - 4X) Size _______ | $15.50 |
| | Sweat Pants (5X - 7X) Size________ | $20.15 |
| | Sweat Shirts (M - 4X)Size_______ | $15.50 |
| | Sweat Shirts (5X - 7X)Size______ | $20.15 |
| | Thermal Pants (L -1X) Size _____ | $8.50 |
| | Thermal Pants (2X - 4X) Size ______ | $9.75 |
| | Thermal Tops (L - XL) Size ____ | $8.50 |
| | Thermal Tops (2X - 4X) Size ________ | $9.75 |
| | Thermal Tops 7X | $14.55 |
| **Sneakers / Shower Shoes (Limit 1 ONLY)** | | |
| | Sneakers ___________ (SIZE) | $65.00 |
| | Clogs Shower Shoes_________(SIZE) | $7.35 |
| **Personal Health / Hygiene** | | |
| | 3 and 1 Body Wash ® | $2.75 |
| | Baby Powder | $1.90 |
| | Suave Body Wash | $2.95 |
| | Chapstick ® | $1.60 |
| | Coco Butter lotion ® | $6.00 |
| | Emery Board | $0.90 |
| | Fingernail Clippers ® | $0.90 |
| | Suave Lotion (Advance Therapy) ® | $2.85 |
| | Noxema ® | $2.20 |
| | Q-Tips | $1.10 |
| | Toe Nail Clippers ® | $1.15 |

| | | |
|---|---|---|
| | Wheat Thins | $3.45 |
| **Food Items** | | |
| | Beef Deli Sticks | $1.05 |
| | Barbeque Sauce | $1.95 |
| | Cereal in a Bag - Cinnamon Squares | $4.90 |
| | Chicken Breast | $2.40 |
| | Chili Mac With Beef | $2.60 |
| | Fresh Catch Lt. Tuna "K" - Limit 10 | $1.95 |
| | Freshly's Banana Cupcakes | $0.90 |
| | Garlic Powder "K" | $1.15 |
| | Hot and Spicy Halal Beef Sausage | $2.35 |
| | Instant Rice - Limit 10 | $1.15 |
| | Mac & Cheese | $1.55 |
| | Mackerel Fillets "K" - Limit 10 | $1.00 |
| | Maruchan Lime Chili w/Shrimp - Limit 5 | $0.60 |
| | Maruchan Roasted Chicken - Limit 5 | $0.60 |
| | Maruchan Vegetable Soup - Limit 5 | $0.60 |
| | Mayonnaise "K" | $3.30 |
| | Oatmeal - Varity box - Limit 2 | $3.30 |
| | Peanut Butter "K" | $3.00 |
| | Picante Sauce | $2.00 |
| | Refried Beans "K" | $2.15 |
| | Salt & Pepper "K" | $1.75 |
| | Sazon | $1.60 |
| | Soy Sauce 16oz "K" | $1.15 |
| | Spam | $1.55 |
| | Vegetables Dehydrated PK | $1.60 |
| | Velveeta cheese | $3.60 |
| | Wheat Matza | $5.25 |
| **Beverages** | | |
| | Bottled Water | $1.05 |
| | Carnation Drink "K" | $7.00 |
| | Coffee Creamer "K" | $1.20 |
| | Diet Pepsi "K" - Limit 12 | $2.70 |
| | Ginger Ale "K" - Limit 12 | $2.70 |
| | Grape - Limit 12 | $2.70 |
| | Hot Cocoa Mix "K" | $1.80 |
| | Instant Coffee "K" | $3.35 |
| | Instant Coffee (Decaf.) "K" | $3.50 |
| | Lipton Tea Bags "K" | $2.60 |
| | Pepsi "K" - Limit 12 | $2.70 |
| | Soy Milk | $2.30 |
| | Vanilla Coffee Creamer "K" | $2.60 |
| **Greeting Cards** | | |
| | Greeting Cards | $0.90 |
| | Greeting Cards - Happy Birthday | $1.30 |
| | Greeting Cards - Birthday Wishes | $1.30 |
| | Greeting Cards - Timeless Love | $1.30 |
| | Greeting Cards - Perfect Love | $1.30 |

*** General Information - The spending limit is $160.00 every 2 weeks. Once a receipt is signed all sales are final. Validations takes place weekly. Discounted items will be sold until stock is depleted. Items sold under commissary restriction are marked by an "®. Kosher items are marked with a "K". Any questions concerning the selling price and the delivery of Commissary items should be addressed to the Commissary Foreman via Cop out. Questions regarding inmate accounts should be directed to the Cashiers Office.

Inmates are prohibited under any circumstances to transfer any property to another inmate. Damaged radios, MP3 players, headphones and watches should be sent to the manufacturer as directed by the warranty instructions.

**PRICES ARE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE.**

AW(O) 7/26/15

**K. Elraheb, AW (O)** Date

7/27/15

**M. Baird, Warden** Date

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
MCC, NEW YORK
November, 2015 Commissary Price List
All Sales Are Final
NO REFUNDS OR EXCHANGES

*"10 South"*

| PRINT FULL NAME (LAST, FIRST) | REG. NUMBER # | UNIT | TIER/ CELL | DATE AND SIGN |
|---|---|---|---|---|
| | | | | |

| | Item | Price |
|---|---|---|
| | **Stamps - (Limit to $10.00 total)** | |
| | Book (Limit 1) | $9.80 |
| | Envelope & Stamp | $0.62 |
| | Single $1.00 Stamp | $1.00 |
| | **Religious Items (Limit 1 Each)** | |
| | Muslim Prayer Rug | $12.96 |
| | Muslim Kufi (White) | $5.99 |
| | Prayer Oil | $4.80 |
| | **Shaving Products (Limit 1 Total)** | |
| | Shaving Gel Tube® | $1.75 |
| | **Dental Items (Limit 1 Total)** | |
| | Colgate Toothpaste ® | $2.35 |
| | Sensodyne Toothpaste® | $6.75 |
| | Close up Toothpaste | $2.75 |
| | **Vitamins (Limit 1 Each)** | |
| | Daily Vitamin | $4.10 |
| | Calcium Vitamin | $2.70 |
| | Vitamin C | $3.25 |
| | **Deodorant (Limit 1 Each)** | |
| | Oldspice | $3.05 |
| | Men ® | $3.45 |
| | **Soap Items (Limit 2 Each)** | |
| | Dial Soap® | $0.95 |
| | Dove (Pork Free)® | $1.90 |
| | Tone Soap | $1.00 |
| | 3 and 1 Body Wash (Liquid Soap) | $2.75 |
| | **Hair Care Products (Limit 1)** | |
| | African Pride (MG) | $6.55 |
| | Hair Gel | $1.95 |
| | Conditioner - VO5 | $1.90 |
| | Shampoo - VO5 | $1.90 |
| | Shampoo Dandruff | $1.90 |
| | **Sundry Items 1 For 1 Exchange** | |
| | Envelopes (Legal) | $0.90 |
| | Playing Cards | $1.60 |
| | Writing Pad | $1.05 |
| | Mailing Envelopes (50 Box) | $1.75 |
| | Battery AA | $1.50 |
| | Battery AAA | $1.50 |
| | **Dietetic Items (Limit 2 Total)** | |
| | Sweet Fusion Tea - Lemon 10pk | $2.75 |
| | Equal sweetener | $3.00 |
| | Sweet & Low Candy | $2.20 |
| | Sweet Fusion Fruit Punch 10pk | $2.75 |
| | **Medical Items (Limit 1 Each)** | |
| | Advil ® | $5.40 |
| | Aspirin ® | $1.60 |
| | Antifungal Cream® | $1.60 |
| | Goodsense Tussin ® | $2.45 |
| | Halls ® | $1.05 |
| | Hydro Cort. Cream® | $1.75 |
| | Lactaid | $6.60 |
| | Metamucil ® | $5.15 |
| | Mylanta® | $3.85 |
| | Pepto-bismol | $4.05 |
| | Tums | $2.30 |
| | Tylenol Extra Strength® | $1.70 |
| | **Personal Health / Hygiene** | |
| | Chapstick ® | $1.60 |
| | Palm Brush | $0.50 |
| | Cocoa Butter Lotion | $6.00 |
| | Q-Tips | $1.10 |

| | Item | Price |
|---|---|---|
| | **Food Items (15 Total)** | |
| | Beef Deli Sticks | $1.05 |
| | Cashews - Unsalted | $3.25 |
| | Cereal - Cinnamon Squares | $4.90 |
| | Cheese/Turkey Combo | $1.25 |
| | Cheese/Velveeta | $3.60 |
| | Chips Ahoy | $3.70 |
| | Fresh Catch Lt. Tuna "K" | $1.95 |
| | Freshly's Banana Cupcakes | $0.90 |
| | Granola Bars | $3.30 |
| | Honey - Sugar Free | $3.25 |
| | Honey Buns | $0.85 |
| | Kit Kat (8 pk) | $2.60 |
| | Jolly Ranchers Asst. | $0.80 |
| | Mackerel | $1.00 |
| | Matzah Crackers "K" | $5.25 |
| | Nacho Cheese Chips | $1.45 |
| | Oatmeal Variety Pack | $3.30 |
| | Peanut Butter - Jar | $3.00 |
| | Peanuts | $1.60 |
| | Plantain Chips | $1.00 |
| | Pretzels | $1.00 |
| | Snickers (6 pk) | $1.80 |
| | | |
| | | |
| | **Halal / Kosher Meals** | |
| | Bean Pie | $3.00 |
| | Hot & Spicy Halal Beef Sausage | $2.35 |
| | **Beverages (Limit 2 Items)** | |
| | Carnation Drink | $7.00 |
| | Coffee Creamer "K" | $1.20 |
| | Coffee Decaf. | $3.50 |
| | Hot Cocoa Mix | $1.80 |
| | Instant Coffee "K" | $3.35 |
| | | |
| | **Greeting Cards** | |
| | Greeting Cards | $0.90 |
| | Greeting Cards - Happy Birthday | $1.30 |
| | Greeting Cards - Birthday Wishes | $1.30 |
| | Greeting Cards - Timeless Love | $1.30 |
| | Greeting Cards - Perfect Love | $1.30 |

*** General Information - The spending limit is $160.00 every 2 weeks. Once a receipt is signed all sales are final. Validations takes place monthly. Discounted items will be sold until stock is depleted. Items sold under commissary restriction are marked by an "®. Kosher items are marked with a "K". Any questions concerning the selling price and the delivery of

Commissary items should be addressed to the Commissary Foreman via Cop out. Questions regarding inmate accounts should be directed to the Cashiers Office.

Inmates are prohibited under any circumstances to transfer any property to another inmate. Damaged radios, MP3 players, headphones and watches should be sent to the manufacturer as directed by the warranty instructions.

K. Elraheb, AW (O) AW (O) 11/19/15 Date

M. Baird, Warden Act WRDN 11/19/15 Date

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
MCC, NEW YORK
July, 2015 Commissary Price List
All Sales Are Final
NO REFUNDS OR EXCHANGES

***"DISCIPLINARY SEGREATION"***

| PRINT FULL NAME (LAST, FIRST) | REG. NUMBER# | UNIT | TIER/CELL | DATE AND SIGN |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| **Stamps - (Limit to $10.00 total)** | | |
| | Book (Limit 1) | $9.80 |
| | Envelope & Stamp | $0.62 |
| | Single $1.00 Stamp | $1.00 |
| **Dental Items (Limit 1 Each)** | | |
| | Colgate Toothpaste ® | $2.35 |
| | Sensodyne Toothpaste® | $6.75 |
| **Deodorant (Limit 1 Each)** | | |
| | Men ® | $3.45 |
| | Women degree ® | $1.90 |
| **Soap Items (Limit 2 Each)** | | |
| | Dial ® | $0.95 |
| | Dove (Pork Free)® | $1.90 |
| **Shampoo/Conditioner (Limit 1 Each)** | | |
| | VO5 Conditioner | $1.90 |
| | VO5 Shampoo | $1.90 |
| **Shoes** | | |
| | Clogs Shower Shoes________(SIZE) | $7.35 |
| **Medical Items (Limit 1 Each)** | | |
| | Advil 24pk ® | $5.40 |
| | Antifungal Cream® | $1.60 |
| | Halls ® | $1.05 |
| | Hydro Cort Cream® | $1.75 |
| | Metamucil ® | $5.15 |
| | Mylanta® | $3.85 |
| | Pepto-bismol | $4.05 |
| | Tums ® | $2.30 |
| **Vitamins (Limit 1 Each)** | | |
| | Daily Vitamin | $4.10 |
| | Calcium Vitamin | $2.70 |
| | Vitamin C | $3.25 |

*** General Information - The spending limit is $25.00 per month. Once a receipt is signed all sales are final. Validations takes place once a month. Discounted items will be sold until stock is depleted. Items sold under commissary restriction are marked by an "® . Kosher items are marked with a "K". Any questions concerning the selling price and the delivery of Commissary items should be addressed to the Commissary Foreman via Cop out. Questions regarding inmate accounts should be directed to the Cashiers Office.

[signature], AW(O) 7/26/15
K. Elraheb, AW (O) Date

[signature] 7/27/15
M. Baird, Warden Date

MCC, NEW YORK

ADMINISTRATIVE SEGREGATION COMMISSARY LIST, FEBRUARY, 2016

All Sales Are Final

NO REFUNDS OR EXCHANGES

| PRINT FULL NAME (LAST, FIRST) | REG. NUMBER# | UNIT | TIER/CELL | DATE AND SIGN |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| | **Stamps - (Limit to $10.00 total)** | |
| | Book (Limit 1) | $9.80 |
| | Envelope & Stamp | $0.62 |
| | Single $1.00 Stamp | $1.00 |
| | **Religious Items (Limit1 Each)** | |
| | Muslim Prayer Rug | $12.96 |
| | Muslim Kufi (White) | $5.99 |
| | **Shaving Products (Limit)1 Total** | |
| | Shaving Gel Tube ® -10pk | $1.75 |
| | **Dental Items (Limit 1 Total)** | |
| | Close-Up Toothpaste ® | $2.75 |
| | Colgate Toothpaste ® | $2.35 |
| | Effergrip | $6.00 |
| | Sensodyne Toothpaste® | $6.75 |
| | **Vitamins (Limit 1Each)** | |
| | Daily Vitamin | $4.10 |
| | Calcium Vitamin | $2.70 |
| | Vitamin C | $3.25 |
| | **Deodorant (Limit 1 Each)** | |
| | Lady Degree ® | $1.90 |
| | Men ® | $3.45 |
| | **Soap Items (Limit 2 Each)** | |
| | Tone Soap | $1.00 |
| | Dove (Pork Free)® | $1.90 |
| | Dial ® | $0.95 |
| | **Sundry Items 1 for 1 Exchange** | |
| | Battery (Double AA) | $1.50 |
| | Battery (Triple AAA) | $1.50 |
| | Envelopes (Legal) | $0.90 |
| | JVC Head Set | $9.95 |
| | Playing Cards | $1.60 |
| | Radio JRFM35 | $44.85 |
| | Writing Pad | $1.05 |
| | Mailing Envelopes (50 Box) | $1.75 |
| | **Medical Items (Limit 1 Each)** | |
| | Advil® | $5.40 |
| | Aspirin® | $1.60 |
| | Antifungal Cream® | $1.60 |
| | Goodsense Tussin ® | $2.45 |
| | Halls ® | $1.05 |
| | Hydro Cort. Cream® | $1.75 |
| | Lactaid | $6.60 |
| | Metamucil ® | $5.15 |
| | Mylanta® | $3.85 |
| | Pepto-bismol | $4.05 |
| | Tums ® | $2.30 |
| | Tylenol Extra Strength | $1.70 |

| | | |
|---|---|---|
| | **Misc.** | |
| | Palm Brush | $0.50 |
| | Clogs Shower Shoes_________(SIZE) | $6.85 |
| | VO5 Shampoo | $1.90 |
| | **Halal/Kosher Meals** | |
| | Bean Pie | $3.00 |
| | Hot & Spicy Halal Beef Sausage | $2.35 |
| | **Food Items (3 Total)** | |
| | Beef Deli Sticks | $1.05 |
| | Plantain Chips | $1.00 |
| | Pretzels | $1.00 |
| | Snickers (6 pk) | $1.80 |
| | **Beverages (Limit 2 Items)** | |
| | Carnation Drink | $7.00 |
| | Instant Coffee "K" | $3.35 |
| | **Dietetic Items** | |
| | Sweet & Low Candy | $2.20 |
| | Instant Coffee (Decaf.)"K" | $3.50 |

*** General Information - The spending limit is $160.00 every 2 weeks. Once a receipt is signed all sales are final. Validations takes place monthly. Discounted items will be sold until stock is depleted. Items sold under commissary restriction are marked by an "®. Kosher items are marked

with a "K". Any questions concerning the selling price and the delivery of Commissary items should be addressed to the Commissary Foreman via Cop out. Questions regarding inmate accounts should be directed to the Cashiers Office.

Inmates are prohibited under any circumstances to transfer any property to another inmate. Damaged radios, MP3 players, headphones and watches should be sent to the manufacturer as directed by the warranty instructions.

[signature] 2/23/16

K. Elfaheb, AW (O) Date

For [signature] 2/23/16

E. L. Tatum, Jr. Warden Date