

**The New York Times
Company**

David McCraw
Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

June 4, 2019



RECEIVED
HON. Brian M. Cogan
JUN 1 0 2019

**VIA FEDERAL EXPRESS**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   _United States v. Beltran-Leyva, et al._, 09-cr-466 – Unsealing of Records

Dear Judge Cogan:

I write on behalf of The New York Times Company ("The Times") regarding
sealed judicial records in Joaquín Guzmán Loera's above-referenced criminal
case. Over the past two months, the parties have agreed that certain documents
can be unsealed. We write to ask that the Court now unseal those records.

_First_, in a joint letter to the Court on April 5, 2019, the parties consented to the
release of docket items 420, 477, and 528 with limited redactions. _See_ Dkt. 601 at
1.[1] Though the Court's subsequent order addressed these docket items, _see_ Dkt.
603 ¶¶ 5, 7, they remain inaccessible on the public docket. The Times asks that
they be publicly released.

_Second_, in a separate letter filed with the Court on May 5, 2019, the parties
addressed the continued sealing of numerous other records. _See_ Dkt. 610. The
parties agreed on the need to seal (or unseal) some records but disagreed on
others. The Times is sensitive to the Court's workload and appreciates that
resolving the sealing disputes may take some time. In the interim, however, The
Times respectfully requests that the Court order the unsealing of records that the
parties have agreed can be released: 45 (partially), 124, 126, 174, 175, 230, 256,
263 (not exhibits), 276 (not exhibits), 283, 286, 307, 311, and 334.

We thank the Court for its consideration.

---

[1] The parties also consented to the release of docket item 484, but it appears that
document has already been made public. _See_ Dkt. 587-6.

Respectfully submitted,

David E. McCraw

cc:    All counsel of record (via e-mail)