

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MPR:BCR | *271 Cadman Plaza East* |
| F. #2009R01065 | *Brooklyn, New York 11201* |

June 28, 2019

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Joaquin Archivaldo Guzman Loera
      Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government writes in response to the Court's Order concerning the unsealing and redaction of various docket entries in the above-captioned case.  See Dkt. No. 631.

As the Court explained, the government moved to unseal the main document filed as Dkt. No. 276, but not the attachments filed therewith.  See id. ¶ 6.  The Court noted, however, that the ECF entry for Dkt. No. 276 does not have attachments, and the Court therefore sought clarification from the government as to what the government had intended to move to unseal.  See id.

The government notes that, although attachments were not filed electronically with Dkt. No. 276, due to their voluminous nature, the government provided the Court and the defense with the attachments on a disc.  See Dkt. No. 276 at 6 n. 6, 8-9 n. 10 (discussing exhibits).  It is that disc, containing the exhibits to the government's filing, which the government seeks to maintain under seal for the reasons discussed in its previous submission. See Dkt. No. 611 at 1 nn. 1 & 2.

Additionally, the government does not oppose the proposal set forth in footnote 1 of the Court's Order regarding unsealing Dkt. No. 298 to serve as the publicly-available version of Dkt. No. 307.  <u>See</u> Dkt. No. 631 at 1 n. 1.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc:    Clerk of Court (BMC) (via ECF)
       Defense Counsel (via ECF)

2