# Exhibit B

TRIBUNAL FEDERAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

| | |
|---|---|
| ESTADOS UNIDOS DE AMÉRICA ) | CASO NÚMERO 09-CR-466 (S-4) |
| ) | |
| v. ) | DECLARACIÓN JURADA DE |
| ) | APOYO DE PEDIDO DE |
| JOAQUÍN ARCHIVALDO GUZMÁN LOERA ) | EXTRADICIÓN DE ACUERDO |
| ) | CON 28 U.S.C. § 1746 |

**Acusado**

Yo, José Yusti Llano, también conocido como "Nico" hago la siguiente declaración jurada bajo pena de perjurio.

1. Actualmente resido en los Estados Unidos.

2. Desde 2002 hasta mi arresto en abril de 2010, fui el administrador jefe de finanzas para la organización narcotraficante de Don Lucho encabezada por Luis Caicedo Velandia, también conocido como "Don Lucho" (de aquí en adelante "Don Lucho"). Empecé a trabajar para Don Lucho administrando las cuentas financieras de sus negocios legítimos. Sin embargo, después Don Lucho me asignó para llevar las cuentas de su negocio ilegal de narcóticos. Esto incluía mantener varios libros de registro que detallaban los cargamentos de drogas, y el recibo de pagos por las drogas de varias organizaciones narcotraficantes, incluyendo el Cartel de Sinaloa (de aquí en adelante "El Cartel") basado en México. Mis responsabilidades incluían desembolsar los fondos para todos los gastos asociados con la operación de la organización de Don Lucho, incluyendo el costo de la producción de la cocaína y el transporte.

3. En aproximadamente 2008, me convertí en el responsable de las operaciones diarias de la organización de Don Lucho después de que Don Lucho huyó a Argentina. Yo recibía instrucciones escritas de Don Lucho a diario para la operación de la organización hasta mi arresto en abril de 2010. Tengo conocimiento de que durante este tiempo, Don Lucho proveía

cientos de miles de kilogramos de cocaína a los miembros del Cartel, incluyendo a "Mayo," y JOAQUÍN GUZMÁN LOERA, también conocido como "Chapo Guzmán". Yo entendía que estos cargamentos de drogas iban destinados para su distribución final a los Estados Unidos.

4. Además de enviar cocaína a México, la organización de Don Lucho lavó millones de dólares de ganancias ilícitas de narcóticos. Por ejemplo, una vez que los miembros del Cartel recibían los pagos de sus clientes en dólares de los Estados Unidos, el Cartel le pagaría a Don Lucho por los cargamentos de cocaína. La organización de Don Lucho entonces arreglaba el transporte del dinero desde México a Colombia utilizando contenedores de lo que parecían ser empresas legítimas, almacenados en una bodega en la Ciudad de México. Cuando un cargamento en contendor estaba listo para salir de México a Colombia, los trabajadores empacaban las ganancias de los narcóticos dentro de los contenedores con mercancía legítima. En cada contenedor cabían aproximadamente $5 millones.

5. Como parte de mis responsabilidades, yo anotaba los cargamentos de cocaína enviados al Cartel de Sinaloa en varios libros de registro. Los cargamentos enviados directamente al Mayo figuraban en clave. Por ejemplo, al revisar los libros de registro desde 2003 hasta 2007, hubo cerca de 50 cargamentos enviados directamente al Mayo con varios nombres en clave, tales como "Pablo", "Armando" o "Sancho Publicidad". Las anotaciones de estos cargamentos también quedaron registrados en mis libros de registro del negocio, que enumeran la cantidad de la cocaína entregada y la fecha. Basado en mi examen de los registros, los cargamentos siguientes fueron entregados a asociados del Mayo y al Cartel de Sinaloa:

| 11/11/07 | 2,132 kg cocaína |
| 4/15/07 | 4,336 kg cocaína |

| | |
|---|---|
| 1/15/07 | 1,870 kg cocaína |
| 11/12/06 | 3,000 kg cocaína |
| 11/12/06 | 1,420 kg cocaína |
| 11/10/06 | 2,100 kg cocaína |
| 9/23/06 | 6,000 kg cocaína |
| 9/19/06 | 3,000 kg cocaína |
| 8/28/06 | 4,140 kg cocaína |
| 7/8/06 | 2,463 kg cocaína |
| 5/21/06 | 1,465 kg cocaína |
| 5/7/06 | 2,800 kg cocaína |
| 4/9/06 | 3,048 kg cocaína |
| 4/4/06 | 2,100 kg cocaína |
| 4/4/06 | 818 kg cocaína |
| 2/7/06 | 2,800 kg cocaína |
| 1/13/06 | 4,467 kg cocaína |
| 1/11/06 | 1,567 kg cocaína |
| 11/30/05 | 811 kg cocaína |
| 8/26/05 | 2,000 kg cocaína |
| 8/23/05 | 2,040 kg cocaína |
| 7/28/05 | 1,902 kg cocaína |
| 7/27/05 | 1,300 kg cocaína |
| 7/23/05 | 3,971 kg cocaína |
| 7/11/05 | 1,700 kg cocaína |
| 7/9/05 | 1,100 kg cocaína |
| 7/8/05 | 3,120 kg cocaína |
| 7/6/05 | 4,000 kg cocaína |

| | |
|---|---|
| 6/10/05 | 1,500 kg cocaína |
| 6/2/05 | 1,811 kg cocaína |
| 5/24/05 | 2,500 kg cocaína |
| 4/4/05 | 4,127 kg cocaína |
| 3/16/05 | 2,000 kg cocaína |
| 3/11/05 | 3,980 kg cocaína |
| 2/12/05 | 2,000 kg cocaína |
| 12/22/04 | 1,850 kg cocaína |
| 12/20/04 | 1,589 kg cocaína |
| 11/11/04 | 1,850 kg cocaína |
| 9/13/04 | 1,830 kg cocaína |
| 7/29/04 | 1,880 kg cocaína |
| 12/7/03 | 1,800 kg cocaína |
| 10/4/03 | 234 kg cocaína |
| 8/13/03 | 265 kg cocaína |
| 7/26/03 | 700 kg cocaína |
| 6/26/03 | 300 kg cocaína |
| 6/19/03 | 288 kg cocaína |
| 6/10/03 | 300 kg cocaína |
| 5/31/03 | 300 kg cocaína |
| 5/31/03 | 1,817 kg cocaína |
| 5/14/03 | 1,000 kg cocaína |
| 4/21/03 | 415 kg cocaína |
| 4/7/03 | 460 kg cocaína |
| 1/15/03 | 1,500 kg cocaína |

6. Como resultado de estos cargamentos, la organización de Don Lucho recibió aproximadamente $184.025.570 en pagos del Cartel.

7. La organización de Don Lucho también contrató con Juan Fernando Álvarez Meyendorff, también conocido como Mechas (de aquí en adelante, "Álvarez"), que era el líder de la Organización Álvarez, otra organización narcotraficante en Colombia que suministraba servicios de transporte a la organización de Don Lucho. Como el contador de Don Lucho, me he reunido con Álvarez en numerosas ocasiones. En 2008, la Organización de Álvarez entregó numerosos cargamentos de cocaína al Cartel de parte de la organización de Don Lucho. Estos cargamentos aparecen en mis libros de registro con los nombres en clave "Bodega de Mechas", "Transporte Republicano", y "El Papá de Chepe". Específicamente hubo tres cargamentos con un total de aproximadamente 12.500 kilogramos de cocaína enviados en embarcaciones semi-sumergibles entregados por la Organización de Álvarez al Mayo, de parte de Don Lucho, según quedan enumerados aquí abajo:

| 12/29/08 | 5,000 kg cocaína |
| --- | --- |
| 7/15/08 | 3,900 kg cocaína |
| 5/10/08 | 3,600 kg cocaína |

8. En abril, 2010, como parte de mi cooperación con las autoridades de orden público norteamericanas, di la orden para que un cargamento de 2.000 a 3.000 kilogramos de cocaína fuese entregado al Mayo en una embarcación semi-sumergible. Este submarino fue incautado afuera de la costa del Pacífico de Colombia por las autoridades de orden público

Declaro bajo pena de perjurio que lo antedicho es veraz y correcto.

Firmado este __15__ día de __Junio__ _____, 2016

_____
José Yusti Llano