# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NUMBER 09-CR-466 (S-4) |
| | ) |
| v. | ) DECLARATION IN SUPPORT |
| | ) OF REQUEST FOR EXTRADITION |
| JOAQUIN ARCHIVALDO GUZMAN LOERA | ) PURSUANT TO 28 U.S.C. § 1746 |
| | ) |
| Defendant. | ) |

I, Jose Yusti Llano, also known as "Nico," make the following declaration under penalty of perjury:

1. I currently reside in the United States.

2. From 2002 until my arrest in April of 2010, I was the chief financial officer for the Don Lucho drug-trafficking organization, which was led by Luis Caicedo Velandia, also known as "Don Lucho" (hereafter, "Don Lucho"). I began working for Don Lucho by handling the financial accounts for his legitimate businesses. However, Don Lucho later tasked me with maintaining the accounts of his illegal narcotics business. This included maintaining various ledgers that detailed drug shipments and the receipt of payments for drugs from various drug trafficking organizations, including the Mexican-based Sinaloa Cartel (hereafter, "the Cartel"). My responsibilities included disbursing funds for all expenses associated with running Don Lucho's organization, including the cost of cocaine production and transportation.

3. In approximately 2008, I became responsible for the daily operations of Don Lucho's organization after Don Lucho fled to Argentina. I received written instructions from Don Lucho on a daily basis for the operation of the organization until my arrest in April of 2010. Because of my responsibilities, I am aware that during this time, Don Lucho supplied members of the Cartel, including Ismael "Mayo" Zambada Garcia (hereafter, "Mayo") and JOAQUIN

1

GUZMAN LOERA, also known as "Chapo" (hereafter, "GUZMAN LOERA"), with hundreds of thousands kilograms of cocaine. I understood that the drug shipments were intended for ultimate distribution to the United States.

4. In addition to sending cocaine to Mexico, Don Lucho's organization laundered millions of dollars in illicit narcotics proceeds. For example, once the Cartel members received payments from their customers in United States dollars, the Cartel would pay Don Lucho for the cocaine shipments. Don Lucho's organization would then arrange for the transport of the money from Mexico to Colombia using shipping containers from seemingly legitimate companies that were stored in a warehouse in Mexico City. When a container shipment was ready to leave Mexico for Colombia, workers packed the narcotics proceeds into the containers with legitimate merchandise. Each container could hold approximately $5 million.

5. As part of my responsibilities, I memorialized the cocaine shipments to the Sinaloa Cartel in several ledgers. Shipments made directly to Mayo were recorded in code. For example, in reviewing the ledgers from 2003 until 2007, there were close to 50 shipments directly to Mayo under various code names, such as "Pablo," "Armando" or "Sancho Publicidad." The records of these shipments are also recorded in my organization's business ledgers which list the amount of cocaine delivered and the date. Based on my review of the records, the following shipments were delivered to associates of GUZMAN LOERA, Mayo and the Sinaloa Cartel:

| | |
|---|---|
| 11/11/07 | 2,132 kg cocaine |
| 4/15/07 | 4,336 kg cocaine |
| 1/15/07 | 1,870 kg cocaine |
| 11/12/06 | 3,000 kg cocaine |
| 11/12/06 | 1,420 kg cocaine |
| 11/10/06 | 2,100 kg cocaine |
| 9/23/06 | 6,000 kg cocaine |
| 9/19/06 | 3,000 kg cocaine |
| 8/28/06 | 4,140 kg cocaine |
| 7/8/06 | 2,463 kg cocaine |
| 5/21/06 | 1,465 kg cocaine |
| 5/7/06 | 2,800 kg cocaine |
| 4/9/06 | 3,048 kg cocaine |
| 4/4/06 | 2,100 kg cocaine |
| 4/4/06 | 818 kg cocaine |
| 2/7/06 | 2,800 kg cocaine |
| 1/13/06 | 4,467 kg cocaine |
| 1/11/06 | 1,567 kg cocaine |
| 11/30/05 | 811 kg cocaine |
| 8/26/05 | 2,000 kg cocaine |
| 8/23/05 | 2,040 kg cocaine |
| 7/28/05 | 1,902 kg cocaine |
| 7/27/05 | 1,300 kg cocaine |
| 7/23/05 | 3,971 kg cocaine |

| | |
|---|---|
| 7/11/05 | 1,700 kg cocaine |
| 7/9/05 | 1,100 kg cocaine |
| 7/8/05 | 3,120 kg cocaine |
| 7/6/05 | 4,000 kg cocaine |
| 6/10/05 | 1,500 kg cocaine |
| 6/2/05 | 1,811 kg cocaine |
| 5/24/05 | 2,500 kg cocaine |
| 4/4/05 | 4,127 kg cocaine |
| 3/16/05 | 2,000 kg cocaine |
| 3/11/05 | 3,980 kg cocaine |
| 2/12/05 | 2,000 kg cocaine |
| 12/22/04 | 1,850 kg cocaine |
| 12/20/04 | 1,589 kg cocaine |
| 11/11/04 | 1,850 kg cocaine |
| 9/13/04 | 1,830 kg cocaine |
| 7/29/04 | 1,880 kg cocaine |
| 12/7/03 | 1,800 kg cocaine |
| 10/4/03 | 234 kg cocaine |
| 8/13/03 | 265 kg cocaine |
| 7/26/03 | 700 kg cocaine |
| 6/26/03 | 300 kg cocaine |
| 6/19/03 | 288 kg cocaine |
| 6/10/03 | 300 kg cocaine |
| 5/31/03 | 300 kg cocaine |

| 5/31/03 | 1,817 kg cocaine |
| --- | --- |
| 5/14/03 | 1,000 kg cocaine |
| 4/21/03 | 415 kg cocaine |
| 4/7/03 | 460 kg cocaine |
| 1/15/03 | 1,500 kg cocaine |

6. As a result of these shipments, Don Lucho's organization received approximately $184,025,570 in payments from the Cartel.

7. Don Lucho's organization also contracted with Juan Fernando Alvarez Meyendorff, also known as Mechas (hereafter, "Alvarez Meyendorff"), who was the leader of the Alvarez Meyendorff Organization, another drug-trafficking organization in Colombia that provided transportation services to Don Lucho's organization. As the accountant for Don Lucho, I have met with Alvarez Meyendorff on numerous occasions. In 2008, the Alvarez Meyendorff Organization delivered numerous cocaine shipments to the Cartel on behalf of Don Lucho's organization. These shipments appear in my ledgers with the code names "Bodega de Mechas," "Transporte Republicano" and "El Papa de Chepe." Specifically, there were three shipments totaling approximately 12,500 kilograms of cocaine sent via semi-submersible vessels delivered by the Alvarez Meyendorff Organization to Mayo, on behalf of Don Lucho, as listed below:

| 12/29/08 | 5,000 kg cocaine |
| --- | --- |
| 7/15/08 | 3,900 kg cocaine |
| 5/10/08 | 3,600 kg cocaine |

5

8. In April of 2010, as part of my cooperation with United States law enforcement authorities, I ordered a shipment of 2,000 to 3,000 kilograms of cocaine to be delivered to Mayo via a semi-submersible vessel. This submarine was seized off the Pacific coast of Colombia by law enforcement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 2016.

_____
Jose Yusti Llano