# Exhibit D

## Cocaine Computation

| Witness | Quantity | Average Price Per Kilogram | Total Value |
|---|---|---|---|
| Chupeta | 399,500 | $22,354.00 | $ 8,930,423,000.00 |
| Jorge Cifuentes | 6,000 | $22,354.00 | $    134,124,000.00 |
| Don Lucho | 122,776 | $22,354.00 | $ 2,744,534,704.00 |
| **Total** | 528,276 |  | $11,809,081,704.00 |

## Heroin Computation

| Witness | Quantity | Average Price Per Kilogram | Total Value |
|---|---|---|---|
| Flores | 200 | $55,000.00 | $ 11,000,000.00 |
| Martinez | 2 | $55,000.00 | $      110,000.00 |
| **Total** | 202 |  | $11,110,000.00 |

## Marijuana Computation

| Witness | Quantity | Average Price Per Kilogram | Total Value |
|---|---|---|---|
| Martinez | 423,000 | $2,000.00 | $ 846,000,000.00 |

## Drug Summary Totals

| Drug | Total Value |
|---|---|
| Cocaine | $11,809,081,704.00 |
| Heroin | $      11,110,000.00 |
| Marijuana | $    846,000,000.00 |
| **Total** | $12,666,191,704.00 |