```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   -------------------------------x
                                         09-CR-00466(BMC)
 3   UNITED STATES OF AMERICA,
                                         United States Courthouse
 4                                       Brooklyn, New York

 5          -against-                    January 14, 2019
                                         9:30 a.m.
 6   JOAQUIN ARCHIVALDO GUZMAN LOERA,

 7          Defendant.

 8   -------------------------------x

 9                        EXCERPT

10          TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
              BEFORE THE HONORABLE BRIAN M. COGAN
11                 UNITED STATES DISTRICT JUDGE

12   APPEARANCES

13   For the Government:      UNITED STATES ATTORNEY'S OFFICE
                              Eastern District of New York
14                            271 Cadman Plaza East
                              Brooklyn, New York 11201
15                            BY:  GINA M. PARLOVECCHIO, AUSA
                                   ANDREA GOLDBARG, AUSA
16                                 MICHAEL ROBOTTI, AUSA

17                            UNITED STATES ATTORNEY'S OFFICE
                              Southern District of Florida
18                            99 NE 4th Street
                              Miami, Florida 33132
19                            BY:  ADAM S. FELS, AUSA

20                            DEPARTMENT OF JUSTICE
                              Criminal Division
21                            Narcotic and Dangerous Drug Section
                              145 N. Street N.E. Suite 300
22                            Washington, D.C. 20530
                              BY:  ANTHONY NARDOZZI, ESQ.
23                                 AMANDA LISKAMM, ESQ.
     (CONTINUED FOLLOWING PAGE)
24

25
```

2

```
 1    (APPEARANCES CONTINUED)

 2

 3
      For the Defendant:        BALAREZO LAW
 4                              400 Seventh Street, NW
                                Washington, D.C. 20004
 5                              BY:  A. EDUARDO BALAREZO, ESQ.

 6                              LAW OFFICES OF JEFFREY LICHTMAN
                                11 East 44th Street, Suite 501
 7                              New York, New York 10017
                                BY:  JEFFREY H. LICHTMAN, ESQ.
 8                                   PAUL R. TOWNSEND, ESQ.

 9                              LAW OFFICE OF PURPURA & PURPURA
                                8 E. Mulberry Street
10                              Baltimore, Maryland 21202
                                BY:  WILLIAM B. PURPURA, ESQ.
11
                                LAW OFFICES OF MICHAEL LAMBERT, ESQ.
12                              369 Lexington Avenue, PMB #229
                                New York, New York 10017
13                              BY:  MARIEL COLON MIRO, ESQ.

14

15

16

17

18

19    Court Reporter:          Georgette K. Betts, RPR, FCRR, CCR
                                Phone:  (718)804-2777
20                              Fax:    (718)804-2795
                                Email:  Georgetteb25@gmail.com
21

22

23
      Proceedings recorded by mechanical stenography.  Transcript
24    produced by computer-aided transcription.

25
```

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

PROCEEDINGS

1              (The following occurred in the jury room; all jurors

2      present.)

3              THE COURT:  Good morning, everybody.

4              THE JURY:  Good morning.

5              THE COURT:  How are you?

6              THE JUROR:  Is it someone's birthday?

7              THE COURT:  As you know, I have been instructing you

8      at least once a day, usually at the end of the day to be very

9      careful about staying away from any media coverage of the

10     case.  And I know you've been trying your best to do that,

11     despite the fact that I'll tell you there's been a fair amount

12     of media coverage of the case.

13              There was an article over the weekend, and there may

14     be more, that really don't bear on the case directly, but they

15     had to do with the personal actions of one of the attorneys

16     who's working on the case.  And I need to make sure that --

17     first of all, I need to know whether anybody saw that article,

18     despite my instruction to stay away from that stuff, and if

19     anybody did see it, I need to make sure that they still

20     believe they can give the defendant a fair trial and that

21     article isn't going to influence them in any way.

22              So let me ask the first question, first, does

23     anybody know what article I'm talking about dealing with the

24     personal affairs of one of the attorneys?

25              THE JURY: No.

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

PROCEEDINGS

1          THE COURT:  Now is the time if anybody saw it.

2          THE JURY:  No.

3          THE JUROR:  I have no idea what you're talking

4   about.

5          THE COURT:  Okay.  You are doing a great job, you're

6   doing just what you're supposed to do.  Okay.  That's all I

7   need to ask you, we will be with you very shortly.  Thank you.

8          (Excerpt concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*