**DOCKET NUMBER:** 09-cr-00466 (BMC)

CRIMINAL CAUSE FOR SENTENCING

**BEFORE JUDGE:** COGAN, U.S.D. J   **DATE:** 7/17/2019   **TIME IN COURT** 1 HOUR

**DEFENDANT'S NAME:** Joaquin Archivaldo Guzman Loera
X   Present   ☐   Not Present   X   Custody   ☐   Not Custody

**DEFENSE COUNSEL:** Jeffrey Lichtman
☐   Federal Defender   ☐   CJA   X   Retained

**A.U.S.A.:** Gina Parlovecchio   **PROBATION OFFICER:** Gregory Giblin

**CASE MANAGER:** Melonie Clarke

**COURT REPORTER:** Victoria Torres-Butler

**INTERPRETER:** Maristela V. and Pablo V.   **LANGUAGE:** Spanish

MINUTE ENTRY AND ORDER

Defendant is given the opportunity to speak on his behalf.
The Pre-sentence Report is adopted without change.

Defendant is sentenced:

Counts 1, 5, 6, 7 and 8: LIFE to run concurrently.
Count 9:  30 years to run consecutively to counts 1, 5, 6, 7 and 8.
Count 10: 240 months to run concurrently to counts 1, 5, 6, 7 and 8.

Defendant is ordered to pay a special assessment of $700. 00

Counts 2, 3 & 4 and underlying indictments are dismissed on the motion of the Government without prejudice.

Forfeiture in the amount of $12,666,191,704.00 approved and annexed to judgment.