# NOTICE OF APPEAL

### United States District Court

Eastern District of NY

Caption:

US v.

Joaquin Archivaldo Guz

Docket No.: 09 CR 466 (BMC) (RLM)

Cogan
(District Court Judge)

Notice is hereby given that Joaquin Archivaldo Guzman Loera appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify) entered in this action on July 18, 2019. (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence ✓ Other [ ]

Defendant found guilty by plea [ ] trial ✓ N/A [ ].

Offense occurred after November 1, 1987? Yes ✓ No [ ] N/A [ ]

Date of sentence: July 17, 2019 N/A [ ]

Bail/Jail Disposition: Committed ✓ Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes ✓ No [ ] If yes, provide the following information:

Defendant's Counsel: Marc Fernich

Counsel's Address: 810 7th Ave Suite 620

New York, NY 10019

Counsel's Phone: (212) 446-2346

Assistant U.S. Attorney: Richard P. Donoghue, et al.

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: (718) 254-7000

_____
Signature