LAW OFFICE OF
## MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 18
NEW YORK, NEW YORK 10022
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

Jan. 31, 2020

**BY ECF**

Hon. Brian M. Cogan
USDJ-EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *U.S. v. Joaquin Archivaldo Guzman Loera*, 09 CR 466 (EDNY) (BMC)

Dear Judge Cogan:

I write, as appellate counsel for Mr. Guzman, to respectfully request the Court's assistance in acquiring full, unredacted copies of the 28 sealed items listed on the docket abstract accompanying this letter.

Over the past few months, my office has approached each of Mr. Guzman's prior counsel of record to try and obtain unredacted copies of the flurry of sealed submissions pervading the case. After thorough searches of their paper and electronic files – in some instances, multiple searches over extended periods – prior counsel collectively were able to locate and provide unredacted copies of all sealed documents but the 28 on the accompanying list.

Other avenues exhausted, we then asked the government for unredacted copies of the listed items and await a definitive response. Meanwhile, in the interest of expedition, we thought it wise to inquire of the Court as well. To that end, we'd appreciate Your Honor's advising if and how we might go about getting unredacted copies of the remaining 28 documents directly from the Court.

I thank the Court for its courtesy in considering this letter and any help it may be able to offer.

Respectfully,

Marc Fernich

cc:    All counsel (ECF)