# MISSING DOCKET DOCUMENTS

| | | | |
|---|---|---|---|
| 02/02/2017 | 31 | Letter *regarding Defendant's Visitation* as to USA as to Joaquin Archivaldo Guzman Loera (Robotti, Michael) (Entered: 02/02/2017) | Sealed |
| 09/12/2017 | 132 | Letter in response to Court's Aug. 29, 2017 Order as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Declaration) (Robotti, Michael) (Entered: 09/12/2017) | Redacted |
| 10/11/2017 | 152 | OBJECTION TO REPORT AND RECOMMENDATIONS 144 by USA as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Declaration) (Mehta, Hiral) (Entered: 10/11/2017) | Redacted |
| 10/11/2017 | 153 | OBJECTION TO REPORT AND RECOMMENDATIONS 144 by USA as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Declaration) (Mehta, Hiral) (Entered: 10/11/2017) | -- |
| 12/15/2017 | 177 | Letter in Response to Government's Reply in Support of Motion for Delayed Disclosure (UNREDACTED) as to Joaquin Archivaldo Guzman Loera (Balarezo, Angel) (Entered: 12/15/2017) | Sealed |
| 09/13/2018 | 311 | MOTION for Protective Order by USA as to Joaquin Archivaldo Guzman Loera. (Attachments: # 1 Proposed Order) (Robotti, Michael) (Entered: 09/13/2018) | - |
| 09/18/2018 | 316 | Letter In Response to Court Order (Docket 313) Providing Additional Facts re Curcio Issue REDACTED as to Joaquin Archivaldo Guzman Loera (Goldbarg, Andrea) Modified on 9/19/2018 (Marziliano, August). (Entered: 09/18/2018) | Only available to affected parties |
| 09/21/2018 | 327 | Second MOTION in Limine (Redacted) by USA as to Joaquin Archivaldo Guzman Loera. (Robotti, Michael) (Entered: 09/21/2018) | Redacted |
| 09/29/2018 | 334 | MOTION for Sanctions by USA as to Joaquin Archivaldo Guzman Loera. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Robotti, Michael) (Entered: 09/29/2018) | Sealed |

# MISSING DOCKET DOCUMENTS

| | | | |
|---|---|---|---|
| 09/30/2018 | 337 | RESPONSE in Opposition re 335 MOTION for Sanctions (Redacted) (Balarezo, A. Eduardo) (Entered: 09/30/2018) | Redacted Need exhibits |
| 10/09/2018 | 347 | Letter re Supp. Violation 85 Bill of Particulars as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Exhibit V. 85 Index) (Robotti, Michael) (Entered: 10/09/2018) | Need exhibit |
| 10/09/2018 | 348 | Letter re In Camera Review of PSRs for Certain Cooperating Witnesses as to Joaquin Archivaldo Guzman Loera (Robotti, Michael) (Entered: 10/09/2018) | Sealed |
| 10/19/2018 | 380 | Letter Enclosing PSR for In Camera Review as to Joaquin Archivaldo Guzman Loera (Robotti, Michael) (Entered: 10/19/2018) | Need PSR letters |
| 10/22/2018 | 384 | REPLY TO RESPONSE to Motion re 350 MOTION in Limine to Limit Cross-Examination of Cooperating Witnesses (Parlovecchio, Gina) (Entered: 10/22/2018) | Sealed |
| 11/12/2018 | 441 | Letter re Proposed Redactions to Voir Dire Transcripts as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Robotti, Michael) (Entered: 11/12/2018) | Sealed |
| 11/19/2018 | 449 | Letter re Proposed Redactions to Exhibits as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Exhibit (Proposed Redactions)) (Robotti, Michael) (Entered: 11/19/2018) | Sealed |
| 11/21/2018 | 455 | Letter regarding Motion in Limine Witness Designation as to Joaquin Archivaldo Guzman Loera (Parlovecchio, Gina) (Entered: 11/21/2018) | Sealed |
| 11/24/2018 | 457 | Letter in Response to the Government's November 21, 2018 Letter as to Joaquin Archivaldo Guzman Loera (Lichtman, Jeffrey) (Entered: 11/24/2018) | Sealed |
| 11/25/2018 | 461 | MOTION in Limine (Redacted) by USA as to Joaquin Archivaldo Guzman Loera. (Robotti, Michael) (Entered: 11/25/2018) | Redacted |

# MISSING DOCKET DOCUMENTS

| | | | |
|---|---|---|---|
| 11/26/2018 | 465 | ORDER as to Joaquin Archivaldo Guzman Loera re 451 Motion in Limine to Preclude Cross-Examination. The parties are ORDERED TO SHOW CAUSE by 11/27/2018 why the Court should not publicly file the attached version of the motion with the Court's redactions. Ordered by Judge Brian M. Cogan on 11/26/2018. (Clarke, Melonie) (Entered: 11/26/2018) | Redacted |
| 12/03/2018 | 485 | REPLY TO RESPONSE to Motion re 460 Motion in Limine, 1 - Sealed Document CR, 461 MOTION in Limine (Redacted) (Redacted) (Reynolds, Brett) (Entered: 12/03/2018) | Redacted |
| 12/07/2018 | 488 | MOTION to Inspect 3500 Materials In Camera by Joaquin Archivaldo Guzman Loera. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Lichtman, Jeffrey) Modified on 4/16/2019 *only a partial unsealing of the main document. The attachments shall remain under seal as per Judge Cogan's Order of 4/15/19 (Guzzi, Roseann). (Entered: 12/07/2018) | Need Exhibits |
| 01/03/2019 | 523 | MOTION in Limine to Preclude Cross-Examination (Redacted) by USA as to Joaquin Archivaldo Guzman Loera. (Reynolds, Brett) (Entered: 01/03/2019) | Redacted |
| 01/03/2019 | 525 | MOTION in Limine to Preclude Cross-Examination (Redacted) by USA as to Joaquin Archivaldo Guzman Loera. (Reynolds, Brett) (Entered: 01/03/2019) | Redacted |
| 01/03/2019 | 526 | Letter re Proposed Redactions to Trial Exhibit as to Joaquin Archivaldo Guzman Loera (Attachments: # 1 Proposed Pixelated Exhibit) (Reynolds, Brett) (Entered: 01/03/2019) | Need Exhibit |
| 01/07/2019 | 531 | RESPONSE in Opposition re 522 MOTION in Limine to Preclude Cross-Examination Supplement to Dkt. No. 529 (Attachments: # 1 Exhibit A) (Lichtman, Jeffrey) Modified on 4/16/2019 for a partial unsealing of the main document only. The attachment shall remain under seal as per Judge Cogan's Order of 4/15/19. (Guzzi, Roseann). (Entered: 01/07/2019) | Need Exhibit A |
| 01/08/2019 | 539 | RESPONSE in Opposition re 524 MOTION in Limine to Preclude Cross-Examination (Lichtman, Jeffrey) (Entered: 01/08/2019) | Sealed |

# MISSING DOCKET DOCUMENTS

| 01/09/2019 | 542 | REPLY TO RESPONSE to Motion re 524 MOTION in Limine to Preclude Cross-Examination (Reynolds, Brett) (Entered: 01/09/2019) | Sealed |
|---|---|---|---|

Total: 28