

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR:GMP
F. #200901065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 7, 2020

By FedEx

Marc Fernich, Esq.
800 Third Avenue, Floor 18
New York, New York 10022

      Re:   United States v. Joaquin Archivaldo Guzman Loera
            Criminal Docket No. 09-466 (S-4) (BMC)

Dear Mr. Fernich:

      Enclosed please find the unredacted documents that you requested via letter dated January 31, 2020 (Dkt. 665).

      Please note that several of the enclosed documents remain under seal on the public docket, per the Court's order, and have not been unsealed to the public. Please take precautions to observe the Court's order with regard to those documents that remain sealed when you prepare and file the defendant's appellate submission.

      Very truly yours,

      RICHARD P. DONOGHUE
      UNITED STATES ATTORNEY
      Eastern District of New York
      271 Cadman Plaza East
      Brooklyn, New York 11201

      MARLON COBAR, ACTING CHIEF
      Narcotic and Dangerous Drug Section
      Criminal Division,
      U.S. Department of Justice

                    OF COUNSEL:

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY
                    Southern District of Florida

cc: Clerk of Court (BMC) (by ECF)