UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOAQUIN ARCHIVALDO GUZMAN LOERA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 09-466(BMC)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael P. Robotti, for an order unsealing the Docket Numbers 276 and 440.

       WHEREFORE, it is ordered that Docket Numbers 276 and 440 be unsealed.

Dated:    Brooklyn, New York
            September 21, 2020

                                              THE HONORABLE BRIAN M. COGAN
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF NEW YORK