*6497*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,    :  09-CR-466(BMC)
                             :
                             :
                             :
        -against-            :  United States Courthouse
                             :  Brooklyn, New York
                             :
                             :
                             :
JOAQUIN GUZMAN LOERA,        :  Wednesday, January 30, 2019
                             :  9:30 a.m.
        Defendant.           :
                             :
                             :
- - - - - - - - - - - - - - -X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:    RICHARD P. DONOGHUE, ESQ.
                       United States Attorney
                       Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                       BY: ANDREA GOLDBARG, ESQ.
                            GINA M. PARLOVECCHIO, ESQ.
                            MICHAEL P. ROBOTTI, ESQ.
                            ADAM S. FELS, ESQ.
                            ANTHONY NARDOZZI, ESQ.
                            MICHAEL LANG, ESQ.
                            AMANDA LISKAMM, ESQ.
                            Assistant United States Attorneys


For the Defendant:     BALAREZO LAW
                       Attorneys for the Defendant -
                       Joaquin Guzman Loera
                            400 Seventh Street, NW
                            Suite 306
                            Washington, DC 20004
                       BY: A. EDUARDO BALAREZO, ESQ.

*6498*

A P P E A R A N C E S: (Continued.)

                    LAW OFFICE OF PURPURA AND PURPURA
                    Attorneys for the Defendant -
                    Joaquin Guzman Loera
                         8 E Mulberry Street
                         Baltimore, Maryland 21202
                    BY: WILLIAM B. PURPURA, ESQ.


Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail:  Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

*Proceedings*                                                    *6499*

1           (In open court.)

2           (Defendant present in open court.)

3           COURTROOM DEPUTY:  All rise.  The United States

4    District Court for the Eastern District of New York is now in

5    session.  The Honorable Brian M. Cogan is now presiding.

6           (Honorable Brian M. Cogan takes the bench.)

7           COURTROOM DEPUTY:  Calling criminal cause for jury

8    trial in Docket No. 09-CR-466, *United States of America*

9    *against Joaquin Guzman Loera*.

10          Counsel, please note your appearances for the

11   record.

12          MS. GOLDBARG:  For the United States of America,

13   Assistant United States Attorney Andrea Goldbarg.

14          Good morning, your Honor.

15          MR. BALAREZO: A. Eduardo Balarezo for Joaquin Guzman

16   Loera.

17          Good morning, your Honor.

18          COURTROOM DEPUTY:  All rise.

19          THE COURT:  Good morning.  Have a seat, please.

20          We have some juror issues.  They are cumulatively

21   complicated, so I'm going to take them one at a time and

22   resolve them.

23          First, one of the jurors advised Ms. Clarke this

24   morning that she needs to know whether the defendant is paying

25   for his own lawyers or not because that's important to her.

*Proceedings*                                          *6500*

1   Now, it's not an illogical conclusion she's drawing, but it's

2   obviously an improper one.  My proposal is for me to have a

3   private, but on-the-record, meeting with her which I say to

4   her three things:

5           First, that there's no evidence in the record on

6   that.

7           That number two, it's not a proper consideration in

8   any event, and she is not to speculate on it because the case

9   has to be decided only on the evidence presented.

10          And number three, she has to assure me that she can

11  adhere to that and put it out of her mind and not worry about

12  how the defendant is paying for his lawyers.

13          That's my proposal.  What do you all think.

14          MR. BALAREZO:  Your Honor, can we consult for a

15  second?

16          THE COURT:  Sure.

17          (A brief pause in the proceedings was held.)

18          MR. BALAREZO:  Your Honor, can we have a quick

19  sidebar?  Just one more out of many.

20          MR. LICHTMAN:  Maybe the last one.

21          THE COURT:  Counsel has requested a sidebar so we'll

22  have to.

23          Are you going to want it sealed?

24          MR. LICHTMAN:  No.

25          MR. BALAREZO:  Possibly depending on what the Court

*Proceedings*       *6501*

1   does.

2        THE COURT:  Okay.

3        (Continued on the next page.)

*Sidebar*                                                         *6502*

1          (Sidebar conference held on the record in the

2    presence of the Court and counsel, out of the hearing of the

3    jury.)

4          MR. BALAREZO:  Your Honor, we would like to know who

5    the juror is because we think there's some considerations that

6    this juror is making that are improper, but we would like to

7    know who the juror is.  I think Mr. Guzman is entitled to

8    that.

9          MS. PARLOVECCHIO:  I don't think that the identity

10   of the juror is material.  I think there have been arguments

11   made during trial by defense counsel that the defendant

12   couldn't have means which may be one of the reasons why this

13   has become a question in the juror's mind.  I think the

14   Court's proposal is entirely proper and I think, the

15   Government, submits we should move forward as the Court

16   proposes.

17         THE COURT:  Look.  If you insist on that, I'm not

18   going to tell you who it is but what I will do is the parties

19   have a right to attend my questioning of the juror and then

20   you'll see who it is.

21         MR. LICHTMAN:  Judge, can I interrupt?

22         I apologize.  I don't want to cause this juror any

23   more stress than any of the jurors.

24         THE COURT:  That's why I said a private meeting.

25         MR. LICHTMAN:  And I agree with the private meeting

*Sidebar*                                                            *6503*

1   and I don't think what the defense said about wealth for the

2   defendant or anybody else has any relevance to this situation

3   where I am right now.

4         THE COURT:  It's mutually excludable.  We agree on

5   that it may not considered by a juror.  I have to make sure

6   that this juror understands that and accepts it.

7         MR. LICHTMAN:  And if he or she can follow your

8   instruction this is a moot, dead, issue.  Instead of us

9   sitting in and watching and making her more stressed, I would

10  ask that we get the identity so we can avoid that just so we

11  know who we're dealing with.  I don't see the downside of

12  that.

13        THE COURT:  Because then it gives the parties

14  another consideration that shouldn't come into play here.  The

15  strategic consideration of which way do they think this juror

16  might lean anyway and how much are they willing to forgive.

17  What I might do is do the private interrogation, and then if

18  you have any concern about, you know, my conclusion as to

19  whether the juror can put it aside, you can read the

20  transcript.  We'll get it for you immediately and it will be

21  short and you can look at it and then make a decision.  But I

22  don't want to get into who is this a good juror for and,

23  therefore, should we object.  That's not the issue.  The issue

24  is:  Can the juror put it aside?

25        MR. LICHTMAN:  Can I ask if it's an alternate or

*Sidebar*                                                    *6504*

1   regular juror?

2           THE COURT:  It is not an alternate.

3           MR. LICHTMAN:  Okay.  That's fine, Judge.  Listen,

4   that's your decision.  That's your decision.

5           THE COURT:  Let's address the other problems.

6           (Sidebar discussion concludes.)

7           (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Proceedings*                                                    *6505*

1           (In open court.)

2           THE COURT:  The two other problems -- that is not

3    sealed by the way.

4           The two other problems relate to the alternate

5    jurors and they touch upon the question of what should we be

6    doing with the alternate jurors while the 12 are deliberating.

7           Now, let me address them one at a time.  This one

8    I'm going to name the number because I think it's important

9    here.  We're talking now about Alternate No. 6.  And as to

10   Alternate No. 6, we have received at least one call from his

11   employer saying he can't keep him employed if he's not back by

12   what was supposed to be Monday, and we're being pressed on

13   that.

14          My view is, in light of the fact that we have all

15   six alternates, we should let him go with an admonition, that

16   is, he still can't talk about the case.  Everybody agree with

17   that?

18          MS. PARLOVECCHIO:  Yes, your Honor.

19          MR. BALAREZO:  We have no objection.

20          THE COURT:  Okay.  Then the only other one we have

21   to worry about is one of the other alternates, and this

22   alternate's only problem is that the alternate cannot sit on

23   this Friday because the alternate had a doctor's appointment

24   during the trial that was -- I'm sorry, not a doctor's

25   appointment, a court hearing that was deliberately moved to

*Proceedings*                                                    *6506*

1   this Friday on the assumption it would be an off day to cannot

2   be moved again.

3          Now, there's several possibilities of how to resolve

4   this if we get the jury fully charged by Thursday evening,

5   Thursday close of business, then we could have the 12

6   deliberating on Friday and the other now five alternates we

7   could have four of those five reporting and this other one

8   could attend the legal hearing that the juror needs to attend

9   under an admonition, under the usual admonition, and then

10  bring them back Monday.

11         But it raises the bigger question of what you all

12  want to do with the alternates while the main jury is

13  deliberating.  Do you want me to isolate them in a separate

14  room, which seems a little harsh, but in a case like this not

15  unreasonable I think.

16         So what are your thoughts on that?

17         MR. BALAREZO:  Your Honor, I think the Court's

18  suggestion works.  The jurors, the alternate should be

19  separate from the jury.

20         THE COURT:  They're certainly not going there be

21  there for deliberations, that's for sure, okay?  And they

22  also -- if they're going to serve as alternate, they have to

23  hear the entire charge.  So this juror isn't coming in on

24  Friday, we have to finish the charge by Thursday.  If we don't

25  then, we'll have another choice to make which is to let this

*Proceedings*                                              *6507*

1    alternate go and have the rest deliberate on Friday.

2              MR. BALAREZO:  Can we know who the alternate is so

3    we can see where they fit?

4              THE COURT:  I think it's the -- I'll tell you it's

5    one of the early alternates.

6              MR. LICHTMAN:  Start from one, or is that one?

7              THE COURT:  Early starts from this way behind me.

8              MS. PARLOVECCHIO:  Your Honor, I would propose that,

9    you know, as the Court suggested we would have the jurors be

10   isolated the alternates rather isolated in a separate room

11   when the jurors deliberate perhaps we can see where we are in

12   terms of timing before we make a decision.

13             THE COURT:  Let's put this off.  Good idea.  All

14   right.  That's fine.

15             Let me now go and have this meeting with the juror

16   who had the question and then the parties can confer with the

17   court reporter and hear the transcript on that and then we'll

18   reconvene for closings unless we find there's a problem and

19   then we'll have to deal with that problem.

20             MR. REILLY:  If there's a transcript, it can be read

21   in open court rather than keeping it secret.  If you're going

22   to have the colloquy that's open to the parties and there's no

23   basis for sealing.

24             THE COURT:  You're right.  That's fine.  We'll read

25   it in open court.  It will be short.

*Proceedings*                                                      *6508*

1          MR. REILLY:  Thank you.

2          THE COURT:  We're in recess.

3          (Continued on the next page.)

*Robing Room Conference*                                    *6509*

1            (The following occurred in the judge's robing room.)

2            (Juror enters the room.)

3            THE COURT:  Have a seat.

4            JUROR:  Thank you.

5            THE COURT:  I understand from Ms. Clarke that you

6     have a question about how the defendant's attorneys are being

7     paid for, that you think that might be important in the

8     deliberations.  Is that right?

9            THE JUROR:  Yes, that was the question I put to her.

10           THE COURT:  Okay.

11           THE JUROR:  I had a second, but I didn't think it

12    tell you.  My second question was if the decision on the

13    defense's presentation was the defendant's.  Like, how they

14    handled closing their argument, not closing, but presenting

15    their case.

16           THE COURT:  Okay.  Let me answer both your

17    questions.

18           THE JUROR:  Okay.

19           THE COURT:  First of all, there is no evidence in

20    the record as to how the defendant's attorneys are being paid

21    for or compensated, so we're not going to know that.

22           THE JUROR:  Okay.

23           THE COURT:  But, more importantly, we shouldn't know

24    that because the case only has to be decided on the evidence

25    of who did what and what happened when.  That's what the jury

*Robing Room Conference*                                      **6510**

1   has to decide.  I'm not saying your question is illogical,

2   it's perfectly logical, but it's impermissible under the law,

3   and I need to know from you that you can put it aside and not

4   speculate about whether the defendant is paying for his

5   attorneys, whether they're volunteers, whether they're

6   publicly appointed.  You need to put that out of your mind.

7   Are you able to do that?

8           THE JUROR:  Yes, I've heard the evidence, and if

9   that's what I'm basing my decision on, I'm good with that.

10          THE COURT:  You have no doubt about that?

11          THE JUROR:  I have no doubt about that.

12          THE COURT:  Okay.  Now, as to your second question.

13  It's a similar answer, you know, the case has to be decided

14  just based on the evidence that was presented to you, not on

15  considerations outside the courtroom.  So you shouldn't worry

16  about whose decision was it to present the case one way or

17  another.

18          I'll tell you, as a practical matter, defendants

19  confer with their lawyers and a joint decision is reached as

20  to how to proceed.  Generally, I don't really know.  I mean,

21  the simple answer to your question is, I don't know what

22  happened between the defendant and his attorneys because I'm

23  not allowed to know nor are you.

24          THE JUROR:  Okay.

25          THE COURT:  Okay.  And so, I've got to have

*Robing Room Conference*                                    **6511**

1    assurance that you can put that out of your mind as well?

2              THE JUROR:  Yes, you have that assurance.

3              THE COURT:  Any doubt about that at all?

4              THE JUROR:  No.

5              THE COURT:  Okay.  And the last thing I want to say

6    is, please don't discuss this just like I've been saying don't

7    discuss the case amongst yourselves, don't discuss this

8    interview with any of the other jurors.

9              THE JUROR:  I won't.

10             THE COURT:  Thanks very much.

11             THE JUROR:  I'll see you in the courtroom.

12             THE COURT:  Yes.  See you in a bit.

13             (Juror exits from the robing room.)

14             THE COURT:  Okay.  You can read that back.

15             (Robing room conference concludes.)

16             (Continued on the next page.)

17

18

19

20

21

22

23

24

25

*Proceedings*                                                    *6512*

1          (In open court.)

2          COURTROOM DEPUTY:  All rise.

3          THE COURT:  Okay.  Have a seat, please.  I will ask

4    the court reporter to read back my interview with the juror in

5    question.

6          (The requested portion of the record was read back

7    by the Official Court Reporter.)

8          THE COURT:  Okay.  Everybody okay?

9          MR. LICHTMAN:  Yes.

10         MS. PARLOVECCHIO:  Yes, your Honor.

11         THE COURT:  Okay.  And then the only other thing we

12   didn't discuss before was when do let Alternate 6 go.  With

13   your permission, I will just go into the hall now, have

14   Ms. Clarke bring him out, admonish him in the way that I've

15   been admonishing the jury, and release him.

16         Is that okay?

17         MR. BALAREZO:  Yes.

18         MS. PARLOVECCHIO:  Yes, your Honor.

19         THE COURT:  So we'll recess for a minute and a half

20   or so, so I can do that and then we'll start closings.

21         (Continued on the next page.)

22

23

24

25

*Conference*                                              *6513*

1              (The following occurred in the hallway outside the

2      courtroom between the Court and the Juror.)

3              THE COURT:  Hi, how are you.

4              THE JUROR:  Hi how are you?

5              THE COURT:  Quick question, you know, we got a call

6      from your employer early on saying you're badly needed at work

7      and they gave a date of January 28th.  I wanted to make sure,

8      are you under undue pressure to get back to work?  Is your job

9      in jeopardy?

10             THE JUROR:  No, no because my manager said that

11     around this time of year it's actually a little slow, but, you

12     know, because I've been away for so long, like, he's he was

13     under all this pressure about how long is this going to go on

14     because since I'm not working there, like, he's wondering why

15     he would continue to pay me when I'm not there working, so.

16             THE COURT:  Okay.  But are you okay staying for

17     this, or is it going to cause you a real hardship?

18             THE JUROR:  No.  I don't think it's giving me

19     problems right now aside from what my manager is going

20     through.

21             THE COURT:  Okay.  It's giving him problems but not

22     you problems?

23             THE JUROR:  Yeah, the only problems I'm getting is,

24     you know, from all the other guys, you know, the Fridays that

25     I've been there them asking me all of these questions about

*Conference*                                                    *6514*

1      what I've been doing.

2              THE COURT:  Which you haven't been answering?

3              THE JUROR:  Right.

4              THE COURT:  Okay.  You tell me if that's a real

5      hardship for you to miss more work than, you know, I'll

6      consider letting you did, but if you think you can stick with

7      it until the end, I'd like you to do that.  Can you?

8              THE JUROR:  I believe I can do it.

9              THE COURT:  Okay.  You're confident in that.

10             THE JUROR:  I am.

11             THE COURT:  Okay.  Don't tell the other jurors,

12     please, that we had this conversation, but go back in and

13     we'll be with you in just a couple of minutes.

14             (Sidebar discussion concludes.)

15             (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

*Conference* **6515**

1          (In open court.)

2          COURTROOM DEPUTY:  We're going to recess for ten

3     minutes.

4          (A recess in the proceedings was taken.)

5          (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summations - Ms. Goldbarg                6516

1          THE COURT:  Everyone be seated for just a minute.

2    My conversation with alternate six was it's not hardship and

3    he wants to stay, don't be surprised when you see him.

4          Let's bring in the jury.

5          (Jury enters.)

6          THE COURT:  Everyone be seated.  Good morning,

7    ladies and gentlemen.  Sorry for the delay we had take care

8    of a couple of matters.

9          We're now ready for summations.  The Government

10   may begin.

11         MS. GOLDBARG:  Thank you, your Honor.  Good

12   morning.  High in the mountains of Sinaloa, a bonfire roared

13   in what would become a shallow grave.  Two men lay in front

14   of the fire beaten almost to death but still breathing.  The

15   defendant, Joaquin Guzman Loera, was surrounded by his

16   underlings.  He leveled his rifle at the head of one of the

17   men, he cursed him, and then he shot him.  The second man

18   would soon share the same fate.  When the defendant was

19   done, he turned to his worker, Memin, and he said toss them

20   in the bonfire.

21         Why did the defendant torture and murder these two

22   men?  Well, it was because they were from a rival drug

23   trafficking organization, a rival cartel.  And the defendant

24   was incensed that these two men, who came from his home

25   state of Sinaloa, would work for a rival cartel and not help

1    him.

2         We told you back in November that this case would

3    be about drugs, about money, and about violence.  Over the

4    course of the trial we have shown you how over 25 years the

5    defendant rose through the ranks to become one of the

6    principal leaders of a drug trafficking organization known

7    as the Sinaloa Cartel.

8         The purpose of the cartel was to distribute as

9    much drugs as possible in the United States.  Cocaine,

10   heroin, methamphetamine, and marijuana.  The goal of the

11   cartel was to en masse billions of dollars in profits from

12   the sales of those drugs.  The cartel images were violence

13   and corruption, which allowed the defendant to enforce his

14   business and his will on anything and anyone that stood in

15   his way.

16        Ladies and gentlemen, we have presented an

17   avalanche of evidence.  This evidence has shown --

18        A small technical difficulty, your Honor.

19        (Brief pause.)

20        The jurors are indicating they cannot hear me.

21        This avalanche of evidence showed the ways that the

22   defendant brought his drugs into the United States.  The

23   transportation methods, the boats, the planes, the ships, the

24   yachts.  You saw some of the drugs that fortunately did not

25   make it to the streets, some of the biggest seizures in New

Summations - Ms. Goldbarg                6518

1    York and Chicago.  You saw the tools of his trade, the

2    weapons he personally used, and the ones that he purchased to

3    enforce and protect the interest of the cartel.  You saw his

4    sophisticated communications network so he could run his

5    organization.

6           And for his leadership in the Sinaloa Cartel he is

7    charged in an Indictment with ten counts.  Over the course of

8    the 12 weeks of trial, the Government has proven those ten

9    counts beyond a reasonable doubt.  We have proven that

10   through the defendant's own words and the recorded calls and

11   text messages.  We've proven it through the testimony of the

12   defendant's associates and workers.  We've proven it through

13   evidence that let's you know that the defendant -- that these

14   witnesses are telling the truth about the defendant.

15          You've seen the evidence, you've seen the drugs,

16   the weapons, ledgers, letters, all of this evidence shows

17   that the defendant is guilty of these crimes.

18          So before I begin reviewing the evidence I'd like

19   to thank you on behalf of the United States Government for

20   your time and attention in this lengthy trial.  But your job

21   is not yet done, and I'm going to ask you to keep that same

22   level of attention that you've given us through the trial as

23   we walk through the evidence that show how it's proof that

24   the defendant is guilty of all the counts beyond a reasonable

25   doubt.

1          A note up front, you won't be able to take the

2    Power Point or have the comments read back to you.  So if

3    you'd like to take notes, I encourage to you do so.

4          You will be given a verdict sheet.  The verdict

5    sheet will ask you if the Government has proven each charge

6    beyond a reasonable doubt.  And it will ask you if the

7    Government has proven some specific facts beyond a reasonable

8    doubt.  I'm going to point out which counts and which

9    violations and which specific facts I'm discussing, and

10   hopefully this will help you in your deliberations, so this

11   you might want to take notes of.

12         Let's start with the charges.  Count One of the

13   Indictment charges the defendant with being a leader of a

14   continuing criminal enterprise, which I'm going to refer to

15   as CCE for short.  As part of Count One there are 27 crimes

16   listed, which we call violations, and are all drug crimes and

17   felonies except for one where the defendant is charged with a

18   conspiracy to commit murder.

19         Count Two charges the defendant with the conspiracy

20   to manufacture and distribute cocaine heroin methamphetamine

21   and marijuana.  That means the defendant conspired to send

22   drugs from a place outside of the United States, such as

23   Mexico, Colombia or Ecuador, into the United States.

24         Count Three charges the defendant with a conspiracy

25   to import cocaine into the United States from a place outside

Summations - Ms. Goldbarg                6520

1   of the United States.

2          Count Four charges the defendant with a conspiracy

3   to distribute cocaine and possess with intent to distribute

4   cocaine in the United States.

5          Counts Five, Six, Seven and Eight are the

6   substantive drug crimes, which means that we're charging the

7   actual distribution of drugs not just a conspiracy to do so.

8          Count Nine charges the defendant with the use of

9   firearms in furtherance of his drug trafficking crimes

10  charged in Count One through Four.

11         Lastly, Count Ten charges the defendant with a

12  money laundering conspiracy.

13         As I go through each one of these counts I'll have

14  a board over there and we'll go through it I'll let you know

15  what count I'm reviewing, then we'll go through the evidence.

16         We're going to start at the beginning, Count One.

17  What does Government have to prove in Count One?  Now the

18  Judge is going to give you instructions on the law and if

19  anything I say differs from what I Judge says, obviously you

20  follow the Judge's instructions.  However, I believe the

21  Judge is going to tell you that in order to find the

22  defendant guilty of Count One, the Government must prove

23  beyond a reasonable doubt five elements.  Let's go through

24  those.

25         First, the defendant committed at least one

Summations - Ms. Goldbarg                    6521

1    violation of the federal narcotics laws.  I'm going to go

2    through these at each element.

3              Second, the offense was part of a series of three

4    or more offenses committed by the defendant in violation of

5    the federal drug laws.  I'll explain that when we go through

6    that and the evidence supporting that.

7              Third, the defendant committed the offenses in this

8    series in concert with five or more people.

9              Fourth, the defendant occupied a position of

10   organizer, supervisor or manager with respect to these five

11   people.

12             Fifth, that the defendant obtained substantial

13   income or resources from the series of violations.

14             A lot of legal words, we're going to go through

15   what all of that means.  I'm going to break this down for you

16   and take it out of order to help you understand the

17   Government's proof and how it supports each one of these

18   elements.  So the I'm going to start with elements three and

19   elements four.

20             Element three is that the defendant committed the

21   offense in a series of violations in concert with five or

22   more people.  What does that mean?  It means that there were

23   five or more people who worked for or with the defendant to

24   carry out the goals of this criminal enterprise, and that was

25   to send drugs to the United States.  It doesn't mean that the

1    five people have to be named, or known to each other, or have

2    worked with the defendant at the same time.  It just means

3    that these five people committed violations with the

4    defendant as part of this enterprise.

5           The fourth element is that the Government must

6    prove that the defendant was on organizer, supervisor, or in

7    any other position of management with these five people.

8    Again, what does that mean?  Here ladies and gentlemen, use

9    your common sense.  As I mentioned, before the Judge is going

10   to instruct you on the law, but the terms organizer,

11   supervisor, or manager, it simply means was he a boss.  A

12   boss tells other people what to do.  You probably all have

13   bosses either at home or at work or maybe one of you is a

14   boss as well.  Use your everyday experience to see if the

15   evidence supports the fact that the defendant was a boss.

16          What is important here is that the Government has

17   to prove that the defendant was a boss of five or more people

18   in the Sinaloa Cartel.  The Government does not have to prove

19   that he was the boss or the only boss or even one of the top

20   bosses; all the law requires is that the Government show that

21   he was a boss, meaning an organizer, a supervisor, or a

22   manager of the Sinaloa Cartel.  Anywhere within the criminal

23   organization, from the top all the way to the bottom, as long

24   as he was the boss of five or more people, this element has

25   been proved.

Summations - Ms. Goldbarg                6523

1              After over 12 weeks of testimony, the evidence has

2       shown beyond a reasonable doubt that the defendant was not

3       only a boss of the Sinaloa Cartel, but he was one of the top

4       bosses without a doubt.  Now, what was he the boss of?  The

5       Sinaloa Cartel.  What is that?  Simply put, it was a group of

6       criminals who were bosses of their own groups of workers and

7       they had ties to the Mexican state of Sinaloa.  This group

8       banded together for a common purpose, to send as much drugs

9       to the United States as possible for sales at huge profits

10      all tied to the drugs cocaine, heroin, methamphetamine, and

11      marijuana.

12              Many witnesses came before you, and this included

13      Rey Zambada, Miguel Martinez, Tirso Martinez, Vicente

14      Zambada, Alex Cifuentes, Damaso Lopez, Valdez Rios.  They

15      testified under oath that they were members of the Sinaloa

16      Cartel.  They identified the leaders of the cartel including

17      the defendant, and they testified about all the criminal

18      activity they engaged in which furthered the cartel's goals

19      of making billions of dollars by selling drugs in the

20      United States.

21              So who were the leaders of the cartel?  You learned

22      from the witnesses that the leaders rose and fell from power.

23      The witnesses identified the defendant Joaquin Guzman as one

24      of the leaders of the cartel.  Some other leaders of the

25      witnesses that were identified, was the defendant's partner,

Summations - Ms. Goldbarg                 6524

1   Mayo Zambada, Amado and Vicente Carrillo Fuentes, the Beltran

2   Leyva brothers, Arturo, Hector, and Alfredo, and Nacho

3   Coronel.  There was also Juan Esparragoza, also known as El

4   Azul, who was an older, respected adviser to the group.

5          So what were the benefits of being a member of a

6   cartel?  Well, Rey Zambada testified, quote, Because it's one

7   cartel, it's one organization and they help each other when

8   that help is needed.  That means that they were stronger

9   together, that's why they joined forces.  One of the ways

10  they were stronger was by sharing the territory that each

11  member controlled.  Rey Zambada explained it was important to

12  control territory, especially land near the coast because it

13  made it easier to receive the drugs that were coming in from

14  the water.

15         Many witnesses testified that those areas, that

16  control, was called a plaza.  Now, Rey described in great

17  detail how the Sinaloa Cartel controlled plazas.  I'll read

18  from his testimony.

19         Question:  Now you testified about the importance

20  of controlling a plaza.  What are some of the means by which

21  the Sinaloa Cartel would take control of the plaza?

22         Rey Zambada answered:  Well, mainly bribing

23  authorities to have Government control and using the armed

24  grouped, the sicarios so that no other group will come to the

25  plaza.

1           Question:  Now, if the drug trafficking group

2    doesn't agree to work with the Sinaloa Cartel in a particular

3    plaza, how would the Sinaloa Cartel assert control in that

4    plaza?

5           Rey Zambada's answer:  Well, if one group comes

6    into a plaza controlled by another group without getting

7    permission, then the people are going to get killed if they

8    come in without permission.  That's what control of a plaza

9    meant.

10          Several witnesses, including Rey Zambada, told you

11   that the defendant controlled the state of Sinaloa, which is

12   where the cartel members lived and where they had their

13   families.  He also controlled the Golden Triangle, the areas

14   where the poppy and marijuana were cultivated.

15          Here is a map of the territories that Rey Zambada

16   and other witnesses testified that the Sinaloa Cartel

17   controlled.  It shows an almost a complete control of the

18   Pacific coast of Mexico, right up to the U.S. border.

19          Rey Zambada also testified that another way the

20   cartel members were stronger together was because the leaders

21   would invest in drug shipments together.  Each member would

22   own a percentage of the whole, that way if a drug shipment

23   was lost or seized by law enforcement officers each member

24   would only lose the portion that they invested.  But if the

25   shipment was successful, then it brought huge rewords for all

Summations - Ms. Goldbarg                6526

1  of them.  This is one of the concepts of share the risk you

2  share the reward.

3          Again, as Rey explained, Question:  What was the

4  purpose of using this investment method?

5          Answer:  Well, for the Sinaloa Cartel, it's the way

6  to strengthen the cartel and to protect the capital of

7  investors and at the same time make them powerful

8  financially.

9          Explaining one of the goals of the cartel.

10          Let's take a step back briefly, and see how the

11  defendant got to this position from a kid and a family of

12  little means to one of the top leaders of the Sinaloa Cartel

13  that you learned about in this trial.  You learned from the

14  evidence that in the mid 1980s until his arrest in 1993 the

15  defendant was a mid-level operative of the Sinaloa Cartel,

16  making a name for himself as El Rapido, because of how

17  quickly he transported drugs, mostly cocaine, from Mexico to

18  the United States for the Colombian cartels.

19          In the late 1980s the defendant worked for El Azul.

20  The defendant was also a boss of his own drug organization,

21  which included his brother, Arturo, also known as Pollo.  He

22  was the guy that got arrested at the border, U.S./ Mexico

23  border, trying to bring his brother almost $1 million back in

24  cash hidden in a truck.  We'll talk about that later.  It

25  included it his right-hand man, Miguel Angel Martinez.  Also

Summations - Ms. Goldbarg                6527

1   included his cousins, the Beltran Leyva brothers, Arturo,

2   Hector, Alfredo.  They received planes from the defendant,

3   planes filled with cocaine.  The defendant also had a

4   partnership and worked with Hector Palma Salazar.

5          You heard from Rey Zambada that the defendant

6   didn't respect the territory or the plaza of the Tijuana

7   Cartel run by the Arellano-Felix Organization, AFO for short.

8   So the defendant moved drugs through the AFO territory or

9   that plaza without permission.  This was one of the reasons

10  that the war broke out between the AFO, a violent, deadly,

11  long war that we're going to talk about later.

12         It was at this time, after the war broke out, that

13  Mayo Zambada, who had been aligned with Amado Carrillo at the

14  time, he joined Amado in siding with the defendant in the war

15  against the Arellano-Felix Organization.  So starting in the

16  1990s, the defendant, Mayo, and their partners, Amado and El

17  Azul, and their sub-leaders, all banded together to move

18  drugs and to fight the war with the AFO until the defendant

19  was arrested in 1993.

20         But not even walls of prison could keep him from

21  the drug trade, with his brother, Pollo, his right-hand man,

22  Miguel Martinez, and his cousins, the Beltran Leyva brothers,

23  they are on the street, the defendant continued to operate

24  his drug organization.

25         You heard from Rey Zambada that his brother Mayo

Summations - Ms. Goldbarg                    6528

1   Zambada helped the defendant while in jail.  This help was by

2   lending a hand to the people that were on the street.  Mayo

3   Zambada helped Pollo and the defendant's cousins, the Beltran

4   Leyva brothers, while the defendant was in jail.  Many of the

5   other witnesses that testified told about direct dealings

6   that they had with these people that were helping the

7   defendant.

8           You heard testimony from Rey Zambada, Tirso

9   Martinez, German Rosero, Juan Carlos Ramirez, and Miguel

10  Martinez.  And remember that Chupeto, the Colombian supplier,

11  he sent to the defendant five boats averaging about 10,000

12  kilos each of cocaine to the defendant while the defendant

13  was still in jail.  We have another shipment.  In 2001, the

14  defendant escapes from a maximum security prison for the

15  first time.  This presents a new growth for the cartel.

16          An important event happens when the defendant is in

17  jail.  Amado Carrillo Fuentes, one of the leaders of the

18  Sinaloa Cartel at the that time, he died during surgery.  So

19  the defendant and Mayo Zambada take the mantel leadership

20  after Amado's death.  And then El Azul transitioned into a

21  respected adviser in the role.

22          Where the defendant goes after this daring escape

23  from a maximum security prison?  Well, he went to where he

24  felt safe, where he could be protected by his fellow

25  Sinaloa-based traffickers, the mountains that he controlled,

Summations - Ms. Goldbarg                     6529

1   the Golden Triangle.  And as detailed by Rey Zambada, these

2   fellow Sinaloa traffickers, Mayo Zambada, the Beltran Leyva

3   brothers, now Amado Carrillo Fuentes since his brother passed

4   away, and Nacho Coronel, in coordination with El Azul they;

5   solidified their relationship within the Sinaloa Cartel

6   during this time.  They all decided to strengthen their

7   partnership so they could again be stronger together.

8           Although the defendant still trafficked drugs while

9   he was in this jail, it was these leaders who helped the

10  defendant back to his place of prominence.

11          You heard from Rey Zambada that it was at this

12  moment when the defendant and Mayo Zambada solidified their

13  50/50 partnership, this strengthened their positions within

14  the cartel even more.  Now, what does that mean?  Any

15  kilogram of cocaine either one of them got their hands on

16  would be shared 50/50.

17          Many cooperating witnesses testified that the

18  defendant and Mayo were partners.  And this was through the

19  testimony of Rey Zambada, Chupeta, German Rosero, Vicente

20  Zambada, Tirso Martinez, Pedro Flores, and then Jorge and

21  Alex Cifuentes, as well as Damaso Lopez.

22          (Continued on next page.)

23

24

25

Summations - Ms. Goldbarg                    6530

1              MS. GOLDBARG:  As partners, they shared greater
2    territory, infrastructure and all the risks and rewards that
3    came with it.  This was the heyday of the Sinaloa cartel,
4    when they were united and working together, and the cartel
5    members thrived, that is until they started to split apart
6    one piece at a time.
7                   As you've heard, the heyday did not last for
8    long, jealousies and disloyalties led to war, this war led
9    to fractures within the cartel, but the defendant remained
10   at the center of it.
11                  And remember, when Amado Carrillo died, Tirso
12   Martinez told you that Vicente Carrillo he had to answer to
13   Mayo Zambada.  Rey called him a sub leader, the way Rey was
14   to his brother.
15                  Now, Rodolfo Carrillo, who was Vicente's
16   brother, started to disrespect the rules, so it was the
17   defendant who convinced the other leaders of the cartel to
18   allow him to murder Rodolfo.  And we're going to talk about
19   this murder when we talk about the murder conspiracy, but
20   the defendant's gunmen or pistoleros, they killed Rodolfo
21   and as a result, Vicente Carrillo left the Sinaloa cartel
22   and he was now an enemy.
23                  In 2008, one of the Beltran Leyva brothers,
24   Alfredo, was arrested and the Beltran Leyva brothers
25   believed that it was the defendant and Mayo's fault.  They

Summations - Ms. Goldbarg                6531

1  declared war against the Sinaloa cartel, as Damaso put it,

2  it was the Beltran Leyva Organization against the defendant,

3  Mayo and Nacho.  So the Beltran Leyvas left the cartel, and

4  they were an enemy.

5           Also during this time, Rey Zambada got

6  arrested and Nacho Coronel was killed.  So this left the

7  defendant and Mayo Zambada as the preeminent leaders of the

8  Sinaloa Cartel, not only as a result of their longevity in

9  the cartel, but their partnership made them the most

10  powerful of all.

11           All right.  So now we talk a little bit about

12  the defendant's criminal organization.  Let's talk about how

13  we know he was the boss of five or more people within the

14  cartel.  We proven all the elements of three and four beyond

15  a reasonable doubt, we must talk about how.

16           Now, first, you heard from 14 cooperating

17  witnesses and every single one of them took that stand and

18  they testified under oath that the defendant, sitting right

19  there, was a boss of the Sinaloa Cartel.  In fact, 11 of

20  these cooperating witness testified that they worked for the

21  defendant in the Sinaloa Cartel; they each had different

22  jobs within the cartel, but they all told you that they

23  committed crimes for the cartel under the defendant's

24  leadership.  That right there, ladies and gentlemen, is more

25  than five people.

Summations - Ms. Goldbarg                6532

1          The witnesses not only told you about the
2     jobs that they did within the cartel, but they told you
3     about the jobs of other people within the cartel as well.
4     For example, Rey Zambada, he walked you through this overall
5     structure.  He told you that the defendant and his brother
6     were the principal leaders, he was a sub leader and
7     underneath them you had hundreds of workers and corrupt
8     government officials.
9          You heard about the defendant's secretaries,
10    such as Miguel Martinez, Alex Cifuentes, Condor and
11    Chinakate, the red-headed guy; the engineers Christian
12    Rodriguez, Gordo and Charly.  You heard about his hitmen
13    Cholo Ivan, Bravo Fantasma, Jaguar.  His pilots such as
14    Cachimba and Memin.  That right there is more than five
15    people.
16         But you didn't hear -- you don't have to just
17    rely on that the defendant was on top of the cartel from
18    these cooperating witnesses, you also heard it from the
19    recorded phone calls and text messages.  You saw it in the
20    defendant's ledgers seized in Los Cabos, and you saw it in
21    the letter that the defendant wrote and sent to Damaso
22    Lopez.
23         So how did you know the defendant was the
24    boss?  Because you heard him on the phone directing his
25    workers to distribute drugs, commit violence and corrupt law

Summations - Ms. Goldbarg                  6533

1    enforcement officers and politicians.

2              Now these recordings were made when no one

3    knew they were being recorded.  The defendant didn't know,

4    no one in the conversations knew that the Government was

5    listening to those calls.  So they're being made when no one

6    on the call has a motivation to lie.

7              And what did these recordings show you?

8    Government Exhibit 511-3.  These recordings give you a

9    window or a sneak peak into how one of the top leaders of

10   the Sinaloa Cartel, how he managed his empire on a

11   day-to-day basis.  From his own mouth you heard about the

12   defendant's crimes.

13             How do you know he was a boss?  Well, because

14   you saw his text messages directing his worldwide drug

15   distribution network.  It wasn't just a text captured on the

16   spyware that he installed or had Christian install on the

17   phones of his wives and his girlfriends.  It was also on a

18   wiretap in Arizona that captured over 1 million messages

19   throughout the cartel's entire communication structure with

20   the defendant sitting on top.  This structure was also known

21   as the OFIS, O-F-I-S.

22             How do you know he was a boss?  Well, because

23   you saw the detailed ledgers from the international drug

24   empire.

25             How do you know he was the boss, because you

Summations - Ms. Goldbarg                    6534

1   saw the defendant's letters to his top associates giving

2   them orders from jail to collect drugs and purchase weapons.

3             And what kind of portrait did the defendant's

4   own words paint?  I submit to you, ladies and gentlemen,

5   that they painted a clear portrait of the defendant as one

6   of the top bosses of the Sinaloa Cartel.  And the sworn

7   testimony of the cooperating witnesses mirrored the portrait

8   of the defendant in his own words.  Now, you know this is

9   true because of his recorded messages.  You heard him tell

10  the defendant acting exactly how the witnesses who testified

11  told you he acted, the crimes he committed are the ones that

12  the witnesses told you he committed as well.  This evidence

13  proves that the defendant was the boss beyond a reasonable

14  doubt.

15            Now, I'm going take a few minutes to walk

16  through the evidence that shows how the defendant ran his

17  cartel, based on both the cooperating witnesses' testimony

18  that you heard and then in the defendant's own words.  But

19  before I do that, I want to focus on one more thing, one

20  more reason why you know that the defendant is one of the

21  bosses.  Common sense.

22            Who traveled in armored cars with security

23  guards?  Who had a rotating staff of cooks and secretaries?

24  Who has not one, but two tunnels to cross drugs into the

25  United States?  Who has not one, but a series of escape

Summations - Ms. Goldbarg                6535

1   tunnels under bathtubs?  Who has a mile-long tunnel built

2   directly into the shower of his jail cell?  It was an

3   incredible feat of engineering to get this done.  Who has a

4   zoo with little trains so that people touring the guests

5   could travel on?  Who flies around in jets and helicopters?

6   Who has an army of people fighting enemies for him?  And for

7   that matter, who has enemies that need to be fought with an

8   army?  Who has diamond encrusted pistols?  Who lives in the

9   mountaintop and has food flown into him?  Who has a private

10  communication server?  Who wiretaps his families and closest

11  friends and has a scheme to wiretap an entire city?

12              These questions could go on and on.  And the

13  answer is common sense.  A boss of the Sinaloa Cartel does

14  these things, not just any boss, one of the top bosses.  So

15  as we walk through the evidence I ask you, ladies and

16  gentlemen, to rely on your common sense as you listen,

17  because we submit that you've seen staggering evidence that

18  proves the defendant's role in the cartel.

19              Now, I want to turn to the evidence that

20  shows how the defendant ran his cartel, the day-to-day

21  operations of his illegal empire.  I want to focus on six

22  types of evidence that you saw and heard about.  The

23  defendant selling drugs; the defendant shipping drugs; the

24  defendant buying drugs; the defendant using secure

25  communications; the defendant using corruption and violence

Summations - Ms. Goldbarg                 6536

1   to protect his drug business.

2              Over the trial you've seen and heard a lot of

3   evidence, both in witnesses and recorded messages, showing

4   that the defendant ran his cartel on a day-to-day basis.

5   We're not going to review every single piece of evidence,

6   we're just going to hit the highlights, but all the evidence

7   is available for you to review during your deliberations.

8              Let's start with selling drugs.  This was the

9   goal of the Sinaloa Cartel, this was their reason for being.

10  To get the product to the users in the United States, to

11  make sure that the drug users in the United States had a

12  steady supply of narcotics.  Why?  This is what made the

13  defendant and his cartel billions of dollars.

14             Now you heard many witnesses testify about

15  the defendant selling drugs in the United States and we're

16  going to look at just a few examples of the testimony you

17  heard.

18             For example, Miguel Martinez told you in the

19  early '80s and '90s he helped the defendant smuggle cocaine

20  and marijuana across the U.S./Mexico border, drugs that

21  ended up in the hands of the defendant's customers in Los

22  Angeles.

23             Tirso Martinez told you that he ran a train

24  route for the defendant and the Sinaloa Cartel in the 1990s

25  and early 2000s, sending tons of cocaine and marijuana to

Summations - Ms. Goldbarg                6537

1    Los Angeles, Chicago and New York.

2                Pedro Flores told you he was a Chicago-based

3    distributor for the defendant, flooding the streets of

4    Chicago and New York with the defendant's cocaine.

5                And Alex Cifuentes told you he and the

6    defendant sold heroin and cocaine right here in the streets

7    of New York City.

8                And you know this is true because you heard

9    it from the defendant, in his own words, committing the same

10   types of crimes that he told you they committed.

11               So we're going to start by listening to one

12   of the clips between the defendant and a woman who were

13   discussing drugs.

14               (Audiotape played.)

15          (Audiotape stopped.)

16          MS. GOLDBARG:  We'll play another clip from the

17   same call.

18               (Audiotape played.)

19               (Audiotape stopped.)

20          MS. GOLDBARG:  Now let's talk about those calls

21   for a second.  Now, in the first call what do you hear the

22   defendant saying?  The woman is saying that there are places

23   she can distribute the drugs and she mentioned Ohio, Los

24   Angeles and 52 states.  She's close.

25               What did the defendant respond?  It's just

1    that -- what is it that you are getting out, cocaine or ice,

2    in his own words.  And you know from many of the witnesses

3    who took the stand, including law enforcement officers, that

4    ice is another name for methamphetamine.  So the defendant

5    is talking about getting cocaine and ice to the

6    United States and is talking to a woman who can distribute

7    his drugs in places like Ohio, Los Angeles, and 52 states in

8    the United States.

9              And, again, if that wasn't clear enough, in

10   the next clip that we listened to the defendant says, when

11   he's talking, he's looking for this person Ranchero, he

12   says, Tell him to find someone, find customers for ice over

13   there in the United States.  He doesn't use a code word,

14   he's not being coy about where he wants the drugs to go, he

15   says to go to the United States.

16             Right here, ladies and gentlemen, the

17   defendant in his own words is agreeing to send cocaine and

18   methamphetamine to this country.  And you saw this same

19   blunt talk about drugs from the defendant in his text

20   messages.

21             Now, before we go into the actual text

22   messages, let me remind you how we got this evidence.  FBI

23   Special Agent Marston and Christian Rodriguez explained to

24   you that the defendant installed spyware on the phones of

25   his wife and two of his girlfriends:  Lucero Sanchez and

Summations - Ms. Goldbarg                6539

1   Augustina Caballinas.  And remember, that the FBI got these

2   messages with Christian's help.  And remember that the

3   defendant sent messages to his workers, the workers who were

4   selling drugs in the United States and other parts of the

5   world for him, and the main person who he was talking to him

6   about this was his girlfriend Augustina, who went by the

7   screen name Fiera.  And just like the phone system Cristian

8   had set up for him, the defendant believed that this network

9   was secure so that no one could know what he was talking

10  about.  And he spoke openly, in uncoded words about drugs.

11          So let's look at one of the examples.  In

12  this conversation the defendant, using the screen name J, is

13  saying, ask if we have -- if we buy him a fishing boat to

14  fish over there in Los Angeles, if he would be willing to

15  receive at 200 miles.  Then the defendant makes sure to

16  clarify that he's talking about in front of San Diego.

17          Well, Fiera wants to know what is he talking

18  about, so the defendant says, marijuana or cocaine.  What

19  can the person transport for him?  Fiera may be a little bit

20  more cautious and says, small ones, trying to keep it in

21  code.  The defendant didn't care, he says cocaine.  Then he

22  says to bring over.

23          Right now he's talking about finding someone

24  to use a boat to receive drugs in front of San Diego and Los

25  Angeles, and it's clearly marijuana or cocaine and he

Summations - Ms. Goldbarg                6540

1    clarifies it's cocaine.  So he comes right out and he wants
2    to bring cocaine here to the United States.  The same thing
3    the cooperating witnesses told you about.
4              One more example, where Fiera is telling him
5    that they have something over there in arbol, which the
6    witness testified means Nogales, but in case you didn't know
7    that, the defendant right there says, Nogales.  Tell her to
8    arrange for more cars since I'll be bringing her a ton.
9              What does the defendant mean?  He's talking
10   about literally bringing a ton of drugs across the border
11   from Mexico into the United States in cars.  Plain talk from
12   the defendant about how he runs his drug operation.
13             And his text messages weren't just with
14   Augustina, his girlfriend, there were also conversations
15   with his wife.
16             Now he's communicating with his wife and what
17   does she do?  She passes the phone to her father, the
18   defendant's father-in-law and they want to talk about work,
19   which is bringing drugs to the United States.  And as soon
20   as Emma's father takes the phone, Emma's father says he has
21   a good spot to cross at the border and a flight packed with
22   drugs is ready to go from his ranch.
23             What do you see in the next message?  The
24   defendant gives him a warning, don't use radios, use black,
25   just black, otherwise don't drop even one kilo because

1    everything will drop.  What does that mean?

2              Well, when the defendant's explains in the

3    next call he says, don't say anything to anybody so that

4    border patrol will chase some other people.  They are

5    listening to all the radios.  Be discrete, because nobody is

6    using black.  Friends from Mexico sent word saying that

7    working with radios is dangerous because the border patrol

8    listens to everything.

9              So what is the defendant saying here?  He's

10   basically saying if you're using a radio on the border to

11   cross your drugs into the United States, your drugs will get

12   seized.  Now the defendant doesn't care about that, because

13   he is using blacks, which you know is a code word -- another

14   word for Blackberry.  It's another system he was using.  So

15   he thought his communications were safer, so use those

16   communications.  If other people wanted to use radios, let

17   the border patrol seize other people's drugs.  His drugs

18   would be safe and he knows this because his friends from

19   Mexico, which are his corrupt contacts in the Government are

20   telling him this is exactly what's happening.  This is the

21   defendant running his empire.

22             And once they figure out the logistics of it,

23   the defendant asks his father-in-law, does his father-in-law

24   have anyone in the United States to buy his drugs.  He says,

25   Do you have people ready to pick up on the other side?  When

1  his father-in-law says no, well the defendant is happy to

2  solve that problem.  All right.  Once they are there, I'll

3  have friends that will buy.  I'll refer you to somebody.  So

4  the defendant's willing to help his father-in-law out and

5  bring drugs to the United States and then have them

6  distributed here.

7           Now, where did the defendant get the drugs to

8  sell in the United States?  You saw and heard about the

9  defendant buying the drugs all over the world.  You heard

10  testimony from many, many cooperating witnesses about the

11  defendant buying cocaine, heroin, methamphetamine, marijuana

12  directly from the sources from all over the world.

13  Sometimes he handled the negotiations directly and sometimes

14  he let other workers handle it on his behalf, but he was

15  always in control.  And as you heard Jorge Cifuentes tell

16  you, he was skilled at negotiating the best deal for his

17  illegal product.

18           So let's look at what some of these people

19  said.  Miguel Martinez told you that the defendant started

20  sending his workers around the world to purchase drugs in

21  the late 1980s.  For example, he told you that he, Miguel,

22  traveled to Colombia for the defendant to purchase cocaine

23  and marijuana.  Miguel also told you that the cartel got

24  marijuana from ranches throughout Mexico and he even went to

25  Thailand to get heroin for the defendant.  And Miguel told

Summations - Ms. Goldbarg                    6543

1   you that all of these drugs ended up in the United States.

2              And who did the Miguel tell you was one the

3   suppliers for the defendant's cocaine?  Chupeta.  And

4   Chupeta testified to the same thing.  He sent tons and tons

5   of cocaine to the defendant beginning in the early 1990s

6   until 2007 and this cocaine came to the United States.

7              Jorge and Alex Cifuentes told you about the

8   cocaine shipments that the defendant organized in Ecuador

9   and Colombia up until 2010.  Alex also testified that the

10  defendant directed him to get methamphetamine from China and

11  Mexico, and the defendant obtained opium gum for heroin in

12  Mexico.

13             Memin told you that he actually flew the

14  planes filled with cocaine from Ecuador and Colombia to

15  Mexico and at the defendant's direction and that he also

16  flew planes filled with marijuana from the mountains of

17  Mexico for the defendant.  And you know the witnesses, these

18  cooperating witnesses are telling you the truth because you

19  heard the same thing from the defendant's own mouth.

20             Let's look at text messages between the

21  defendant and Fiera or Augustina.  She is telling the

22  defendant that she has a friend that has 700 in Belize

23  that's between 95 and 97 percent purity.  What is she

24  talking about there?  There's someone in Belize that has 700

25  kilograms of cocaine of optimum purity, 95 to 97 percent.

Summations - Ms. Goldbarg                    6544

1   The defendant agrees.  He says, That's fine, have them give

2   you a number for pick up tomorrow, love.  But, apparently,

3   this contact takes a little bit too much time so the

4   defendant wants to know what's going on.  What does Fiera

5   tell her contact?  Business has to be quick, tell her that

6   the boss gets anxious.  What's the Spanish word that she

7   uses for boss, it's highlighted on the right side, it says

8   "patron".  So here's an example where Fiera, despite her

9   relationship with the defendant, knows he's the boss, he's

10  the "patron."

11           Shipping drugs:  Planes, trains, cars, boats,

12  submarines, and more.  You heard from the cooperating

13  witnesses that the defendant used all of these methods and

14  more to transport his drugs from country to country on the

15  way to the United States.  As you heard, it was his skill

16  coming up with new and different ways to ship his drugs that

17  kept him at the top of the cartel.  And you know they're

18  telling you the truth because you heard from the defendant's

19  own words.

20           Now let's start with a phone call between the

21  defendant and someone who we're able to identify as Tono,

22  the person from the Dominican Republic.  What did Alex

23  Cifuentes tell you about Tono?  Well, according to Alex,

24  Tono is someone who sold cocaine and heroin in New York for

25  the defendant and Alex Cifuentes.  Alex also told you the

Summations - Ms. Goldbarg                    6545

1   defendant had a plan to use Tono to set up a landing strip

2   in the Dominican Republic.  And you heard this plan in a

3   call between the defendant and Tono.  We're going to play a

4   part of that clip now.

5                    (Audiotape played.)

6                  (Audiotape stopped.)

7            MS. GOLDBARG:  We're going to play another clip

8   from the same call.

9                    (Audiotape played.)

10                  (Audiotape stopped.)

11           MS. GOLDBARG:  Let's talk about that call.

12              Now, the defendant says that they want help

13  to find a little place for the furniture.  Now Alex

14  Cifuentes testified that the defendant's reference to

15  furniture is a plane.  So the defendant's trying to find a

16  place to land a plane.  And the reason he was doing so was

17  so that he could move more drugs there, from where the drugs

18  were coming from; Loco.  Alex testified that "Loco" was a

19  code word that the defendant would use to discuss Venezuela

20  because of the then-President Hugo Chavez.  And Damaso Lopez

21  also testified that the defendant's code word for Venezuela

22  was Loco because of the former President Hugo Chavez.

23              And in this call the defendant and Tono are

24  discussing a plan about Panchito's involvement.  Panchito,

25  that's a code word, that's a name that Alex Cifuentes uses.

Summations - Ms. Goldbarg                    6546

1              (Continued on the next page.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Ms. Goldbarg                                6547

1          MS. GOLDBARG:  And this is how you know that when

2     Alex Cifuentes is telling you what's going on in this drug

3     deal you know it's true because you hear two other people

4     talking about him in the same way he described.

5          Later in the call, what does the defendant ask?

6     Does he bring things from Panchito's land?  Well, where is

7     Panchito from?  Alex Cifuentes is from Colombia, and what do

8     they make in Colombia?  Cocaine.  So the defendant is asking

9     this Dominican supplier whether or not he has a connection to

10    bring cocaine.  And what does Tono respond?  Yes.  He has

11    total control.

12         You don't hear the defendant just asking about

13    airstrips.  You also heard him speaking about boats with

14    someone by the name of Cuate, and Alex Cifuentes told you that

15    Cuate is one of the people that worked for the defendant with

16    transportation, especially with boats.  Now, I'm just going to

17    play the transcript -- I'm just going to show you the

18    transcript of the call, and the defendant says:  *And do the*

19    *yachts have stash boxes*?

20         And the Spanish word for that is *clavo*.  And how

21    many witnesses did you hear on the stand that told you that

22    *clavo* means a secret hidden compartment, compartments that

23    they use to hide drugs?  Many of them.

24         And when Cuate says that they do, the defendant

25    later asks:  *How much did you set it up for?  For how much?*

Summation - Ms. Goldbarg                    6548

1          Then Cuate responds:  *Like, for 1.2, 1.3.*

2          Well, what is the defendant asking there?  The

3    defendant is asking Cuate if, in one of these yachts, he

4    had -- he'd built a secret compartment so that the defendant

5    can put 1.3 or 1.2 tons of drugs in there, one of the ways

6    that he would use to smuggle drugs.

7          You also saw translated excerpts from the

8    defendant's ledger seized in Los Cabos, and in these ledgers,

9    you saw him setting up drug shipments by boats and planes and

10   trailers.  He's also setting up warehouses to receive drugs

11   right in the United States, including San Diego and

12   Los Angeles, because that's what he does.

13         Now, how did the defendant protect all of his drugs

14   in his empire?  Well, one of the ways was to protect his

15   communications using a secure system.  You heard from many

16   witnesses about the defendant's obsession with secure

17   communications.  Miguel was the first one who testified about

18   this.  He told you that as far back as the late 1980s, early

19   1990's, the defendant wanted the newest technology to protect

20   the cartel's communication.  He wanted to be an expert in

21   communications.  So the defendant purchased scramblers and

22   cloned phones to make sure that the authorities couldn't

23   listen into the cartel conversation.  Martinez also told you

24   that, in the late '80s and early '90s, the defendant hired

25   engineers to make sure the defendant had the latest

Summation - Ms. Goldbarg                          6549

1   technology.

2          And in addition to secure communications, Miguel

3   told you, even back then in the early days, the defendant had

4   a passion for collecting information.  So what did he do?  He

5   wiretapped his friends, his enemies, and his girlfriends.

6          So this is what he's doing in the early 1980s and

7   1990s.  Where did you hear that?  You also heard that from the

8   defendant's engineer that he hired 15 years later.  After

9   Miguel is no longer working for the cartel, the defendant

10  hires Christian Rodriguez to do the exact same thing a decade

11  later.

12         Now, Christian Rodriguez testified that the

13  defendant was still obsessed with communications all these

14  years later.  The defendant hired Christian to build him a

15  sophisticated communication system for these encrypted phone

16  calls, or these extensions that we know that they're called,

17  and text messages.  And Jorge and Alex Cifuentes also

18  testified that it was Christian Rodriguez -- because they

19  introduced him -- who set this system up for the defendant,

20  and the system that Christian designed had up to 100 cartel

21  members in it -- and remember, these were the extensions.  And

22  eventually, Christian and both Alex Cifuentes testified that

23  the defendant eventually narrowed this down because he only

24  wanted his close associates and family members to have these

25  extensions.  In fact, Alex Cifuentes, Jorge Cifuentes, and

1  Damaso Lopez, as well as Christian, testified that they used

2  these extension systems that Christian had set up.

3          You also know that Christian set up a spyware system

4  that allowed the defendant to monitor, again, his close

5  associates, his wives, and his girlfriends.  And you also know

6  that Christian ultimately turned all of these communications

7  over to the FBI, which is why you were able to see and hear

8  all of these calls that were presented in evidence at this

9  trial.

10          You also heard from Alex Cifuentes and Damaso Lopez

11  and Memin, the pilot, that after the defendant learned that

12  Christian was cooperating, the defendant then switched

13  systems, and that's when he used this complex Ofis, the

14  O-F-I-S system, that filtered text messages through many

15  layers of people in the cartel.

16          And how else do you know about the defendant using

17  secure communications?  Not just from what the cooperating

18  witnesses told you, but from his own words.

19          So let's listen to one of those calls.

20          (Audio played.)

21          (Audio paused.)

22          MS. GOLDBARG:  I'm going to play another clip from

23  the same call, and then we'll review it.

24          (Audio played.)

25          (Audio paused.)

1            MS. GOLDBARG:  Let's go to that call.

2            Now, who is talking in this conversation?  It's the

3    defendant talking to M-10.  And he said to Zambada, and Damaso

4    told you that M-10 was a worker for the defendant in Juarez.

5            Now, in this call, the first thing that happens is

6    that M-10 asks whether or not he can get one of these phones.

7    What does the defendant respond?

8            *Yeah, he already told me.  It's just that these*

9    *telephones over there by -- I -- they are encrypted for the*

10   *voice and not for -- if this telephone ends up in the*

11   *Government's hands, well, since they have a chip, they're*

12   *TelCel -- they have a chip.  This -- this safety is just for*

13   *the voice since they have mine recorded.  Be careful.  The*

14   *gringos aren't looking for you.*

15           That's what the defendant is saying.  So what does

16   that mean?  The defendant had explained his encrypted system

17   to M-10.  He's saying that this system is encrypted for the

18   voice because the Government already has his voice recorded

19   and that the gringos are looking for the defendant, not for

20   M-10.  And remember what Christian Rodriguez testified; he

21   listened to this call as well, and the question was whether or

22   not the defendant accurately described the system that

23   Christian set up for him and he said yes.

24           The defendant knows that the encrypted systems will

25   protect him.  That's what he thinks.

Summation - Ms. Goldbarg                                    6552

1        And what else does he say?  When M-10 asked him

2   again for another call, for another one of these phones, the

3   defendant is hesitant and he says:  *It's just that I only use*

4   *these extensions for my family and the technicians and other*

5   *certain people.*

6            And that's exactly what Corey Cifuentes and what

7   Christian Rodriguez testified to; that at some point in time,

8   the defendant decided to reduce the number of people that had

9   access to his communication system.

10           And you also saw the lengths to which the defendant

11  would protect his communications by setting up different

12  filter systems to talk to lower level workers, and his calls

13  with Agustina is an example of that filter system.

14           And again, the Ofis structure, it's a more complex

15  and a broader system.  Look at this.  This is what they

16  testified to of how someone within the field would try to

17  communicate all the various different levels you have to go

18  through to get to communicate with the defendant.  It took a

19  concerted effort from the entire organization to shield the

20  defendant's communications from detection while he was running

21  the cartel.  And why is he the one that's so insulated from

22  law enforcement?  Because he is one of the top bosses.

23           How else did the defendant protect the cartel?

24  Through rise by corruption of the Mexican government.  And why

25  is corruption important?  If the cops are doing their jobs,

Summation - Ms. Goldbarg                    6553

1   then the drugs will get seized and the bad guys will get

2   arrested, so the defendant paid them to not do their job.  But

3   it went a step even further than that.  They were paid to do

4   the cartel's jobs.  The police transported drugs for them,

5   escorted the drugs, made sure the drugs were protected, they

6   were provided information about law enforcement officials who

7   were actually doing their job, and this was all to make sure

8   that the cartel would be warned if there was a capture

9   operation like what happened in Los Cabos and Culiacan so that

10  the cartel members could avoid being arrested.

11          And you heard this from Rey Zambada and Miguel

12  Martinez and Vicente Zambada and Alex Cifuentes and Damaso.

13  And you know that the defendant was involved in corruption

14  because you heard it from his own mouth.

15          Now, before we play another call, I want to explain

16  and discuss what the term *Yanqui* means in a cartel.

17          Rey Vicente Zambada told you that a Yanqui is a

18  commander from a federal judicial police in charge of a state

19  in Mexico.  So he's a top police official in a state, and the

20  cartel would pay the Yanqui $50,000 a month in bribes to

21  protect the drugs.  Vicente told you that he, Vicente, would

22  go with his father, Mayo Zambada, to meet with the Yanquis

23  personally, and Mayo Zambada would tell the Yanqui, the top

24  police commander, that the bribe that they were paying was

25  coming from Mayo Zambada and the defendant, an example of the

Summation - Ms. Goldbarg                    6554

1    50/50 partnership that they had.  And you know that Vicente is

2    telling you the truth because you heard it in a call between

3    M-10 and the defendant, and we are just going to review the

4    transcript on this one.

5            M-10 tells him:  *But he called them and he told*

6    *them, listen, I'm calling on behalf of Chapo and on behalf of*

7    *Mayo.*

8            M-10 is discussing that he's calling the police

9    commander and letting him know that he's coming from Chapo and

10   Mayo.  And why those two people?  Because those are the two

11   people in charge.

12           And then what does the defendant tell M-10 about the

13   commanding officers?

14           *My friend, he has gone and met every commanding*

15   *officer that arrives there.  And for me, I don't go to see*

16   *them.  I send someone to see them because I'm always up here.*

17           Well, what is the defendant saying in this part of

18   the call?  He saying that his compadre, his friend, Mayo, is

19   the one who meets with the commanders, and that's exactly what

20   Vicente testified to.  And the defendant also explains that

21   the reason he doesn't go is because he's always up there,

22   which you know at this time the defendant is hiding in the

23   mountains of Culiacan.  But he didn't always send Mayo.

24   Sometimes he had his own direct dealers.  And you heard all

25   those calls between the defendant and one of his workers,

Summation - Ms. Goldbarg                          6555

1   Gato, and that they actually eventually ended up putting on

2   the Yanqui on the call.

3          So the first part of the call, the defendant asked

4   Gato, his worker, is he receiving the monthly payment?  He's

5   asking whether or not the police officer is getting his

6   monthly bribe.  And Gato then asked the defendant to get

7   involved to make sure that the Yanqui didn't move cops out of

8   the cartel's payroll.  Gato was concerned that this new

9   Yanqui, this new regional police officer -- director was going

10  to move them, so he went to his boss, the defendant, and asked

11  him to intervene.

12         Again, what's the first thing the defendant wants to

13  know?  Is he getting paid?  Remember that Vicente testified

14  that they were getting about $50,000 a month.  So now that the

15  defendant knows that, yes, they are on his payroll, what did

16  he do?  Well, he agrees -- the defendant agrees to get on the

17  phone and handle this problem himself.

18         So let's listen to that part of the call.

19         (Audio played.)

20         (Audio paused.)

21         MS. GOLDBARG:  So let's look at a few highlights

22  from this phone call between the defendant and the Yanqui, the

23  police commander.

24         The defendant says:  *Nice to talk through these*

25  *means.  And this man that is there* -- which means Gato -- *is*

Summation - Ms. Goldbarg                            6556

1    *from the company.*  And "the company" you know is a word that

2    he uses to describe the cartel.

3              *And I ask that you take care of him.  I ask you to*

4    *look out after him.*

5              *Well, whatever we can do for you, you can count on*

6    *it.*

7              So here the defendant is saying that he wants to

8    make sure that this police commander is going to protect his

9    representative in the area, and in exchange, the cartel would

10   return the favor:  Whatever we can do for you.

11             So what is the defendant asking in exchange for his

12   monthly bribe?  Well, what did he tell the defendant?  I'm

13   sorry.  What did he tell the Yanqui?  He's asking for a

14   special favor:  *Here at the company, there are some young men*

15   *of yours that have done a really good job over here.  I'm*

16   *going to ask you for a favor.  The guy that is there with us*

17   *knows that they are -- knows who they are, that you don't*

18   *change the ones that are there.  They know all the company*

19   *activities.*

20             So what is the defendant saying here?  He's saying

21   that there are young police officers that are already working

22   with the cartel, that already know the cartel's business, and

23   the defendant doesn't want them moved because his interests

24   are protected.  The defendant wanted them to stay in place.

25   So the defendant is saying that the police that he has in this

Summation - Ms. Goldbarg                6557

1   bureau, he wants them to stay in place.  The defendant is the

2   one that's calling the shots here, because what does the

3   Yanqui respond?  *Certainly.  Of course.  Count on me.*  No

4   resistance.  Nothing.  Just yes, sir.

5        And what does the defendant say?  *I will come and*

6   *greet you personally.  Be well.*

7        Where else have you seen the defendant or other

8   people talk about the term *"empresa,"* or company?  Alex

9   Cifuentes, Lucero Lopez, and Damaso Lopez.  That's what the

10  defendant called the cartel.  He called it a company, an

11  enterprise, and that's how he treated it.

12       And you also know that the defendant called it

13  *la empresa* because you have the letter the defendant wrote to

14  his top lieutenant, Damaso Lopez, where he says right there,

15  *la empresa,* which translates to "the company."  That's how he

16  treated his cartel.

17       So how else did the defendant run his cartel?

18  Violence, kidnapping, torture, murder.  And we will talk about

19  this more when we get to the murder conspiracy, but what was

20  violence used for in the cartel?  Many things.  Taking over

21  territory, interrogating rivals for information, killing

22  rivals, starting wars, routing out insiders who were

23  cooperating against the defendant, punishing those that the

24  defendant suspected of stealing from him, or anyone who would

25  disobey or failed to follow his orders.  It didn't matter who

Summation - Ms. Goldbarg                        6558

1   it was.  The defendant gave the orders and they were carried

2   out, and he had a group of henchmen, hundreds involved, to

3   carry out these orders.

4           Witnesses including Vicente Zambada, Miguel

5   Martinez, Rey Zambada, Alex Cifuentes, Damaso Lopez, Isaias

6   Valdez, Lucero Lopez, they told you about the numerous acts of

7   violence committed by the defendant.  And you know that they

8   were telling you the truth because you heard the same thing

9   from the defendant's own mouth.

10          Let's start with Cholo Ivan.  Who was Cholo Ivan?

11  Vicente Zambada, Damaso Lopez, and Memin -- Isaias Valdez --

12  testified that Cholo was one of the sicarios for the

13  defendant.  He was part of the defendant's security team and

14  that Cholo Ivan had somewhere between 25 and 30 men working

15  for him, for Cholo Ivan.  And you heard those series of calls

16  where defendant told Ivan at trial where the defendant's

17  message is clear:  Try corruption first, and if that fails,

18  then use violence.  Protect the cartel territory at all cost.

19          Let's listen to just a couple of those calls.

20          (Audio played.)

21          (Audio paused.)

22          MS. GOLDBARG:  I'm going to play another quick call.

23          (Audio played.)

24          (Audio paused.)

25          MS. GOLDBARG:  Let's talk about those calls.

Summation - Ms. Goldbarg                    6559

1          So what is the defendant telling this henchman,

2    Cholo Ivan?  If they set up or pick up a friend and kill them,

3    there are a lot of friends there.

4          So the defendant is asking who is getting picked up

5    in the area that Cholo controls, and Cholo gets confused and

6    he says:  *Well, sometimes things -- that's what happens.*

7          Well, what is the defendant saying here?  The

8    defendant is the boss.  He's calling the shots.  He's the one

9    that's assigning who lives and who dies.  He defines -- he

10   reminds Cholo not to kill people without checking in with him

11   first because they might be killing a friend.  Again, Cholo

12   responds that we agree to abduct or pick people up first and

13   ask questions later and this could cause problems.  And the

14   defendant says:  *Well, on the topic, don't shoot whoever sells*

15   *cocaine.*

16         His instructions are clear.  He is making the

17   decision of who should be killed and who shouldn't.

18         And in another conversation, Cholo is telling the

19   defendant that there was -- *over there in Guasavito, last*

20   *night, those guys, I gave those damn bastards a good spray*

21   *because those fuckers showed up and killed one of my police.*

22         So what is Cholo saying?  He's saying that there was

23   a confrontation in Guasave and he was upset because they

24   killed one of his police officers.  A good spray of bullets.

25   And then he also says that he would be willing to die before

1   running, so that's a level of commitment from Cholo.

2          And then what else did Cholo say?  He says:  *We*

3   *chase them all the way to Guasavito.  We went there last night*

4   *from Burrion, they ran further up*.

5          So here Cholo Ivan is providing an update to his

6   boss about battles that he's having to control territory.  And

7   the defendant didn't just leave it up to his hit men to

8   protect his territory; he wasn't afraid to get his hands

9   dirty.  You know that from Memin's testimony about the three

10  rival cartel members that the defendant personally shot and

11  killed.  You also know from the video of the defendant

12  interrogating a member of the Beltran Leyva Cartel in 2001,

13  around the same time that he's already ordered Cholo Ivan into

14  Guasave to attack the Beltran Leyva's.

15         Let's look at this clip.

16         (Video played.)

17         (Video paused.)

18         MS. GOLDBARG:  You not only saw this video, but you

19  heard about it from Alex Cifuentes and Damaso Lopez.  I think

20  I misspoke.  This video was 2011.

21         They both testified that it was the defendant in the

22  video, and they told you more.  Alex told you that he

23  recognized the ranch in the video because Alex had been there

24  before.  And what did Damaso tell you about it?  Damaso told

25  you that that was his ranch and that Damaso had loaned that

Summation - Ms. Goldbarg                    6561

1   ranch to the defendant in that video.  Damaso also knew that

2   the defendant interrogated a member of the Beltran Leyva

3   organization.  And notice the defendant's demeanor in that

4   video.  Who is asking the questions?  Who is running the

5   interrogation?  Who is sitting there with his leg up, leaning

6   back, interrogating someone while someone else is hog-tied and

7   handcuffed on the pole?  A boss is.  He was in charge.

8            THE COURT:  Ms. Goldbarg?

9            MS. GOLDBARG:  Yes, your Honor.

10            THE COURT:  At a convenient point.

11            MS. GOLDBARG:  Give me two -- maybe a couple

12   minutes.

13            THE COURT:  Okay.

14            MS. GOLDBARG:  Thank you.

15            So this is how the defendant ran his cartel; selling

16   drugs, shipping drugs, buying drugs, use of secure

17   communications, corruption and violence.  This is how he built

18   his empire and protected it.  These were the tools of his

19   illegal trade and to help him make immense profits.

20            I'm about to go into the next section, so this will

21   be a good time, your Honor.

22            THE COURT:  Okay.  We are going to try to take a

23   little shorter break than usual, ladies and gentlemen.  This

24   is just for convenience.  Try for ten minutes, okay?

25            And please remember not to talk about the case yet.

Summation - Ms. Goldbarg                    6562

1    We will be back here at 11:40.

2              (Jury exits.)

3              THE COURT:  Okay.  Ten-minute recess.

4              (A recess in the proceedings was taken.)

5              (Continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Summation - Ms. Goldbarg*                    *6563*

1          (In open court; 11:33 a.m.)

2          (Defendant enters the courtroom at 11:46 a.m.)

3          COURTROOM DEPUTY:  All rise.

4          THE COURT:  Please bring in the jury.

5          Ms. Goldbarg, pick a between when you want to break

6   for lunch anywhere between 12:30 and 1:15.  So I won't

7   interrupt you unless you want me to interrupt you.

8          MS. GOLDBARG:  If I'm getting closer to 1:10 and I

9   haven't stopped.

10          THE COURT:  That's fine.

11          MS. GOLDBARG:  Thank you.

12          THE COURT:  I'll give you a 1:00 o'clock reminder if

13   you haven't stopped.

14          MS. GOLDBARG:  Thank you.

15          COURTROOM DEPUTY:  Jury entering.

16          (Jury enters courtroom at 11:47 a.m.)

17          THE COURT:  Everyone be seated.  Please continue,

18   Ms. Goldbarg.

19          MS. GOLDBARG:  Thank you, your Honor.

20          Now, before we move on from Elements 3 and 4, I

21   expect defense counsel to stand up here after I'm done and

22   argue that it's not the defendant on these recordings.  You

23   didn't hear his voice, you didn't see his text messages, those

24   weren't his ledgers, and those weren't his letters.  It's

25   somebody else, it's not him.

*Summation - Ms. Goldbarg*                    *6564*

1        So let's walk through some of the concrete evidence

2   that proves that these are the defendant's text messages,

3   ledgers, letters, and his voice.

4        Now, we're going to start by talking about the

5   defendant's text messages captured on Flexispy.  Now,

6   remember, the FBI got the defendant's IT guy, Cristian

7   Rodriguez, to work for them.  Rodriguez got up on that witness

8   stand and he told you that he gave FBI agents the password to

9   the spyware accounts.  Using those passwords, the FBI was able

10  to get the defendant's text messages to his wife, Emma

11  Coronel, to Augustina Caballinas, and Lucero Sanchez among

12  other people.  And just as spoke about earlier, you saw the

13  defendant using the screen name "J" to direct his workers to

14  commit crimes via text.

15       Now, how do you know it's the defendant on these

16  text message?  Well, there are many ways.

17       First, Lucero Sanchez and Cristian Rodriguez both

18  testified that the defendant used the screen name "J."  Lucero

19  didn't know that the defendant was spying on her at the time,

20  but she testified that the messages captured by the FBI

21  between "M" and "J" were between here using the screen name

22  "M" and the defendant using the screen name "J."  And she told

23  you that she spoke to the defendant in person about the same

24  marijuana loads that she's texted with him about.  So there's

25  no doubt that she was texting with the defendant in those

*Summation - Ms. Goldbarg*                    *6565*

1   communications.

2          Second, you saw text messages between the defendant

3   and his wife, Emma Coronel, in which she refers to the

4   defendant by his name, Don Joaquin or Mr. Joaquin.  You see

5   those highlighted on the screen in front of you.  You also saw

6   repeated messages to and from the defendant about his personal

7   pilot who has the unique name of Cachimba.  Lucero Lopez, I'm

8   sorry, Lucero Sanchez, Damaso Lopez, they all testified that

9   Cachimba was one of the defendant's personal pilots.  Here you

10  can see communications between them highlighter and talking

11  about Cachimba.  And the defendant also wrote about Cachimba

12  in the letter that he sent to Damaso.  And, again, here you

13  can see the name Cachimba highlighted several times.

14         Fourth.  You know it's the defendant because "J,"

15  I'm sorry, you know the defendant is "J" because of the

16  messages the defendant sent about the raid on his mansion in

17  Cabo San Lucas, Mexico on February 22, 2012.  FBI

18  Special Agent Moreno told you that he was with the Mexican

19  police officers when they launched a raid at this residence at

20  3:00 o'clock in the afternoon in an attempt to capture the

21  defendant.  Remember that the Mexican police took their time

22  getting to the house and they neglected to cover the back

23  door.  And remember Special Agent Moreno said that was not the

24  normal practice.

25         When the police arrived, they arrested three people.

*Summation - Ms. Goldbarg*                                  *6566*

1    Angel Jorge Lopez Julias.  Maria Luisa Macias, and Augustina.

2    The defendant was gone but he left behind personal belongings

3    such as his clothing and his toiletries and a treasure trove

4    of evidence against him which we're going to talk about.

5              Now, the defendant texted his wife, Emma Coronel, it

6    showed you the flipside of what Special Agent Moreno testified

7    about.  And the defendant narrated his escape during the raid

8    to his wife highlighted in this message between 2:40 and

9    2:54 p.m. the defendant and Emma Coronel were having a typical

10   conversation for them discussing whether or not someone had

11   recently killed in the area and whether that person worked for

12   the defendant.

13             At 2:54, at the time of the raid, there was a break

14   in the text messages and that's when the raid happened.  The

15   next text message the defendant sent was at 6:22 p.m. and he's

16   telling Emma, his wife, that he was, "On the road," meaning,

17   he was on the run.  The defendant then told her that he needed

18   new personal belongings.  He needed clothes, sweats,

19   underwear, five shirts, shampoo, aftershave lotion, because he

20   had to rush out at 3:00 o'clock in the afternoon and what was

21   happening at the house at 3:00 o'clock in the afternoon, the

22   police were raiding it.

23             And the conversation continued.  In highlighting on

24   the slide, the defendant said that he'd been a little bit

25   scratched up because of the escape, but that he was otherwise

1    fine.   Now, Emma suggested that the defendant should use his

2    personal pilot Cachimba to help him flee from the authorities

3    and the defendant told Emma that he had left behind Mari and

4    Angel, his workers at the house but that he was arranging to

5    have an attorney for them.  And we know that those workers

6    were detained as a result of the raid because he heard that

7    from Special Agent Moreno.

8            And finally, how does he describe it?  He says, "It

9    all happened very fast and Condor and my equipment was left

10   behind."  Why?  "Because I saw them pounding on the door next

11   door and he was able to jump out."  What was it that the

12   defendant left behind at the house?  These are the three

13   people to Maria Luisa, Augustina, Angel, and Jorge.  The same

14   people Special Agent Moreno testified were detained at the

15   house.

16           We also know that he left more things behind.  He

17   left behind long guns, grenades, night vision goggles, and

18   magazines loaded with ammunition.  He also left behind what

19   appears to be bags of methamphetamine, many phones and

20   computers, and critically, his ledgers.  Ledgers that

21   contained detailed information about his drug empire and the

22   phonebooks he used for his encrypted phone system, the same

23   phone system that the FBI had cracked with the help of

24   Mr. Rodriguez.

25           In this slide, what other information does the

*Summation - Ms. Goldbarg*                          *6568*

1    defendant provide to Emma.  He says he wants two pair of black

2    sneakers and pants, 32 by 30.  The color of the shoes, they're

3    black.  Now, during the trial there was a lot of talk about

4    these small, little details about the size of his shoe or the

5    size of his pants, but let me explain to you why it's

6    important.

7           At the raid, after the raid Special Agent Moreno, he

8    showed you the video of the house and he showed you things

9    that were left behind including black sneakers, and pants that

10   were 32 by 30.  And as the defendant fled that day, he left

11   behind his belongings and that's what he told his wife and he

12   needed her to get her -- get him new clothing including two

13   pair of black sneakers and new pants, 32 by 30.  The same size

14   that were found in the house in Cabo.

15          Now, separately, Alex Cifuentes and Lucero Sanchez,

16   they both testified about living with the defendant, they knew

17   his clothing size.  And Alex told you that the defendant had a

18   32-inch waist.  And Lucero also told you that she was would

19   actually buy black sneakers for the defendant, and she would

20   buy pants that were 32 by 30 but that she would have to tailor

21   them, shorten them.

22          So they told you that the defendant wore the same

23   size of the shoe and pant that was found at the house and the

24   same size that the defendant asked Emma to get for him in the

25   text messages after the raid.  These little details match up

*Summation - Ms. Goldbarg*                    *6569*

1   because it was the defendant that was at that house in

2   Los Cabos when it was raided and it was the defendant started

3   sending text messages using the screen name "J."

4           You also saw the text messages between Augustina and

5   the defendant.  In these text messages, using the screen name

6   Fiera.  In these text messages, using the screen name Fiera

7   and he is using the screen name "J."

8           Now, how do you know that Fiera is speaking to the

9   defendant.  Well, because there was a text message in which

10  she provided her full name over the intercepts when she was

11  trying to buy a plane ticket.

12          Now, let's turn to the ledgers that were found at

13  the house.  Now, just remember as we talked about, the

14  defendant texted Emma and left behind equipment and fled the

15  house in Los Cabos.  And, again, what equipment was he talking

16  about?  Drugs, weapons, phones, computers, and again, his

17  ledgers and his phonebook.  That's one of the ways that you

18  know that these ledgers belonged to him.

19          Another way that you know that these are the

20  defendant's ledgers is that the defendant has names of his

21  close associates and family members in them.

22          So let's start with some of these entries.  And you

23  heard the testimony of Special Agent Moreno and the FBI

24  forensic examiner Corradetti.

25          Now, Alex Cifuentes testified that when he was the

*Summation - Ms. Goldbarg*                          *6570*

1    secretary for the defendant, the defendant's secretary's jobs

2    was to keep notebooks when they would write down all the

3    messages and to-do lists that the defendant would dictate to

4    him.  And here are some of the examples of what you see in the

5    book.  You see a message directed to Charly about setting up

6    an antenna for communications.

7            Now, remember Charly, he's one the IT guys that

8    worked for the defendant and also had some interaction with

9    Cristian.  You see a message to Cachimba about going to pick

10   up somebody by the name of Chure.  You saw these same names in

11   the defendant's text messages that you heard from Cachimba,

12   from the pilot.  You heard about Charly from Cristian

13   Rodriguez.  There's also this message to Panchito.

14           And you know both from Alex and Jorge Cifuentes as

15   well as Damaso Lopez and even Menin testified that Panchito

16   was Alex Cifuentes.  In this message the defendant asked Alex,

17   "what is going on with Misterios?  The week's over, so what

18   are we going to do.  I'm going to send Chavalo who is in Cali

19   to Ecuador."

20           Alex testified that there was a cocaine deal that he

21   was doing with the defendant with someone by the name

22   Misterios to purchase cocaine in Ecuador.  You saw Alex's

23   testimony to Misterios from September 2011, about a month

24   before the dates of these ledgers.  And in those messages,

25   Alex is specifically telling Misterios that there's a drug

*Summation - Ms. Goldbarg*                6571

1   deal and that it would be with me and with Chapo.  And in

2   these ledgers, which Alex has never seen before, there's a

3   clear reference to the exact same drug deal.  But the entries

4   about the defendant's associates go on, there are more.

5   There's a reference to Cholo and giving him a green light.

6   We've already talked about Cholo and we know he is one of the

7   defendant's employees.  And he is one of the plaza bosses.

8   The other person that the defendant was talking about beating

9   people up and paying police officers and killing the right

10  people.

11          There's a reference to Compadre Cocina and you know

12  from Vicente Zambada and Damaso Lopez that Cocina is the

13  defendant's reference to Mayo Zambada, the defendant's

14  partner.

15          You also see a payment to Condor and you now that

16  Condor is the defendant's personal secretary.  And even if

17  these entries aren't sufficiently clear, you have more.  This

18  is the phonebook with the extensions.  It's a who's who of who

19  is in the cartel.  And you heard testimony connecting nearly

20  every single highlighted person on this list to the defendant

21  and we're just going to look at a few examples here.

22          So, to begin with, there are extensions for three

23  people who testified in this trial.  Extension 102 is listed

24  as belonging to Lucero Sanchez and she testified before you.

25  Extension 125 is listed as Felicardo.

*Summation - Ms. Goldbarg*                        *6572*

1          And you heard from Damaso Lopez, Alex Cifuentes, and

2   Vicente Zambada that Felicardo is a code name for Damaso.  And

3   you also see that there's extension 777 which is the code name

4   for Panchito.

5          And we know that Panchito is Alex because you heard

6   that both from Alex, Damaso Lopez, and Jorge Cifuentes.

7   They're also the extensions of the defendant's closest

8   associates and workers.

9          For example, Extension 137 belongs to Virgo.  We're

10  going to talk about him, but about Virgo also goes by the name

11  Guacho and that's the defendant's cousin and was one of his

12  top lieutenants until numerous witnesses told you that the

13  defendant had him killed.  Extension 150 is Cocina.  Again, we

14  know that that's Mayo Zambada.  Extension 725 is Cachimba,

15  defendant's pilot.  We talked about him as well.  And as well

16  there's reference to Cachimba in the text messages between

17  Emma, Lucero, and Augustina.

18         And then there's extension 733 which goes by the

19  name, the memorable name, of Zsa Zsa Zsa.  And Alex told you

20  that's a name for Benjamin.  And Benjamin was a guy who was

21  monitoring the text messages over spyware.  You heard that

22  from Alex Cifuentes and Cristian Rodriguez.

23         Right here in this list, ladies and gentlemen, you

24  have the core of the defendant's organizations.  You also see

25  the defendant's family members listed here.  Extension 129 is

*Summation - Ms. Goldbarg*                              *6573*

1    listed under Tocayo.  And Damaso Lopez told you that this was

2    the defendant's son, Ivan.  Extension 131 is listed as Mayo,

3    and Damaso Lopez and Vicente Zambada both told you that this

4    is the defendant's son Alfredo.  And extension 132 is listed

5    as Brooky.  Alex Cifuentes and Vicente Zambada told you this

6    is a reference to the defendant's wife, Griselda.

7           So this is a list of the defendant's closest family

8    members and associates.  This phonebook along with all of the

9    evidence we've shown you about the Cabo raid proves that the

10   defendant fled the house from Los Cabos and this is what he

11   left behind.  He left behind his ledgers and his phonebook.

12          In addition to that, Special Agent Morrison showed

13   you how the defendant's phonebook also matched up with the

14   encrypted phone system.  Remember how he compared some of

15   these entries with the calls that were recovered from the

16   system.

17          For example let's start with Extension 137.  In the

18   phonebook is listed as Virgo.  And, again, we're going to

19   talking about him.  You listen to the call between the

20   defendant and Extension 137.  And in this call, when Virgo

21   answered *bueno*, hello, the defendant identifies who is

22   speaking.  He said, yes, Virgo good afternoon.  So the

23   defendant himself told you that Extension 137 belongs to

24   Virgo.

25          And then there's Extension 147.  It's listed in the

*Summation - Ms. Goldbarg*                    *6574*

1    phonebook as Gordito.  And listen to the call on this

2    extension.  And that was a call between Gordito and Cristian

3    Rodriguez.  And in that, Cristian Rodriguez identified

4    Gordito's phone and he said he was speaking to Adrian, another

5    name for the IT guy that worked for the defendant.  That

6    matches the entry in this book.

7           Why is it important that the entries in the book

8    match up with the encrypted system?  Well, let's put it

9    together with what we just talked about.

10          We know that the defendant was at a house in

11   Los Cabos just before it was raided on February 22, 2012.  We

12   know the defendant left behind the phonebook.  And we know

13   that this phonebook matches the defendant's encrypted system.

14          Together, this evidence shows that the defendant had

15   an encrypted system and was using it with his closest

16   associates and family members during and prior to the raid of

17   Los Cabos.  This is independent evidence that proves what

18   Cristian Rodriguez, Alex and Jorge Cifuentes, and Damaso Lopez

19   told you about the defendant's use of an encrypted system.

20   And this is the same things that you see in the ledgers.

21          All right.  So how do we know which recorded calls

22   the defendant was speaking on?  Well, we're going do through a

23   couple ways the defendant's voice was identified on these

24   systems.

25          Now, seven cooperating witnesses independently

1    identified the defendant's voice on the calls captured over

2    the defendant's encrypted system as well as other calls

3    captured from other sources.  A call that was recovered, and

4    was received in evidence into evidence, from the Colombian

5    authorities after the judge in Colombian authorized that

6    wiretap.  There was also a wiretap in the Dominican Republic

7    and you heard that call as well.  And there were the two phone

8    calls from Pedro Flores.

9          Some of these cooperating witnesses don't even know

10   each other, and the ones that do haven't even each other in

11   years; yet, they all identified the same voices belonging to

12   the defendant.

13         Second, using the calls in which the defendant was

14   identified by name, the FBI determined which telephone number

15   or which extension the defendant was using to make the calls.

16         Cristian Rodriguez told you that the defendant used

17   several extensions including 121.  The FBI confirmed this

18   extension, 121, was an extension in which the defendant was

19   referred to as Chapo.

20         This is a call on Extension 121 between the

21   defendant and Juan Guzman Rocha known as either Juancho or

22   Virgo.  The same voice is captured on Extension 120.  Another

23   extension in which the defendant is referred to as Joaquin.

24   And the same voice is captured on Extension 185.  The

25   extension also captured that was also captured during the

*Summation - Ms. Goldbarg* 6576

1   interrogation video.  Remember that there was a part where the

2   hostage was being interrogated and someone had their

3   microphone on and you could hear an overlap in the two

4   conversations.  This also proves that the defendant was using

5   Extensions 120, 121, and 185.

6            Third, you also know that this is the defendant's

7   voice Special Agent Marsden provided sworn testimony he

8   conducted a voice comparison of known samples of the

9   defendant's voice and determined that it was defendant's voice

10  on these calls.

11           And, ladies and gentlemen, when these calls are

12  played in court, you can hear it yourself.  You could hear

13  that the defendant's calls matches these known samples.  You

14  could hear the high pitch, the nasal undertone, and the

15  singsong nature of the defendant's voice that makes it so

16  distinctive.

17           Now, Special Agent Marsden told you, common sense

18  I'm sure also tells, that you the voices can sound different

19  at different times depending on a variety of factors.  The

20  handwriting expert told you there's always a natural variation

21  in the way that you sound.  But when you listen to the

22  different recordings on the defendant's voice, you can pick up

23  the same characteristics throughout all of the recordings.

24           So turning back to our CCE elements.  The

25  intercepted texts and calls, the defendant's ledgers, the

*Summation - Ms. Goldbarg*                    *6577*

1    defendants letters, all of which mirror the testimony of the

2    cooperating witnesses prove beyond a reasonable doubt that the

3    defendant was a boss.  This also demonstrates the way the

4    defendant ran his organization.  Not only that, the Government

5    clearly proved that the defendant was a boss within the cartel

6    of five or more people.  So Element 3 has been proven.  And

7    Element 4.

8            As I said before, you heard the testimony of 11

9    witnesses who testified under oath that they worked for the

10   defendant.  You also heard the defendant give extension

11   numbers to only his closest associates and workers and there

12   are at least five extensions there for Virgo and Damaso and

13   Alex Cifuentes, Cachimba and Benjamin.  And, of course, you

14   heard from the dozens men who slept on the ground as part of

15   the defendant's security detail.

16           Now, we're about to get into the violations in Count

17   One.  But before I do, let's talk about these cooperating

18   witnesses.

19           You heard testimony from 14 cooperating witnesses,

20   12 of whom had cooperation agreements with the Government.

21   Ladies and gentlemen, these witnesses were criminals.  The

22   Government is not asking you to like them.

23           (Continued on the next page.)

24

25

6578

1        MS. GOLDBARG:  All we're asking you to do is to

2  determine whether their testimony is consistent with all of

3  the other evidence you saw and heard in this case.  In doing

4  so, consider certain things.

5        Consider the witnesses' demeanor on the stand.  Did

6  they testify in a forthright manner.  Did their answers make

7  sense with all the other evidence that you've seen.

8        When you judge the credibility of a witness, and

9  that is your job, consider other independent evidence that

10 helps you determine the credibility.  That comes from the

11 records and the documents and the physical evidence.  It can

12 also come from comparing one witness's testimony to another

13 witness's testimony.  When you do that, you'll find that

14 their testimony is corroborated.  This matches up to the

15 recordings and text messages and the other evidence that was

16 presented to you.

17        That, ladies and gentlemen, is how you know that

18 the witnesses are testifying truthfully.  Let's move on.

19        We're now going to discuss the violations in the

20 case.  Having satisfied elements three and four we're going

21 to go to elements one and two.

22        Now, what does the Government have to prove in

23 elements one and two of Count One of the Continuing Criminal

24 Enterprise?  The first element is, did the defendant commit

25 at least one felony violation of the federal narcotics law.

6579

1   And two, was this offense part of a series of three or more

2   offenses committed by the defendant in violation of the

3   federal drug laws.

4          The question here is, did the defendant commit

5   three or more drug crimes?  Did he aid and abet three or

6   more drug crimes or could he reasonably foresee three or

7   more drug crimes.  I want to break that down for you.

8          First, what do I mean by aiding and abetting?  The

9   Judge is going to instruct you on what is called aiding

10  abetting liability.  It's a legal concept that means that a

11  person is responsible for a crime if they help in someway

12  with the commission of the crime.  They don't have to do it

13  themselves with their own hands; in this case, that makes

14  sense.  The defendant didn't fly planes, and he didn't steer

15  the ships, he wasn't the conductor of a train.  But it was

16  his orders, his actions, the drugs were transported imported

17  and distributed as a result of his actions, as a result of

18  his orders.  That's what aiding and abetting means, keep

19  that in mind what we review this evidence.

20         What does reasonable foreseeability mean?  This

21  means that if the defendant was a member of the Sinaloa

22  Cartel he's responsible for any acts committed by the cartel

23  if those acts were reasonably foreseeable to the defendant.

24         So three or more drug crimes, in this case the

25  defendant is charged with 26 drug violations, they are all

6580

1    felonies.  But if you unanimously agree that the defendant

2    is guilty of three or more violations, then the defendant is

3    guilty of Count One of the CCE.

4           As part of these drug crimes, we also consider the

5    murder conspiracy, which is Violation 27, which we'll talk

6    about later.  I suspect the Judge is going to instruct you,

7    you all must agree on which three violations you chose.

8    When you look at the verdict sheet you'll see a list of the

9    violations in Count One.  Once you agree that we proved a

10   violation beyond a reasonable doubt, you can check proven.

11   I submit that the evidence overwhelmingly shows that the

12   defendant was responsible for each and every single one of

13   these violations.

14          Some of these drug crimes are charged in two ways.

15   One way is through the violation of the CCE; and here again,

16   27 total, I'm going to walk through those and group them

17   together.  A few of violations are also charged in second

18   way, in a separate count.  So if you find the defendant

19   guilty of a violation, you should also find him guilty of

20   the separate count.  I'm going to identify those for you as

21   we go along.

22          Also ladies and gentlemen, keep in mind as I go

23   through the 26 drug violations, Violations 1 through 20

24   charge the international distribution of cocaine, which

25   distributing cocaine intending to be illegally brought into

6581

1    the United States.  Remaining Violations 21 through 26,

2    charge distribution of cocaine, heroin or marijuana in the

3    United States.

4           Let's start.  The first violation that we're going

5    to talk about is Violation 26.  This was a very first event

6    that you heard about in the trial way back in November.  It

7    was a seizure of 926 kilograms of cocaine in Queen Creek,

8    Arizona on May 11, 1990.  This is Violation 26.

9           After surveillance conducted by U.S. law

10   enforcement authorities recovered 926 kilograms of cocaine

11   from a warehouse, this drug seizure led to the discovery of

12   a drug smuggling tunnel that ran underneath the U.S./Mexico

13   border over 200 miles away in Douglas, Arizona.  You know

14   that the defendant was responsible for this violation based

15   upon the evidence that we presented.

16          Let's start with the sworn testimony of Miguel

17   Martinez.  Remember Miguel, he was the defendant's

18   right-hand man back in the early days.  He testified about

19   traveling the world with the defendant, and told you about

20   the planes and ships filled with cocaine that they would

21   receive in Mexico.  He explained the many ways that the

22   drugs would be crossed into the United States including

23   tunnels, train, and chili cans.  He was also one of the

24   defendant's best friends until the defendant tried to kill

25   him four times, including one where they threw live grenades

6582

1    while he was in a prison cell.

2          Miguel testified that from around 1987 to 1990

3    around 95 percent of the defendant's drugs crossed from

4    Mexico into the United States through Agua Prieta, Mexico.

5    You see on the map it's on the border, on the other side, on

6    the U.S. side, is Douglas, Arizona.

7          Miguel testified that the drugs coming from Agua

8    Prieta to the United States were transported through a drug

9    smuggling tunnel and from there shipped to Los Angeles,

10   California.

11         In 1990 Miguel is working in Mexico City, in the

12   office that was set up to run the defendant's drug

13   operations.  Miguel testified that he had a conversation

14   with the defendant and the defendant told Miguel that a man

15   named Calderoni, a Chief of Police for the Mexico Attorney

16   General's Office, warned the defendant that the

17   United States and the Mexican authorities had found the

18   defendant's tunnels and they were going to do a joint

19   operation to seize and dismantle it.  What did the defendant

20   do when he got this warning?  He jumped on a plane, his jet,

21   and he removed the remaining cocaine from the Agua Prieta

22   warehouse.

23         Now while the defendant was successful in removing

24   that cocaine, his efforts were not a total success.  Because

25   one when the defendant spoke to Miguel next, the defendant

6583

1   informed him that the drugs -- that there were about 900 to

2   1,000 kilograms of cocaine had been seized in Tucson or

3   Phoenix.  The defendant believed the seizure happened

4   because a pool table in Agua Prieta was left open by his

5   worker, a worker who he called, Licensiado Camarena.

6          In sworn testimony, Miguel told you that the pool

7   table which was placed on a concrete slab operated by

8   hydraulic lifts had a hidden entrance in Agua Prieta which

9   crossed into the U.S./Mexico border into the United States.

10  Miguel also testified that the drugs seized, those 900 to

11  1,000 kilograms, had been smuggled through the defendant's

12  tunnel.

13         So what do we know from Miguel's testimony?

14  Again, Tucson or Phoenix; 900 to 1,000 kilograms seized; a

15  joint U.S./Mexico operation; there is a pool table in

16  Camarena's house; the tunnel is underneath the pool table;

17  hydraulics were used to open the table; and the drugs went

18  through the defendant's tunnel.

19         You know Miguel is telling you the truth because

20  you heard the sworn testimony from Customs Officer Agent

21  Salazar.  He's the agent who found himself in that tunnel.

22  He discovered the crossing tunnel of this border and he

23  testified that on May 11, 1990, based on a tip from a

24  source, he and law enforcement officers followed a truck

25  from Douglas, Arizona to the warehouse in Queen Creek, where

6584

1    they saw the truck backing into a loading dock.  After

2    searching the warehouse, and this warehouse in Queen Creek

3    was 40-miles from Phoenix, the agents found 926 kilograms of

4    cocaine.  This supports Miguel's testimony when he said that

5    the defendant told him that there was a seizure of about 900

6    to 1,000 kilograms of cocaine near Phoenix.

7              So Salazar's investigation led him back to

8    Douglas, Arizona, where they found the entrance to a drug

9    smuggling tunnel, and it led to a house in Agua Prieta,

10   Mexico.  Agent Salazar testified and he and other law

11   enforcement officials searched the house in Agua Prieta,

12   Mexico.  They did this jointly with Mexican authorities.

13             Salazar testified that the residence in Mexico

14   belonged to a name a guy Rafael Camarena.  Salazar told you

15   that as they searched Camarena's house they went into a room

16   set up like a game room.  They found a pool table inside.

17   Remember that Salazar testified that he noticed that the

18   concrete under the pool table was a different color than the

19   rest of the part, he thought that might be the entrance to

20   the tunnel.  Remember what he did, he took the sledge

21   hammer, he tried to break through the floor, he didn't make

22   a dent.  It wasn't until someone went outside and saw this

23   valve, and when the valve was turned that is what lifted up

24   the floor underneath the pool table.  It was on a hydraulic

25   system, exactly as Miguel described.  He said, quote, Just

6585

1    like you would see in an auto garage, two large pistons,

2    which are hydraulics.  Let's take a brief look at the video.

3            (Video played).

4            Here you see the two large hydraulics lifting up

5    the entrance underneath the pool table to the entrance to the

6    tunnel that led from Agua Prieta, Mexico, to Douglas,

7    Arizona.

8            So what do we see in terms of the testimony of

9    Agent Salazar and Miguel Martinez?  The details are nearly

10   identical.  The testimony of Miguel is corroborated by the

11   discoveries made by Carlos Salazar and his team.  The two men

12   never met, certainly never worked together.  The consistency

13   in their story corroborate's the defendant's link to the

14   cocaine and the tunnel discovered in May of 1990.  This

15   evidence proves the defendant's responsibility for Violation

16   26.

17           On the subject, of tunnels, this was the first of

18   many tunnels you saw in the trial.  The defendant liked using

19   tunnels.  You heard testimony from Miguel that this would

20   allow him to cross drugs into the United States so quickly,

21   put him on the map as being one of the favorites from the

22   Colombians and earned him the name El Rapido.  You heard

23   other examples.  You see in the middle a picture of a tunnel

24   in Tijuana.  You also see the maze of tunnels that he had

25   built underneath his house in Culiacan.  And you also see the

6586

1  tunnel he had built for his escape from a maximum security

2  prison in Mexico.  That's Violation 26.

3       The next violation we're going to go to now is

4  Violation 12, sorry for jumping out of order, but hopefully

5  this chart will help you track.

6       This happened to be the second seizure that you

7  heard about at trial, this was the 7.3 tons of cocaine found

8  inside of the chili cans, the jalapeno chill low cans, which

9  we call the chili can seizure in Mexico in on April 21, 1993.

10  What is the evidence that shows that the defendant is

11  responsible for this violation?

12       You heard the testimony from Miguel Martinez that

13  after the tunnel in Agua Prieta was discovered by law

14  enforcement, the one that we just talked about, the defendant

15  had to find a new way to get his cocaine over the U.S./Mexico

16  border.  So instead of going under the border, why not just

17  go right across at a legal crossing point.  So using phony

18  cans of La Comadre chili cans, the defendant crossed from

19  Tijuana into the United States between 75 and 90 tons of

20  cocaine from 1990 to 1993.  Miguel testified that he

21  estimated there were about 3,000 kilograms of cocaine in each

22  shipment, and so the total amount that they shipped from

23  Mexico to the United States using this method earned them

24  about 400 to 500 million dollars a year.  Think about that,

25  that's 1.2 to $1.5 billion using this smuggling route over

6587

1    the course of three years.

2          Miguel testified that the value of the 7.3 tons of

3    cocaine that was seized in Mexico on that day was worth

4    $100 million.  Miguel knew about this operation because it

5    was the defendant who put him in charge of the operation.

6          Remember the first piece of evidence that you got

7    to hold in your hands, this was a chili can that he testified

8    about.  And as he testified on that stand, he told you that

9    the defendant had his workers create the labels on the cans

10   to match the specifications of a real La Comadre product.  In

11   addition, the defendant instructed his workers to set up a

12   warehouse to complete the packaging to fill the cans with

13   cocaine.  Now, this endeavor wasn't without challenges.  As

14   you saw and can see here on the table, traditional kilos of

15   cocaine are in rectangular shapes.  Kilos being received by

16   the defendant did not naturally fit into that mold.  So to

17   address this problem the kilos initially were cut and just

18   shoved into the cans.  But this caused a problem with the

19   Colombians.  They were complaining that their product was

20   arriving damaged into the United States.

21         So the defendant adapted and the defendant asked

22   his Colombian suppliers to produce cocaine package in these

23   cylindrical shapes, a request some the suppliers agreed to,

24   including Chupeta, Juan Carlos Ramirez.

25         In addition, in an effort to match the weight and

6588

1    character of the La Comadre chili cans, Miguel testified they

2    would add a special sand to each individual can shipped to

3    match the weight and the sound of a real La Comadre can.

4           The cocaine-stuffed-kilo cans were loaded in

5    18-wheeler trucks going through Tijuana, Mexico, and on to

6    Los Angeles.

7           Miguel also recalled smaller details.  He

8    remembered that one of the partial license plates of the

9    truck had the license plate 777 in it.  He Remembered that

10   because there is a famous Mexican movie where one of the

11   characters has Patrolman 777.  Again, the smuggling route was

12   used until the 7.3 tons of cocaine were seized in Mexico in

13   1993.

14          Again, in sum, what does he tell you about this?

15   The chili cans were causing damage to the kilograms; they

16   ordered cylindrical shapes form the Colombian suppliers; they

17   had to add weight; they used tractor-trailers; tons of it

18   were seized; he remembered the 777 license plate; and it was

19   crossed in Tijuana.

20          Here is the video that you saw where the truck of

21   777 and here it is where they are unloading the chili cans

22   used by the defendant.  You see the sand then you see the

23   bricks of cocaine being taken outside.  This is what the

24   pallet, this is what 7.3 tons of cocaine looks like hidden

25   inside the chili cans.

6589

1           (Video played).

2           Here is another image of the truck with the 777

3    license plate, just like Miguel testified to.  The testimony

4    of the North Valley Cartel leader, Juan Carlos Ramirez, also

5    known at Chupeto, also supports the testimony of Miguel Angel

6    Martinez.  He's a supplier that Martinez referenced to

7    thousands of miles away in Colombia when the chili cans were

8    in their hey-day.  Chupeta testified that he was upset

9    because his cocaine was arriving damaged.  Now, Chupeta and

10   Miguel hadn't seen each other since 1993.  There is no

11   evidence that they had any contact with each other.  Look at

12   the similarities in their story.

13          Just like Miguel said, the way that the cocaine was

14   arriving in Los Angeles was a problem.  Chupeta explained

15   they were paying for full pristine bricks, not paying for

16   broken bricks.  He testified that he personally spoke with

17   the defendant about this problem.  The defendant told Chupeta

18   he had a specific way to get cocaine over the U.S./Mexico

19   border, and the defendant needed to get his help.  The

20   defendant asked Chupeta to make bricks of cocaine in a

21   different shape; instead of rectangular, he wanted special

22   shapes so the defendant provided Chupeta with a mold.

23   Remember how Chupeta described a cylindrical mold consistent

24   with this can.  And so Chupeta agreed and did send cocaine in

25   these special shapes.  You can see in the photograph there

6590

1    the cylindrical shape of the cocaine that was prepared.

2            Chupeta testified that around this time he and his

3    workers in Los Angeles told him that tons of his cocaine were

4    seized in chili cans.  Chupeta wanted proof that the drugs

5    were in fact seized by law enforcement and they weren't

6    stolen.

7            The defendant's brother, Pollo, provided proof to

8    Chupeta in the form of paperwork that showed about the

9    seizure.  So in addition to corroborating Miguel, this extra

10   layer demonstrates the defendant was responsible for the

11   drugs in the chili; it is was the defendant's own brother,

12   Pollo, who gave this documentation to Chupeta.  Why else

13   would that be if the defendant did not have an interest in

14   it?

15           But there was another witness that knew about this

16   smuggling route, Tirso Martinez.  We're going to talk him

17   when we talk about the trains.  He also told you that his

18   boss, Alfredo Vasquez, told him that the defendant was

19   bringing drugs into the United States using chili cans.

20   Vasquez once worked in the chili can factory.

21           Vasquez shared with Tirso the same details that

22   Miguel testified about.  Vasquez told Tirso, for example,

23   that the defendant's workers put sand inside the cans to make

24   sure it was liquid, and make sure the weight was legitimate.

25   Vasquez told Tirso the chili cans crossed the United States

6591

1    from the Tijuana border entry.  Finally, Vasquez told Tirso

2    that there was a seizure of many tons of cocaine in chili

3    cans in Mexico.

4            Tirso does not know Miguel; he saw him once at a

5    cockfight.  And Miguel did not recall having a distinct

6    conversation with Tirso.  Yet, their detailed accounts were

7    nearly identical.

8            Not only did Miguel, who worked directly for the

9    defendant, tell you about the chili can route, you heard the

10   same details from Chupeta, who was in Colombia many miles

11   away.  And Tirso who didn't know either one of them, yet

12   learned about the route through the worker, Alfredo Vasquez.

13   This is how their stories are consistent.

14           Based on the sworn testimony of these witnesses, of

15   Miguel, Chupeta and Tirso, corroborated by the video, as well

16   as the seizure evidence in the chili cans, the Government has

17   proven this violation beyond a reasonable doubt.  This is

18   Violation 12.

19           Next violation we're going to go through one

20   through 11.  Now, Chupeta provided cocaine not only for the

21   chili can route but also in the 2000s he sent numerous

22   cocaine shipments to the Sinaloa Cartel in planes, which he

23   called and used the code word Cometa, and in fishing boats

24   Juanitas.  Take note.  We're going to review all 11 in the

25   section.  Also, we're going to discuss three counts in the

6592

1    section as well.  I'll make sure I point those out to you.

2            Here is the chart.  You see Violations one through

3    11 on the left-hand side, corresponding column has the name

4    of the shipment.  You'll see that Violation 2 is also charged

5    as Count Six.  You'll see that Violation 3 is also charged as

6    Count Seven.  And Violation 8 is also charged as Count Eight.

7            So again, Violation 6 is the Cometa, that's the

8    plane.  Then violations one through five and seven through 11

9    are the Juanita shipments.  Now, Juanita 6, you also saw the

10   ledgers which were introduced through the testimony of

11   Chupeta.  And Cometa 4, as you see on this entry, is a

12   reference to the 800 kilograms of cocaine that were sent

13   successfully to the Sinaloa Cartel on this plane, this is

14   Violation 6.  They are on the screen but you also have them

15   in evidence in the other ledgers.  Referring to Juanita's one

16   through ten, that's Government's Exhibit 302-A.  They detail

17   each one of the Juanita's that we talked about.  The

18   violations go in opposite order from the Juanitas.

19           So Violation 1 is Juanita 10, which details

20   3200 kilos of cocaine.  Violation 2 is Juanita 9, as well as

21   Count Six, and details 12,000 kilos of cocaine.  Violation 3

22   refers to Juanita 8, refers to 10,500 kilograms of cocaine.

23   Violation 4 is Juanita 7, 710,000 kilograms of cocaine.

24   Violation 5 is Juanita 6, that's 10,000 kilograms of cocaine.

25   Cometa 6 we talked about.  Violation 7 is Juanita 5, that

6593

1    deals with 10,000 kilograms of cocaine.  Violation 8, which

2    is Juanita 4, deals with 8,000 kilograms of cocaine.

3    Violation 9 is Juanita 3, that deals with 6,465 kilograms of

4    cocaine.  Violation 10 is Juanita 2, which deals with

5    6,000 kilograms of cocaine.  Violation 11 deals with Juanita

6    1, which is 3600 kilos of cocaine.

7            I want to make sure you have this information when

8    you see the special verdict sheet.  You'll see the numbers of

9    the violations, you'll see the quantities of the drugs, so

10   you guys understand it.

11           Now, the Cometas and many of these Juanita

12   shipments were received successfully by the Sinaloa Cartel.

13   But two of them were seized by the United States Coast Guard,

14   that's Juanita 9.  And you heard the story about the Lina

15   Maria, that was Juanita 8.  You heard from the Coast Guard

16   about the San Jose boat.

17           Now, how do you know the defendant was responsible

18   for these violations?  Well, Chupeta and this man in Mexico,

19   German Rosero, ordered the shipments on behalf of Chupeta

20   with the Mexicans.  They testified about these shipments and

21   they testified about the defendant's role in them.

22           Here is a picture of both of them.  Chupeta was

23   somewhat memorable.  Had a horrid story and a hard face to

24   forget.  But what he did tell you about this?  It's important

25   to understand the history between Chupeta and the

6594

1   relationship he had with the Sinaloa Cartel, to put these

2   drug seizures into context.

3          In the 1990s, Chupeta and the cartel members he

4   knew, including the defendant, Mayo, Amado Carrillo, Nacho

5   Coronel, and the Beltrans to transport his drug shipments

6   from Colombia to Mexico.  Then the Mexicans would transport

7   it from Mexico to the United States.  Remember, back then the

8   cartel members they were only transporters, they were not

9   investors in these drugs.  Mayo was in fact was the person

10  who first mentioned the defendant to Chupeta.

11         At the first meeting between Chupeta and the

12  defendant, this was in a hotel in Mexico City before the

13  defendant went to jail for the first time.  Some the

14  defendant's workers who kept the defendant's business going

15  while he was in jail were at this meeting, the defendant's

16  brother, Pollo, was there, and Miguel Martinez who also went

17  by the name Gordo.  Now Chupeta didn't know Gordo's real

18  name, but he identified his photograph.  He also remembered a

19  detail about the gold vial of the cocaine dispenser of that

20  Miguel used to use.  And Miguel testified about that same

21  detail.

22         Remember, Chupeta testified that when the defendant

23  was in jail, Chupeta sent him five boats containing about

24  55,000 kilograms of cocaine through his workers.  And at this

25  first meeting the defendant agreed to transport Chupeta's

6595

1    drugs.   Remember, Chupeta testified that the defendant also

2    demanded a higher percentage than the other transporters

3    because he was faster.   And we know why, he was a El Rapido,

4    he was the one that could get the drugs quickly through the

5    U.S./Mexico border.

6            So Chupeta sent the Cometa and and Juanita

7    shipmentss, which are the focus of the violations between

8    2002 and 2005.   Chupeta testified that all the cartel members

9    invested in these shipments together.   And we know that's

10   true because German Rosero testified that it was German's job

11   to pick up the money from all of the cartel members who were

12   investing in the shipments.   That included the defendant,

13   Mayo Zambada, the Beltran Leyvas, Nacho Coronel, and Vicente

14   Carrillo Fuentes.

15           You'll recall the details that Chupeta testified,

16   about how he packaged the drugs, how he sent them to the

17   defendant and the Sinaloa Cartel.   Remember that the

18   kilograms of cocaine were wrapped in tape and that they would

19   be placed in black rubber bags, the bales would be hidden in

20   secret compartments known as clavos.   They would put ice and

21   fish on the boat as a cover load to hide the true purpose of

22   the shipment.

23           We know that all the cartel members helped each

24   other bring the shipments from Mexico on their way to the

25   United States.   Chupeta or Rosero both testified that each

6596

1    cartel member aided each other in bringing these shipments.

2         Rosero testified that the cartel members took turns

3    picking up the shipments.  Rosero went to the see the

4    defendant in the mountains about the shipments.  He had one

5    of those crazy, horrible landings that other people testified

6    about, including Alex Jorge Cifuentes.  At that meeting

7    Rosero talked with the defendant about these specific

8    shipments.

9         Let's go back to the timeline we discussed, these

10   Cometa and Juanita shipments were sent between 2002 and 2005.

11   This time period was the hey-day of the Sinaloa Cartel, when

12   everyone was working together in harmony.  Each member of the

13   cartel was investing in the Cometa and Juanita shipments;

14   each member was helping each other receive the shipments,

15   during this time period and during these violations.

16        Members of the cartel successfully brought

17   55,000 kilograms of cocaine into Mexico and transported these

18   kilograms into the United States because that's where the

19   money was.

20        (Continued on next page.)

21

22

23

24

25

1          MS. GOLDBARG:  You heard testimony that one

2    kilogram of cocaine that made its way to the streets of

3    Chicago could be sold as much as $125,000 per kilogram.

4               So during the time when all the cartels

5    members were investing in these shipments together aiding

6    each other in their work of receiving shipments, they were,

7    as Rey testified, stronger together.  This cooperation also

8    made them liable for every shipment charged in this

9    violation and the corresponding counts.  Remember what I

10   said a little bit earlier about aiding and abetting

11   liability.  It's an important concept to remember because

12   the defendant and the other cartel members were involved in

13   the same common scheme here, they were sharing the risks and

14   sharing the reward of a mutual investment and they were

15   working together to make these shipments happen, therefore,

16   they're all criminally liable for these shipments.

17               Let's talk about a couple of the shipments in

18   particular.  We'll talk about Juanita 4.

19               Now, remember that Chupeta testified that the

20   Juanita 4 shipment had a problem.  This is also the one that

21   went to Mexico but on its way was boarded by the Coast

22   Guard.  The Coast Guard searched the ship but they couldn't

23   find the 8,000 kilograms of cocaine that were on it, so the

24   clavo really worked.  Chupeta ordered that fishing boat to

25   go back to Colombia, switch boats, and then sent the 8,000

Summations - Ms. Goldbarg                6598

1    kilos on a new boat where it was successfully received by

2    the Sinaloa Cartel.

3              German Rosero also remembered the shipment.

4    Rosero testified that this was a shipment that the defendant

5    was supposed to personally receive.  It was his turn.  He

6    remembered that one of one boats, this one was filled also

7    with 8,000 kilos of cocaine, it was boarded by the U.S.

8    authorities, and Rosero testified that after 17 hours of

9    searching they did not find the cocaine.  Rosero also

10   recalled that the boat was sent back to Colombia, and then

11   the cocaine was switched to another boat.  Again, just like

12   Chupeta testified to.

13             And then there was another two seizures.

14   Chupeta remembered that in September of 2004, the Coast

15   Guard seized Juanita 8 and Juanita 9, these cocaine

16   shipments.  One shipment had 12,000 kilograms of cocaine on

17   board and the other one had 10,500 kilograms of cocaine on

18   board.  Chupeta remember the month and year vividly because,

19   remember, he testified this was the first time the American

20   Coast Guard had seized his cocaine.

21             Rosero also remembered that in 2004 two

22   shipments were seized by the Coast Guard, and he remembered

23   that they seized two boats containing about 22,000 kilograms

24   of cocaine.  German remembered that it was in September

25   because that's around -- that's when the Mexican National

Summations - Ms. Goldbarg                    6599

1    Independence Day is.

2              But not only did Chupeta and Rosero's

3    testimony corroborate each about the seizures, you also

4    heard about these events from the Coast Guard officers who

5    testified and you heard the similarities to the details of

6    the testimony to Chupeta and Rosero.  You also learned that

7    the details of each shipment were strikingly similar.  These

8    similarities help you know that Chupeta and Rosero are

9    telling you the truth because they show that both shipments

10   came from the same scheme.

11             Now Juanita 9, this is Violation 2 and

12   Count Six.  Recall in this event, Coast Guard Officer Shawn

13   Baker boarded the LINA MARIA, the LINA MARIA is Juanita 9.

14   He boarded this boat on September 16th, 2004.  He testified

15   that the ship had a Colombian crew.  He found an area of

16   fresh cement and after digging up the cement, he found a

17   clavo or a hidden compartment.  Inside that hidden

18   compartment he found 600 bails wrapped in black rubber.

19   Inside the bails were individual bricks of cocaine, which

20   were wrapped in tape had and the marking XTRA on it.  In

21   total, over 12,000 kilograms of cocaine were found on that

22   ship.  What else did Officer Baker testify to finding on

23   that boat?  Fish.

24             Now, Juanita 8, which is charged in Violation

25   3, as well as Count Seven, you heard testimony from Officer

Summations - Ms. Goldbarg                6600

1   Gris from the Coast Guard that he boarded the SAN JOSE,

2   that's Juanita 8.  And this happened on September 23rd,

3   2004.  This ship also had a Colombian crew.  It had fresh

4   cement covering up another clavo or hidden compartment and

5   inside that compartment they found 525 bails of cocaine

6   wrapped in a black rubber.  Each cocaine was also wrapped

7   and taped with the XTRA marking on it, and this seizure

8   totaled about 10,000 kilograms of cocaine.

9            How else do you know the defendant was

10  responsible for these violations?  Well, let's look at the

11  accounting records for Juanita 4.  Again, Juanita 4 is

12  Violation 8.

13           This is the boat that was boarded by the

14  Coast Guard, but they didn't find the cocaine, and it's also

15  charged in Count Eight.

16           Here you see that the code word for who is

17  receiving the cocaine is listed as "Cha," C-H-A.  And

18  Chupeta testified that that was the code word that he used

19  in his ledgers for Chapo, Chapo Guzman the defendant.  And,

20  again, Rosero told you that the defendant was responsible

21  for receiving this shipment for the Juanita 4.

22           Where else do you see the defendant's code

23  name in these ledgers?  This is another letter indicating

24  that there was a payment from Mona Cha.  Recall that Chupeta

25  testified that Mona was the name of a person who would bring

Summations - Ms. Goldbarg                6601

1   money down from Mexico to Colombia to pay for the cocaine.

2   And Cha, again is the code name for Chapo.  So this is a

3   payment for cocaine that the defendant was paying to

4   Chupeta.  This is how you know that the defendant is

5   involved in these violations.

6              Let's look at one more with Juanita 4.

7   Recall how detailed Chupeta was in these ledgers.  Here you

8   see there is the notation for the rental of the first ship,

9   then there is a rental for a new ship because, remember, the

10  boat had to go back to Colombia, they boarded -- they put

11  the cocaine on a new boat so they had to pay for the new

12  boat.  And in fact, they had to pay, there was a charge per

13  unit of cocaine to put the cocaine from one boat to another,

14  and those are detailed in these ledgers.

15             Let's summarize what we've learned about

16  this.  You know that the Juanitas and the Comes were sent to

17  the Sinaloa Cartel.

18             You know that these cartel members

19  collectively invested in these shipments together.

20             They shared responsibility for picking up the

21  cocaine from the fishing vessels.

22             You know that the Juanita 4 was stopped by

23  the Coast Guard but nothing was found.

24             You know that Juanita 8, which is the SAN

25  JOSE, and Juanita 9, the LINA MARIA were stopped by the

Summations - Ms. Goldbarg                6602

1   Coast Guard and the cocaine was seized totaling 22,500 kilos

2   of cocaine.

3            So that when you review the sworn testimony

4   of Chupeta and German Rosero, and you compare it to the

5   testimony of the Coast Guard officers, the photos, the

6   videos, the ledgers, the Government has proven beyond a

7   reasonable doubt these 11 violations as well as these three

8   counts.

9            So we're going to check off the violations.

10  We're going to go over to the chart.  Not quite there.

11  We'll get there.

12           Next we're going to turn to Violation 18.

13  Now Chupeta was not the only one with a source of supply who

14  were sending boats filled with cocaine to the defendant and

15  the Sinaloa Cartel.

16           In fact, on May 18th, 2007, the United States

17  Coast Guard made the single largest cocaine seizure in

18  history, approximately 16 tons of cocaine on board a

19  merchant ship named the GATUN.  This is the event that we're

20  going to discuss, which is Violation 18.

21           How do we know the defendant was responsible

22  for this violation?  Well, both Rey Zambada and Vicente

23  Zambada testified about the shipment, and it's not

24  surprising that they would remember this because this

25  represented a huge loss for both the defendant and Mayo.

Summations - Ms. Goldbarg                6603

1        Now, Rey Zambada testified that towards the
2  end of 2006 the defendant, Mayo, and their partner the
3  defendant's cousin, Arturo Beltran Leyva, they hatched a
4  plan to send large quantities of cocaine on a merchant ship
5  that Mayo owned.  Rey testified that he was present at
6  several meetings when it was agreed that they would use a
7  boat owned by his brother Mayo and load it with cocaine in
8  Panama.  And they came to an agreement.  Now, another word
9  for that agreement is conspiracy.  That the defendant, Mayo,
10  and Arturo would all invest together in smuggling cocaine on
11  a ship from Panama to Sinaloa, Mexico, for ultimate
12  distribution to the United States.  That was the conspiracy.
13        Rey also testified that Capi Beto, who was a
14  Sinaloa Cartel member, he was going to be in charge of
15  receiving that cocaine, and Conejo, remember a prominent
16  Colombian drug trafficker, was the broker between the
17  Sinaloa Cartel and Colombian source of supply.
18        With an agreement in place, the boat was
19  supposed to leave Panama.  Remember Rey's testimony about
20  how the cocaine was supposed to get onto the ship?  Rey
21  testified in great detail about this.  So the merchant ship
22  was supposed to slow down, as slow as it could go, and then
23  the Go-fast boat would come up to the side, match the ship
24  and then a crane from the merchant ship would pick up the
25  cocaine and put it onto the merchant ship.

Summations - Ms. Goldbarg                6604

1        Rey testified that the Coast Guard seized the
2   merchant ship off the coast of Panama and Rey recalled there
3   was about 20 tons of cocaine on the boat.
4        Rey also testified after the seizure there
5   was a meeting to find out what happened.  Rey testified that
6   Arturo Beltran Leyva was upset.  He suspected that someone
7   from the DEA was tapping their phones.  And Mayo was at that
8   meeting, and Mayo's representing himself and his partner,
9   the defendant.  Mayo was also showing this 50/50 partnership
10  between the defendant and him.
11       Who else testified about this agreement?
12  Well, there was another person actually involved in this and
13  that was Vicente Zambada.  Vicente testified that his father
14  Mayo had purchased a merchant ship to smuggle cocaine, just
15  like Rey testified to.  And in 2007 there was a shipment of
16  cocaine that was seized from his father on a boat near
17  Panama.  Again, just like Rey testified to.
18       More importantly, Vicente testified that the
19  owners of the cocaine on that cargo were the defendant,
20  Mayo, and Arturo Beltran Leyva, just like Rey testified to.
21       Additionally, Vicente testified that it was
22  him and Capi Beto who were supposed to handle the logistics
23  of receiving that boat in Sinaloa, another detail that Rey
24  testified to.  Vicente also testified that after the cocaine
25  was seized, there was a meeting between Mayo and Conejo

Summations - Ms. Goldbarg                6605

1   where they discussed what happened with the shipment.  It's

2   the same people that were present that Rey testified to.

3                 And like Rey, Vicente told you that Arturo

4   Beltran Leyva had concerns as to why that shipment had been

5   seized by the Coast Guard.

6                 But there's more.  You heard from Officer

7   Harrison from the Coast Guard.  He testified about boarding

8   the merchant ship the GATUN off the coast of Panama.

9   Remember, he was the smallest member of the team so he was

10  the one that got the job to crawl through the container

11  where they found the cocaine.

12                You saw the photos of the merchant ship with

13  the cranes, just like Rey testified to.  And you saw the

14  method -- the mounds of cocaine that were found on board

15  that required a human daisy chain to unload it.  Here's just

16  a small sample of that.

17                (Videotape played.)

18                MS. GOLDBARG:  The Coast Guard also detained the

19  crew on board and they were made up of Mexicans and

20  Panamanian nationals.

21                Now, the sworn testimony of both Rey and

22  Vicente Zambada, corroborated by the evidence of the

23  seizures from the U.S. Coast Guard, prove the defendant is

24  responsible for this violation.  You see the corroboration

25  between these witnesses and this is how it matches up.

Summations - Ms. Goldbarg                6606

1          I'm going to go through two more violations
2    before lunch.
3          THE COURT:  Are you?
4          MS. GOLDBARG:  Yes.
5          THE COURT:  Okay.
6          MS. GOLDBARG:  Next we're going to go through
7    Violation 16 and 17.
8               So, in addition to using trains and boats and
9    Go-fast and other methods, the defendant used submarines, or
10   as you heard them called semisubmersibles.  These are boats
11   barely visible above the surface to carry cocaine from
12   Colombia and Mexico.
13              Violation 16 involved the first ever
14   nighttime boarding of one of these submarines.  You saw a
15   video of what that boarding looked like, the nighttime
16   boarding.  The U.S. Coast Guard stopped this boat off the
17   coast of Panama and they found 4,716 kilograms of cocaine
18   inside.
19              So how do you know the defendant's is
20   responsible for this shipment as well?  You saw the cocaine.
21              The witness -- the first witness that
22   testified about this was Rey Zambada.  He testified that he
23   was the one that bought the semisubmersible and he paid
24   $1 million for it.  And he testified that the advantage of
25   using this type of boat was because it was harder to be

Summations - Ms. Goldbarg                6607

1    detected by the Coast Guard and the Navy.

2              It was Rey's job then to get the other

3    members of the cartel to invest in half of the shipment, and

4    he personally collected money from them.  And in his role,

5    Rey new exactly who was investing in the cocaine shipments.

6    And among the cartel members who invested was the defendant,

7    who gave him, through Mayo, $1 million.

8              And Rey testified that the submarine was

9    supposed to carry 5,000 kilograms of cocaine and it was

10   scheduled to arrive in the summer of 2008.  In the end, Rey

11   testified that this submarine was seized off the coast of

12   Panama.

13             What other evidence corroborates what Rey has

14   testified to?  Well, you heard the testimony of Vicente

15   Zambada.  He testified that his officemate, Juancho, again

16   the defendant's right hand man and cousin, Juancho told

17   Vicente that in September 2008 a submarine filled with

18   cocaine had been seized by the Coast Guard.  And Juancho

19   told the defendant -- I'm sorry.  Juancho told Vicente that

20   it was the defendant and Mayo who were the owners of the

21   shipment.  And why did Vicente remember this?  Well, if the

22   shipment made it through to Mexico it would have been

23   Vicente's responsibility to receive the shipment of cocaine

24   on the beach of Mexico.

25             And how did Vicente know that?  Well, because

1    he had received a successful shipment of cocaine right

2    before the seizure that included 5,000 kilos of cocaine.  So

3    he testified about two semisubmersibles filled with cocaine.

4    He also told you that the load contained both cocaine and

5    cocaine base.  The first successful shipment that Vicente

6    testified about, the 5,000 kilos, is the basis for Violation

7    17.

8              Who else testified about the defendant's use

9    of submarines?  Well, Damaso Lopez testified about two

10   cocaine shipments in submarines.  And Damaso testified that

11   it was the defendant and Mayo who were the owners of the

12   shipments.  Not only that, but Damaso testified that Vicente

13   was supposed to receive the two submarines in Mexico, and

14   they both were carrying cocaine and base.  So, again, Damaso

15   testifies about two submarine loads, both of them are

16   approximately 5,000 kilos of cocaine and cocaine base and

17   Vicente was supposed to receive the submarine loads.  Again,

18   consistent with the testimony of Vicente and Rey Zambada.

19             How else do you know that the defendant is

20   responsible for this?  You also heard the testimony from

21   Pedro Flores about the submarine shipment as well.  Pedro

22   testified that he was invited to participate in the shipment

23   by the defendant through Alfredo Vasquez.  The idea was to

24   use this transportation method.  So Pedro purchased the

25   cocaine in Colombia, it was loaded on the submarine and then

Summations - Ms. Goldbarg                    6609

1   what happened?  The drugs never made it.  Pedro got a call
2   from Juancho, the defendant's right hand man, to see if
3   Juancho could tell him what's going on.  Remember that Pedro
4   testified that Juancho told him that around September 2008
5   that they had just lost a submarine.  After a lot of back
6   and forth, Juancho told Pedro that Pedro was in fact in luck
7   because it wasn't his submarine that was seized, that the
8   drugs were on their way.
9           And Alfredo Vasquez confirmed this in one of
10  the recorded calls that Pedro Flores made.  Again, the same
11  testimony, sworn testimony that you heard from Rey Zambada,
12  Damaso Lopez and Vicente Zambada.  Two submarines, 5,000
13  kilos, in 2008.  And, most importantly, the defendant was
14  investing in these loads.
15          You also heard the sworn testimony of Officer
16  Bagetis from the Coast Guard who told that you that they
17  seized the semisubmersible in September 2008 off the coast
18  of Costa Rica.  And again, there were 4,716 kilos of cocaine
19  inside.
20          Remember he testified that not only was this
21  the first ever boarding -- nighttime boarding of a submarine
22  of this type, but remember the details about what
23  happened -- when he testified to what happened when they
24  tried to board it, the crew tried to shake them off so they
25  literally had to hold on for dear life.  He confirmed what

Summations - Ms. Goldbarg                    6610

1    you already heard from the other four cooperating witnesses,

2    that the submarine was seized off the coast of Costa Rica in

3    September 2008 and that seized submarine had 4,716 kilos of

4    cocaine on it.

5               So based on the sworn testimony of Rey

6    Zambada, Vicente Zambada, Damaso Lopez and Pedro Flores,

7    corroborated by the evidence that was presented to you by

8    Officer Bagetis, and as well as the photos, the videos and

9    the lab reports, the Government has proven that the

10   defendant is responsible for Violations 16 and 17 as well.

11              THE COURT:  Okay.  We'll take our lunch break.

12   Ladies and gentlemen, please remember not to talk about the

13   case.  We'll reconvene at 1:45.  Thank you.

14              (Jury exits courtroom.)

15              THE COURT:  All right, we're in recess.  Thank

16   you.

17              (Luncheon recess.)

18              (Continued on the next page.)

19

20

21

22

23

24

25

1          **A F T E R N O O N   S E S S I O N**

2              (In open court; jury not present.)

3              (Defendant enters.)

4              THE COURTROOM DEPUTY:  All rise.

5              THE COURT:  All right.  Let's have the jury back,

6      please.

7              (Jury enters.)

8              THE COURT:  All right.  Be seated, ladies and

9      gentlemen.

10             I just noticed that you are back to wearing coats,

11     so I checked my thermometer and you are right, it is colder in

12     here than it has been.  We will see what we can do about that.

13             Continue, Ms. Goldbarg.

14             MS. GOLDBARG:  Thank you, your Honor.

15             Welcome back.

16             THE COURT:  I don't get it.  Did the computer go out

17     to lunch?

18             (Pause.)

19             THE COURT:  Okay.  Got it.

20             MS. GOLDBARG:  All right.  While we get that synced,

21     we just finished discussing Violation 16 and 17, and now we

22     are going to turn to Violations 13, 14, and 15, and we are

23     still on Count One.

24             Now, the defendant didn't rely only on getting

25     cocaine from Colombia.  The evidence has shown that the

Summation - Ms. Goldbarg                           6612

1    defendant searched for new ways to cut out the middlemen and

2    go straight to the source.  The defendant wanted to establish

3    his own direct connection in South America, so the defendant

4    sent Jorge Cifuentes to South America to set this up and,

5    again, these are the violations we are going to talk about.

6    First we are going to talk about Violations 14 and 15.

7            Now, you heard evidence that there was an initial

8    seizure of 6,000 kilograms of cocaine on a boat, and this is a

9    basis for Violation 15.

10           There is also another seizure of 8.3 tons of cocaine

11   seized in October of 2009 in Ecuador.  This is Violation 14.

12           This Ecuadorian operation was set up by the

13   defendant at his instructions.  The defendant funded it, and

14   the drugs that were seized belonged to the defendant.  So how

15   do you know the defendant was responsible for these

16   violations?  Well, you heard from both Jorge and Alex

17   Cifuentes.

18           Now, Jorge testified that the defendant put him in

19   charge of the operation.  A little background.  Jorge and Alex

20   Cifuentes had an older brother who was a prolific drug

21   trafficker in Colombia by the name of Pacho Cifuentes and you

22   heard from Jorge that when Jorge and Pacho had trafficked with

23   the defendant in early 2000s, and then when Pacho Cifuentes

24   was killed, Jorge went to the defendant.  He went to the

25   defendant to get back up on his feet.  He also wanted to find

Summation - Ms. Goldbarg                6613

1    out who was responsible for killing his brother.  He wanted to

2    make sure he was safe.  Jorge also wanted to make money.

3          So in mid-2007, Jorge went to the mountains to speak

4    with the defendant about his brother Pacho's death.  Remember,

5    Jorge hadn't been to the location in years.  And what is it

6    that he noticed?  There were more people, more weapons, more

7    infrastructure.  This is consistent with someone who is

8    becoming more powerful over years, a boss becoming more

9    powerful and more wealthy.

10         The defendant, at this meeting, asked Pacho -- asked

11   about Pacho's drug trafficking infrastructure in Colombia

12   because he, the defendant, wanted it.  Pacho left behind a

13   viable operation.  This was a way to bring large quantities of

14   cocaine from Colombia to Mexico as part of this cocaine

15   pipeline to the United States.  But Jorge, afraid for his

16   safety if he went back to Colombia, refused to go.  He was,

17   however, willing to go somewhere else.  And Jorge and the

18   defendant agreed that Jorge would go to Ecuador because,

19   first, it was close to Colombia; and, second, he could use

20   routes on the Pacific coast to go straight to Sinaloa.  But

21   before Jorge could travel from Mexico to Ecuador, Jorge left

22   something with the defendant to make sure the defendant knew

23   how serious Jorge was and how committed Jorge was to this

24   venture.  Do you remember what it is that Jorge left behind in

25   the mountains of Sinaloa?  He left his brother, Alex, who you

1   heard from as well.

2          So Jorge went to Ecuador to set up this

3   infrastructure for the operation; the defendant gave Jorge the

4   money to do it.  So first Jorge rented a warehouse in Quito

5   and Guayaquil.  In those warehouses he built a *clavo* or secret

6   compartment in warehouses where he could hide the cocaine.

7          Next, Jorge had to find a source of supply.  And who

8   did he find?  Someone with the alias Politico, and this person

9   was buying cocaine from the FARC -- the Colombian guerrilla

10  group.  Now, the FARC would deliver the cocaine to the

11  Colombian/Ecuador border, but Jorge needed to have it

12  delivered from the Ecuadorian border down to the warehouses in

13  Quito and Guayaquil.

14         We are going old school on this.  Thank you.

15         And who did Jorge hire to do this?  Jorge got an

16  Ecuadorian military captain by the name of Telmo Castro, or

17  who was also known by the name Capi or Carpintero, to deliver

18  the cocaine to the warehouse Jorge had set up.  Jorge also has

19  a nephew, Jaime Roll Cifuentes, in charge of running the

20  day-to-day operations in Ecuador.  Once Jorge got the cocaine

21  at the warehouses, he then got it to the defendant.  The

22  cocaine would be taken from these warehouses to the shores of

23  Ecuador, and then they would be placed on small -- these

24  go-fast boats.  These go-fast boats would then meet with the

25  defendant's larger fishing boats on the high seas and hand off

Summation - Ms. Goldbarg                          6615

1    the cocaine.  And, in fact, the defendant sent his own

2    fishermen and boatmen to drive these go-fast boats to Ecuador,

3    and then once they got the cocaine, the ship would sale up

4    north.  And as you are seeing here, this is the route that

5    Jorge described that these boats would take once the

6    defendant's cocaine was boarded in Ecuador all the way up to

7    Sinaloa.

8              Now, how did the defendant stay personally involved

9    in Jorge's operation?  The defendant sent his nephew, Tomas,

10   to Ecuador to make sure that Jorge was spending the

11   defendant's money wisely.  And Jorge testified that the first

12   shipment of 6,000 kilograms of cocaine made it successfully to

13   the defendant and Mayo, because, again, this was another

14   example of the 50/50 partnership between the defendant and

15   Mayo.

16             Jorge also testified that the defendant and Mayo

17   discussed sending these drugs to the United States, and Jorge

18   also testified for that this first successful shipment of

19   cocaine, the defendant made at least $48 million, so the

20   defendant ordered Jorge to send more drugs, but Jorge warned

21   the defendant that it wasn't a good time because his

22   contacts -- his corruption contacts -- told Jorge that the

23   coast guard were around.  The defendant insisted and ordered

24   Jorge to set up the drugs.  And just as Jorge predicted, those

25   drugs got seized.  That seizure is charged as Violation 15.

Summation - Ms. Goldbarg                    6616

1           Despite the setback, the defendant still wanted

2    Jorge to send him more cocaine from Ecuador, and the next

3    shipment was supposed to have 8,000 kilograms of cocaine, so

4    Jorge followed the defendant's instructions, bought more

5    cocaine with the defendant's money to make a full shipment of

6    8,000 kilograms of cocaine.

7           Now, imagine these drugs proved to be a mistake,

8    because it was all seized from the warehouses where it was

9    stored before it got a chance to be moved to the coast.  Over

10   8 tons of the defendant's cocaine was seized over nine days in

11   2009, in October.

12          Now, who else testified about this event?  You heard

13   about this from Alex Cifuentes, Jorge's brother, who was in

14   the mountains with the defendant, and he testified about this

15   operation as well.  And the key aspects of his testimony are

16   that the defendant did, in fact, send Jorge to Ecuador to run

17   this cocaine smuggling operation.  The operation used

18   warehouses in Ecuador to store the cocaine and they used these

19   compartments to hide the cocaine.  Alex confirmed that the

20   cocaine came from Politico.  They also testified that Jaime

21   Alberto Roll Cifuentes, their nephew, worked for Jorge in

22   Ecuador and was in charge of the warehouses; that Tomas, the

23   defendant's nephew was a supervisor for the defendant in the

24   drug operation that was sent to Ecuador.  Telmo Castro was in

25   charge of security and part of his role was to make sure that

Summation - Ms. Goldbarg                    6617

1    the cocaine was safely transported in Ecuador; and Alex also

2    learned that the defendant sent his own boatmen to Ecuador to

3    run the go-fast boats to take the cocaine from the Ecuadorian

4    coast to the larger fishing vessels.

5            Now, Alex also testified that the first shipment --

6    like Jorge testified -- that first shipment of 6000 kilograms

7    of cocaine did make it successfully to the defendant and that

8    these drugs were distributed in the United States; and Alex

9    testified that he personally had a role in selling these

10   drugs, this cocaine, in New York and that the drugs were also

11   distributed in Los Angeles.

12           Alex also testified that Jorge was right to be

13   concerned about the coast guard when they were sending the

14   second shipment of cocaine, and Alex told you that he was

15   right because the coast guard had, in fact, seized the

16   cocaine.

17           Alex also had sworn testimony about the

18   8,000 kilograms of cocaine from the warehouse in Ecuador.

19   Just like Jorge testified, they both knew that the defendant

20   was upset after the seizure of these drugs and the defendant

21   wanted Jorge to have Politico picked up, meaning kidnap him.

22           Now, how do you know that you can rely on the sworn

23   testimony of both Jorge and Alex Cifuentes?  Well, you know

24   it's true because you saw the evidence of the seizure.  You

25   also heard calls between Jorge and Alex and other Cifuentes

1   family members from the Colombian wiretap where they were

2   discussing this very seizure before either of them knew that

3   they were being investigated or even being recorded.

4           You heard from the Ecuadorian law enforcement

5   officers, including the prosecutor who came down, and they

6   told you about the 8.3 tons of cocaine that were seized from a

7   warehouse where Jorge stored the drugs.  And remember, on

8   October 1st, 2009, the Ecuadorians were manning a checkpoint,

9   and they saw a red car make an illegal U-turn right before the

10  checkpoint, and this made them suspicious, so they stopped the

11  car, and the car was with a white truck, so the police stopped

12  the white truck as well.  And to the surprise of the police,

13  the white truck had an emblem of the Ecuadorian military on

14  it, and guess who was inside?  Captain Telmo Castro, the

15  military captain that both Jorge and Alex testified was paid

16  to transport the defendant's drugs, and in that white truck,

17  they found 539 kilograms of cocaine inside.

18          Now, the officers testified that they placed Telmo

19  Castro under arrest -- and you saw one of those photos -- and

20  Telmo Castro told the officers about the warehouse in Quito,

21  Ecuador.  The police then searched the warehouse -- and

22  remember how crazy it was?  They had to go back to the house

23  three times because they kept finding more secret

24  compartments.  They went back once, they found cocaine; they

25  went back another time, they found more cocaine; finally,

Summation - Ms. Goldbarg                    6619

1   after the third time, they found all of the cocaine in the

2   warehouse.

3           Now, the Ecuadorian police just happened upon the

4   scheme when they were manning a routine checkpoint.  They

5   didn't know anything about this operation or any connection it

6   had to Mexico, yet what they testified to matches and

7   corroborates exactly the testimony of Jorge Cifuentes and Alex

8   Cifuentes, but the investigation didn't stop there.  Remember

9   the testimony of the Ecuadorian prosecutor?  She told you that

10  the property owner of the warehouse where he found the drugs

11  turned over the lease for that warehouse, and the lease was in

12  the name of Jaime Alberto Roll Cifuentes, as there was a copy

13  of his passport attached to the lease itself.

14          And again, just like Alex and Jorge Cifuentes

15  testified, their nephew, Jaime Alberto Roll Cifuentes, helped

16  with a scheme and he rented this warehouse.  And remember that

17  Jorge testified that this had been a bad idea; that Jaime

18  should never use his real name to rent the warehouse.  But

19  there were more things that point to the defendant's

20  responsibility in this.  Remember that the defendant sent

21  Jorge millions of dollars for expenses in Ecuador.  Jorge kept

22  detailed records of the operation and is using the defendant's

23  money.  And you know it was the defendant's money because Alex

24  told you it was as well.  In fact, Alex told you that he had

25  to get the defendant's permission to send the money down to

Summation - Ms. Goldbarg                                6620

1    Ecuador in the first place; and the records independently

2    corroborate the testimony of Jorge and Alex Cifuentes.

3              In one of the first entries, you will see a delivery

4    by Rhomel to Politico, $9 million.  Both Jorge and Alex

5    testified that Rhomel is a code name for Alex, and Jorge

6    testified that this was one of the defendant's payments to

7    Polito for the cocaine.

8              There was another payment for a warehouse to

9    Carpintero, XT.  Both Jorge and Alex testified that "XT" is a

10   code word for cocaine and that "Carpintero" was a code word

11   for Telmo, so this is the payment to Telmo Castro for his job

12   moving the cocaine from the Ecuadorian border to the

13   warehouse.

14             Next, there was an entry for "delivered to Juan

15   Pablo for cars."  Both Jorge and Alex testified about how Juan

16   Pablo would go up to the mountains and agreed with the

17   defendant to use his debit card money laundering scheme to

18   take the drug proceeds from the United States to pay for the

19   cocaine, and we will discuss this event more in the money

20   laundering count.

21             There's also an entry for two months' deposit for

22   rent for Mexicans.  Jorge told you that this was the two

23   months' rent that was paid for the house where the defendant's

24   boatmen when they were sent to Mexico, this is where they

25   stayed.  There were also mundane expenses in there like the

Summation - Ms. Goldbarg                      6621

1   sacks and the gloves and the needles and the tape -- the

2   material needed to package the cocaine that they were sending

3   by sea.

4           And there was also an entry for Tomas.  Tomas, the

5   defendant's nephew, who was down there.  These ledgers, ladies

6   and gentlemen, are direct evidence of the defendant's

7   involvement in these violations.

8           But the Ecuadorians weren't the only ones that were

9   investigating the Cifuentes organization.  The Colombian

10  police also had an investigation into them and they happened

11  upon a meeting between Jaime Roll Cifuentes -- Jorge's

12  nephew -- and Tomas, the defendant's nephew, and this was a

13  meeting in Colombia.  The Colombian police had no idea what

14  was going on between Jorge and the defendant at this time, yet

15  they captured a meeting between their two representatives,

16  Jaime and Tomas.  This surveillance shows you that Jorge's

17  telling the truth about the Ecuadorian operation and the link

18  between him and the defendant.

19          Who else identified the photo of Tomas besides

20  Jorge?  Damaso Lopez.  Damaso testified that he knew Tomas was

21  the defendant's nephew and that he was the defendant's

22  representative in Colombia and in Ecuador.  Well, you heard

23  the defendant negotiating the deal himself.  The defendant was

24  upset with the loss of the 8 tons of cocaine, but he still

25  wanted the operation, and he still wanted Jorge to keep

Summation - Ms. Goldbarg                          6622

1   moving, so the defendant ordered more drugs, but this time,

2   the defendant made Jorge put up his own property as

3   collateral.  Jorge had to do this because his brother, Alex,

4   was up in the mountains being held by the defendant.  The

5   defendant's nephew connected with a FARC guerrilla who would

6   supply the cocaine.  And remember, this deal was for 6 tons of

7   cocaine.  Two tons of the cocaine were going to be paid in

8   cash, and 4 tons were going to be paid that were going to be

9   secured by Jorge's property.  This deal never went through,

10  but you heard the testimony and the recording discussing this.

11  There was a telephone call on May 21st, 2010, this was

12  intercepted over a wiretap authorized by a judge in Colombia,

13  in which the defendant personally speaks with the FARC who is

14  going -- the FARC guerrilla who is going to supply the drugs,

15  and they speak about setting the price for the cocaine.  They

16  haggle over the price of a kilo of cocaine.  And remember how

17  Jorge described to you that the defendant was a really good

18  businessman because he was wheeling and dealing trying to get

19  the price as low as he could, and let's listen to the call and

20  hear the defendant in his own words.  Maybe.

21              (Pause.)

22              MS. GOLDBARG:  Excuse our technical difficulties.

23  We will play the call, if we can, but in the meantime --

24              THE COURTROOM DEPUTY:  You want to use the ELMO

25  again?

Summation - Ms. Goldbarg                          6623

1              THE COURT:  Which do you want to use, the computer
2    or the ELMO?
3              MS. GOLDBARG:  I'm not sure yet, your Honor.
4              MS. PARLOVECCHIO:  Computer, please.
5              (Video played.)
6              (Video paused.)
7              MS. GOLDBARG:  Let's listen to the next clip.
8              (Video played.)
9              (Video paused.)
10             MS. GOLDBARG:  And one more clip.
11             (Video played.)
12             (Video paused.)
13             MS. GOLDBARG:  So what to you hear and what do you
14   learn about in these calls?  In the defendant's own words,
15   he's corroborating exactly what's happening in this Ecuador
16   deal.  First, you know he's speaking with his nephew because
17   he says "nephew," just like Jorge and Alex testified to.  He
18   says that he's intercepted because the defendant's extension
19   communication system isn't working.  Again, like Jorge
20   testified to.  They discussed 6,000 kilos of merchandise,
21   which you know, and as learned from the evidence, is a code
22   word for cocaine.  They talked about 2 tons being paid for by
23   the defendant and 4 tons being paid for by, who they call,
24   Simon, which is a code word for Jorge, just like Jorge
25   testified to.  This is also corroborated between calls between

1  Alex and Tomas, a call that was recorded, again, by the

2  Colombian police on a judge's order, and the call between the

3  defendant and the guerillas, the defendant says that he has a

4  partner M.  Well, who is M?  M is Mayo Zambada, just like

5  everyone testified to.  M and the defendant are partners.  And

6  the defendant also tells the guerrilla leader that he's

7  willing to leave Tomas, his nephew, to stay in Ecuador as

8  human collateral.  Well, we had seen that before when Alex was

9  left behind in the mountains.  They discussed sending money to

10  a bank account.  The defendant wants to send a technician of

11  his to inspect the profit, this is something that Chupeta used

12  to do back in the day, and the defendant knows that these

13  drugs are going to Guayaquil because he says so, exactly as

14  Jorge now has testified to.

15       The testimony of Jorge Cifuentes corroborated by

16  people who don't even know him -- the Ecuadorian and the

17  Colombian law enforcement officers -- as well as the recorded

18  calls and the sworn testimony of Alex Cifuentes, and the call

19  where the defendant, himself, is negotiating a cocaine

20  shipment, this is more than sufficient evidence to prove that

21  the defendant is responsible for the 6,000 kilo seizure, as

22  well as the 8.3 ton kilo seizure, and these are charges in

23  Violations 14 and 15.

24       And one more thing while we are discussing the

25  Cifuentes Villa brothers.

Summation - Ms. Goldbarg                               6625

1           You heard sworn testimony that Alex Cifuentes and

2    his sister, Dolly, sent a shipment of drugs in December of

3    2008 on a plane to the defendant in Mexico.  The defendant

4    paid for the drugs, which included 440 kilograms of cocaine

5    plus heroin and ephedrine, and through the course of this

6    trial, you've learned that ephedrine is a precursor chemical

7    used for methamphetamine.  You also learned from Alex that,

8    according to the defendant, the drugs were seized on their way

9    to the defendant in Culiacan and that Jorge did not know that

10   there was ephedrine on the plane.

11          Now, you also heard the testimony of Jorge

12   Cifuentes, that there was a plane that had crashed in Mexico

13   with cocaine and ephedrine.  After the fact, Alex and Dolly

14   admitted to Jorge that it was them who had been sending the

15   cocaine and the ephedrine to the defendant.  They came clean

16   and admitted to the defendant -- that the defendant had asked

17   them to find ephedrine.  Jorge was upset about this because

18   the defendant knew that Jorge did not want to get involved

19   with ephedrine.  So what did the defendant do?  He manipulated

20   Jorge's family members into doing a deal behind Jorge's back

21   by sending ephedrine with 440 kilograms of cocaine.  Jorge's

22   testimony corroborates the sworn testimony of Alex Cifuentes,

23   and this is charged as Violation 13, and it's also Count Five,

24   so we are going to cross that one off as well.

25          So ladies and gentlemen, the Government has proven

Summation - Ms. Goldbarg                          6626

1    the defendant is responsible for Violations 13, 14, and 15.

2          Okay.  The next set of violations we are going to

3    talk about are Violations 20, 21, 22; and then at the end, we

4    will also discuss Violation 23.

5          Now, the defendant also smuggled cocaine into the

6    United States through train routes by hiding cocaine inside

7    the train cars, specifically tanker cars that held edible or

8    cooking oil that came from Mexico City, across the border, and

9    into major cities in the United States such as Los Angeles,

10   Chicago, and New York.  We are going to talk about Violations

11   20, 21, and 22 -- seizures that happened in Queens, Chicago,

12   and Brooklyn.

13         How do you know the defendant is responsible for

14   these violations?  Well, Tirso Martinez told you that this was

15   the defendant's train route and that the defendant had

16   invented it and he had ultimate control over the route.  That

17   means that the defendant could use the route for his own

18   shipments or whomever he wanted to allow to use this route,

19   and those people included his fellow members of the Sinaloa

20   Cartel.

21         Remember what I told you before about sharing

22   infrastructure and travel routes?  This is a prime example of

23   that.  Now, let's start reviewing Tirso's sworn testimony.

24         Now, Tirso was also known as a Futbolista or the

25   soccer player because he owned a Mexican soccer team and he

1  also liked to gamble at cockfights.  He was the person who

2  oversaw the shipments that were seized in these violations,

3  and Tirso testified that from 2000 until 2003, he was in

4  charge of the train route after he inherited from the

5  defendant's compadre and trusted worker Alfredo Vasquez.

6  Alfredo Vasquez had run the train route before him.  Tirso

7  testified that the defendant owned this route.  And, remember,

8  Tirso said that the defendant boasted to him about owning this

9  train route when Tirso finally met the defendant in person.

10 And Tirso's immediate boss in managing this route was Vicente

11 Carrillo Cifuentes.

12         Now, remember, Tirso testified that Vicente answered

13 to Mayo and the defendant during the time that Tirso ran this

14 route.  Tirso testified that while he was in charge of the

15 smuggling route he imported approximately 20 shipments of

16 cocaine into the United States for distribution to clients in

17 major cities, and those clients would then further distribute

18 the drugs onto our streets.  Tirso's estimate was that there

19 was between 30 and 50 tons of cocaine and that translates

20 between 500 and 800 million dollars.  Tirso explained to you

21 how the train smuggling route worked from soup to nuts from

22 the warehouses in Mexico to the delivery on the streets of

23 United States.  There were a lot of steps of this, but that's

24 exactly what you would expect from a hundred million dollar

25 operation.

Summation - Ms. Goldbarg                    6628

1          Let's go through the steps.

2          First, Tirso or his people would lease the tanker

3    cars from various companies where they hid the drugs filled

4    edible oil.

5          Second, they would smear each kilo with grease.

6    Why?  To hide the smell of cocaine.

7          Third, they hid between 1400 and 2,000 kilograms of

8    cocaine in each train car.  And remember, they built secret

9    compartments or *clavos* at the end of train cars that were

10   welded shut by welding pieces like oranges, as they described,

11   orange slices together.

12         Fourth, they put a layer of oil in the bottom of car

13   to deter inspection and make it look like the train was

14   carrying a legitimate cargo.  On the way back from Mexico, the

15   cars would be fully filled with the edible oil, again, to make

16   it look like this was a legitimate business.

17         Fifth, Tirso had his employees, in this case, Jose

18   Gudino, who was using the alias Manuel and Jose Silva, and

19   another employee Juan Bugarin, they would rent warehouses in

20   the United States that had spurs running right into them so

21   that the tanker cars filled with the cocaine could be

22   delivered to the warehouses without detection, including right

23   here in New York City.

24         Sixth, the trains with the cocaine-laden cars would

25   leave Mexico City and come across the border.

Summation - Ms. Goldbarg                6629

1          Seventh, the trains would arrive at the warehouse

2     with train spurs, the cocaine would be unloaded and then

3     transferred to trucks with hidden compartments.

4          Eighth, the trucks transported the cocaine to

5     another warehouse -- what they would call a distribution

6     warehouse -- where the shipments would be broken down, and

7     then those drugs would be hidden in cars or vans.

8          Ninth, the cars or the vans with the drugs in it

9     would be delivered to local distributors who were waiting to

10    pick up the drugs at fast food places like McDonald's, Burger

11    King, and even Denny's.  Tirso's workers, including someone by

12    the name of Andres Robles and Javier Cecena, and these were

13    people that worked for Tirso in Chicago, and these workers

14    were the ones that would hand over the keys to the car or the

15    van to the distributors, they would take the van with the

16    drugs, unload the drugs, and fill it back up with money.

17         How do you know that Tirso is telling you the truth

18    about this?  Well, you also heard that Tirso Martinez wasn't

19    the only member of the Sinaloa Cartel who ran the drug

20    smuggling route for the defendant.  Miguel Angel Martinez also

21    did.  Miguel testified that he was with the defendant when

22    they invented the train route in the early 1990s.  Miguel ran

23    the route that went from Mexico City to Mexicali and Mexico

24    City to Los Angeles, one path that Tirso said he used.

25         Miguel also testified that he set up a front company

Summation - Ms. Goldbarg                    6630

1   to make it look like the train route existed to import cooking

2   oil from the United States to Mexico just like Tirso's

3   operation.

4          Miguel also testified that the cocaine and marijuana

5   were hidden at the end of these empty cars when they were

6   headed to the United States.  Again, similar to the operation

7   Tirso testified to.  Tirso's testimony is also corroborated

8   because we heard Miguel on a tape talking about the train

9   routes.  Remember that Miguel was intercepted on a DEA

10  wiretap.  He didn't know that they were onto him, and he

11  didn't know that he was being recorded.  Miguel was talking to

12  one of the defendant's other workers, Enrique Avalos, and they

13  were discussing restarting this train route after the

14  defendant's arrest.  They are talking about renting a

15  warehouse that could hold boxcars, and we heard them talking

16  about someone by the name of Noberto Guzman, someone who would

17  lease the tanker cars in his name in the warehouses in the

18  name of Miguel's front company, Argo Industrias.  Remember the

19  call that they joked about Noberto's last name, Guzman,

20  because it was the same as their boss, Joaquin Guzman.

21         And here are the documents that they are discussing

22  on the call.  You can see Noberto Guzman's name on the lease

23  and you can see it's carrying soybean oil and you can see

24  there's a receipt Argo Industrias.

25         Who else did you hear Miguel speak about on the

1    recorded calls?  Miguel mentions Alfredo Vasquez, the guy

2    Tirso took over the train route from.  Miguel told you that

3    Vasquez worked at the warehouse where the defendant's trains

4    were arriving to be filled with cocaine while Miguel was

5    running the train rout in the early 1990s.  You also know from

6    German Rosero that Vasquez ran the train route for the

7    defendant.  Tirso, in turn, told you that a couple of years

8    later when Tirso met Vasquez, they restarted the train route

9    in the mid-1980s.  Vasquez then told Tirso about the

10   defendant's original train route in the 1990s, the same train

11   route that Miguel ran.  So even though Miguel and Tirso don't

12   know each other, they both told you about the defendant's same

13   train route, and they both told you the defendant's worker

14   Alfredo Vasquez was involved in them.  That corroboration is

15   how you know they are telling you the truth.

16          Now, Tirso and Miguel are not the only cooperating

17   witnesses who testified about this train route.  Rey Zambada,

18   Chupeta, Pedro Flores all told you that Tirso was moving

19   cocaine for the defendant and the cartel in these trains.

20          But there's also the work that was done by Law

21   Enforcement Officer Steve DeMayo.  Remember the in-depth

22   investigation that he did on this train route?  He was able to

23   determine that there were approximately 60 total shipments.

24   How he started to piece this complex scheme together a little

25   at a time.  We are not going to go through all of the

Summation - Ms. Goldbarg                              6632

1   evidence, but let me point out just a few key aspects of it.

2         First, he showed you how he traced all of the

3   ownership to the warehouses, to the names of the people that

4   Tirso used to set up these companies -- Juan Bugarin and Jose

5   Gudino, using these aliases Manuel Silva and Jose Silva.

6         He also tracked down train cars that Tirso used and

7   found these x-rays that had been taken of the cars.  The

8   x-rays show the cars came from Mexico with cocaine hidden in

9   the ends on its way to New York City.  You also saw the

10  triangle shaped piece of metal found in the Queens warehouse

11  that was used to make the hidden compartment just like the

12  orange slices Tirso described.

13        Because they were discovered in the train route,

14  they searched one of the suspicious tankers, and when they

15  looked inside, they found oil on the bottom, which

16  corroborates Tirso who said that they put oil at the bottom of

17  the tanker as part of the scheme.  But a team of law

18  enforcement officers couldn't find the drugs because that's

19  how well hidden the drugs were, but there were seizures and

20  let's talk about those.

21        We are going to start with Violation 22.

22        The first cocaine seizure involved in Tirso's route

23  happened at one of his distribution warehouses in Brooklyn,

24  New York not far from this Court house.  Special Agent Hornedo

25  testified that before the seizure, police officers were

Summation - Ms. Goldbarg                6633

1   conducting surveillance of the warehouse at 400 Third Avenue.

2   After seeing a van leave the warehouse weighted down as if

3   drugs were in it, the police stopped the van and they

4   discovered multiple duffle bags filled with cocaine.

5         What did the officers find when they went inside the

6   warehouse?  They found two box trucks with false walls, the

7   cocaine hidden inside of them.  And remember that Agent

8   Hornedo showed you some of the drugs that were seized that

9   day, and he told you that they were wrapped in plastic and

10  with grease on the outside just like Tirso testified to.

11        In total, the agents recovered 1926 kilograms of

12  cocaine at this warehouse.  At the time, this was the largest

13  seizure of drugs in New York City.  And by the way, when

14  Special Agent Hornedo testified, do you recall who he said

15  were arrested there?  Three guys from Sinaloa.

16        Who else told you about the seizure?  Well, you

17  heard about it from Pedro Flores.  He testified that his

18  supplier by the name of Profe told Tirso that there had been a

19  seizure of 2 tons from a train in Chicago -- I'm sorry, from

20  New York, and this was right before that was a seizure in

21  Chicago.  And what did Profe tell Tirso was the cover load for

22  that train route?  Cooking oil.  Now this evidence proves the

23  defendant responsible for Violation 22.

24        We are moving on now to Violation 21.

25        This seizure happened on August 16, 2002.  On that

Summation - Ms. Goldbarg                    6634

1   day, police seized 1952 kilograms of cocaine from a secret

2   compartment within box trucks parked inside another one of

3   Tirso's distribution warehouses which was located in

4   Romeoville, Illinois just on the outside of Chicago.  A box

5   containing 250 kilograms of cocaine was also seized from a tan

6   delivery van earlier that day as well.

7           Now, retired Officer Cain testified that he followed

8   a green, a white, and a tan van engaging in suspicious

9   activity, including one being driven by someone who used a pay

10  phone, even though he had a cell phone in his pocket.  Officer

11  Cain stopped the tan van after it left the Denny's and found

12  this box with 205 kilograms of cocaine, and this box had the

13  word written on it -- Profe.  This led to the arrest of the

14  driver and the others in the van, including Andres Robles and

15  Javier Cecena, the people that Tirso identified as his

16  workers.

17          Now, why is the writing "Profe" important?  Well,

18  you know that Profe, from both Tirso and Pedro Flores -- and

19  we'll talk about them in just a second, but after the tan van

20  was seized, this led to a warehouse in Romeoville and inside

21  the warehouse the officer found more box trucks with more

22  secret compartments where they found additional cocaine.

23          (Continued on the following page.)

24

25

*6635*

1          MS. GOLDBARG:  Now, to understand how deeply Tirso's

2     testimony is tied to the defendant remember Pedro Flores.  He

3     testified that Pedro got his cocaine from El Profe.  And

4     El Profe would give him the drugs and Pedro would call it the

5     "kidnapper van," meaning it was a real rundown van.

6          And that Pedro would go to the Denny's parking lot

7     to pick up the kidnapper van.  The van was filled with

8     cocaine.  He would take that cocaine in the tan van to a stash

9     house and return the van with money inside.  This is the same

10    Denny's that Officer Cain testified to, and the same place

11    where he seized the tan van with the 205 kilograms of cocaine

12    inside and the same van that had a box written "Profe" on it.

13         Pedro testified that El Profe told him about the

14    New York and the Romeoville seizures and that a guy he

15    rememberer as "Jose" Tirso ran his train route.

16         Where else did you hear about this tan kidnapper

17    from van from Officer Cain who stopped it and found the box

18    inside.  Also, recall that Pedro heard about the arrest of

19    Andres Robles and Javier Cecena on the news in connection with

20    the seize -- he was worried because those were the two guys he

21    got his drugs from.

22         So when Pedro said that Tirso ran the train route,

23    it matches the rest of the testimony evidence because of what

24    Pedro told us and it's corroborated by Officer Cain during the

25    seizure of the tan van in the Romeoville warehouse.  This,

*6636*

1    ladies and gentlemen, proves the defendant's responsible for

2    Violation 21.

3           And now let's turn to Violation 20.

4           On January 28, 2003, agents seized from a van and

5    warehouses a total of 1997 kilograms of cocaine.  The seizures

6    occurred in a train warehouse with a spur, not the

7    distribution warehouse like in Brooklyn and Queens.  That's

8    what brought this train smuggling route to an end.

9           Agent Ryan testified that after getting into a car

10   chase with the minivan, agents searched the warehouse, where

11   they found piles and piles of cocaine everywhere.  They also

12   found metal pieces -- the "fans" and the "stools" that covered

13   the welded hidden compartments to hide the drugs inside the

14   tanker cars.  And the agents also found barrels filled with

15   oil.

16          Who else did you hear about the seizure from?

17   Chupeta.  Chupeta testified in 2003 his lieutenants were

18   working with the Sinaloa Cartel on the ground in Mexico.  They

19   told him that the cartel had delayed paying Chupeta for his

20   cocaine because of seizures of cocaine on a train in New York.

21   And what did Chupeta say was the cover load for this route?

22   Vegetable oil.  This, ladies and gentlemen, proves Violation

23   20.

24          Now, let's just take one step back and look at how

25   the members of the cartel all worked together to ensure the

*6637*

1  success of this route and how to shows the defendant was the

2  boss of this route.

3          Tirso testified that every time there was a seizure,

4  he would tell his immediate boss, Vicente Carrillo, about it

5  who would then report it to their bosses -- Mayo Zambada and

6  the defendant.  And Vicente Carillo cautioned that they had to

7  find out how the defendant felt about the problem.  This shows

8  that the defendant had ultimate authority over the route.

9  While Tirso did not get much flack for the first seizures, the

10  Brooklyn and the Chicago one, he said that Carillo told Tirso

11  that the defendant was angry over the third seizure which

12  happened at the train warehouse.

13          Remember Vicente and Tirso would cal the defendant

14  "Patas Cortas," "Short legs"?  Following this final seizure in

15  Queens, when Tirso told Vicente they couldn't run the train

16  route anymore, what did he say?  Brace yourself, Patas Cortas

17  is angry.  He said come up with another hidden compartment --

18  this time box cars instead of tanker cars.

19          If you're asking yourself why are we worried about

20  this case here in the Eastern District of New York?

21          Well, just from this seizure alone, you see the

22  defendant was responsible for bringing almost four tons of

23  cocaine into this district.  That is almost 4,000 kilograms of

24  cocaine.

25          Officer Cain told you that this type of cocaine can

*6638*

1    be produced and turned into three or four times that much on

2    the street because they add fillers.  Officer Cain estimated

3    that the street value for the kilos of cocaine in Chicago,

4    which Rey says is cheaper than New York because everything is

5    cheaper than New York was $125,000 of cocaine.

6            That means $500 million worth of profit for mostly

7    the defendant and his allies at the expense of the citizens of

8    the Eastern District of New York, based solely on these seized

9    cocaine loads.  And that's just the drugs that were seized.

10   It doesn't account for the other five or six successful

11   shipments to New York which Tirso estimated was somewhere

12   between 15 and 20 tons of cocaine that actually made it onto

13   the streets of New York.  And how much is 20 tons of cocaine

14   worth on the streets of New York?  Somewhere between

15   $2.5 billion.

16           If you review the testimony of Miguel Martinez and

17   Tirso Martinez, see how it corroborates each other.  You will

18   see it is corroborated by Pedro Flores and the testimony of

19   Chupeta.  The barrels of oil hidden inside the drugs in the

20   false walls, the kilograms covered in grease.  All of this

21   evidence taken together proves that the defendant is

22   responsible for Violations 20, 21, and 22.

23           Now, before Tirso started the train route from 2000

24   to 2003, that he inherited from the defendant's Compadre

25   Alfredo Vasquez.  Tirso told you that after Alfredo Vasquez

*6639*

1    stopped managing the train route, Tirso took it over himself,

2    the route was closed about a year.  During that year, Tirso

3    smuggled cocaine into the United States for the Cartel by

4    cargo trucks.  That resulted in the seizure in El Paso, Texas

5    in 1999.  This is Violation 23.  Remember it's the shoe box

6    seizure.

7         Tirso testified that a trafficker who worked for

8    Vicente Carrillo by the name of Sombrita called him and ask

9    Tirso if Tirso could help him bring a thousand kilograms of

10   cocaine from El Paso to Chicago.  The plan was to use a cargo

11   truck like the ones you see on the highway.  Sombrita gave

12   Tirso a warehouse in El Paso to use to store the cocaine

13   before it was loaded on the trucks.  Some of the cocaine was

14   found in a truck which was parked by a warehouse and three of

15   Tirso's workers were arrested.

16        You might remember seeing the photos of the truck,

17   the shoe boxes, and the stacks of the cocaine taken outside

18   the shoe boxes.  And DEA Agent Robert Johnson testified that

19   he was in El Paso on September 15, 1999, and that he was

20   tailing an undercover agent who was posing as someone who

21   transported drugs from El Paso to Chicago.  Agent Johnson's

22   surveillance led them first to ^ §3500 ^ 3,500 pounds of

23   marijuana.  And then, from there to a warehouse that had a

24   tractor trailer parked in front of it.  They searched the

25   tractor trailer and they found that it was filled with shoe

*6640*

1    boxes.  They started opening the boxes.  Initially, the shoe

2    boxes just contained shoes.  But they kept opening box deeper

3    and deeper in the truck.  Those shoes turned out to be a cover

4    load because they started finding shoe boxes filed with

5    cocaine.  Like the oil for the trains or the fish for the

6    Juanitas, the shoes were a cover or a cover load to make an

7    illegal business look legal.

8              Eventually, 1,097 kilos of cocaine was covered from

9    the truck.  And you know it's cocaine because you have the lab

10   reports in evidence.

11             Now, how does the seizure connect to the defendant?

12             Let's step back for a minute and talk about what was

13   happening in the cartel around this time.  As we discussed

14   earlier, in 1999, there was a shift in the cartel:  Amado

15   Carrillo had died.  And Tirso told you, once that happened,

16   Amado's brother and Tirso's boss, Vicente Carillo, he reported

17   directly to Mayo Zambada.

18             During this time the defendant was in jail.  But as

19   we heard from Rey Zambada, Tirso Martinez Chupeta, Miguel

20   Martinez, he continued to lead the cartel from jail and relied

21   on other cartel members to support him while he was locked up.

22   As we've talked about a lot today there was a benefit of

23   working together as a cartel:  They rely on each other because

24   there was strength in numbers.  The more drugs and territory

25   each leader controls, each successful crime each leader

*6641*

1    commits, the stronger the collective becomes.  And, it's for

2    this precise reason, as I expect the judge will instruct you,

3    that the law holds that each member of the cartel responsible

4    for the reasonably foreseeable crimes of the other members.

5         Now, Miguel told you that, when the defendant first

6    went to jail, he turned over defendant's entire drug business

7    to the defendant's brother Pollo or Arturo Guzman.  And

8    Alfredo Vasquez was working for Pollo at that time.  But, by

9    the time Tirso hooked one Vasquez a few years later, Vasquez

10   had told Tirso that the defendant wasn't happy with how his

11   brother, Arturo, was running his drug business.  And by 1996,

12   '97, the defendant decided to have Mayo Zambada manage his

13   business.  Vasquez was thrilled, because this meant more

14   successful drug loads and more money for him.

15        So, by the time of the 1999 seizure in El Paso, as

16   multiple witnesses have told you, Mayo Zambada and the

17   defendant are both leaders of the Sinaloa Cartel, and the

18   defendant is relying on Mayo Zambada to manage the drug

19   shipments along with the Beltran Leyva brothers and Pollo when

20   defendant is in jail.  Tirso told you that the drugs seized in

21   El Paso belonged to Mayo Zambada and Vicente Carillo.  The

22   defendant certainly knew that Mayo Zambada was sending drugs

23   to the United States in 1999; under the law, that means the

24   defendant is guilty for the shipment.  The rule is pretty

25   simple:  Everyone in a conspiracy bears responsibility for a

*6642*

1    crime committed by one of the co-conspirators.

2         Now, you heard from Tirso Martinez that the

3    defendant and Mayo managed drug shipments while he was in

4    prison in the 1990s.  You heard from many other witnesses as

5    well Vicente Carrillo Fuentes and Mayo Zambada were partners

6    of the defendant who agreed to traffic drugs together.  That's

7    a conspiracy.  And Tirso gave you the details:  A load of

8    cocaine in El Paso set it be shipped in cargo trucks hidden in

9    shoe boxes seized by the Government and that's exactly what

10   you heard from Special Agent Johnson.  Shoe boxes on a cargo

11   truck in El Paso, filled with cocaine.

12        I submit to you that once the defendant had people

13   like Mayo Zambada moving cocaine for him, it was reasonably

14   foreseeable that they would agree to do it -- send cocaine to

15   the United States, some of it successfully, some of it seized

16   like the shoe boxes in El Paso.  So under the law that

17   Judge Cogan will instruct on, you can find the defendant

18   responsible for Violation 23 as well.

19        Next Violation we're going to review is Violation

20   25.

21        This was a 20 kilograms of heroin that the

22   defendant's workers delivered to the Flores twins in Chicago

23   on November 13, 2008.  What the defendant didn't know was that

24   it was not going to the Flores twins -- they were cooperating

25   with the Government.  Instead an undercover officer met with

*6643*

1  the defendant's worker in a Home Depot parking lot and

2  received heroin that the defendant sent to Chicago.

3          Now, how do you know the defendant is responsible

4  for this Violation?

5          Well, the first witness that testified about this

6  was Pedro Flores.  Remember he and twin brother Margarito had

7  already moved 15 tons of cocaine for the Sinaloa Cartel when

8  Pedro gets kidnapped in 2005.  Margarito, the twin brother,

9  went to the defendant to have the defendant save his life

10 which he did.  Remember the story that once he gets released,

11 they drop him off in the desert, they just give him a phone

12 cell phone and calls his brother and there was a tearful

13 reunion.  The heartfelt words of his twin brother was, "You

14 stink."

15         After the rescue, the twins went to see Mayo and to

16 their surprise May shook their hands and thanked them for the

17 15 tons of cocaine that they had already distributed for the

18 defendant and Mayo.

19         Next the twins went to see the defendant.  At that

20 meeting, the defendant explained what had happened:  That he

21 had recorded one of his middlemen between the twins and the

22 defendant.  And because of that recording, the defendant

23 believed Pedro and that was why the defendant saved his life.

24 Does that sound familiar?  This is what the defendant liked to

25 do.  He liked to secretly record people.

*6644*

1          And at this meeting the defendant arranged with the

2    Flores twins to send them drugs, cocaine and heroin, directly

3    to them cutting out the middleman.  And over the course of the

4    next three years, until the twins surrendered to law

5    enforcement, the twins received over 38 tons of the

6    defendant's and Mayo's cocaine, and they received over 200

7    kilograms of the defendant and Mayo's heroin.

8          Pedro testified that he moved the tons of the

9    defendant's cocaine right here to New York and they had a

10   stash house that was so close to this courthouse that it had a

11   view of the Brooklyn Bridge.

12         Now, over these three years, the twins will

13   communicate with Juancho, Juan Guzman Rocha, the defendant's

14   right-hand man, as well as Alfredo Vasquez.  For Mayo, they

15   communicated with German Olivares, and others.  Again, here

16   you can see the 50/50 partnership between the defendant and

17   Mayo working closer.  And because they normally get cut out,

18   the twins were working with each side, each of the right-hand

19   men of the defendant and Mayo, Juancho and German.  Who else

20   besides Pedro testified about German Olivares?  You heard

21   about that from Vicente and Rey Zambada.  Who else besides

22   Pedro Flores testified about Juancho.  You heard about that

23   from Rey Zambada, Vicente Zambada, Alex Cifuentes, Damaso

24   Lopez.  You heard a lot of the intercept between the defendant

25   and Juancho themselves.

1           Now, business was booming until the war broke with

2    the Beltran Leyva Organization.  And you heard from Pedro that

3    the twins could no long supply the Beltran Leyvas and the

4    defendant and Mayo.  They had to pick a side in the conflict.

5    Realizing that this was a lose-lose situation, and that they

6    would likely be killed, they took the only choice they felt

7    was available to them:  Cooperation with the

8    United States Government.

9           They bought a recording device at Radio Shack in

10   Guadalajara and began recording as many of their colleagues in

11   the Sinaloa Cartel as possible.

12          Fast forward -- Margarito comes back from a meeting

13   with the defendant and Mayo and has agreed to accept and

14   distribute heroin in Chicago for both of them.  Vicente

15   Zambada testified about this meeting as well.

16          Specifically, the defendant agreed to send the twins

17   18 kilograms of heroin.  The main person who is going to

18   handle the logistics of this deal was the defendant's son,

19   Alfredillo.  You know now that the twins were cooperating with

20   the DEA and instead of the twins, it was delivered to an

21   undercover cop that was received at a Home Depot near Chicago.

22          You heard the testimony of the undercover cop,

23   Officer Elias who met with the defendant's workers in the

24   Home Depot parking lot and you saw the actual bricks of heroin

25   that came from the defendant.  You also saw the lab report

*6646*

1   because they're in evidence.

2        Officer Elias testified that he was supposed to pick

3   up 18 kilograms of heroin, but it turned out to be 20.

4        How do you know Pedro is telling the truth?

5        You heard the recorded communications of calls that

6   he made.  Because he was a cooperator at the time, he recorded

7   this deal and you heard those calls including the defendant

8   himself acknowledging this heroin deal.

9        So let's look at some of these calls.

10       The first one was a conversation that they recorded

11  between Margarito Flores and the defendant's son Alfredillo

12  Guzman which they talk about 18 kilos just like you said.  You

13  then saw the calls and heard the calls between the defendant's

14  worker who spoke of Pedro Flores about where they were going

15  to deliver the drugs to Manheim and Lake.  And you also heard

16  that same person call the undercover officer Elias also

17  talking about Manheim and Lake.  The defendant's worker was

18  the same person and Officer Elias was able to identify the

19  worker's voice both in the call that he had with the worker as

20  well as identified the voice that Pedro Flores had with the

21  worker.  So you now it was defendant's worker on both of those

22  calls.

23       So what did Pedro do when he realized there were 20

24  kilos rather than 18?  Well, he called the defendant's son,

25  Alfredillo and you head that call where Alfredillo is going to

*6647*

1  set up the call with his dad, the defendant, and Pedro.  And

2  when that call didn't happen, Pedro then when Juancho, also

3  known as Virgo.  You heard Juancho and Pedro talk about their

4  work together and Juancho explained that he, Juancho would set

5  up a call to the defendant.  He would get the defendant to cal

6  Pedro.

7         So what happened?  Pedro came through with his

8  promise.  And later that night Pedro testified that he got a

9  call from the defendant.  He actually missed the call because

10 he was with people, and so he had to call the defendant back

11 two minutes later.

12        In the return phone call, Pedro talked to the

13 defendant.  They discussed the price of heroin that the

14 defendant had delivered to Pedro -- not knowing that it was

15 going to an undercover cop -- but knowing that the defendant

16 was delivering heroin to Chicago.  Pedro asked for a discount

17 on the kilos down from 55 to 50.  And Pedro told you that

18 means he was trying to get a discount from $55,000 a kilo to

19 50,000 dollars a kilo.  The selling point for the defendant

20 was that Pedro was ready to pay the defendant right away, and

21 the defendant liked that.  So the defendant agreed to sell 20

22 kilograms of heroin at $5,000 less because Pedro could pay him

23 faster.  The cheaper the price the quicker Pedro could sell it

24 to pay the defendant.  Always about the money.

25        And then the defendant said he would "pick up the

*6648*

money" over there.  After some back and forth about where
Pedro would get the money to the defendant, the defendant had
said he had someone over there -- meaning Chicago -- to pick
up the money.

The defendant tells Pedro that there's someone over
in Chicago ready to pick up the money.  You hear the defendant
telling someone next to him to give Pedro a phone number to
Lazaro.

Surprise, surprise who does he put on the phone?
Alex Cifuentes.  And whose number does Alex Cifuentes provide
to Pedro Flores to pick up the money in Chicago?  Lazaro.
We're going to talk about this event when we talk the money
laundering count.

But once it's all settled, the defendant got back on
the phone and he and Pedro talked about sending more drugs to
Chicago.  Because that was the defendant's business.

And you know all these calls happened because the
DEA recovered the phones and all the call logs.

So how do you know it was the defendant on the
phone?  You had Jorge Cifuentes, Pedro Damaso Lopez, and
Vicente Zambada all identify their voices.

So the defendant is on the phone three days after 20
kilograms of heroin was delivered to Chicago and the defendant
acknowledges that the 20 kilograms was sent.  The defendant
agrees that Pedro could sell it at $50,000 instead of $55,000

*6649*

1    he acknowledges the amount and the price.

2           So the sworn testimony of Pedro Flores supported and

3    corroborated by Alex, Jorge, Damaso, and Vicente Zambada as

4    well as the undercover cop.  And the defendant himself as you

5    heard the calls where he's clearly talking about the 20

6    kilograms of heroin this all supports the Violation beyond a

7    reasonable doubt.  Therefore, I submit the Government has

8    prove this Violation.

9           Next, I'm going to discuss Violation 24.

10          This was 409 kilograms of marijuana that was seized

11   in panga boats on the beach in California.

12          You heard from Border Patrol Agent Aguayo that in

13   the early morning hours of January 15, 2012, he was called to

14   a beach somewhere between Los Angeles and Santa Barbara.  When

15   he got there, he found many, many bales of marijuana and a

16   quarter mile away he found three men who were hiding behind

17   rocks, and they were wet and sandy.

18          The three men were Mexican citizens.  They were

19   arrested and they were brought before a federal court in the

20   Central District of California, the Court for the area where

21   the drugs were found.  The three names of the men arrested are

22   important here.

23          Pedro Lopez.

24          Javier Lizarraga Calderon.

25          Rafael Casillo-Juarez.

*6650*

1          One of them was represented by an attorney named

2    Humberto Diaz.

3          On the slide here, you have the court docket that

4    shows that these three he men were arrested on the beach with

5    over 400 kilos of marijuana and charged in federal court.

6          So what role does the defendant play in this event?

7          The drugs on the panga boat belonged to the

8    defendant.  And how do we know this?  Well because Augustina

9    -- who was the defendant's girlfriend who coordinated drug

10   shipments -- texted Guero, a guy, and a guy using an emoticon

11   symbol talking about this drug shipment.

12         Now, who's Guero, or the defendant would call him

13   Wero with a W.  He is one of the defendant's U.S. distributors

14   in drugs in Detroit, Phoenix, San Diego, and Los Angeles.

15         What else do you know about Wero?  He is all over

16   the defendant's ledgers that were seized from Cabo.  They show

17   him involved in shipments of over 9,000 kilograms or pounds of

18   drugs and $793,000 of drug money.

19         So let's turn to the messages between Guero and

20   Augustina on that day, January 15, 2012 -- the date of

21   seizure.  That day, Augustina is asking Guero if someone can

22   go "into the water there to pick up some grass."  She's clear

23   that she wants grass in Los Angeles on the shore to sell.  So,

24   right away, you know this is the defendant's shipment because

25   you know that Augustina and Guero are his distributors.

*6651*

1            What Augustina doesn't know that when she was

2    sending this text message the Border Patrol is already on to

3    them.  That same day, it would seize the drugs and arrest

4    three crew members.  Augustina soon finds out because if you

5    read the bottom message she says, Yesterday at 4:00 a.m., in a

6    boat, on the water, to Santa Barbara, they caught three people

7    and seized 400K of marijuana.  Check to see if it comes out.

8            That's exactly what happened and you heard the sworn

9    testimony of the officer who seized the drugs and caught the

10   three people.

11           But the defendant himself is personally involved in

12   this event.

13           How do you know that because the defendant was

14   obsessed with finding lawyers for the three men who had been

15   arrested.  You know this because the defendant texted over the

16   Flexispy system to Fiera and a few days later after the

17   marijuana was seized on the shore, he discussed that seizure.

18           And, in fact, the defendant gave Fiera the name of

19   the three men who had been arrested.  The same three men who

20   were on the public record.  He also gave the name of a public

21   defender.  And the defendant wanted Fiera to contact a lawyer

22   to "find out what they're saying."  You know what that means.

23           A couple of days later, the defendant wants to

24   know -- what did the lawyer say?  And, again, the following

25   day, the defendant wanted to know what the lawyer in

*6652*

1    Los Angeles was saying.

2            So why is the defendant so concerned about these

3    three guys.  It's not out of the goodness of his heart -- it's

4    because they were transporting his drugs.  Why else would the

5    defendant care?  Because he wanted to find out if they were

6    cooperating.  Meaning, if they were telling the details about

7    the defendant's marijuana distribution route off the coast in

8    between Santa Barbara and Los Angeles.

9            And when they don't seem to make any progress with

10   the public defender, they ask for some personal information so

11   they can make the three arrested men to trust who is sending

12   the lawyer.  And who is sending the lawyer?  The defendant.

13           And why does the defendant want these three guys to

14   know that it's the defendant sending them their lawyer.  It's

15   to scare them from doing anything that would hurt the

16   defendant's interests -- like gave any details of the

17   shipments of the drugs or where the boats came from, where the

18   marijuana came from, or that the drugs belonged to the

19   defendant.

20                (Continued on the next page.)

21

22

23

24

25

6653

1          MS. GOLDBARG:  The defendant is making it clear

2     that he, himself, is responsible for the drugs.  His text

3     messages the text from his workers on the secure network, and

4     the sworn testimony of Agent Aguayo, proves the defendant is

5     responsible for this violation as well.

6               Now we're going to talk about our final drug

7     violation.  So we've seen that the defendant was spanning

8     further south into South America, but now the defendant

9     wanted his own workers stationed abroad to source cocaine.

10    And he wanted them to personally transport it from South

11    America and Mexico for the ultimate transportation to the

12    United States.  This way the defendant controlled the full

13    circle of the transportation route.

14              His plan to send pilots to South America worked

15    well, until it came crashing down on January 30, 2014.  On

16    that date Colombian authorities seized the  defendant's

17    cocaines and weapons before it left the runway.  This is the

18    seizure of 403 seizures of cocaine, RPGs, and cocaine that

19    you saw from the runway in Ipiales, Mexico, which you

20    learned is a small town close to the Ecuador/Colombian

21    border.

22              Now, you'll recall the testimony of Isaias Valdez

23    Rios, he was the last cooperating witness that you heard

24    from in this trial.  The defendant called him Memin.  And

25    Memin held a variety of jobs for the defendant.  He began

6654

1    working for the defendant in 2004 as a member of the

2    security detail before becoming one of the defendant's

3    secretaries and then pilot.  What is the evidence that ties

4    this to the defendant?

5            The cocaine load was eventually seized on

6    January 30 was supposed to be flown by people Memin.  But a

7    broken wrist led to a last minute change in plans.  Even

8    though Memin did not make the trip, he planned extensively

9    for the trip and exchanged messages with the defendant with

10   what is known as the Office service.  And he had Memin meet

11   with representatives in Colombia.  Memin testified that the

12   official at airport in that the location had been corrupted

13   through the defendant through one of his workers, Hector

14   Cornel Castillo, also known as Ricon.

15           Memin testified that he was planning a location,

16   Ipiales, as early as October 2013 over Blackberry messenger,

17   with the layer systems -- with the layer of workers who

18   communicated with the defendant with the Office screening.

19           Memin testified that the Office, was commonly

20   referred to as the Offices of El Chapo.  How do you know

21   that the defendant was responsible for these violations?  We

22   showed you the intercepts.  You know this is true because

23   you saw the actual intercepts that U.S. law enforcement was

24   able to intercept.  In those messages, Memin is speaking

25   directly to the defendant, as well as secretaries who

6655

1    relayed messages on his behalf.

2            For example, in this message communication

3    October 9, 2013, Memin talked to the Office about a new

4    traffic route from Ipiales.  The Office 2 says, Bro you're

5    going to go to the border between Ecuador and Colombia.

6    It's called Ipiales.  You are going to go through.  You are

7    going to head, to Manta.  And from Manta to Ipiales, you are

8    going to do that route.  Because over there an arrangement

9    can be made with 100 percent security.  You know what

10   arrangement can be made with 100 percent security.  It means

11   the worked.

12           Memin testified that the defendant himself

13   communicated over the Blackberry messenger system, over the

14   Office system.  How do you know it was defendant

15   communicating?  Well, Memin is familiar with the defendant's

16   communication patterns, the terms of phrases, and overall

17   his role as top boss within the Sinaloa Cartel.

18           In this communication on October 10, 2013, Memin

19   speaks directly with the defendant about a potential

20   shipment from the defendant.  In his own words, Memin is

21   concerned, he has questions about the security about taking

22   the route from Manta to Ipiales.  What does the defendant

23   respond?  He says, quote, No, don't believe it.  It's all

24   lies.  One arrived yesterday.  And a week ago another one

25   arrived from Belize, a 210.  What do you mean they are

6656

1   shooting down planes?  If they were shooting them down, why

2   would I tell you to go when I'm going to lose the plane and

3   the merchandise, that the wouldn't be good for me.  And to

4   lose you would be even worse.

5          So what is the defendant telling Memin in this

6   conversation?  He's saying despite these rumors he was able

7   to obtain a 210 a plane from Belize the week before.  The

8   defendant is acknowledging, if there were risks he wouldn't

9   take it and lose first the plane, and second, the cocaine,

10  and then he showed some concern for his workers.

11         Now, a skeptical Memin pressed further.  The

12  defendant explained that the route was completely secure.

13         He said, quote, Go check the weather because an

14  airplane arrived from there yesterday and go check the

15  airplane to fly it first so you can go.  And get the

16  coordinates for Ipiales.  It was decided over there because

17  it was well squared off from top of the military and the

18  police.  There aren't any police officers like other times.

19  This trip you'll be arriving is all arranged.

20         So what ask the defendant telling Memin is, he's

21  saying, don't worry, we got everyone paid off, the military,

22  the police, you'll be safe, the drugs come out.

23         Then again in this communication just two days

24  later, Memin speaks with the Office, further details about

25  the planned shipment out of Ipiales.  The Office connects

6657

1    Memin with another Sinaloa Cartel employee based in Colombia

2    by the nickname of Ricon.  They pass pin messages back and

3    forth.  Ricon is in Colombia working with the defendant to

4    corrupt airport officials in Ipiales, and handle ground

5    logistics, cocaine, weapons, the shipment Memin was going to

6    fly back to Mexico into the hands of defendant prior to them

7    being brought into the United States.

8            Memin communicated with Ricon, as requested;

9    however, while planning for the Ipiales shipment, Memin came

10   across complications, that's when he broke his wrist and he

11   couldn't fly.  But on January 29 and 30 the Office contacted

12   Memin again asking him to get in contact with Ricon about

13   the final shipment logistics.  Memin, as we know, never took

14   that flight.  The Office contracted a different pilot to go,

15   and then the drugs never made it off of the airport.

16           Now in sum, Memin told you about a cocaine

17   shipment, approximately 300 to 400 kilos, from Ipiales, a

18   Cessna 210 would be used to conduct the shipment.  The route

19   was supposed to secured through corrupt officials.  The

20   Office asked him to get in touch with Hector Cornel Castillo

21   Ricon so that he would coordinate the arrival in January

22   '14.

23           But you also know this is true because you heard

24   it from the testimony of the two Colombian officials who

25   arrived at airport inform Ipiales on January 30, 2014.

6658

Colombian National Police Officer Tapasco, who appeared here before the holiday break.  He testified that on January 30, 2014, he flew from Cali to Ipiales landing in the airport. Remember that before he landed he saw the white truck as it was trying to leave the airport, which ended up driving into a ditch.  Upon further inspection he found barrels of gasoline, a pump, a hose in the back of the truck, equipment he testified was used to refuel the plane.  What did the Colombians next find, airplanes at the end of the runway.

So in sum, you heard on January 30, 2014, they interdicted a shipment of cocaine at Ipiales.  The shipment was via use of a small plane, consistent with the 210.  The shipment consisted of 403 kilograms of cocaine.  Remember that there were three RPGs and 49 40-millimeter grenades. The discovery is consistent with the drugs shipment that the Memin testified was planned; supported by the intercepted communications between Memin and the defendant over the Office system.

You also know that the defendant is responsible for the shipment because of the letters that the defendant sent to his to Damaso Lopez.  Remember, the defendant sent these letters in the spring of 2014 and here they are displayed on the screen.  The handwriting of the letters to Damaso matches the handwriting in the personal letters the defendant sent to Lucero Sanchez.  Lucero testified that she

6659

1    both received letters from the defendant in the past and she

2    was also present with the defendant on multiple occasions

3    when he created the handwritten material.

4         Now, more importantly, the handwriting matches

5    what handwriting expert, John Paul Osborne, referred to as

6    known sample, which was derived from the defendant's own

7    handwriting letters that he prepared while he was in prison

8    here in the United States.  Let me take a moment to remind

9    as to you the expert's analysis.  Remember Osborne, a

10   handwriting expert, fourth generation examiner in his

11   family, he testified as to some the methods of his

12   comparison.  So he had a known sample of the defendant's

13   letter written in jail and he compared it to the letters the

14   defendant sent to Sanchez and the defendant sent to Damaso

15   Lopez.  The walked us through how he walked through the

16   unique characteristics in the way the words were written all

17   the way down to the specific letters that were formed.

18        Remember, Osborne testified that it was highly

19   probable, which in his field was a virtual certainty that

20   this was the defendant's handwriting.  Now, a portion of the

21   letters the defendant wrote to Damaso written after the

22   January 30, 2014, seizure in Ipiales, after the defendant

23   himself was arrested in February 2013, provided multiple

24   references that considered together show the defendant has a

25   personal interest in the Ipiales operation.

6660

1           In this letter the defendant is seeks to recover

2    what items remain in control of the on-ground operation in

3    Ipiales.  A portion of the letter in question make reference

4    to what are essentially left-overs from the Ipiales seizure,

5    as well as the person responsible for shipping them.  It

6    says, quote, And Ricon has 320 kilos, and 443 of the 40, and

7    13 of the RPG-7s.  Pick up everything, any way possible.

8           The defendant is ordering a salvage mission to get

9    the remainder of what he left in Ipiales.

10          So how does the contents of the letter support

11   what Memin and the Colombian officials testified to?  The

12   defendant references 322 kilograms of cocaine, RPGs, and

13   40-millimeter grenades, and a worker Ricon.  So you know

14   that they are talking about the Ipiales seizure.

15          So what do you have when you look at this

16   violation all together?  You heard the direct testimony from

17   the Colombian law enforcement officers present for the

18   seizure.  You heard the sworn testimony from Memin, who laid

19   the groundwork to fly the plane until he broke his wrist.

20   You saw the intercepts where Memin talked with the Office,

21   which we know is a filter system, about the flight.  You saw

22   the defendant's handwritten letters to Damaso corroborating

23   the RPGs, the 40-millimeter grenades, the kilograms of

24   cocaine, and the presence of the defendant's other worker

25   Ricon.

6661

1          These 443 kilograms of cocaine and the weapons

2    were the defendant's, ladies and gentlemen.  And you should

3    believe that the Government has proven this violation as

4    well, this is Violation 19.

5          THE COURT:  We're going to take our mid-afternoon

6    break, ladies and gentlemen.  Remember not to talk about the

7    case.  We'll reconvene at 3:30 p.m.

8          (Jury exits.)

9          THE COURT:  What do you think?

10         MS. GOLDBARG:  I will be finished today, your

11   Honor.  I may need a couple minutes after 4:30, depending on

12   what time we return.

13         THE COURT:  We'll try.

14         MS. GOLDBARG:  Thank you.

15         (Brief recess.)

16         THE COURT:  Please bring in the jury.

17         (Jury enters.)

18         THE COURT:  Everyone be seated.  Back to you,

19   Ms. Goldbarg.

20         MS. GOLDBARG:  Thank you, your Honor.

21         So Count One, we're almost done.  As a reminder,

22   ladies and gentlemen, there is evidence in the record of

23   every single seizure, including the lab report and the

24   photos and the videos.  So during deliberation any time you

25   want to ask for those, please feel free to do so.

6662

1          Let's now review the last violation of Count One,

2     which is the murder conspiracy.  Specifically the defendant

3     is charged with conspiring to kill or cause the intentional

4     killing of people who posed a threat to the Sinaloa Cartel.

5     The Judge will instruct you that in order to prove the

6     defendant is guilty of this violation, the Government must

7     prove the following two elements.

8          First, the Government must prove that the

9     defendant was engaged in a drug conspiracy as he's been

10    charged in Counts Two, Three, and Four.  We're going to

11    discuss those in a minute.  But I submit, the Government has

12    proven beyond a reasonable doubt that the defendant is in

13    fact guilty of those counts.

14         Next the Government must prove that the defendant

15    agreed with at least one person to kill someone who posed a

16    threat to the Sinaloa Cartel.  What is important here,

17    ladies and gentlemen, is that the Government does not have

18    to prove that the target of a murder conspiracy was in fact

19    killed.  We only have to prove there is an unlawful

20    agreement to do so.

21         Now you heard about a lot of murders during this

22    trial.  To find this violation proven, however, all you need

23    to do is find that the defendant agreed with at least one

24    person to kill one of his many victims you heard about over

25    the last many months.

6663

1           This group of murder targets who posed a threat to
2   the Sinaloa Cartel falls into two different categories.
3   One, people suspected of being informants against the
4   Sinaloa Cartel; and two, enemies of the Sinaloa Cartel.
5           The first category we're going to go through are
6   those who possessed a threat because they were us suspected
7   of being informants against the Sinaloa Cartel.  You already
8   know about two of the defendant's intended victims who fall
9   into the first categories, informants, because they
10  testified at this very trial.
11          You heard from Miguel Martinez.  Miguel testified
12  he was loyal and he was a loyal and trusted worker for the
13  defendant.  They were close friends.
14          Miguel was arrested in Mexico in 1998 wanted on
15  U.S. charges.  At first, Miguel is fighting extradition, he
16  was still loyal to the defendant.  But it was expensive to
17  fight extradition.  And when Miguel needed money, he had to
18  sell the house where one of the defendant's wives were
19  living.
20          Ladies and gentlemen, the defendant saw this as a
21  sign of disrespect.  How did he handle being disrespected?
22  He tried to have Miguel killed, his former best friend.  Not
23  once, not twice, not even three times, but on four separate
24  occasions.
25          Do you remember Miguel's testimony about the last

6664

1    time the defendant tried to have him killed?  It was

2    chilling.  He was held in an isolated prison cell for his

3    own protection.  Miguel heard a band playing all night long

4    outside of the jail cell playing one of the defendant's

5    favorite songs.  Remember the song, Live your life

6    intentionally because the only thing you take with you is

7    soil.

8            While Miguel was in the cell, men armed with guns

9    and grenades threw the grenade.  And the only reason he

10   survived is he hid in the bathroom.

11           You know why the defendant wanted Miguel dead, I

12   submit it's because the defendant was worried that his

13   right-hand man, the person who knew most about him, was

14   going to cooperate against him.  You know from German

15   Rosaro, someone who never met Miguel, that the defendant's

16   worst nightmare came true.  The defendant told Rosaro that

17   Miguel was going to testify against him, the defendant, in

18   the United States.  In fact, you heard from Miguel that was

19   the case.  Disloyalty against the defendant was enough

20   reason to want Miguel dead.  And cooperating against the

21   defendant was the ultimate disloyal act.

22           You heard from another one of the defendant's

23   victims in this case, the defendant's IT guy, Christian

24   Rodriguez.  Christian was alerted to the threat of his

25   safety from the very system he had set up.  He heard a call

6665

1    during which Alex Cifuentes and his mother discussed the

2    fact that it had been confirmed that Christian was

3    cooperating.  This frightened Christian enough to cause him

4    to flee to the United States permanently.

5            You also heard testimony from Alex Cifuentes and

6    you saw the Blackberry messages between Alex and his mother

7    that Christian was responsible for Jorge Cifuentes' arrest.

8    Alex told his mother, The communication guy was the one who

9    blew the whistle.  The communications guy was the one who

10   did the bad deed.

11           What Christian didn't know at the time was that

12   the defendant was the one who had alerted Alex to the fact

13   that in the defendant's mind that Christian was responsible

14   for Jorge's arrest and that Christian could be a danger to

15   them all.

16           How did the defendant react to the fact that

17   Christian was cooperating?  The defendant told

18   Alex Cifuentes Jorge's brother, to look for Christian and

19   kill him.  Alex as a result of defendant's orders, Alex did

20   in fact try to find Christian.  He had a secretary try to

21   find him in Colombia.  Try to Google him, find him on

22   Facebook, he even reached out to the defendant's other IT

23   guys, Gordo, to try to find Christian.  Luckily no one knew

24   his last name and they never found him, that is why he was

25   able to testify before you.

6666

1          When the defendant ordered Christian to be killed

2    and when Alex took steps to find Christian, that right there

3    is a murder conspiracy.  The illegal agreement was formed

4    and that is the crime.

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summations - Ms. Goldbarg                6667

1

2          MS. GOLDBARG:  And the reason the defendant wanted

3   Christian killed?  Again for cooperating with the law

4   enforcement, for acting against the interest of the Sinaloa

5   Cartel.  The defendant ordered Christian killed because he

6   was a threat to the defendant.  The defendant was willing to

7   kill his best friend and his IT guy.  It didn't matter to the

8   defendant who they were.  If they were disloyal, they posed a

9   threat and they had to die.

10              And you know the defendant's philosophy about

11  who lives and who dies when they pose a threat to him.  You

12  know because Lucero Sanchez Lopez told you.  Remember what

13  she said.  When the defendant found out that Juancho was

14  dead, he turned to her and said, Some words that I did not

15  like.  The defendant told Lucero, whoever betrayed him was

16  going to die, regardless of whether they were family or

17  women...if people ratted him out, they were going to die.

18              Let's talk about some of the victims that

19  weren't as lucky as Miguel or Christian.  Let's briefly

20  discuss the murders, the four murders that the defendant was

21  successful in committing.

22              Now I just mentioned the death of Juancho or

23  Virgo, Juancho Guzman Rocha.  You know the back story how

24  this happened from Damaso Lopez Nunez.

25              The defendant was having lunch with Damaso

1    when the defendant learned that Juancho had lied to him

2    about whether he was in Culiacan or not.  The defendant

3    became enraged and ordered his sicario Negro to get Juancho

4    picked up or kidnapped.  That is an agreement.

5              And what happened once Negro picked up

6    Juancho?  The defendant ordered Juancho killed.

7    Unfortunately, Juancho's friend, Guero Bastidas, was caught

8    in the crossfire and he ended up being killed too.

9              You don't have to only rely on Damaso's

10   testimony to link the murder of Juancho to the defendant.

11   You also heard about the defendant's order to kill Juancho

12   from Memin, Isaias  Valdez Rios.  Memin testified that he

13   received an order, through one of the defendant's personal

14   pilots, Cachimba, to go pick up an individual to be an

15   informant.  We now know that pick up is another word for

16   kidnap.  But before he made it to Cachimba to carry out

17   these orders, they were informed that the defendant's

18   sicario Bravo had already picked the informant up.

19             When Memin inquired about the identity of the

20   informant who was the subject of that order, Cachimba told

21   Memin that it had been Juancho or Virgo.  When Memin, who

22   had communicated with Juancho on a regular basis when he was

23   a secretary for the defendant, he asked Bravo why Juancho

24   was killed.  Bravo told him it was because the defendant

25   believed that Juancho was an informant for the DEA.

Summations - Ms. Goldbarg                    6669

1           This brings us back to the words of Lucero

2    Sanchez Lopez.  Now, there is no evidence that she knew

3    Virgo.  In fact, when she learned of Virgo's death she just

4    so happened to be eating breakfast with the defendant when

5    his underling informed him of the killing.  But she realized

6    Virgo was killed at the defendant's order when he reacted

7    defiantly to the news of the death.  Juancho died, not

8    because he lied about where he was that day, Juancho died

9    because he betrayed the defendant; he ratted him out.  To

10   use the defendant's words, he dies regardless of whether he

11   was family.

12           Negro's fate was sealed a few years later.

13   Due to the rumors after the defendant's arrest in Mazatlan

14   in 2014, the defendant suspected that Negro was an

15   informant.  The defendant wanted Negro dead because the

16   defendant thought Negro was the one who had turned him into

17   the marines in Mazatlan.

18           Remember what Damaso told you, he said that

19   the defendant's attorney passed the order to kill to Damaso,

20   so that Damaso could relay those orders to Mayo.  And Damaso

21   did just as the defendant asked.

22           Again, an agreement to kill Negro.  And by

23   early April 2014, barely two months after the defendant's

24   arrest in Mazatlan, Negro was killed on the defendant's

25   orders.

1          Miguel, Christian, Juancho, Negro, they were

2     not the only suspected informants who were murder targets of

3     the defendant.  There were many others you heard about

4     during this trial, including Polo Ochoa, Cesar Gastelum.

5     The defendant thought that they were both cooperating.

6     Remember, you saw the text messages sent to Damaso asking

7     him to kill Cesar for snitching.  Here's an agreement, in

8     writing, directly from the intercepts in evidence.

9          Now, war was the second category of people

10    who posed a threat because they were enemies of the Sinaloa

11    Cartel.  And who were the enemies?  Law enforcement and

12    rival cartels.  In fact, you heard about four narco-wars the

13    defendant led against cartels on behalf of the Sinaloa

14    Cartel.

15         The first war you heard about in this trial

16    was against the Tijuana Cartel run by the Arellano Felix

17    organization.  As Rey Zambada explained to you, the Arellano

18    Felix controlled the plaza in Tijuana, which meant they

19    didn't want anyone crossing drugs into the United States

20    over the border without their authorization.  And Rey

21    testified that the defendant was crossing the drugs through

22    Tijuana exactly that, without authorization.

23         This, in combination with the murder of one

24    of the defendant's closest associates at the time, someone

25    by the name of Rayo, this led to a bloody war between the

Summations - Ms. Goldbarg                6671

1   AFO and the Sinaloa Cartel.  As Rey described, there were a

2   lot of people killed.

3                And one of the key events in this war was a

4   shootout at Christine's Discotheque.  Remember that from the

5   first month of trial.  You heard from Miguel, Rey Zambada

6   and Vicente Zambada that the defendant ordered his

7   pistoleros, or his gunmen, to go to Christine's because the

8   defendant heard that the Arellano Felix brothers would be

9   there.  As Miguel testified, the defendant sent 25 to 30

10  heavily armed men to go to the club to kill the Arellano

11  Felix brothers, and the defendant was with his men and

12  ordered the shootout.  What the defendant didn't know was

13  that the Arellano Felix brothers were expecting him, so

14  instead of a targeted ambush it was a full-fledged gun

15  battle.

16               Now, none of the Arellano Felix Organization

17  members were killed that day, but several innocent

18  bystanders got caught in the crossfire.

19               In retaliation, the Arellano Felix brothers

20  tried to kill the defendant.  This led to the attack on the

21  defendant at the Guadalajara airport where more innocent

22  bystanders died.  Innocent bystanders like the Cardinal.

23  This event led the defendant to run to Guatemala, where he

24  was eventually captured and sent to the jail for the first

25  time.

Summations - Ms. Goldbarg                    6672

1          Even within the Sinaloa Cartel there were
2   problems.  As Vicente testified, from the power, from the
3   money, from the corruption, unfortunately you have
4   jealousies with other people.  They feel envious of you and
5   then become problems and that's how wars break out.
6          You heard the sworn testimony of Vicente
7   Zambada and Rey Zambada about the problems that the
8   defendant was having in Navolato, a town just a few miles
9   away from the defendant's base in Culiacan, that led to
10  another war.  Specifically, Rodolfo Carrillo was killing the
11  defendant's workers and when he wasn't doing that, Rodolfo
12  was sending the Government to raid the defendant's office.
13  This was threatening the defendant's business, his drug
14  business.
15          You heard from both Rey and Vicente Zambada
16  that there were several meetings between the defendant,
17  Mayo, Rodolfo and Vicente Carrillo to resolve these
18  problems, but Rodolfo Carrillo did not stop, the murders and
19  the problems just kept coming.
20          So the defendant made a decision:  He was
21  going have Rodolfo Carrillo murdered.  The defendant didn't
22  take the intrusion into his drug business anymore and he
23  decided to end it once and for all.  The defendant took
24  matters into his own hands and he met with Mayo in El Azul
25  to discuss this.  In that meeting, the defendant told his

Summations - Ms. Goldbarg                6673

1   partner, Mayo, that he was going to go kill Rodolfo

2   Carrillo, and Mayo agreed.  With Mayo on board, the

3   defendant ordered his people to find and kill Rodolfo

4   Carrillo.

5              And who did he send?  He sent his most

6   trusted sicario, Negro.  This, ladies and gentlemen, is

7   conspiracy to commit murder.  There is an agreement and an

8   action carried out that illegal agreement.

9              But as we know from Vicente and Rey Zambada

10  and Damaso's Lopez, the defendant did more than just agree

11  to have Rodolfo Carrillo murdered.  He made sure it was

12  done.  On September 11th, 2004, as Rodolfo Carrillo was

13  leaving a mall in Culiacan with his wife, the defendant's

14  sicario led by Bravo gunned him down along with his wife

15  outside a movie theater.  You heard the dramatic testimony

16  from Rey and Vicente Zambada and Damaso Lopez about how all

17  three of them heard about this from the defendant's

18  pistoleros over the Nextel radio from when it happened.

19             And, as with most wars, there were

20  repercussions and reprisals.  This time the defendant's

21  brother, Pollo, was killed in prison in retaliation for the

22  murder of Rodolfo Carrillo.

23             As Rey testified, the relationship with the

24  Carrillo Fuentes' fractured and they became enemies.  This

25  led to the start of yet another bloody war, this one was

Summations - Ms. Goldbarg                6674

1   spilled onto the streets of Culiacan, Navolato, Juarez,

2   which is the Carrillo Fuentes' stronghold.  We'll talk about

3   this when we get to Count Nine.

4            Now, with the Carrillo Fuentes' as an enemy

5   of the Sinaloa Cartel, they aligned themselves with the

6   Zetas, another enemy of the Cartel.  Remember that Rey

7   testified that the Sinaloa Cartel had already been having

8   problems with the Zetas in the early 2000s.  And shortly

9   after the defendant killed Rodolfo Carrillo, Vicente

10  Carrillo, the victim's brother, became one of the leaders of

11  the Zetas.  And during this period the defendant even

12  ordered Vicente Carrillo's right-hand man, JL, murdered.

13           Remember Isaias Valdez's chilling testimony

14  about the defendant, what the defendant did to people,

15  specifically Sinaloans, who dared to join the Zetas?  They

16  didn't just end up dead, they ended up beaten until they

17  were like rag dolls.  They ended up murdered at the

18  defendant's own hands.  They ended up meeting their end in a

19  grizzle bonfire, their bones reduced to dust.

20           And then in the late 2000s, the Sinaloa

21  Cartel began to suffer another fracture.  This time a break

22  from the Beltran Leyvas, the defendant's own cousins and

23  partners.

24           Vicente testified that the defendant and Mayo

25  started receiving information that Arturo Beltran Leyva was

Summations - Ms. Goldbarg                    6675

1   actually helping the Carrillo Fuentes' and the Zetas come

2   into Culiacan, the Sinaloa Cartel's stronghold.  In

3   response, the defendant and Mayo started gathering

4   information about the locations of the Carrillo Fuentes' and

5   the Beltran Leyvas.

6             Things got even worse after Alfredo Beltran

7   Leyva, Arturo's brother, known as El Mochomo, was arrested

8   in January 2008.  The Beltran Leyva organization, as we said

9   before, suspected that the defendant had set Alfredo up and

10  this pushed things over the edge.  Things came to a head on

11  April 30th, 2008, a national holiday in Mexico, remember it

12  was Children's Day, when there are armed confrontations

13  between the defendant and Mayo's people on one side and the

14  Beltran Leyvas/Carrillo Fuentes' sicarios and the police in

15  the middle.

16            You heard from the sworn testimony from Rey

17  Zambada that on that first day of the war with the Beltran

18  Leyvas in Culiacan, just the first day alone, 12 people were

19  murdered.  And Rey estimated that there were hundreds of

20  people who were killed during the course of this war.

21            Vicente testified that he didn't even

22  remember exactly how many people were killed, but that it

23  was many, many people.

24            You heard sworn testimony from cooperating

25  witnesses about the defendant's murder targets during this

Summations - Ms. Goldbarg                    6676

1   war, including Nemesio, Velasco, Commander Rafita, among

2   others.  You saw the videos surrounding the murders of the

3   defendant's victims during this war.

4                This first video shows the aftermath of the

5   2009 gun battle in a city called Burrion between the

6   defendant's pistoleros and other gunmen from the Beltran

7   Leyva Organization.

8                Isaias Valdez Rios, Memin, was the

9   defendant's own gunmen at the time, told you what happened

10  on that day.  Remember, one of the defendant's chiefs of

11  securities, Negro, sent him out on the mission.  Valdez and

12  the other gunmen, approximately 40 strong, including

13  Licensiado Damaso's people, Mayo people, Cholo Ivan's

14  people, began in a graveyard where they marked their cars

15  with an X.  You saw the X in that video.  Suddenly, as they

16  drove towards a gas station, gunfire broke out and both

17  sides began shooting at each other.  Valdez testified that

18  he hit someone with his car in the melee and the gunfire

19  continued until seven or eight people were dead on the

20  Beltran Leyva side.  Damaso's Lopez also testified about

21  this event and corroborates Memin's testimony.

22                Sometimes death didn't happen so swiftly to

23  the defendant's enemies of the Beltran Leyva organization.

24  Sometimes the defendant drew it out slowly.  You know that

25  because you saw the video of the defendant's murder victim

Summations - Ms. Goldbarg                6677

1   named Guacho.  Remember Guacho?  He had previously worked

2   for the defendant, but then crossed over to the enemy, to

3   the Beltran Leyvas.  Damaso Lopez told you that the

4   defendant had Guacho brought to a warehouse on Damaso's

5   property, where he personally interrogated the defendant.

6            The defendant interrogated Guacho about the

7   location of the gunmen and targets in Culiacan, and after

8   the defendant was finished, he ordered Javier, the voice

9   you're going to hear on this video, continue to interrogate

10  Guacho.

11            (Videotape played.)

12            (Videotape stopped.)

13       MS. GOLDBARG:  Guacho is saying Chapo and Mayo

14  ordered him to go.

15            Look at him in that video, he's beaten,

16  handcuffed, just like you heard the defendant's had done to

17  his other victims.  And what did the defendant do after

18  Javier was finished with Guacho there?  After the defendant

19  got what he wanted from the defendant -- from the victim,

20  the defendant ordered Guacho killed.

21            Ladies and gentlemen, I submit you know it's

22  true the defendant ordered all of these murders because you

23  heard phone conversations between the defendant and Cholo

24  Ivan, one of the defendant's chiefs of security,

25  illustrating the role violence played in this organization.

Summations - Ms. Goldbarg                    6678

1           (Audiotape played.)

2           (Audiotape stopped.)

3           Cholo Ivan is telling the defendant, you

4    taught me how to be a wolf.  It's clear from the calls you

5    heard and the sworn testimony of the cooperating witnesses,

6    that murder was a tool the defendant used to protect himself

7    and the Sinaloa Cartel.  This element and this evidence

8    proves Violation 27, a conspiracy to murder those who pose a

9    threat to the Sinaloa Cartel, beyond a reasonable doubt.

10          Now one more element, this one is easy.  The

11   judge will instruct you that in order to meet the final

12   element of a criminal enterprise, the Government has to

13   prove the defendant obtained substantial income or resources

14   from these violations.

15          Now, did the defendant obtain substantial

16   income from the violations?  Of course, he did.  Before we

17   talk about how the Government has proved that beyond a

18   reasonable doubt, it's important to note that the judge will

19   tell you that there's no magic number of amount that meets

20   the requirement.  It is based on your common sense.

21          So what is substantial?  If you look at the

22   amount of money the defendant made from selling his drugs at

23   any point in time, you will see that it was substantial, by

24   any standard.

25          Now, we already talked about examples of

1  substantial income the defendant earned through the

2  violations charged.

3          For example, remember Tirso Martinez

4  testified when he was operating for the defendant, that over

5  three years of successfully sending 2,000 kilograms of

6  cocaine in each shipment to the United States from 2000 to

7  2003, the shipments yielded between 700 and $800 million.

8  That's substantial.

9          Similarly, Miguel testified that the Chili

10  Can route that you heard about from 1990 to 1993, yielded

11  about 400 to $500 million per year.  That's substantial.

12          Then you also have the evidence from the

13  Juanitas and the submarines and from the ledgers you know

14  how many kilos of cocaine the defendant was getting,

15  thousands and thousands of kilos of cocaine worth tens and

16  hundreds of millions of dollars.

17          And just take a quick look at the ledgers in

18  the Cabo raid that you've already seen.  Remember what

19  Melissa Corradetti, the FBI forensic examiner told you in

20  her analysis, the ledgers tracked shipments of 42,996

21  kilograms of drugs and over $2 million in payments.  The

22  date of these ledgers was just six weeks, from October 2011

23  to mid-November 2011.  So just for two months, $2 million.

24          That's not only just substantial, that's

25  extraordinarily substantial income that far exceeds what the

Summations - Ms. Goldbarg                6680

1    Government has to prove.

2               Ladies and gentlemen, having reviewed this

3    evidence, this mountain of evidence, you know the Government

4    has proven;

5               One, that the defendant committed a federal

6    drug crime that is a felony.  In fact, we've proven that he

7    committed dozens of them.  All 27 violations in Counts Five

8    through Eight are felony drug crimes.  Importation of

9    cocaine, a federal drug crime; international distribution of

10   marijuana to the coast of Los Angeles, a felony federal drug

11   crime; distribution of cocaine, a federal felony drug crime.

12   This element is met.

13              Two, that the defendant committed this

14   federal drug crime in a series of three violations.  One

15   through 27, there's no need to go through that again, that

16   element has been met.  Let's check it off.

17              Three, the defendant committed these

18   violations with five or more people.  You heard from more

19   than five of his direct employees.  You heard the defendant

20   giving orders to more than five people on these calls and

21   there was more.  So this element has been checked.

22              Fourth, the defendant was an organizer,

23   supervisor or manager of a criminal enterprise.  You know

24   that that man right there was one of the long-term bosses of

25   the Sinaloa Cartel.  You know how he rose through the ranks

1    and ended up having and running this 50/50 partnership with

2    Mayo Zambada.  Element checked.

3                    And, finally, we have the substantial income

4    that came from his drug trafficking activity.  Element met.

5                    In sum, ladies and gentlemen, the Government

6    has proven beyond a reasonable doubt that the defendant is

7    guilty of Count One of the continuing criminal enterprise.

8                    Now, as I mentioned before, you will be

9    getting a special verdict sheet and on that verdict sheet it

10   will ask you a couple of special questions.  So after you

11   find the defendant guilty of Count One, you'll be asked

12   these three questions:

13                   The first question is about the defendant's

14   role, his leadership role, which is different from elements

15   three and four.

16                   The question is whether the defendant was one

17   of several principal administrators, organizers or leaders

18   of the enterprise.  This means that the defendant was not

19   only a boss but one of the top bosses of the cartel.  This

20   fact is proven if you find that the defendant was one of

21   several top bosses.

22                   Now, despite what defense counsel may have

23   tried to suggest throughout the trial, under the law, Mayo

24   Zambada's position in the cartel simply does not matter when

25   it comes to the defendant's guilt here.  The only question

Summations - Ms. Goldbarg                 6682

1    for you is whether the defendant was one of the top bosses.

2                    That's right, ladies and gentlemen, if you

3    conclude that the defendant and Mayo Zambada are both top

4    bosses, this element is proven.  If.

5                    You conclude that they are both top bosses

6    along with several other top bosses, the element is also

7    proven.  If you conclude that they are top bosses, again

8    this element is proven.  And I submit the Government has

9    proven this beyond a reasonable doubt.

10                   The second special question that you will be

11   asked is about the defendant's income.  We talked about how

12   the defendant obtained substantial income, but the special

13   question will ask:  Not only did the defendant obtain

14   substantial income, but specifically, did the defendant earn

15   $10 million in a 12-month time frame.  I submit that you

16   know from the evidence, that of course the defendant made

17   this amount in 12 months.  In fact, the evidence has shown

18   that almost every single drug shipment that made it through

19   the United States, alone satisfies this amount, this

20   element.  I submit that we've proven this special fact as

21   well.

22                   And third, the special question is whether

23   the Government has proven that at least one of the drug

24   violations in Count One, the one that involves cocaine,

25   involved at least 150-kilograms of cocaine.  Ladies and

1   gentlemen, every single cocaine violation that we reviewed

2   well exceeds 150 amount kilo requirement, so we've proven

3   this one as well.

4              Now we're moving on to Counts Two, Three and

5   Four, which we'll handle together.  The path to convict the

6   defendant on these three counts is crystal clear, I submit

7   the evidence is overwhelming.

8              What is a conspiracy?  We've been discussing

9   it a little bit today, but as the judge will instruct you, a

10  conspiracy is simply an agreement between two or more people

11  to commit a crime.  That's it.  It's the agreement.  The

12  agreement is the crime.

13             Now, the crime that people agreed to commit,

14  that's called the object of the conspiracy.  The object of

15  the conspiracy that does not actually have to happen.  The

16  members of the conspiracy just have to agree to commit the

17  crime, not actually do the crime.  Let's talk about the

18  objects of Count Two, Three and Four.

19             Now, the object of the conspiracy charged in

20  Count Two is the international manufacturing and

21  distribution of cocaine, heroin, methamphetamine or

22  marijuana and together we'll call this the international

23  drug trafficking.  What does that mean?  It means that the

24  defendant and at least one other person agreed to

25  manufacture or distributor drugs that they knew would be

1    sent to the United States.

2              So if a boat is filled with cocaine and it's

3    seized by the Coast Guard in the Pacific Ocean, as long as

4    the defendant agreed with another person to send those drugs

5    to the United States, then he's guilty of this crime.  Even

6    if the defendant never stepped foot in this country and even

7    if the drugs never made it here, he is guilty of this crime.

8              Let me just repeat that.  Even if the

9    defendant never steps foot in this country and even if the

10   drugs don't make it here, he is guilty of conspiring to

11   engage in the international drug trafficking conspiracy.

12             Also bear in mind that we only have to prove

13   that he trafficked in one of four drugs charged:  Cocaine,

14   heroin, methamphetamine, or marijuana to satisfy this count.

15             What about Counts Three and Four?  The object

16   of Count Three is the importation of cocaine into the

17   United States.  What does that mean?  It just means that the

18   defendant and at least one other person agreed to bring

19   drugs into the United States from another country.

20             And for violation number four, the object of

21   that is that the defendant agreed with one other person to

22   distribute cocaine with the intent -- I'm sorry, to possess

23   cocaine with the intent to distribute it.

24             (Continued on the next page.)

25

Summation - Ms. Goldbarg                    6685

1           MS. GOLDBARG:  So if you unanimously find beyond a

2    reasonable doubt that the defendant made an agreement to

3    engage in the international trafficking of cocaine, heroin,

4    methamphetamine, or marijuana, the defendant is guilty of

5    Count Two.

6           For Count Three, if you unanimously find that beyond

7    a reasonable doubt that the Government has proven that the

8    defendant agreed to import cocaine, or for Count Four to

9    distribute cocaine, then the defendant is guilty of Count

10   Three and Count Four.

11          Now, we've already discussed the many, many

12   agreements to send drugs here that the defendant reached with

13   the other people during his 25 years trafficking within the

14   Sinaloa Cartel.  And you can pick any of the agreements that

15   you heard about to find the defendant guilty of Counts Two,

16   Three, and Four.  Let's go through just a few examples.

17          For Count Two for the international cocaine -- for

18   the international drug trafficking conspiracy, remember the

19   call that we talked about at the very beginning where the

20   defendant and Agustina were discussing her friend in Belize

21   who had supplied the defendant cocaine.  Remember she said 700

22   of 95 or 90 percent -- 70 percent purity.  By agreeing to buy

23   the cocaine, you know the defendant intended to send those

24   drugs to the United States because, as so many of our

25   witnesses told you, that was where he could turn the cocaine

1   into cash for profits.

2          And remember the call that you heard between the

3   defendant and his cousin, the right-hand man, Virgo in which

4   they discuss a bad batch of methamphetamine that was giving

5   the testers a headache?  That call is in evidence as well as

6   601F-9LT.  And again, as you know from the witness's testimony

7   and from the defendant's other phone calls, the defendant

8   manufactured methamphetamine -- or ice -- to send it or to

9   distribute it to the United States for large profits.

10          How about cocaine importation?  As an example, the

11  importation conspiracy, you have the text messages between the

12  defendant and his father-in-law where they are planning the

13  importation of drugs from Mexico into the United States.  You

14  know it's about moving drugs over the border.  You know that

15  they were talking about an importation to the United States

16  because the defendant advises his father-in-law not to use

17  radios because the border -- meaning U.S. border control --

18  was always listening.

19          And finally, as an example of the cocaine

20  distribution conspiracy, you have the calls where the

21  defendant and the female discussed being able to distribute in

22  the 52 states.  That's the United States.

23          Now, with regards to Counts Two through Eight, which

24  are all drug-related crimes, the Government needs to establish

25  what is called jurisdiction or venue.  This element, which

Summation - Ms. Goldbarg                    6687

1    only needs to be proved by a preponderance of the evidence,

2    was established through our very last witness.  Special Agent

3    Hanratty.  When Agent Hanratty testified that when the

4    defendant was extradited from Mexico to face charges in this

5    case, the defendant flew directly from Juarez, Mexico on a

6    nonstop flight to Islip, New York, which is in Long Island in

7    the Eastern District of New York, and I doubt that there will

8    be any dispute about that.

9           So, ladies and gentlemen, the Government has proven

10   Counts Two, Three, and Four beyond a reasonable doubt.

11          Now, once you find the defendant guilty of Counts

12   Two through Four, you will once again see a special verdict

13   sheet, and in that verdict sheet, it will ask you for special

14   findings.

15          The first special finding will ask you whether or

16   not as part of the conspiracy the offense involved 5 kilograms

17   or more of cocaine.  Of course it did.  If you find in Count

18   One the 150 kilos for violation, and you heard about the

19   thousands of kilos of cocaine that the defendant conspired to

20   bring into the United States, you know it was more than

21   5 kilograms.

22          The Government must next prove that there was more

23   than 1 kilogram of heroin, and you know that from the seizure

24   in Chicago where the Government seized 18 -- sorry, supposed

25   to be 18, but it was actually 20 kilograms of heroin.  That

Summation - Ms. Goldbarg                6688

1   satisfies this amount.  Also on the calls that you heard that

2   there was more than 500 grams of methamphetamine.  There was

3   well over more than 500 grams of methamphetamine.  And the

4   same with the marijuana.  The Government must prove that there

5   was over a thousand kilograms of marijuana.  That was in the

6   ledger in the Cabo ledgers alone where they were talking about

7   3 tons of marijuana.  So, ladies and gentlemen, the Government

8   has proved all four of these special findings.

9           Two more counts to go.

10          The next crime -- the next count in the indictment

11  is use of a firearm in furtherance of a drug trafficking

12  crime, and that's Count Nine.

13          Now, we have discussed extensively the fact that the

14  defendant wielded violence as a method and means of

15  trafficking drugs, and one of the ways he did this was through

16  firearms.  For that conduct, the defendant is charged in Count

17  Nine with using a firearm in relation to a drug trafficking

18  crime.

19          Now, to find the defendant guilty of Count Nine, I

20  expect the Judge will instruct you that the Government must

21  prove the two following elements beyond a reasonable doubt.

22          First, that the Government must prove that the

23  defendant was involved in a drug crime, and that includes the

24  crimes in Counts One through Four, and as we have discussed,

25  the Government's proven Counts One through Four beyond a

Summation - Ms. Goldbarg                         6689

1    reasonable doubt, so that element is satisfied.

2             Second, the Government has to prove that the

3    defendant used, carried, or possessed a firearm in relation to

4    these drug crimes.  This means that when the defendant was

5    meeting with his associates to talk drug business and he was

6    armed, or when the defendant was engaging in drug business and

7    he was armed -- whether the defendant had the firearm on him

8    for his protection or to bolster his reputation as a violent

9    drug trafficker who had to be respected -- all of these

10   instances are the defendant carrying and possessing a firearm

11   in relation to the drug crimes charged in Counts One through

12   Four.

13            You have seen and heard numerous examples of the

14   defendant doing this.  You heard testimony from nearly every

15   cooperating witness who went face-to-face with the defendant

16   to discuss drug business -- Rey Zambada, Miguel Martinez,

17   Chupeta, German Rosero, Pedro Flores, Vicente Zambada, Alex

18   Cifuentes, and Memin.  They all saw the defendant carrying a

19   firearm when they were discussing drug business.

20            Many of the witnesses testified that they saw the

21   defendant with this diamond-encrusted .38 Super Pistol with

22   the initials JGL on it that you know all too well by now.

23            And you don't have to just rely on the cooperators'

24   testimony to know that the defendant always carried his

25   diamond-encrusted firearm in his waistband because you have

Summation - Ms. Goldbarg                    6690

1  the photographs to prove it.  Vicente Zambada and Memin told

2  you that this particular diamond-encrusted pistol, the one

3  with the panther on it, was one that they saw the defendant

4  carry frequently.

5          But you also know the defendant's firepower was not

6  limited to pistols when he was conducting his drug business.

7  What other firearms did the defendant carry?  You first heard

8  about this from Rey Zambada who testified that he saw the

9  defendant with AR-15s and AK-47s and bazookas; all high

10  powered weapons.  And you know it's true from Pedro Flores and

11  other witnesses.  And you see it here in this

12  Government Exhibit.  You heard from Alex Cifuentes and Memin

13  that the defendant favored a camouflage AR-15 when he was up

14  in the mountains hiding from the military.  You saw similar

15  types of camouflaged weapons seized from the Cabo San Lucas

16  raid.  You also heard from German Rosero that the defendant

17  had a gold plated AK-47 with a foldable stock that was

18  encrusted with diamonds.  And here in evidence you see the

19  defendant pictured holding a gold AK-47.  I submit we

20  presented overwhelming evidence that the defendant, himself,

21  possessed and used firearms and weapons in furtherance of his

22  drug trafficking crimes.

23          But that's not the only way that you can find the

24  defendant guilty of Count Nine.  The Judge will also instruct

25  you that in this count, the defendant's also charged with

Summation - Ms. Goldbarg                              6691

1   aiding and abetting the possession of weapons in his drug

2   crimes.  As we discussed earlier, aiding and abetting just

3   means that someone carried out the crime, but the defendant

4   helped it happened.  Under Count Nine, there are two

5   additional elements the Government must prove how he aided and

6   abetted another crime.

7          First, that the defendant took some action to

8   further the crime; and, second, that he intended to help the

9   crime succeed.  This just means that the defendant did

10  something like purchasing the weapons or distributing the

11  weapons, not just for himself to use, but also for *sicarios*

12  and *pistoleros* to use in furthering the defendant's drug

13  trafficking.

14         So what are the examples of the defendant aiding and

15  abetting the use of firearms in furtherance of this drug

16  trafficking?  Well, one, you heard testimony from numerous

17  cooperating witness -- Rey Zambada, German Rosero, Vicente

18  Zambada, Pedro Flores, Alex Cifuentes, Christian Rodriguez,

19  and Memin -- about the defendant's security guards they saw in

20  the mountains armed with assault rifles.  Why were they armed

21  with assault rifles?  I submit they had them to protect the

22  defendant's drug operations in the mountain from the military,

23  from enemies, and from law enforcement.

24         And where did the defendant's security guards get

25  these firearms.  It wasn't a bring-your-own firearm situation.

Summation - Ms. Goldbarg                    6692

1   They had the firearms because the defendant purchased them.

2   You saw numerous examples of this in the ledgers that were

3   seized from Cabo.  These notebooks had a shopping list for

4   weapons.  You can see that he's asking for 50 AK-47s; 1,000

5   AK-47s; 100-M-16s; and then it says 27 RP7s and R15s.  That

6   wasn't the only thing on his wish list.  It has grenade

7   launchers, bullets and more.

8           Now we've already spoken about the multiple

9   narco-wars the defendant waged in as one of the leaders of

10  Sinaloa Cartel.  The defendant initiated and carried out these

11  wars to protect his territory, to protect his drug empire.

12  The defendant couldn't wage his wars without the tools of

13  warfare like firearms.  One of the wars you heard about was

14  the war that the defendant led between the Sinaloa Cartel and

15  his former partner, Vicente Carrillo Fuentes, the leader of

16  the Juarez Cartel, also known as La Linea, all of which took

17  place right across the border in El Paso, Texas.

18          And what happened in El Paso during the war with

19  La Linea on January 13th, 2010?  Law enforcement stumbled upon

20  a stash house containing a cash of 40 AK-47s brought to the

21  defendant's coconspirators, as you heard from Edgar Galvan,

22  the purpose, to clean Juarez for the defendant of all the

23  members of La Linea.  You saw the 40 AK-47s that were in a

24  cart before you here.  Three of them are right here in front

25  of you.  You saw the vests.  You saw the bullets.

Summation - Ms. Goldbarg                    6693

1          Well, how do you know these weapons were for the
2    defendant?  Well, you know from Vicente Zambada's sworn
3    testimony that the defendant and Mayo were supporting the
4    fight against La Linea and against Vicente Carrillo Fuentes in
5    Juarez with weapons and money.  You also know that the cartel
6    got firearms from El Paso, and you know that the 40 AK-47s
7    were for the defendant because they were bought at the
8    direction of Antonio Marrufo, an individual that both Galvan
9    and Vicente Zambada identified as Jaguar.
10          And you know from them both, Jaguar was in charge of
11   fighting in Juarez for the defendant.  You also know from
12   Galvan that as part of that role, Jaguar was responsible for
13   moving drugs and guns across the border between Juarez and
14   El Paso, and Galvan helped Jaguar do this.  He testified that
15   he helped Jaguar move AK-47s across the border from El Paso to
16   Mexico on about four or five occasions.  All of them were
17   successful except the last shipment, the last shipment of the
18   40 brand-new AK-47 assault-style rifles that you saw brought
19   into this courtroom, as well as the bullet proof vest and
20   ammunition.  I submit that these weapons were meant for one
21   thing, to clean the Juarez Cartel of La Linea, the defendant's
22   enemies, to help the defendant seize and maintain control over
23   the important drug-crossing point.
24          These were not the only weapons of the defendant's
25   that were seized on the way to being shipped to the defendant.

Summation - Ms. Goldbarg                              6694

1   You saw the RPGs the Colombian law enforcement officers seized

2   in Ipiales, Colombia on January 30th, 2014, along with the

3   cocaine explosives on that plane.  You know that these RPGs

4   were destined for the defendant because he specifically

5   referenced these in his letter to Damaso.

6           Now, if you find that the Government has satisfied

7   these elements, and I submit that we have, the verdict sheet

8   will also ask you a few questions.  The first question is

9   whether the defendant brandished or discharged a firearm in

10  furtherance of his drug trafficking.  What's brandishing?

11  That just means that the defendant displayed or even referred

12  to a weapon so that others present knew he had the firearm

13  available.  I've already walked you through the evidence from

14  multiple cooperating witness as well as the photographs that

15  are in evidence to show that the defendant's preferred method

16  of using a firearm in furtherance of drug trafficking was, in

17  fact, by brandishing it.

18          What about discharge?  It's just like what it

19  sounds.  The question of whether the defendant fired his

20  firearm in furtherance of his drug trafficking.  The clearest

21  evidence of the defendant discharging his firearm came from

22  the chilling testimony of Isaias Valdez Rios who testified

23  about two murders of Los Zetas who the defendant murdered at

24  point-blank range by firing his firearm.  Another example is

25  when the defendant personally shot the tortured Arellano Felix

1    member at point-blank range.

2           And then there's one more question on the verdict

3    sheet for you.  The next question on the verdict sheet is

4    whether the Government proved beyond a reasonable doubt that

5    the defendant committed this firearm offense using a machine

6    gun, and I submit we have proved that beyond a reasonable

7    doubt; that the defendant committed this offense using a

8    machine gun, first through the testimony of Max Kingery.

9    Remember he was the ATF from the Bureau of Alcohol, Tobacco

10   and Firearms expert who testified right before the holiday?

11   He brought the big guns and showed them to you.  And from the

12   cooperator testimony of Vicente Zambada and Alex Cifuentes, as

13   well as the defendant's own phone conversation with the

14   *sicarios*, Cholo Ivan.

15          Now you heard from Vicente Zambada that all of the

16   AK-47s that they got from El Paso arrived as semiautomatic and

17   that with their weapons guy they made them all fully

18   automatic.  And Vicente testified that they would call these

19   fully automatic weapons *rafagas*, which means spray of bullets.

20   And Alex Cifuentes also testified that the defendant's weapons

21   in the mountains were also *rafagas,* and you've heard about

22   these *rafagas* weapons before when Cholo Ivan was talking about

23   giving them a good spray in retaliation.  You know from the

24   testimony of Max Kingery that the weapons that fire multiple

25   rounds when the trigger is pulled in a single instance or a

1    spray of bullets are automatic weapons that constitute a

2    machine gun under the law.

3           In light of all of this evidence, ladies and

4    gentlemen, I submit that we have proven Count Nine and all of

5    the special questions beyond a reasonable doubt.

6           One more to go.

7           Now that we've gone over the defendant's criminal

8    enterprise and his drug trafficking, let's talk about what the

9    defendant did with the millions upon millions of dollars he

10   earned from drug trafficking.  That criminal conduct is

11   covered in the last charge of the indictment, Count Ten, which

12   charges the defendant with money laundering conspiracy.  Once

13   again, we have to prove this count beyond a reasonable doubt,

14   and we have done so.

15          So what do you need to find in order to find the

16   defendant guilty of money laundering conspiracy?  Again, the

17   elements of conspiracy are the same.  The defendant agreed

18   with one or more persons, but here the object of conspiracy --

19   sorry.  But here the object of this conspiracy is to launder

20   drug proceeds.

21          In addition for this element, you must find four

22   elements:

23          First, you must find that the defendant agreed with

24   others to engage in some sort of financial transaction

25   involving money or property derived from drug trafficking.

Summation - Ms. Goldbarg                     6697

1    This can be as simple as delivering drug money across state

2    lines or international borders, or it can involve a financial

3    institution like a bank.

4            Second, you have to find that the defendant knew

5    that the money or property involved in the transaction was

6    from drug trafficking.

7            Third, you have to find that the money was

8    transferred from Mexico to the United States, the

9    United States to Mexico, or the United States to Colombia.

10           Fourth, you have to find that the defendant agreed

11   with others to launder his money in one of two different

12   ways -- what's known as either promotional money laundering or

13   concealment money laundering.

14           So what do those two terms mean?

15           Promotional money laundering is taking drug proceeds

16   and using that money to promote the drug business.

17           Concealment money laundering means taking the drug

18   money and trying to hide the fact that it came from the sale

19   of drugs.

20           And to be clear, to find the defendant guilty of

21   this count, you don't have to find both promotional money

22   laundering and concealment money laundering.  It's sufficient

23   if you find the defendant agreed with others to engage in

24   either one of those types of money laundering.  But I submit

25   that, throughout this trial, you have seen overwhelming

1    evidence of both kinds of money laundering.

2            Now, I will go through what we've proven, both types

3    of money in a minute.  But as an initial matter, I submit that

4    there is no doubt that the defendant knew that the money

5    involved in the transactions we are about to discuss was drug

6    money.  You have seen overwhelming evidence of the defendant's

7    lucrative drug business throughout trial, and there's no

8    evidence that the defendant had any other means of income, so

9    I submit that the second element of money laundering

10   conspiracy has been satisfied.

11           Let's first talk about evidence that the defendant

12   agreed with others to engage in promotional money laundering.

13   In other words, evidence that the defendant agreed with others

14   to move money for the purpose of reinvesting it or promoting

15   his drug business.  You saw some of this evidence very early

16   in the trial.

17           Remember the Bronco loaded up with cash?  You heard

18   testimony from CBP officials who stopped Arturo Guzman, the

19   defendant's brother, on the way back in November 1989 at the

20   Douglas Port of Entry right across from Agua Prieta, Mexico.

21   He was driving a Bronco that was loaded with $1.26 million in

22   cash bundled in rubber bands.

23           You also heard testimony about this event from

24   Vicente Zambada and Miguel Martinez.  Remember what Miguel

25   testified about this event?  He said that he had spoken with

Summation - Ms. Goldbarg                     6699

1   the defendant the day that Arturo was released from prison in

2   the United States.  Miguel testified that the money Arturo

3   Guzman was arrested with was drug proceeds, that Pollo worked

4   in the defendant's drug business in Agua Prieta.  He also

5   testified unequivocally that the drug money belonged to the

6   defendant.  I submit that the drug money Arturo Guzman was

7   arrested with that day was going to Mexico so the defendant

8   could reinvest it in his drug business.

9           And you know that this was not the only example of

10  the defendant using vehicles to get money from the

11  United States back to Mexico for his drug business.  You also

12  heard testimony from Alex Cifuentes that the defendant used

13  vehicles with traps -- or *clavos* -- to move drug money from

14  New York back to Mexico.  And you know from the testimony in

15  this case that the defendant reinvested his drug proceeds

16  right back into his drug business.  And you know from the

17  expert witness on money laundering -- Donald Semesky -- that

18  bulk cash movement like this is a common method of money

19  laundering used by drug traffickers.  Drug traffickers are

20  reliant on this type of money laundering so they can pay their

21  expenses and keep the life blood of their organizations

22  flowing.

23          The defendant not only engaged in promotional money

24  laundering by moving money from the United States to Mexico,

25  he also sent his drug money down to Colombia to buy more

1    cocaine.  How did he do that?  Well, you heard about some of

2    his methods from German Rosero -- Chupeta's top lieutenant.

3             (Continued on the following page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. GOLDBARG:  German Rosero testified that when it

2    came time for the defendant to pay for the cocaine Chupeta

3    sent to Mexico, he used something called "bajadores" -- or

4    money launderers -- and he planned to use a carbon fiber plane

5    because it was cheap, effective, and could not be detected by

6    radar.  And there were several witnesses that testified about

7    this carbon fiber plane.

8          And why did the defendant need to send money to

9    Colombia?  To pay for his cocaine and buy more cocaine to ship

10   to the United States -- in other words, to promote his drug

11   business.

12         And there are other examples of money laundering

13   that are promotional money laundering that you heard about at

14   trial and some of the examples are when the defendant gave

15   Cristian Rodriguez a million dollars to purchase and set up

16   his communication network so he could communicate via Internet

17   with his drug trafficking associates in Colombia, Ecuador,

18   Canada, United States -- that's promotional money laundering.

19         When the defendant paid security guards $2,000 every

20   20 days to protect his mountain hideaway from the law

21   enforcement or the military -- that's promotional money

22   laundering.

23         When the defendant's co-conspirators rented a

24   warehouse in Brooklyn to unload and store cocaine shipments

25   they sent here via train -- that's promotional money

*Summation - Ms. Goldbarg*                    *6702*

1   laundering.

2        You need to look no further than the defendant's

3   secretary's notebooks seized during the Cabo raid to see how

4   the defendant funneled drug money back into the operation.

5   Just look at the exhibit which is an English translation and

6   you will see plenty examples of how this worked.

7        For example, when he's paying his secretary

8   Charly -- the IT guy -- for Blackberries so they can all

9   communicate about the drug business, that's promotional money

10  laundering.

11       You'll also see numerous references to casa de

12  cambios in these notebooks or ledgers.

13       And you heard testimony from the money laundering

14  expert Don Semesky -- drug traffickers commonly use exchange

15  houses instead of banks.  And in some instances, traffickers

16  even use these casa de cambios to send their money to

17  United States to pay for their operational expenses -- just

18  like the entry that says, "Delivered 533 to Los Angeles."  So

19  all of these financial transactions are examples of

20  promotional money laundering.  It's the defendant's use of

21  drug money to carry on illegal goals of his illegal

22  enterprise.

23       Now, let's talk about some of the ways that we have

24  proved that the defendant also engaged in money laundering by

25  concealment.

*Summation - Ms. Goldbarg*                    **6703**

1              We're almost done.

2              We just look at some examples of concealment money

3    laundering using casa de cambios.  Remember that Don Semesky

4    testified that drug traffickers also used casa de cambios

5    because the casa de cambios don't have the same relationship

6    with their customers that that banks do.  It's easier to do a

7    one-off transaction which, I submit, makes it easier for drug

8    traffickers to hide their identities when moving money.

9              In addition to this, you saw plenty of other ways in

10   which the defendant tried to hide the source of his funds for

11   moving drug money.

12             Remember that call between the defendant, Pedro

13   Flores, and Alex Cifuentes we spoke about earlier?  Remember

14   the defendant was speaking to Pedro Flores about picking money

15   up in Chicago.  He passed the phone to someone else who was

16   handling the logistics for the money movement -- Alex

17   Cifuentes.  This corroborates Alex Cifuentes's testimony that

18   in his role as the defendant's secretary, he was often

19   responsible for moving money for the United States to Ecuador

20   and Colombia.  And who does the defendant and Alex reference

21   on this call?  Lazaro.  The defendant calls him "Laz" and Alex

22   refers to Lazaro.

23             There is a reference to a Lazaro in the Cabo raid

24   ledgers.  And you also see a reference to Lazaro and the

25   ledgers of Jorge Cifuentes created when running the Ecuador

*Summation - Ms. Goldbarg*                                    *6704*

1   operation for the defendant.

2          Now, where does the concealment part come in about

3   this call?  In two ways.  First, you heard the defendant

4   joking with Pedro Flores about how late Pedro woke up during

5   the day.  He said banks open up during -- sorry -- banks open

6   during the day, you know.  I submit he was putting the money

7   in the banking system to hide the nature of the funds.  And

8   second, you know from Alex Cifuentes's testimony Lazaro moved

9   money using insurance companies.  Legitimate companies that, I

10  submit, rely on the financial system to operate.  Companies

11  that allow Lazaro to hide the true nature of the money.

12         You also know another concealment method used from

13  Jorge about Alex Cifuentes and that was debit cards.  Alex and

14  Jorge told you about the debit card method they used to move

15  the defendant's money to Ecuador and you know from Don Semesky

16  debit cards are popular among drug traffickers to conceal drug

17  money.  Jorge and Alex Cifuentes both testified that Jorge and

18  his partners Juan Pablo Londoño used obtained debit cards from

19  a company called Monedeux.  They loaded up the debit cards

20  with drug proceeds from sales in the United States which they

21  then sent down to Ecuador to purchase cocaine from the cocaine

22  supplier Politico.  And you now from Alex Cifuentes that the

23  defendant was not thrilled about this method because it took

24  too much time to withdraw $2 million from the ATMs since the

25  cards could not be loaded up with more than $9,900.

*Summation - Ms. Goldbarg*          *6705*

1          Now, there are plenty of other examples in the

2     records for you to find concealment money laundering.  But I

3     will just mention one more example -- and this came from

4     Special Agent Martson testifying about the Flexispy text

5     messages that they intercepted between the defendant and his

6     wife Emma.  As you know well from this, trial drug traffickers

7     rarely put properties into their own name to conceal ownership

8     of the property and the source of their assets.

9          And you saw an example of this in the text message

10    between the defendant and his wife where they were discussing

11    building a four-bedroom house with maid quarters, a high

12    ceiling, and a master bedroom.  Whose name will this go into?

13    Not their own -- their twin daughters' names either.

14    Actually -- their fake names -- because the defendant and his

15    wife text chat about coming up with new names to put into

16    false documents for the purpose of hiding the true ownership

17    of the property.

18          Ladies and gentlemen, these are just a few examples,

19    as I submit, there are many and what is clear is that we have

20    proven beyond a reasonable doubt that the defendant engaged

21    and agreed with others to launder drug money both through

22    laundering money to promote and support his business and

23    laundering money by concealing the source.  So I submit we've

24    proven Count 10 beyond a reasonable doubt.

25          Last part.

1          Of defendant had a plan to conquer the drug world.

2          But that wasn't his own plan -- the defendant had a

3   contingency in place, to make sure that this day would never

4   come.  That the defendant would be facing a jury in a

5   U.S. courtroom to hold him accountable for his crimes.

6          Now, what was that plan?  He was ready to do

7   whatever it took -- bribery, torture, murder.  If none of his

8   usual tactics worked there was always one more option:

9   Escape.

10          The defendant always had an escape route.  It wasn't

11   a coincidence or luck than he escaped so many times.  It was a

12   cold, calculated plan to avoid being caught.

13          And why didn't the defendant want to get caught?  I

14   submit because he knows he is guilty.

15          Look all the at time the defendant got away.

16          First, in 2001, the defendant escaped from a maximum

17   security prison in Mexico.  And why did he escape?  Well,

18   Vicente Zambada and Damaso Lopez testified that the defendant

19   told them he escaped because he had learned he was about to be

20   extradited to the United States.

21          Now, I expect the defense will get up and tell you

22   that there were all sorts of reasons why the defendant wanted

23   to escape from prison in 2001.  It's a distraction.  The real

24   reason -- as the defendant told his trust associates -- was

25   because he wanted to avoid being sent to the United States.

1   Why?  Because he knows he knew he was guilty of the drug

2   trafficking crimes he would face in the United States.

3           And the 2001 capture launched a pattern for

4   defendant.  He built an empire over the next 15 years but he

5   always had escape plan ready.  Always ready to avoid being

6   caught.

7           And as you know, the defendant continued to be

8   worried about pursued by the U.S. Government -- even after his

9   2001 escape because you heard him say it in his recordings

10  with M-10 in 2010.  He knows that the gringos have his voice.

11  And the defendant is saying that the gringos, the Americans,

12  are after him.

13          So after spending years holed up in his mountain

14  highway away to void capture, the next time the defendant

15  escaped was in 2012 when the federal police nearly captured

16  him at his ocean view mansion in Los Cabos, Mexico.

17          You heard from Alex Cifuentes about what happened on

18  that day when the federal police tried to capture him.  You

19  heard the call between him and his mother.

20          Lucero Sanchez testified about what the defendant

21  told her about the near miss.  The army had come looking for

22  the defendant but he escaped by jumping over the fence and he

23  got scraped up.  He told Lucero that he had to hide in the

24  bushes but was eventually able to escape with Condor.  And you

25  saw the footprints behind the defendant's house during the

*Summation - Ms. Goldbarg*                    *6708*

1    testimony of Special Agent Moreno who came to observe the

2    defendant's house after the capture operation which

3    corroborates her account.

4            You also know how the defendant escaped because this

5    is exactly what the defendant told Emma Coronel on the

6    Flexispy messages.

7            Well, the third time is the charm, ladies and

8    gentlemen, because when the military came after him exactly

9    two years later the defendant slipped through their grasp.

10   This time the Mexican Marines went into the lion's den in

11   Culiacan.

12           But the defendant was just as prepared.  He always

13   had a plan.  That's why he had a labyrinths of tunnels under

14   all his safe houses in Culiacan.  So when DEA Special Agent

15   Victor Vasquez was with the Mexican Marines trying to ram

16   through door -- a door so strong that it broke the ram -- the

17   defendant was able to get away.

18           Now, why did he escape?  Because he knew he was

19   guilty.

20           You saw the inside of the house, you saw the

21   tunnels.  You saw how elaborate it was to escape.

22           The houses were set up to watch for enemies and law

23   enforcement.  You heard the testimony from Alex Cifuentes and

24   Lucero Sanchez about all the safe houses had security cameras

25   and monitors to allow the defendant to see who was coming.

1        And you know it's true because Alex Cifuentes and

2   Lucero identified the same house that Special Agent Vasquez

3   not only identified but was in.  You also know from Alex

4   Cifuentes and Lucero and Special Agent Vasquez that these

5   houses were outfitted with bathtub trap doors that allowed the

6   defendant to escape into the sewers of Culiacan with just the

7   flick of a censor in an electrical outlet.  Alex described the

8   mechanism by which you open the tub -- like opening the trunk

9   of a car and then there are shock absorbers to open it wide.

10  You heard the testimony from Special Agent Vasquez and saw the

11  video of Nariz opening the tub, just as Alex described.

12        But just a few days later, the defendant's luck ran

13  out.  Just as you heard from Special Agent Vasquez and Damaso

14  Lopez, the defendant was captured at a beach resort in

15  Mazatlan and sent to jail.

16        But, once again, the four walls of prison could not

17  keep his scheming at bay.  Even though the defendant was

18  locked away, this was never a problem for him in Mexico.  He

19  bided his time, patiently calculating his next flight from

20  justice.

21        And on July 12, 2015, the defendant disappeared from

22  another Mexican federal prison -- this time using his favorite

23  method:  A tunnel.  You heard testimony from Damaso Lopez

24  about the elaborate planning this escape required.  That's

25  just how badly the defendant wanted to avoid being here

1    today -- it took him months, it involved the help and

2    coordination of Damaso but his family to get it done.

3          How does a kingpin of his stature escape this time

4    around after four years of growing his empire.  As Damaso told

5    you, he used a GPS watch, bought a plot of land worth hundreds

6    of thousands of dollars, used sophisticated tunnels and

7    motorcycles driven by another co-conspirator and you know it's

8    true because you heard from Jim Bradley, the analyst from the

9    Department of Defense and he testified that the defendant's

10   tunnel was almost a mile long, had a sophisticated ventilation

11   system and went straight to the floor of the defendant's

12   shower in his cell.  You saw the video of the defendant's

13   escape from the cell yourself -- how he calmly disappeared

14   into a hole in the floor of the shower of the cell.

15         You know that the defendant's planned stint as a

16   fugitive much shorter this time around.  But that did not

17   deter the defendant when he was arrested yet again in February

18   he 2016.  You heard from Damaso Lopez that even as of December

19   2016, just a month before the defendant was put on a plane to

20   Long Island, New York, the defendant was busy at work planning

21   yet another escape.  Why?  Because he is guilty and he never

22   wanted to be in a position where he would have to answer for

23   his crimes.

24         He wanted to avoid sitting right there.

25         In front of you.

*Summation - Ms. Goldbarg* 6711

1     Having seen this overwhelming evidence of his guilt.

2     So when the defendant went through that tunnel in

3  2015 he thought he was getting away with his crime.  But

4  that's not what happened.  He's sitting right there.  Do not

5  let him escape responsibility.  Hold him accountable for his

6  crimes.  Find him guilty on all counts.

7     Thank you.

8     THE COURT:  All right.  Thank you, Ms. Goldbarg.

9     Sorry we're a little late, ladies and gentlemen, but

10  I wanted to get this part done.  We will reconvene tomorrow

11  morning at 9:30.

12     Particularly at this point please stay away from any

13  media coverage.

14     Do not communicate about this case either among

15  yourselves at all or with any one of your families, friends,

16  anyone else.

17     No postings no research on the case, no Internet,

18  nothing at all.  We'll see you tomorrow at 9:30.

19     As you can tell, we're just about there ready to

20  begin your deliberations.

21     (Jury exits courtroom at 4:48 p.m.)

22     THE COURT:  Okay.  Tomorrow morning 9:30.  Have a

23  good night.

24     MS. GOLDBARG:  Thank you.

25     MR. BALAREZO:  Thank you.

*Summation - Ms. Goldbarg*                    *6712*

1          (WHEREUPON, this matter was adjourned to January

2     31, 2019, at 9:30 p.m.)

3

4                                *    *    *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25