*6713*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X
 UNITED STATES OF AMERICA,    :  O9-CR-466(BMC)
                              :
                              :
                              :
      -against-              :  United States Courthouse
                              :  Brooklyn, New York
                              :
                              :
                              :
 JOAQUIN GUZMAN LOERA,        :  Thursday, January 31, 2019
                              :  9:30 a.m.
          Defendant.          :
                              :
                              :
- - - - - - - - - - - - - - -X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:    RICHARD P. DONOGHUE, ESQ.
                       United States Attorney
                       Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                       BY: ANDREA GOLDBARG, ESQ.
                            GINA M. PARLOVECCHIO, ESQ.
                            MICHAEL P. ROBOTTI, ESQ.
                            ADAM S. FELS, ESQ.
                            ANTHONY NARDOZZI, ESQ.
                            MICHAEL LANG, ESQ.
                            AMANDA LISKAMM, ESQ.
                            Assistant United States Attorneys


For the Defendant:     BALAREZO LAW
                       Attorneys for the Defendant -
                       Joaquin Guzman Loera
                            400 Seventh Street, NW
                            Suite 306
                            Washington, DC 20004
                       BY: A. EDUARDO BALAREZO, ESQ.

*6714*

A P P E A R A N C E S: (Continued.)

                    LAW OFFICE OF PURPURA AND PURPURA
                    Attorneys for the Defendant -
                    Joaquin Guzman Loera
                         8 E Mulberry Street
                         Baltimore, Maryland 21202
                    BY: WILLIAM B. PURPURA, ESQ.


Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail:  Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

*Proceedings*                                                    *6715*

1           (In open court.)

2           (Defendant present in open court.)

3           COURTROOM DEPUTY:  All rise.  The United States

4  District Court for the Eastern District of New York is now in

5  session.  The Honorable Brian M. Cogan is now presiding.

6           (Honorable Brian M. Cogan takes the bench.)

7           COURTROOM DEPUTY:  Calling criminal cause for jury

8  trial in Docket No. 09-CR-466, *United States of America*

9  *against Joaquin Guzman Loera*.

10          Counsel, please note your appearances for the

11 record.

12          MS. GOLDBARG:  For the United States of America,

13 Assistant United States Attorney Andrea Goldbarg.

14          Good morning, your Honor.

15          MR. BALAREZO: A. Eduardo Balarezo for Joaquin Guzman

16 Loera.

17          Good morning, your Honor.

18          COURTROOM DEPUTY:  All rise.

19          THE COURT:  Good morning have a seat, please.

20          Before I bring the jury we have to settle the Friday

21 issue.  The reason we have to settle it is we're going to

22 confront it for sure at some point because we're not going to

23 get everything done today.  But more than that, the jurors are

24 raising questions this morning saying that if they're going to

25 sit tomorrow, they have to make arrangements for that and they

*Proceedings*                                                    *6716*

1    need time to do that.  I'm going to recommend that we stick to

2    our original plan and not make them come in tomorrow and have

3    them come in Monday.

4              Anybody have a problem with that?

5              MR. PURPURA:  Defense agrees, your Honor.  Thank

6    you.

7              MS. PARLOVECCHIO:  That's fine, your Honor.

8              THE COURT:  Okay.  That's what we're going to do.

9              No one stand yet because the jury is not in the hall

10   yet but let's line them up.

11             Is there anything else that we need to address?

12   Okay.

13             (A brief pause in the proceedings was held.)

14             COURTROOM DEPUTY:  Jury entering.

15             (Jury enters courtroom at 9:34 a.m.)

16             THE COURT:  All right, everyone, be seated.  Go

17   ladies and gentlemen.

18             THE JURY: (Collectively) Good morning.

19             THE COURT:  First thing to tell you we will not be

20   sitting tomorrow as is usually the case.  So we will resume on

21   Monday either to finish closing arguments or instructions,

22   more likely, or to start the deliberations.  So today will be

23   our last day this week.

24             All right.  Defendant's summations.  Mr. Lichtman.

25             MR. LICHTMAN:  Thank you, Judge.

*Summation - Mr. Lichtman*                                    *6717*

1          Good morning, everyone.

2          THE JURY: (Collectively) Good morning.

3          MR. LICHTMAN:  I first want to thank you for your

4    patience and your hard work and concern about this case over

5    the last now been almost three months.  This trial is the most

6    important thing in so many people's lives and the decision

7    that you make here will impact so many people, not just the

8    ones inside this courtroom, not just people even in this

9    country.

10         So it's important for me to tell you at the

11   beginning before I even start that on behalf of Mr. Guzman and

12   the entire defense team, we thank you because we know this is

13   not an easy job, and it's not the kind of job that anybody can

14   do, take time out of your lives and do what you did.  So it

15   didn't go unnoticed your efforts here.

16         Now, I haven't spoken to you all directly since, I

17   guess, the middle of November and we've done a lot of

18   cross-examinations in the courtroom since this started.  And

19   before I get into my argument about the facts, I want to take

20   the opportunity to apologize.  If there's ever been a time

21   during the examination where you're like, Oh, my God, these

22   lawyers, I wish they'd shut up.  They're so obnoxious, I wish

23   they'd stop asking the same question over and over.  You know,

24   this isn't easy work, you know, it really isn't.  I don't know

25   if you've noticed.  But I want to apologize because we can be

*Summation - Mr. Lichtman*                    **6718**

1  loud and abrasive at times.  Mainly, I'm talking about myself,

2  I'm not talking about the two of them, they're not as bad as

3  me.  I didn't mean to offend anyone, I just wanted to let you

4  know that I'm aware.

5          Now, this trial was filled with all sorts of

6  evidence in the case, but as I told you in the opening, it's

7  the cooperators, the cooperating witnesses that gave this case

8  life.  That gave it breath.  I sat here yesterday and listened

9  to the Government's summation in somewhat of a stupor.

10  Basically, Ms. Goldbarg spent six hours telling you that all

11  of the evidence that you heard was just solid facts, that's

12  how it came out to me.  It's all solid facts and just connect

13  the dots and convict the bad man.

14          But they provided you 14 cooperators here and you

15  can't just act as if the cooperator, everything they're saying

16  is facts, and you go in and check the box off, Count One,

17  Count Two, Count 99.  Let's go to the next charge.

18          And I thought for a second that maybe I'd stumbled

19  into the room courtroom and I was watching a summation from a

20  different trial because her summation, respectfully, her

21  argument, relied in large part on one argument:  All of the

22  cooperators were telling God's truth to you.  Just presuming.

23  You just have to presume it that they're telling you the

24  truth.  Just presume it because we're the Government, and if

25  we tell you that they're telling truth, just presume it.

*Summation - Mr. Lichtman*                                    *6719*

1          So when you're thinking about the facts that I'm

2    talking about, it goes from A to B.  If it's a cooperator

3    that's saying A to B, well, that's done; we've got that

4    covered.  Just assume it's true.

5          But that's not what happened in the three months

6    that we've been together in this courtroom.  Those witnesses

7    not only admitted to lying everything day of their lives.

8    Their miserable, selfish lives.  But many lied while they were

9    cooperating.  Many lied to you here in this courtroom when

10   they were under oath.  And I didn't hear any of that in the

11   Government's six-hour summation, did you?  Did they ever tell

12   you, Well, you know, we had some witnesses and they lied.  You

13   didn't hear that.  Six hours.  That's a long I'm time I'm not

14   going to be anywhere near that so you guys can relax.

15         But you didn't hear a word about their credibility.

16   Just, you know, look at their demeanor.  They're telling the

17   truth because we're the Government and, therefore, we always

18   tell the truth.  They didn't talk about the problems with

19   their willingness to bribe prosecutors, judges, politicians,

20   law enforcement.  Their rampant dishonesty, their perversion

21   of the legal system, not a word was mentioned in six hours and

22   I have to ask you this question; why do you think that none of

23   that came up in that six hours?  You don't think that was

24   purposeful to ignore that?  Because they expect you to ignore

25   all the problems with their case.  They expect you to ignore

*Summation - Mr. Lichtman*                    6720

1    the dishonesty of their witnesses and have blind faith in them

2    just for one purpose -- to get that bad man over there, that's

3    what they're telling you.  Just ignore what you saw for three

4    months.  Ignore the dishonesty.  We're just going to pretend

5    it doesn't exist.

6           And I ask you what has blind faith in our government

7    ever done?  People all live lives.  We've had experiences.

8    Blind faith in our government has gotten us into a lot of

9    trouble over the years, hasn't it?  It's not how you were

10   raised.  It's not been your life experience to trust the

11   Government a hundred percent on anything they tell you.  To

12   trust law enforcement blindly.

13          Is that how you were raised?  Is that your life

14   experience?  Just because they tell you that it's so, that's

15   it.  Just give it up.  To trust people that are life-long

16   liars and have lied in front of you in this courtroom as late

17   as a few days ago.  Why wasn't that mentioned?  Think about

18   that.  You're smarter than that anyone should be smarter with

19   all respect.

20          We've all had life experiences to know that the

21   Government tells us something is so you have to examine it

22   before you're so quick to accept it.  Listen to these tapes,

23   it's Mr. Guzman.  Well, it's Mr. Guzman.  Look at this

24   transcript that's rolling on the screen and it's got

25   Mr. Guzman's initials next to it, so that's obviously

*Summation - Mr. Lichtman*                                    *6721*

1  Mr. Guzman.  Well, it's just the -- listen, it's Mr. Guzman.

2  It's English in what you're reading, of course, it's in

3  Spanish you don't know what with absolute certainty who

4  anybody is on that tape.  Half the time the conversations are

5  being interpreted by someone who wasn't even a part of the

6  conversation.

7           Remember when Menin testified that Mr. Guzman was

8  around the fire and he burned some of his enemies and then

9  shot them in the head and buried them in a hole and said, "F

10 your mother," that was horrible.  We heard that yesterday.

11 What's the evidence for that?  Menin, anything else?  Anything

12 else?  They're talking about as if it it's like a *fait*

13 *accompli* as if it's over.  Because their witnesses said it

14 and, therefore, it's a fact and, therefore, you should use it

15 to convict them.  Let's just throw him out because of what

16 Menin said.  Just a guy who was lied his entire life that

17 needs the Government in order for him to get out from under a

18 life sentence.  Yeah, he has no motivation to lie.  How about

19 we discuss the motivations of these witnesses to lie?  Just

20 bring it up.  The 600-pound gorilla sitting in the corner of

21 the room.  The reasonable doubt.  Come on, let's at least talk

22 about it.  So before you start checking off those boxes --

23           I think my --

24           THE COURT:  We're working on it.

25           MR. LICHTMAN:  Before you start checking off those

1    boxes on those charts, remember how the witnesses lied on the

2    stand.  Remember how they lied their entire lives before being

3    cleaned up and displayed before you in this courtroom as if

4    they were as good as any of us, as if they were as good as any

5    of you.  And try as they might to act as if the cooperator is

6    just a small part of this case much of their --

7              I think I'm loud enough without this judge.  Any

8    chance?

9              THE COURT:  The problem is overflow.

10             MR. LICHTMAN:  Do we care about the overflow?

11             THE COURT:  I'm afraid I must.

12             MR. LICHTMAN:  The witnesses, the cooperators were

13   not a small part of the case as they might say.  Much of the

14   physical evidence that you saw was very impressive.  It was

15   all there -- guns, bricks, all sorts of stuff, but much of it

16   was interpreted by these witnesses.  Much of it was put into

17   Mr. Guzman's hands by those witnesses.  That's the truth that

18   you really have to acknowledge.  All the calls that were

19   played the searches, the guns.  If you don't believe the

20   cooperators who testified before you, you can't convict

21   Mr. Guzman.  That's really the truth.  All the tapes, as I

22   said, with his voice on them, it was the cooperators who

23   identified him, cooperators who put him where narcotics

24   trafficking occurred where drug deals were made.

25             Here is what you were given as evidence I'm going to

1   give you some examples of this repulsive dishonest garbage at

2   times.  I'm going to give you Alex Cifuentes who, apparently,

3   yesterday from the summation was beyond reproach.  What he

4   said, boom, it's fact, check that box off.

5            Here is an actual testimony from this case.

6            *"QUESTION:  And part of being a drug dealer as we've*

7        *seen today is being a good liar; correct?"*

8            *"ANSWER:  Yes, sir."*

9            *"QUESTION:  You lied all the time, didn't you?"*

10           *"ANSWER:  Yes, sir."*

11           *"QUESTION:  You lied other to other drug dealers?"*

12           *"ANSWER:  Yes, sir."*

13           *"QUESTION:  You lied to your co-conspirators;*

14       *correct?"*

15           *"ANSWER:  Yes, sir."*

16           *"QUESTION:  You lied to your friends?*

17           *"ANSWER:  Yes, sir."*

18           *"QUESTION:  You lied to law enforcement?"*

19           *"ANSWER:  Yes, sir."*

20           "QUESTION:  You lied to immigration officials."

21           *"ANSWER:  Yes, sir."*

22           *"QUESTION:  You like to prosecutors?"*

23           *"ANSWER:  Yes, sir."*

24           *"QUESTION:  You lied to lawyers?"*

25           "ANSWER:  Yes, sir."

*Summation - Mr. Lichtman*                          **6724**

1      "QUESTION:  You lied to your family?"

2      "ANSWER:  Yes, sir."

3      "QUESTION:  You lied to your siblings?"

4      "ANSWER:  Yes, sir."

5      "QUESTION:  You lied to your wife?"

6      "ANSWER:  Yes, sir."

7      "QUESTION:  Your girlfriends?"

8      "ANSWER:  Yes, sir."

9      "QUESTION:  And you didn't just lie about your

10     drug-dealing business, you lied about personal affairs

11     as well, isn't that true?"

12     "ANSWER:  Yes, sir."

13     "QUESTION:  You lied about Mr. Guzman?"

14     "ANSWER:  No, sir."

15     "QUESTION:  He's the only person you didn't lie

16     about?"

17     "ANSWER:  That's right, sir."

18          Please.  Who could believe that, that garbage.

19     They're just lying to your faces.  Do they think you're

20     stupid, or they so arrogant they think they can say anything

21     and you're going to eat it up.

22          A house that's built on a rocky foundation won't

23     stand for long.  You know the truth about these witnesses.

24     And then the Government telling you basically ignore it is a

25     dangerous game.  Today we see the truth and cease to speak is

1    the day that we begin to die.  I'm not ready to keep my mouth

2    shut; I want to see the truth.  I hope that you won't either.

3          Now, as I said in any opening statement, Mayo

4    Zambada is really the missing piece in this case, he's been

5    all over this case.  Except there's one place he hasn't been

6    -- inside this courtroom.  A drug dealer for 50-plus years in

7    Mexico.  We've had his brother here.  We've had his son.  We

8    know he's got other kids that are cooperating with the

9    Government.

10          Mayo's words condemned Mr. Guzman in this case as

11   they were given to you by other cooperators.  And it became

12   part of the proof against Mr. Guzman.  It somehow Mayo, the

13   biggest narco trafficker for decades in Mexico has never been

14   arrested.  He's a wanted here man here, too.  $5 million

15   bounty on his head.  As I said in my opening that Mayo Zambada

16   was responsible for Mr. Guzman's plaque as Public Enemy No. 1

17   in Mexico, and by extension the United States, that I would

18   show that Mayo paid hundreds of millions of dollars in bribes

19   to remain free.  I said that.  And by paying those bribes, he

20   stayed out of the crosshairs of the Mexican government.

21   Mr. Guzman became the unlucky recipient of all that attention

22   from Mexican law enforcement since 1993.

23          Now, who is to say that it was Mr. Guzman and not

24   Mayo Zambada who paid for his freedom all the way up to the

25   president's office in Mexico.  Who said that?  Alex Cifuentes.

*Summation - Mr. Lichtman*                    6726

1   He is the guy who lies every single day of his life to every

2   single person in his life except when he's talking about

3   Mr. Guzman.  Do you believe everything out of his mouth, of

4   course you don't.  Does it make any scenes that Joaquin Guzman

5   paid a hundred million dollars in a bribe to a crooked

6   president of Mexico who, not surprisingly, is as crooked as

7   all the rest of the law enforcement, judges, politicians, and

8   police in Mexico that you heard about.

9          Mr. Guzman pays this bribe and gets hunted like an

10  animal.  Is that even logical?  But Mayo Zambada didn't make

11  the payments to the Mexican president and he somehow gets the

12  very bargain that Mr. Guzman is claiming to have paid for by

13  Alex with the bribe, namely, to be left alone.  And Mayo was

14  left alone by Mexican authorities and as you learn from his

15  son, one of many Zambada's who the Government had on their

16  cooperators table and testified for the Government here,

17  Vicente Zambada.

18         The Americans had Mayo's phone number.  He gave them

19  coordinates of where it was located of his hideouts.  The

20  ability to let their fingers do the walking if they wanted to

21  call him and find him, but they didn't.

22         You heard testimony from Agent Victor Vasquez about

23  his lengthy and exhaustive manhunt for Mr. Guzman in 2014

24  across Sinaloa which took days and days this manhunt.  You

25  heard him discuss his brief attempt to find Mayo Zambada.

*Summation - Mr. Lichtman*                                          *6727*

1    House after house, Vasquez and the Mexican Marines went to try

2    to flesh out Mr. Guzman.  They lined up people in houses,

3    they're checking their Blackberries.  They did a quick search

4    for Mayo Zambada.  No one's home, bye.  Mr. Guzman's profile

5    was raised so high that he became the ultimate target.  The

6    one that Mexico and the United States had to have.

7           Now, the evidence shows here was that most of the

8    hunting, as I said, was for Mr. Guzman.  And for decades

9    always for Mr. Guzman, always hunting him since the cardinal

10   was killed in 1993 until he ended up in this courtroom decades

11   later.  Arrested over and over again, arrested for killing the

12   cardinal, which we heard that he had zero responsibility for.

13          Instead, we learned at most he was actually the

14   target of that murder or that, in fact, the cardinal may have

15   been called i killed because was a major critic of the corrupt

16   Mexican government.  He was accidentally shot 14 times at

17   close range through a clear window.

18          Now, compare the image of the cardinal with a

19   younger Mr. Guzman and let me know if you think that that was

20   just a mere mistake that the two men got mixed up.  Mr. Guzman

21   certainly knew that the Mexican justice and political system

22   were garbage filled with thieves and criminals.  So he escaped

23   the prison that he was in where he landed on the false charges

24   heard.  You learned how his life since the time of the

25   cardinal's murder was decades of jail, being hunted, never

*Summation - Mr. Lichtman*        **6728**

1   living freely or unmolested.  But you know who for 20 years

2   has been free?  More.  25 since then.  Mayo Zambada.

3           The bigger Mr. Guzman's notoriety and his profile

4   and myth grew, the more he fell on him and away from Mayo

5   Zambada.  Despite the fact that his brother Rey and sons

6   Vicente Serafin Mayito Gordo were captured and cooperated with

7   the Government.  Serafin, as you heard Mayo's son, Vicente's

8   brother, cooperated and only received five and a half years in

9   prison.  Five and a half years in prison due to his

10  cooperation and he's free among you now.

11          Just as Rey Zambada and Vicente Zambada was free

12  among you as well, too.  They tell you that they may be

13  getting life but you know full well based on what happened

14  with Serafin, their nephew and brother, that he received a

15  joke of a low sentence.  And that Rey and Vicente will be out

16  soon.  That's their blueprint.  It's not like they have to

17  guess what they're going to get.  They see Serafin getting

18  five and a half years, what are they going to get?  Life?

19  Does it make any sense?  Of course, not.  You don't think

20  they're watching that?  Of course not.  Despite the $5 million

21  reward on Mayo's head despite the Government having sons and

22  brothers cooperators.  Despite having the ability to contact

23  him on the phone whenever they want, Mayo remains free as a

24  bird.  It's your job, you're the jury, it's your job to figure

25  out why.

1        Again, the question is the hundred dollar million

2   dollar bribe that Alex Cifuentes claimed that Joaquin Guzman

3   paid the Mexican President Nieto exchange for hunting anymore.

4   That he could come out of the shadows.  Do you remember that

5   testimony?  Just for the payment.

6        Tell me, who do you think paid that bribe?  The man

7   hunted like an animal for years, and even after the bribe was

8   supposedly paid; or the man who was free for decades, never

9   been arrested in either Mexico or the United States despite

10  his brother and children cooperating with authorities and

11  having nothing to do with Mr. Guzman, let me make this clear.

12  The Zambada family uses cooperation as a tool.  As a tool, it

13  uses cooperation as a means to maintain and continue its grip

14  on his billions and billion-dollar narcotrafficking empire

15  that make all this money trafficking drugs other years.

16  They're in touch with the DEA as you've heard in this trial.

17  One of the relatives gets tossed to the Americans as a

18  sacrifice, we heard that.  That Vicente was meeting with the

19  DEA and a couple hours later gets arrested.  Then they

20  immediately begin to cooperate and spend a few years in prison

21  like Serafin.  And then they're free, back to doing I don't

22  know what, are they trained to do?  You heard from Vicente

23  about his brother's five-and-a-half-year sentence.  Tell me

24  something.  Would any of you spend five and a half years in

25  prison for billions of dollars?  It's possible.  It's not

*Summation - Mr. Lichtman*                    **6730**

1   crazy.  You might.  Regardless.  It's a brilliant plan for

2   Mayo Zambada and it has worked flawlessly for decades now

3   despite Mayo being under indictment in America since forever.

4   Cooperate, bribe, have constant contact with the Government,

5   stayed free, throw someone to the Feds, cocaine keeps

6   flowing -- yesterday, today, and tomorrow forever.  Nothing

7   changes.  Even what happens in this courtroom, Mayo Zambada,

8   the cocaine keeps flowing.

9           What also didn't come out yesterday during the

10  Government's summation was the crazy sweetheart deals given to

11  these cooperators.  They were given the world by this

12  government and then they lied their butts off.  You heard

13  that, too, for the Government.  Don't you think our government

14  was above that sort of thing.  Did you even know before you

15  came here that they gave away these deals to such bad people?

16  Did you think that was possible?  Aren't we above that?

17  Sometimes these witnesses not only were they given sweetheart

18  deals, sometimes they weren't even charged.  Sometimes they

19  were paid money.  All certainly paid to get their get out of

20  jail free card no matter how many they killed.  We watched as

21  the witnesses lied and lied and lied under oath.  Is that the

22  country you thought you were living in?  Where things like

23  that could happen inside a courtroom in America?

24          Regarding the alleged bribe to the Mexican

25  government by Mr. Guzman as told by Alex Cifuentes.  Remember

1    Alex has been carefully prepared for you by them.  He started

2    his cross-examination very beginning of it by admitting they

3    went over a script of questions and answers that he would be

4    asked on direct by the Government.  And then he practiced

5    cross-examination questions as well he admitted with the

6    prosecutors.  This is a scripted event, as I told you, in my

7    opening.  This was a play that was presented to you by the

8    Government and they shaped what you would see in an effort to

9    manipulate you into believing these witnesses in order to

10   convict Mr. Guzman.  How many different cooperators signed

11   cooperation agreements promising to pay back millions of

12   dollars in forfeiture only for us to find out that they

13   claimed to have no assets at all.  It's what they claim.

14           It was made very clear that the money is never going

15   to be paid back.  And most of the witnesses were not even

16   required to fill out financial statements which revealed their

17   assets or showed show any proof that they didn't have any of

18   these assets that they were claiming.

19           All their drug money vanished.  The Government, in a

20   wink and a nod, just accepted it.  Accepted that they had no

21   money.  Didn't require them to list their assets under oath.

22   And for the couple of cooperators that were required to

23   actually fill out financial statements, I think there were

24   two, why have them fill them out at all if you're just going

25   to take them at their word and not require them to support the

*Summation - Mr. Lichtman*                            **6732**

1    comments about their financial state with records, bank

2    statements, anything -- sales of property -- just keep the

3    money as long as we can get that conviction of Chapo.  Isn't

4    that really the truth of what we saw here?

5            How is it that none of the cooperators have any drug

6    proceeds to forfeit?  Come on.  You're smarter than that.

7    You've heard that the Colombian government seized $250

8    million, approximately, from Jorge Cifuentes; $700 million or

9    so from Chupeta; and the Government seized another $10 million

10   or so from Jorge before he began cooperating.  They have the

11   burden of proof.  They do.  We don't, the defense.  They have

12   the burden to put on witnesses who don't lie, but they lied.

13           Now, let's see if on rebuttal because there's going

14   to be a prosecutor coming after me to talk to you again.

15   Let's see if they admit to you that their witnesses lied here

16   in this courtroom.  I'm going to give you a spoiler alert, I

17   hate to do that to you.  They're not going to say it.  Make

18   them pay if they don't admit it.  Make them pay if they don't

19   admit that their witnesses lied here.  Similar to their lies

20   about promising to pay forfeiture back.  Consider what each of

21   the cooperating witnesses said about how much time they think

22   they're going to get when they're finally sentenced.  All of

23   them lied to you and said, well, I could still get life.

24   Really?  You could still get life after you cooperate?  After

25   you get that 5K1 letter?  It's possible.  That's really

*Summation - Mr. Lichtman*                    *6733*

1  possible.  They're all claiming that we're hoping for the

2  better, the best, but we could still get life.

3        But you heard about Vicente Zambada's

4  cocaine-dealing brother Serafin and the five and a half years

5  he got.  From life to five and a half years, that's a pretty

6  damn good bargain, isn't it?  Here's the ugly truth.  They're

7  haul getting out when Chapo Guzman is convicted.  That's what

8  they're not going to tell you that you know for the better.

9  And the lies about thinking they could receive decades in

10 prison they've got the blueprint from Serafin because God

11 knows how many cooperators they got over the years.

12        And did you believe Alex Cifuentes when he claimed

13 that he had zero dollars.  That was a pathetic part of his

14 examination.  His brother managed to have $265 million in

15 assets that were seized, cash and assets.  But Alex had zero.

16 Of course, he lied to you and claimed that he learned about

17 Jorge's seizures.  He learned about it on the Internet.  But

18 that's where he learns everything.  He doesn't want to tell

19 you the truth.  He learned about it to from Jorge.

20        (Continued on the next page.)

21

22

23

24

25

Summation - Mr. Lichtman                6734

1          (In open court.)

2          MR. LICHTMAN:  That's where he learned everything.

3   He doesn't want to tell you the truth.  He learned about it

4   from Jorge.  He doesn't want to show he had conversations

5   with Jorge because he makes believe all is pure, clean, all

6   the evidence that comes from his mouth is all based upon

7   what he saw and not what he heard from another cooperator.

8          He speaks to his mother all the time, we

9   learned, before and after the seizures.  He lied to you and

10  said he never purchased a property in his life other than

11  some land that he bought because he couldn't make the

12  payments anymore, that million and a half dollars that he

13  put down, and an apartment in Cali, Colombia that he bought

14  in the '90s and sold many years later.

15         Alex lied and claims he was a lower-level

16  drug dealer.  This is a guy who worked for the Cifuentes

17  Villa drug trafficking organization in Colombia, huge

18  organization, and claimed to have worked for Mr. Guzman as

19  his left and right hand.  He lied.  Lower-level guy?  Yeah,

20  right.

21         He also lied to me when I asked him if he

22  bought any expensive things at all.  He doesn't want to pay

23  any money back, so he just lied to you.  He said he bought

24  some watches and cars, but he gave them away to his

25  girlfriends.  Cars.

Summation - Mr. Lichtman                6735

1              Did you ever buy cars with drug proceeds?

2              Yes, I buy cars.  I gifted to girlfriends.  I

3    would get them watches.  A good life.

4              Question:  Did you ever keep any of those

5    cars or watches for yourself, or were you just giving them

6    all away?

7              Answer:  I gave them away, and in the end I

8    sold the cars.

9              Did you keep the money from the proceeds of

10   the sales?

11             No, I spent it.

12             Come on.  That's a lie.  Yes, everything he

13   buys in his meager little life as a minor drug dealer he

14   just gives away to girlfriends.  That sounds like what

15   everybody does, right?

16             Then he told us he was forced to admit -- I

17   guess he realized how ridiculous his testimony was -- that

18   he made some millions in the decade of dealing drugs.  Some

19   millions, gross salary, gross income.  He claimed he was

20   just a lower-level drug dealer.  So no money seized in

21   Colombia or Mexico or the United States; and we have to

22   believe him because the Government didn't even ask him to

23   fill out a financial statement to show where his money is,

24   where it went.

25             It's sad to say they are a part of this too.

Summation - Mr. Lichtman                    6736

1   I don't like saying it.  I live here too.  But they are a

2   part of it as well.  He testified, Alex was first and then

3   he filled out a financial statement.  He actually said it at

4   first, and then a few questions later admitted he was not

5   required to do so.

6            Now, before I go into the cooperators more

7   fully, I want to discuss a legal issue.  The Government

8   claimed that all of the wide-ranging evidence that they

9   presented from, Honduras to Guatemala, Colombia, Mexico,

10  that it's one conspiracy surrounding a single

11  Sinaloa Cartel.  If there is a single Sinaloa Cartel, I

12  respectfully submit to you that Mayo Zambada is the leader

13  and the only leader.

14            If there is any question, just reference the

15  testimony of his son Vicente.  It's not me saying.  It's not

16  the Government saying.  It's Mayo's own son Vicente.  This

17  is what he says.  This is the question from the Government.

18            I'm showing you Government's Exhibit 2-B.

19  Who is this?

20            He is my dad.

21            What does he do for a living?

22            My dad is the Sinaloa Cartel's leader.

23            In the course of the next couple of hours I'm

24  going to show you just how much sense it makes that Mayo

25  Zambada was the leader of not the Government fiction of a

Summation - Mr. Lichtman                    6737

1    single Sinaloa Cartel, but a drug cartel centered in Sinaloa

2    and led by Mayo.  And more importantly, Joaquin Guzman was

3    the rabbit that the Mexican authorities were chasing for the

4    benefit of Mayo Zambada for years, decades, as Mayo keeps

5    bribing them.

6              From 1993 to today Mr. Guzman has either been

7    in prison or on the run.  Mayo, on the other hand, has never

8    served a day in prison and has been continually trafficking

9    drugs in Sinaloa from the mid-70's until January 31, 2019,

10   today.

11             Now, if you need more to contrast the

12   difference between these two men, contrast the image of a

13   cartel leader to the testimony of the Lucero Sanchez and her

14   description of what her duties were with Mr. Guzman in 2012.

15   She was apparently Chapo's only associate.  This young

16   woman, with no experience in the drug trade, she is unpaid,

17   making small marijuana deals on a credit, attempting to cut

18   the price of a kilo of marijuana from 500 pesos, which is

19   like 35 bucks, to 250 pesos, like 17.50, in the golden

20   triangle, Mr. Guzman's own backyard.  This is where she is

21   being sent out to make these ridiculously tiny marijuana

22   deals.

23             Would the leader of the powerful

24   Sinaloa Cartel need to send Ms. Sanchez, 21 years old, to

25   obtain marijuana from Guero Trankas, who controls the

Summation - Mr. Lichtman                 6738

 1   marijuana fields in the area?  The concept is a joke.  It

 2   doesn't make any sense.

 3              If there is one single Sinaloa Cartel,

 4   clearly the evidence is that there is not one single

 5   conspiracy.  It's run by Mayo Zambada, the leader.

 6              You will be instructed by the court on the

 7   definition of multiple conspiracies, and the defense of

 8   multiple conspiracies.  The judge will tell you that

 9   ultimately the Government must prove beyond a reasonable

10   doubt that the defendant was a member of the conspiracy

11   charged and, if you find that defendant was not a member of

12   the charged conspiracy, you can't find him guilty of that

13   count, even if you find that he was a member of some other

14   conspiracy.  But proof that defendant was a member of some

15   other conspiracy is not enough to convict.  On the other

16   hand, even if you find that multiple conspiracies existed,

17   you should convict the defendant if you find that one of the

18   conspiracies alleged in the indictment and that he was a

19   member of.

20              Now, back to Mayo Zambada.  As clear as the

21   evidence was that Mayo was a puppeteer that was pulling the

22   strings here, it's equally clear that there were numerous

23   independent and, at times, warring groups and not one single

24   narcotrafficking conspiracy existed in Sinaloa, Durango,

25   Juarez, Chihuahua, and all over Mexico.

Summation - Mr. Lichtman                6739

1            Now, get back to the backbone of their

2    evidence with cooperators.  As I said, we are basically

3    trained seals here, to sell you a fantasy about Mr. Guzman.

4            As I said about Alex, he was -- you heard

5    much about him yesterday -- he was the one that identified

6    Mr. Guzman on so many of those intercepted phone calls that

7    you heard.  But before you believe that and believe him and

8    his word, remember his discussion about the $1 million

9    forfeiture payment that Alex owed to the Government pursuant

10   to his cooperation agreement.  It was due six months after

11   sentencing.  That's when it was due, according to his

12   cooperation agreement.

13           And he made it very clear, he doesn't have

14   any money.  But if he doesn't -- this is important -- his

15   cooperation agreement is considered to be in breach.  That's

16   what his agreement says, and you have it and you will get it

17   back there and you can look at it.  So six months after he

18   is sentenced -- he is in jail now -- six months after he is

19   sentenced if he doesn't pay the million dollars back he is

20   considered to be in breach of his cooperation agreement; and

21   the Government, according to the agreement, can bring

22   additional criminal charges.

23           He said he doesn't have a single dollar to

24   his name, and you know we are not going to push him to pay

25   it.  Why not make him pay before the sentencing?  How about

Summation - Mr. Lichtman                    6740

1   that for a concept.  You want to get the money?  Make him

2   pay before the sentencing, instead of six months later,

3   because they want to make it appear to you, the jury, that

4   they are being tough on him.  We are going to be tough on

5   him.  He is facing life and has to pay a million dollars

6   back and, if he doesn't, he is in breach.  That's a lie.

7   You know it's a lie.

8              They want to make it appear as if he is has

9   the sword of Damocles hanging over his head if he doesn't do

10  the right thing.  If they ever required him to pay the money

11  before the sentencing he would never get sentenced because

12  he would never come up with the money.

13             Here is the crucial thing that I recall after

14  rereading his testimony.  He actually had the nerve to tell

15  you that if he doesn't pay the million dollars off in the

16  six months after his sentence, he expects, quote, to be

17  jailed again.  Think about that.  Here is the question.

18             Sir, you are aware if you don't make the

19  $1 million payment six months after your sentencing it's

20  determined to be a material breach of your cooperation

21  agreement, correct?

22             Answer:  Yes, sir.

23             Question:  What is your understanding of what

24  occurs if there is a material breach of your cooperation

25  agreement?

1          Answer:  I would be jailed again.

2          Jailed again?  Wait a second.  He is telling

3   you that he knows he is going to get out of prison when he

4   is sentenced.  He is facing life in prison, he told you, for

5   God knows how many kilograms of cocaine, murder, violence,

6   all sorts of things; but he told you that if he doesn't pay

7   six months after his sentencing he expects to be put back

8   into jail.  Jailed again.

9          I thought that he may be getting life here,

10  and he is going to be just sitting in jail for a long time

11  after he was sentenced.  He told you he expects to get out

12  at sentencing.  How long has he been in, a few years?  With

13  all that mayhem, disgusting behavior?  He slipped.  The mask

14  slipped for a second, and you got to see the truth.

15         Here is another spoiler alert.  He is getting

16  out of an asset, and he is not going to be paying the

17  million dollars, and he is not going to be jailed again.

18  And he will be living amongst us free.  Be careful.

19         And, although he fought like crazy on the

20  issue of the 5K1 letter that he needs from the Government,

21  in order not to die in prison, he made it very clear that he

22  has to get it; and he expects that he is going to give the

23  Government exactly what they need and what they want, which

24  is testimony to convict Mr. Guzman.

25         I asked him and his brother Jorge if he they

Summation - Mr. Lichtman                    6742

1   wanted Mr. Guzman to be convicted.  I thought this was an
2   interesting question.  Thank you.  They both side lied and
3   said, we don't care if he is convicted.  What a bunch of
4   bull.  You actually think that they think that it makes no
5   difference if Mr. Guzman is convicted here, to help them get
6   their 5K1 letters and get out of jail?  Of course they want
7   him to be convicted.  Of course it helps them.
8              At the very least, these idiots think that if
9   the man is acquitted they may be held responsible for it.
10  Right?  That's common sense.  How could they not think that
11  it helps them to have Mr. Guzman convicted?
12             But here is the big picture.  If he is this
13  dangerous narco trafficker, burning people, throwing them in
14  the pits, F your mother, if he is this horrible, scary,
15  dangerous guy, why would the Cifuentes brothers not want him
16  to be convicted?  They turned over a new leaf.  They told
17  you, right?  They told you that they are now good men.  Just
18  flip that switch, and they are all cleaned up and they are
19  good people.
20             Why wouldn't they want such a dangerous man
21  to be convicted and put away?  Isn't that common sense?
22  They lied to you again, over and over and over, just so you
23  would think better of them.  Just so you would think that
24  they have no motivation to lie.
25             You know what?  The Government didn't stop

1    them.  No one put up their hand, Hey, he is lying.  No one

2    stopped them.  You know who can stop them?  You people can

3    stop him.  That's all.  You have got more power than any of

4    us.  You are the judge of the facts.

5              In case you are wondering who was really

6    important to Alex Cifuentes, which lawyers are really

7    important to him, is his paid lawyers or the prosecutors.

8    His lawyers didn't even show up for half his debriefings.

9    Just the prosecution and the agents.  Those are the ones

10   that support him.  Why?  Because those are the ones who can

11   give him the 5K1.  What the hell can his lawyers do for him?

12   Nothing.  If he wants to get out of jail, he needs those

13   lawyers sitting there.

14             What his lawyer did help us with, though, is

15   tell the court during his guilty plea that he speaks nearly

16   perfect English.  When he pled guilty -- that's a pretty big

17   day in your life, pleading guilty to perhaps getting life in

18   prison -- he didn't use a translator.  He spent a year in

19   England learning English and acted as an English translator,

20   as you heard, as he testified to, during his drug-dealing

21   life.  But then he pretended he needed a translator here, to

22   buy him some extra time to think about his answers to the

23   questions that were posed.  That's why I brought it up.

24             As I explained at the beginning of my

25   cross-examination, that he didn't even know that Jorge was

1    cooperating.  I couldn't believe that.  He said, on the day

2    of his testimony, just a few weeks ago, Oh, Jorge is

3    cooperating?  Thank you, thank you for that information.

4              Here is the question:  Are you aware that

5    your brother Jorge testified a few weeks ago in this case?

6              No, sir.

7              Question:  Are you aware that he is a

8    cooperating witness?

9              No, sir.

10             And then, three questions later -- three

11   questions later -- after being confronted with the fact that

12   he stated on direct that his brother Jorge -- remember the

13   call from prison Jorge made from that burner phone that Alex

14   had in Colombia in his prison cell in December of 2014 --

15   that's what, four years ago -- Jorge told him that if he

16   didn't cooperate Jorge would be the first person to testify

17   against him.  Alex realized, you got me.  That's what I

18   needed to say.  Of course I knew he was cooperating.

19             He also claimed that he was passing messages

20   to Jorge through his mother and through that crooked lawyer

21   Luisa Fernandez.  Why would his brother tell him to

22   cooperate and that he would testify against him if he wasn't

23   cooperating?

24             Three questions later:  Question:  So of

25   course you know that he is cooperating in this case, yes?

1              Answer:  Yes, sir.

2              You have to figure out, why would he make

3    such a stupid lie?  Why would he make such a stupid, easily

4    proven lie?  Was it a mistake, or was it purposeful?  He was

5    clearly trying to show he was trained to act as if he

6    doesn't know anything other than what he saw himself.  He's

7    got blinders.  I don't know anything.

8              Oh, Jorge cooperating?  Oh, let me think

9    about that.  I know nothing about that at all, because I

10   claimed in my opening that the Cifuentes brothers had the

11   evidence, some of the evidence in this case years ago, and

12   that they could shape their testimony here to match what the

13   Government had on them, to make them better witnesses, to

14   give them more credibility, that they could have seen what

15   the evidence in this case was before they were debriefed by

16   them for the very first time.  That's why Alex Cifuentes is

17   trying to make as if he never spoke to anybody about

18   anything.

19             You heard Jorge testify that he met with a

20   Colombian naval officer, an American naval officer.  It

21   really doesn't make a difference.  That he paid a ton of

22   money for this guy, and he showed him a huge amount of

23   evidence that the Americans were using their own

24   investigation.  Isn't that shocking?  How sick is that?

25   What a world, huh?  We will get to that later, but the

Summation - Mr. Lichtman                    6746

1   Cifuentes clan clearly was given evidence which ended up in

2   this case years ago.

3                   And ignoring Jorge's lies on

4   cross-examination.  He said they only look at the

5   organizational chart, much like the one the Government had.

6   That was -- and I also got the Florida case number that was

7   not for me.  Paid all this money.  I'm giving all the

8   evidence against.  No, no, no.  I have got other things to

9   do.  I have a racquetball game.  I can't be bothered.  I

10  can't bothered.  Nothing special.  All he took down was the

11  Florida case number, and he said it's clear that he had

12  evidence that's in this case, in their heads, well before he

13  began being debriefed.

14                  That's why Alex is pretending he doesn't know

15  anything about Jorge's cooperation.  He is just lying to

16  you.  You cannot trust the Cifuentes.  Would you buy a used

17  car from the Cifuentes?  Would you let your children be

18  baby-sat by a Cifuentes?  Would you loan money to a

19  Cifuentes?  Of course not.  Your car would break down as

20  soon as you left the lot; your kid would be sold for a kilo

21  of cocaine; and you would go broke trying to chase him down

22  for the money that you lent him.  But you are going to put

23  your trust in that man to convict Joaquin Guzman?  It's not

24  right.

25                  How about Alex refusing to acknowledge that

Summation - Mr. Lichtman                6747

1   his brother Fernando was a drug dealer who worked for a

2   really big drug dealer named Don Efra in Cali, Colombia.

3               You heard Jorge, his brother, testify that

4   Fernando, their brother, was a drug dealer who worked for

5   Don Efra in Cali, Colombia.  Not even a question.  Not even

6   a question.  Jorge testified that he became a bodyguard for

7   Don Efra, and Jorge testified that Fernando killed Don Efra

8   and was killed in response, which triggered a huge financial

9   debt owed by the Cifuentes family.

10              Somehow Alex refused to admit that not only

11  was Fernando a drug -- not a drug dealer, he wouldn't say.

12  Instead, he lied to you and claimed that Fernando was a

13  systems engineer.  I don't know even know what the hell that

14  is.  He is a systems engineer.  Really?  And he is working

15  for Don Efra, who Alex claimed he had no knowledge was a

16  famous drug dealer.

17              Now, it wouldn't be so pathetic if not for

18  the fact that Alex actually assisted Fernando and Don Efra

19  when he was 15 years old, but, again, claimed that neither

20  one of them dealt drugs.  He lied to your faces.  Who is

21  going to pay for that lie?  Just him?

22              He was working at age 15 as an assistant to

23  the systems engineer who worked for the nondrug dealer.

24  Alex carried three loaded guns at the time on his person,

25  and he claimed then -- I mean, lied -- that this was normal

Summation - Mr. Lichtman                    6748

1    for a child in Colombia and allowed by the Colombian army.

2    Yes, I'm sure a 15-year-old carrying three loaded handguns

3    was permitted to by the army because that's Colombia.  Do

4    you believe that?  Who could believe that crap?

5                    A-3-gun 15-year-old who was assisting a

6    systems engineer who happened to be working for one of the

7    biggest drug dealers in Colombia, who wasn't a drug dealer.

8    It's all kosher.  Let's just check off the box and put away

9    Mr. Guzman.

10                   Here is how some of it went down in the case,

11   in case you forgot.

12                   Question:  Do you know that Don Efra was a

13   drug dealer?

14                   Answer:  In the news they say he was.

15                   Question:  Do you know that Fernando was a

16   drug dealer?

17                   Systems engineer.

18                   Question:  Do you know that Fernando was

19   killed as well because he killed Don Efra?

20                   Answer:  That was a rumor.  I wasn't there.

21                   He thinks he is smarter than you.  He thinks

22   he is smarter than me.  He thinks he can lie and lie and

23   never be held accountable; and when he lied, as I said --

24   and those lies were pathetic -- no one from this table stood

25   up and said, we have had enough.  Take this man out, we

1    can't convict Mr. Guzman.  No one said that.  We don't need

2    him.  This witness is no good.  He is a liar.  Nobody said,

3    nobody stood up, because nobody cares.  And the only one

4    that can stop it are me and you.

5             Remember when I questioned that Agent

6    Marsden.  I asked him if he is entire career he has ever

7    seen a government witness lie on the stand.  Remember his

8    answer?  He said no, I have never seen it.  That was a lie

9    right there.  How ironic is that?  Marsden saying in his

10   lengthy career he has never seen a cooperator lie on the

11   stand.  How funny, that he was a big liar himself.  An

12   agent, works for our country, works for you.

13            Alex lied about not knowing that Dolly was a

14   cooperator.  His sister was a cooperator as well.  This

15   family is so close they deal drugs together.  What a bizarre

16   family.  They have been dealing drugs together since they

17   are kids.  Their mother is a main adviser on drug-dealing

18   issues; and Dolly was arrested in 2011, according to Jorge

19   and Alex, and Alex lied to your faces and claimed that they

20   only learned about her cooperation from the news.

21            Why does he have to lie?  Why are they

22   letting him lie to you?  He told us that he speaks to his

23   mother, as Jorge does as well.  They pass messages to each

24   other, while they are in prison here.  If Alex claimed that

25   he learned from the news that Dolly is cooperating with the

Summation - Mr. Lichtman                    6750

1   Government.  This lie was similar to the one, as I said

2   before, when he initially claimed that he didn't know that

3   Jorge was a cooperator.

4               He lies so easily, how can you accept the

5   rest of his testimony?  The judge will tell you that you

6   don't have to, if you think he lied to you; and you

7   shouldn't, respectfully I submit.

8               Did you notice what happened when I simply

9   asked Alex about the payments he claimed were paid by

10  Mr. Guzman to President Nieto of Mexico?  Before I could

11  even finish that first question, he is claiming he didn't

12  know for certain what the numbers were.  Keep in kind that

13  his first debriefing on the issue -- and this is

14  important -- his first debriefing on the issue was in

15  February 2016.

16              Question:  And during that first debriefing

17  you told the Government that Mr. Guzman paid the Mexican

18  President Pena Nieto 250 American dollars?

19              Answer:  That is not correct.  I remember

20  that incident, but not that amount.

21              And then from then on I corrected myself, a

22  few questions later.

23              But did you mention an amount in that first

24  debriefing, didn't you?

25              Answer:  Yes, sir.

Summation - Mr. Lichtman                    6751

1              Question:  That number was 250 million,
2      wasn't it?
3              Yes, sir.
4              In April of 2016, a few months later -- and
5      this is painful -- Alex gave a similar story to the
6      Government.  A request by the president of Mexico of
7      $250 million from Mr. Guzman, but a hundred million was
8      actually only paid.
9              November of 2017.  Now we are a year and a
10     half later.  Another proffer.  Same story.
11             President Nieto requested $250 million but
12     Mr. Guzman paid a hundred million dollars.
13             But then, in September of 2018, almost a year
14     later, there was another debriefing he had with the
15     Government.  This one was an unusual one, he said.  Just one
16     topic, just this topic, the payment of a bribe to President
17     Nieto of Mexico.  Why have another debriefing on this topic
18     if his story was consistent?
19             In February, in April of 2016, in September
20     of 2017, in November of 2017, September of 2018, you have
21     years and years he is telling the same story.  Why do they
22     need another debriefing just on this one issue?
23             Suddenly, don't you know, after all that time
24     of giving consistent dollar amounts -- from the February of
25     2016 proffer session to April of 2016 to November of 2017 --

Summation - Mr. Lichtman                    6752

1    suddenly a year later, in September of '18, he forgets the

2    numbers.  Now they are fuzzy, he admits.  Why do you think

3    that is?  Why do you think that is?

4              Why do you think that this one-topic proffer

5    with the Government, after giving a very consistent story

6    for two years the story suddenly got fuzzy on the issue of

7    whether the president of Mexico was bribed?  I'm not going

8    to tell you what the answer is.  You figure it out for

9    yourselves.  You are smart people.  That's why we picked

10   you.

11             Alex was so desperate not to answer this

12   question.  He claimed he couldn't answer with a yes or no.

13   I asked him, didn't in fact you tell the Government that

14   Mr. Guzman paid that bribe in October of 2012?  It was a

15   month before the election.  How is that not a yes-or-no

16   answer?  I can't answer that yes or no.

17             Regardless, a few questions later, yes, it

18   was October of 2012 is when I told the Government, right

19   before the election.

20             Similarly, he claimed he didn't recall very

21   well telling the Government that President Calderon of

22   Mexico was being bribed by the Beltran Leyvas during their

23   war against the Sinaloa Cartel.  At the same time he claimed

24   that Mr. Guzman was paying the Mexican military, according

25   to him.

Summation - Mr. Lichtman                    6753

1          He remembered every detail of that part of

2     the equation, that Mr. Guzman was paying the Mexican

3     military to hunt down Beltran Leyvas for him, kill them,

4     have fake military initiatives.  He remembered the dollar

5     figure, 10 to 12 million, Mr. Guzman supposedly paid.  That

6     he remembered perfectly.

7          But the part that he didn't remember was the

8     fact that the allegation of President Calderon of Mexico was

9     being bribed by the Beltran Leyvas.  Isn't that funny how he

10    again forgot that prior statement about the bribery of

11    another Mexican president?

12         Now, why did I elicit that lie from Alex

13    Cifuentes?  You are thinking, why is this idiot lawyer

14    eliciting that information against his own client about the

15    bribe to the president of Mexico?  Well, I knew he wanted to

16    convict Mr. Guzman, and I knew it made no sense.

17         It didn't make any sense; and I knew that's

18    what he is here for, to blame Mr. Guzman, even if it doesn't

19    make any sense, because they need that conviction and they

20    are going to get that conviction no matter what.  He will

21    say anything.  Like every one of the other witnesses, he

22    blamed everything he could on Mr. Guzman.  They threw him

23    into any crimes they could.

24         I asked him questions about the 1978 World

25    Series.  Well, Mr. Guzman was there, and he was stealing

Summation - Mr. Lichtman                    6754

1    some guy's popcorn.  Remember that ball that dropped in the

2    front row that Jeffrey Maier, from the Baltimore Orioles

3    game?  Well, Mr. Guzman was there.  He was the one who

4    caught the ball.  Anything they could blame on Chapo Guzman

5    on, they threw him in.

6                   (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           MR. LICHTMAN:  But the bribe that Alex claimed

2     resonates that was asked for and received, it's pretty damning

3     testimony, isn't it?  Isn't that damning testimony that

4     Mr. Guzman paid that bribe?  Why didn't that come out on

5     direct?  Pretty damning evidence against my client.  Why

6     didn't it come out on direct?  Two reasons.  One is they don't

7     believe it; it doesn't make any sense.  They will believe

8     almost anything, it would seem, that these lying opportunists

9     will say; like Alex promising to pay $1 million within six

10    months of his sentencing when he doesn't have a dollar to his

11    name.  They claim to believe that crap, but somehow they don't

12    believe the claim that Alex made that Mr. Guzman paid a

13    hundred million dollars in a bribe to the president of Mexico.

14    They didn't believe it; not because Mr. Guzman was broke,

15    according to Alex, and wildly in debt during this period,

16    according to Alex.  How is a guy that owes $20 million from

17    2007 through 2013 going to just be able to whip out his wallet

18    and pay a hundred million dollars to the president of Mexico

19    at the drop of a hat?  You could infer from the evidence

20    yourselves why the Government did not bring out that bribery

21    on direct examination.  I'm not going to tell you why, but

22    what I will tell you is that Mayo Zambada made that payment

23    because the circumstantial evidence is clear as a bell here.

24           Who was the one that benefited from a hundred

25    million dollar bribe to the president of Mexico?  The guy

Summation - Mr. Lichtman                               6756

1   sitting on his ass at home sunning himself, smoking a cigar,

2   or the guy being hunted like an animal for decades, even after

3   he supposedly paid the bribe.  He could come out of the

4   shadows if he just pays the money.  Nothing changed for

5   Mr. Guzman, and nothing changed for Mr. Zambada either.

6           Here's the point about all of Alex's lies and the

7   convenient "I don't remembers."  He's playing a role here.

8   You cannot trust him on his testimony because he's so willing

9   to lie to you.  And as I said, they let him.  If the case is

10  so strong, why do they have to let their witnesses lie to you?

11  If the evidence is so overwhelming, check the box.  Check the

12  box.  If it's so overwhelming, why do their witnesses have to

13  lie to you?  How would you feel if they were lying about you?

14  Wouldn't feel so good.

15          I asked Alex about one of his fake identities, Eloi

16  Frank, in which he had a phony driver's license in his name.

17  He claimed that he got it so he could move easily around

18  Mexico with it.  I asked if it was to help him traffic

19  narcotics:  *No, I was an accountant at the time, not a drug*

20  *dealer*.  This scum was an accountant.  Two questions later --

21  two, *dos* -- two questions later, he admitted that he was doing

22  the books for Jorge, his brother, the narco-trafficker.  *Yes,*

23  *I was dealing drugs, too*.  Two questions later.  That's how

24  easy it was to turn that lie out.

25          Now, regarding that stipulation I read to you on

Summation - Mr. Lichtman                    6757

1    Tuesday, the last part was about Alex Cifuentes telling an

2    agent during a debriefing that Mr. Guzman was in debt for

3    $20 million from 2007 until 2013.  Cifuentes lied and said it

4    was just 2007, and there's a reason why he lied to you,

5    because he's trying to help the prosecutors convince you that

6    this is just this gigantic narco-trafficker who has made

7    billions of dollars, and you could have a bad year, 2007.

8    $20 million, that's nothing.  Make it up in 2008, '09, '10,

9    '11, '12, '13.  But he realized when he said 2007 to 2013,

10   suddenly, it doesn't seem like he's really the arch

11   narco-trafficker they are claiming if he doesn't have any

12   money for six years.

13           This is the biggest of the big, El Chapo, head of

14   the Sinaloa Cartel, biggest drug dealer in the world, the dude

15   has no money, and Alex Cifuentes had to drag him -- I will

16   read to you the truth of what Alex had said, 20 million in

17   debt for six years.  If he was in the position that they

18   claimed he had, he wouldn't have had that kind of financial

19   issues.

20           So Alex lied far beyond that and claimed that these

21   money problems existed in 2007.  Now, how could he have paid

22   that hundred million dollars to President Nieto in the middle

23   of that period?  $20 million in debt but about a hundred

24   million to pay.  Doesn't work.  It just doesn't work.  And it

25   makes sense when you consider what Memin said -- he was, I

Summation - Mr. Lichtman                    6758

1   think, the last cooperator -- that Mr. Guzman was unable to

2   pay salaries of his workers during that period.  And how he

3   was living cheaply, we heard from Alex.  He had the lousy

4   communication system in 2007 and 2008; he had two

5   televisions -- he didn't even know what a plasma television

6   was.  He had wooden planks for bedside tables.  That all makes

7   sense now, doesn't it?  He didn't have the money.  And it

8   explains why, when Alex is talking about the stash houses

9   filled with cash, he was just lying, he was making that up.

10          And that one cooperator, Miguel Martinez, claimed

11  that Mr. Guzman had multiple jets and a home in every beach

12  area.  He was lying because part of the case against

13  Mr. Guzman is that he had great wealth.  But when the rubber

14  hits the road, the dude could not pay salaries of his workers

15  and was 20 million in debt for six years.  Martinez lied.  The

16  Mexican government, the Americans, found no evidence.  Where's

17  the stash house?  Where is the cash?  Not a single penny was

18  seized from him.  You have seen real drug kingpins and how

19  much money gets seized; 250 million from Jorge, almost a

20  billion dollars and 700 or so million from Chupeta.  They've

21  got these crazy paintings -- 500, $600,000 paintings --

22  massive watch collection.  Not Mr. Guzman, he's got baseball

23  hats and a bed with wooden planks made.

24          But let's take Cifuentes at his word, Alex, this

25  time.  He claimed basically he had no money as a member of the

Summation - Mr. Lichtman                                    6759

1    Sinaloa Cartel while working for Mr. Guzman, despite the fact

2    that he was Mr. Guzman's left and right hand.  He had no

3    money; he made almost nothing.  If the right and left hand are

4    making no money, what about the rest of the body?  Is that

5    where all the money is?  Left and right hand have nothing.

6    It's bull, and you know it, and the evidence bears it out.

7            But you know who wasn't living poorly, who could

8    afford a hundred million dollar bribe -- I know, I'm going to

9    say it again -- Mayo Zambada, the man who managed to never get

10   arrested, even if he has a $5 million mountain house, and they

11   could ring him on the phone all they want, when they want to.

12           Similarly, Alex testified that Damaso Lopez -- this

13   was almost a surreal moment, I hope you haven't forgotten

14   it -- that Alex testified that Damaso Lopez created T-shirts

15   and hats that had Sinaloa Cartel written on them.  Damaso

16   looked at Mr. Balarezo like he had three heads when he was

17   asked about it and denied it.  Ridiculous story, an obvious

18   lie.  Let's say it's true.  Let's say it's true that there

19   were these hats and shirts with *Sinaloa Cartel forever* on

20   them.  Someone was lying of the two of them, right?  Can't

21   both be telling the truth.  Either these hats and shirts were

22   made or they weren't.  One said they were and one said they

23   weren't; someone lied.  One of them had to lie.  Does anybody

24   care?  This is still America, ladies and gentlemen.  Does

25   anybody care that one of them lied?  Not a peep over here.

Summation - Mr. Lichtman                    6760

1   Not a peep.  Not a peep.

2           What I wanted to say to Alex, but I knew that I

3   would get a sustained objection, was that those hats and

4   T-shirts clash with the camo outfits they were supposedly

5   wearing, or forced to wear every day when you were hiding in

6   the mountains of Sinaloa.  That makes sense.  We have to wear

7   camouflage so we could blend in amongst the elements, we were

8   forced to wear it, but today I'm going to be wearing my black

9   and gold Sinaloa Cartel T-shirt, walk around, yeah, man, look

10  at me, Sinaloa Cartel hat.  In case you forgot what's on the

11  shirt, I've got a hat too.  Bunch of boloney, give me a break.

12  Who could believe that?

13          Now, they said that if they lie they may not get

14  their 5K1 letter, so which one of them isn't getting their 5K1

15  letter?  Damaso or Alex?  Spoiler alert, they are both getting

16  them, and they are both going to get time served when they get

17  sentenced and they will be free walking amongst you.

18          Now, there was also that stipulation that I read the

19  other day about that attorney rant.  This was an important

20  thing.  I think that was at the end of the case, and it didn't

21  seem like that big a deal.  But how about when Alex testified

22  that Mr. Guzman -- Alex got arrested in Mexico, and Mr. Guzman

23  sent an attorney to represent him after he was arrested, like

24  there was some kind of sinister suggestion that an attorney

25  showed up and said:  *I'm your lawyer, and I came from Chapo*

Summation - Mr. Lichtman                    6761

1    *Guzman.*  But the insinuation was:  *You are going to do what we*

2    *tell you or else.  Mr. Big sent me to represent you.*  Right,

3    that was what the insinuation was?  So I had to get a

4    stipulation that what Alex really said to the Government when

5    he was debriefed on this was that, in fact, two specifically

6    named inmates -- and I named them in the stipulation --

7    referred Alex to Attorney Grandos, and that Alex reached out

8    to Attorney Grandos, and that's how he met the man.  It wasn't

9    that Mr. Guzman sent him to the prison to represent him.

10            But this is what you need to understand.  The

11   witnesses are doing all they can to make him look more

12   sinister because they want to trick you and they want to

13   convince you to convict him.  Make him look bad.  They will

14   say anything unless we can stop them, you and me.  We already

15   know the Government is not going to stop -- haven't stopped

16   them from lying.  We know it.  We need to.  This is it.  Just

17   us.  Just you.  I'm just a big mouth lawyer.  What can I do?

18            Alex finally said, at the end of his testimony, that

19   Mr. Guzman told him that he was picked up the Mexican

20   military, he was tortured, flown upside down from his feet

21   from a helicopter, and that he had his hands bashed in by the

22   butt of a rifle.  And supposedly, he showed the scars on his

23   hands to the reporter who was interviewing him, which Alex

24   witnessed, he witnessed this interview.  So I asked him, did

25   you see the scars on his hands?  He couldn't answer that.  Why

Summation - Mr. Lichtman                          6762

1    couldn't he answer that?  Because there's no scars on his

2    hands, that's why.  Never saw the scars on his hands.  That

3    story is a joke, an utter lie.  It makes no sense, but believe

4    everything else that Mr. Guzman is alleged to have told Alex,

5    because that's a part of their case, what Mr. Guzman told

6    Alex.  But that story, we know it's stupid and ridiculous, put

7    that one aside, but believe everything else because it helps

8    us convict the bad man over there.  It's not fair.  You know

9    it's not fair.  Would you want that happening to you or your

10   loved ones, some scum like that lying about you or yours?

11            Now Jorge.  The prosecutor sometimes on redirect

12   would try to show you that their witnesses weren't lying by

13   asking them if they saw a picture of let's say a gun, or heard

14   a recording, after they initially were briefed on it.  And the

15   point is they were trying to show, look, they initially

16   debriefed on these things, on these facts, and then they

17   showed them the gun and let them listen to a tape, so how

18   could they possibly have known when they were testifying

19   initially about these facts that they didn't learn about until

20   later?  It's a pretty potent argument, I've got to tell you.

21   That's a toughie.

22            You'd better write that one down for rebuttal.

23            But the point was they were trying to show you that

24   they were debriefed first and they were completely honest at

25   the time, but they had no idea what the evidence was at the

1    time that they initially proffered it, but that's what the

2    problem is.

3            Mr. Fels would -- from what I believe, Jorge gave

4    that timeline, he testified -- Jorge Cifuentes -- *did you tell*

5    *us about the jewel-encrusted gun before you saw the picture of*

6    *it?*  Things like that.  Well, isn't it convenient that

7    Mr. Fels neglected to mention the Naval officer, here in the

8    United States, or the Colombian one.  Now, I'm not sure, by

9    the way, how an agent forgets something like that.  I hate to

10   interrupt, myself, but how do you make that mistake?  You are

11   sitting there in a briefing, and a United States Naval officer

12   gave me all the evidence.  You're going to go *what*?  You know,

13   that's the kind of thing you wouldn't miss, right?  Right?

14   Whatever.  Whether it's -- he didn't screw that up.  Whether

15   it was American or Colombian, it really doesn't make a

16   difference.  What matters is that he received the evidence

17   beforehand, showed him a mountain of the evidence in

18   possession of the American DEA in 2010, before he was

19   debriefed by them.  That's how he knew so much of the evidence

20   when he was first debriefed, and that's why he fought me so

21   hard on it because he didn't want to make it appear as if he

22   knew he was given the story before he told the story.

23           So he lied like crazy.  And, again, why do they have

24   to put on witnesses who lie if their evidence is so strong?

25   If your evidence is so strong, put on your best three

Summation - Mr. Lichtman                    6764

1   witnesses, just the ones that will tell the truth.  Nah, we

2   are going to put them all on, we don't care, because you are

3   going to help us get that bad man with the gun, and what we

4   say counts, and that's it.  Convict him.  Come on, let's go

5   home.

6            On direct, Jorge admitted that the Naval officer

7   gave him a USB drive to look at with lots of information,

8   recordings, regarding drug trafficking activities which had

9   been recorded apparently by the Colombian government and

10  American DEA.  And I'm quoting Jorge's testimony:  *He did*

11  *allow me to place the USB on my computer and to look at the*

12  *information there to see the information, and he kept the USB.*

13  *I tracked a few of the data.*

14           Then, according to him when confronted on

15  cross-examination with this important point; namely, that he

16  had already seen the Government's evidence in this case in

17  2010, he claims that he didn't listen to any of the tapes

18  despite being provided the audio files; didn't look at any of

19  the evidence that was being shown despite the existence of the

20  computer files; was allowed to take notes of what he saw and

21  heard, but only wrote down one thing -- the case number.  He

22  remembered the color of the ink that he used to write down the

23  case number.  Those are pure spontaneous lies.  This guy is

24  the most paranoid dude there is, anal retentive.  He's got

25  ledgers, he's got this, he's got that, but when he's given the

Summation - Mr. Lichtman                               6765

1    evidence against them, he doesn't lie.  Not important to him.

2    He just was shown Jorge's organizational chart, he claims,

3    which was a part of his findings.  He wasn't curious about the

4    evidence, wasn't curious about the tapes.  Doesn't make any

5    sense.  The information he claimed he hadn't seen was so

6    great, though, that it caused him to freak out and run to

7    Venezuela and even travel under a fake name.  He had time,

8    though, to shred all the incriminating evidence, or so he

9    thought; letters, documents, all because of a case number that

10   he managed to write down.  And the promise of evidence, which

11   he lied and claimed he didn't review, he reviewed a lot of the

12   evidence, not just the case number, he lied under oath and

13   these prosecutors sat there quietly, letting him lie to you

14   again.

15           This isn't about justice, we are not here to do

16   justice, this trial.  This trial is about one thing and one

17   thing only; getting Chapo.  Getting Chapo.  Forget fairness,

18   forget justice, forget the law, forget the ethical

19   obligations.  None of it matters, just get Chapo.  If you let

20   them get away with it, when they come for you with this kind

21   of garbage, when they come for you or your loved ones, don't

22   complain.  Just go quietly, because this group of prosecutors,

23   respectfully, and their group of cooperators, know what's best

24   for you, even if it means looking the other way when witnesses

25   lie to get it done.  Remember that when you are back there

Summation - Mr. Lichtman                    6766

1  deliberating soon.   Remember how Jorge Cifuentes changed his

2  answer back and forth during that bit of cross-examination

3  about that legal phone call made from prison to Alex's burner

4  phone in Colombia.   Remember they sat there and -- the

5  Government sat there and didn't utter a peep during that.   It

6  was ridiculous testimony.   The ends do not justify the means.

7  They don't.   That's not the country I want to live in, and I

8  don't think it's the country you want to live in.

9           And if I can go back to agent Paul Roberts, who I

10 called as our witness on Tuesday.   Agent Roberts made clear,

11 as I said, that he was surprised in the 2017 proffer session,

12 that Jorge told him that a U.S. Naval officer provided him a

13 USB drive with evidence against Mr. Guzman.   This was evidence

14 that was provided to the American Government, according to

15 Jorge, every three months.   Agent Roberts wasn't looking to

16 help me during that examination; I don't know if you noticed

17 that.   It certainly was not all that helpful, he wasn't trying

18 be helpful, he didn't do me any favors.   He admitted that he

19 was surprised, as I said, that an American agent could have

20 done such a thing.   Well, as I said, if he was so surprised,

21 why didn't he say look, we've got to stop, we have to talk

22 about this.   The United States Naval intelligence officer --

23 well, maybe the translator that made a mistake -- *Oficial de*

24 *Inteligencia Naval de los Estados Unidos*.   It's really not

25 that difficult to figure out what you are hearing, right?

Summation - Mr. Lichtman                    6767

1  Come on, you don't need a translator for that.  The fact is,

2  according to Jorge Cifuentes, the American Government can be

3  crooked.  He already told you his testimony about the crooked

4  DEA agents and leaks and sources that he had.

5          Anyway, because at least in this courtroom you can't

6  say that the Government is crooked without a massive protest,

7  but I thought it was an interesting scene to watch Prosecutor

8  Fels basically doing all that he could to damage the

9  note-taking skills of a seasoned FBI agent to make it appear

10  as if the agent made a mistake.  Guess what?  The American

11  Government, they are not perfect.  Their agents can be crooked

12  sometimes.  Does any of this surprise you that law enforcement

13  can be crooked?  Do we live in the real world here, people, or

14  are we just going to pretend that they're perfect?  They're

15  not.  Agent Roberts was honest.

16          Now, there were so many errors, though, with the

17  notes.  Remember Jorge kept saying, *you know, sir, your little*

18  *notes are wrong, your little notes are wrong, your little*

19  *notes are wrong.*  Boy, they made a lot of mistakes, those

20  highly drained DEA and FBI agents.  They must really be idiots

21  for this trial only; but when their note-taking was perfect,

22  oh, that evidence is perfect, convict the bad man.  But Jorge,

23  sure, he must have been speaking in tongues and confusing the

24  note-takers, there was so many mistakes.

25          Jorge -- it's just incredible, Jorge couldn't

Summation - Mr. Lichtman                          6768

1   identify one person in that organizational chart of the
2   leaders of the Sinaloa Cartel?  Do you remember that?  I
3   actually showed him all the pictures, every one of them.  I
4   took a chance; I didn't know what he was going to say.  It's
5   not like he's talking to me before the case starts in
6   preparation.  I asked him, do you know any of these people?
7   One after one.  He claimed that he was basically part of Mayo
8   Zambada's family at one point, but mistakenly claimed that
9   Cifuentes Carrillo Fuentes was Mayo.  How can that even be?
10  This guy was like part of the family; he can't even identify
11  Mayo, he thought that Mayo was Cifuentes Carrillo Fuentes.  I
12  mean, it just doesn't make any sense; show him a picture of
13  Mayo and he doesn't know who it is.  I showed him that picture
14  of Mayo.  He lived with the guy, *mi compadre*, doesn't know who
15  he is.  How can that be?
16          But I can tell you the one picture that he can
17  recognize is Mr. Guzman's face; brought him into every
18  scenario, that's what he was trained to do.  Either he hates
19  the man so much that he's thrown him into every one Jorge's
20  own criminal acts, in order to dirty him up, or he just needs
21  to get him convicted for his own selfish purposes.  Makes no
22  difference.  Do you know what makes a difference?  As long as
23  he gets convicted, he gets that 5K1 letter in his mind.  He's
24  been prepared for five years for his testimony here and he
25  doesn't know who Mayo Zambada is?  It doesn't make any sense.

Summation - Mr. Lichtman                    6769

1          And, of course, he said he doesn't want the man
2    convicted over there.  Justice doesn't matter, right?  Just
3    convictions.  But that wasn't the worst part of Jorge's
4    testimony to reflect in my mind, the worst of the Government's
5    behavior of their actions in this case, solely an effort to
6    convict Mr. Guzman.  That illegal phone call from prison, that
7    I thought was the most disgusting thing that the Government
8    witness lied about under oath, when they expect you simply to
9    ignore it and convict Mr. Guzman.  We will get to that all in
10   a bit, but you didn't hear that that phone call during the
11   Government's summation yesterday, did you?  When so many lies
12   came out in such a short period of time.
13         As for the tapes of Mr. Guzman that Jorge and others
14   described for you, *well, this is Mr. Guzman on the tape*.
15   Well, how do you know?  Because I know, because I know him,
16   just like I know Mayo Zambada.  But he doesn't know Mayo
17   Zambada.  It's Mr. Guzman, that's it, so put him on the chart,
18   X, convicted.  You are going to believe these people who have
19   lied every day of their lives, who have manipulated every
20   person in the system that they could; why do you have to
21   believe them that Mr. Guzman's voice is on the tapes, because
22   they say so?  They would run over your mothers to convict that
23   man.
24         You are going to believe Christian Rodriguez?  He
25   can't even pay taxes on the money that the Government paid

Summation - Mr. Lichtman                    6770

1   him.  This is a guy who committed massive crimes before he

2   even met Mr. Guzman.  He didn't even get charged; then they

3   give him money to work, hundreds of thousands of dollars and

4   he can't pay taxes on that money, gets in trouble with the

5   IRS, gave him complete immunity from all of the drug dealing

6   and money laundering.  Then he cheats on his taxes and they

7   give him immunity from that, too.

8            You are going to believe Pedro Flores?  You're going

9   to believe Pedro Flores?  He's in the back right now, probably

10  knocking up his wife again.  Jorge lied almost immediately at

11  the beginning of -- I'm sorry, that was a bad one.

12  Spontaneous, wasn't in here.  I apologize.

13           Jorge lied almost immediately at the beginning of

14  his cross-examination.  He told the Government in the

15  briefing, November 30th, 2017, that his sister Lucia was not a

16  narcotics dealer, she was not in the business.  Think about

17  this:  In 2017, the end of 2017, he tells them that Lucia is

18  not in the drug business, except that Lucia had been in prison

19  since 2014 for what?  For dealing drugs.  So he knows that his

20  sister is in jail for dealing drugs three years earlier; three

21  years later, he tells them she's not in the drug business

22  serving an 11-year sentence.  He was interpreting tapes for

23  them in which Lucia was on, talking about stolen drugs that

24  her son had stolen, 200 kilograms or so of cocaine, 225

25  kilograms that had been stolen.  He's interpreting that for

Summation - Mr. Lichtman                          6771

1    them in November of 2017 and saying that Lucia is not in the

2    drug business.  Think how insane that is; it's mind-blowing

3    insane.  Doesn't make any sense.  He also testified that he

4    lied to Mr. Guzman via Jamie -- Jaime Roll Cifuentes, he said

5    Alex also tried to kill me, because Jaime ordered his

6    grandmother -- Jorge and Alex's mother -- kidnapped.  And then

7    he got out of Alex that he used another one of his nephews to

8    try to kill Jaime, his cousin.  So he was using one cousin to

9    kill another cousin, this is how utterly sick the Cifuentes

10   family is.

11              Here's an exchange with Jorge:

12              "Question:  And your family was a very close family,

13   correct?

14              "Answer:  Unfortunately, no.  We had conflicts like

15   any other family, I assume.

16              "Question:  You had conflicts that any normal family

17   can have.

18              "Answer:  Yes.  Gossip here, gossip there.

19              "Question:  Like the time your brother Alex ordered

20   the murder of your nephew Jaime?

21              "Answer:  That's correct.

22              "Question:  So those are typical family issues, that

23   you had your brother ordering the murder of your nephew.

24              Now the reason why your brother ordered the murder

25   of Lucia's son was because Jaime had ordered the kidnapping of

Summation - Mr. Lichtman                    6772

1   your mother?

2           "That's correct.

3           "So Jaime ordered the kidnapping of his grandmother?

4           "That's true.

5           "So you and Alex, you nevertheless used Jaime to

6   help you deal drugs?

7           "Yes, sir, that's correct."

8           Regarding his mother -- I mean, give me a break.

9   What kind of sick -- who -- you couldn't fabricate this, it's

10  so unbelievable.  It's their witnesses, but believe them.

11          Regarding his mother, Carolina.

12          "Question:  And you must go over there all the time

13  for advice on the smallest details of your drug trafficking

14  problems.

15          "Answer:  No, sir.

16          "Question:  She passed messages between the brothers

17  regarding drug-trafficking issues?

18          "Answer:  Yes, sir.

19          "Question:  You went to her for advise on drug

20  trafficking issues.

21          "Answer:  That's correct, sir."

22          They lie -- that exchange actually happened, I

23  didn't fabricate that.  They actually lie and get caught lying

24  two questions later and it's like nothing to them.  The

25  Cifuentes brothers all lie and there's nobody better than

Summation - Mr. Lichtman                6773

 1   them.  They are so completely and utterly dishonest, so

 2   utterly corrupt, that their older brother Pacho, who attended

 3   a military academy as a child, ended up corrupting all of his

 4   friends when they grew up and became big shots in the

 5   military.

 6              Here's another pack of lies from Jorge:

 7              "Question:  Part of your skills as a successful

 8   narcotics trafficker is your ability to deceive people,

 9   correct?

10              "Answer:  No, sir.

11              "You don't think you need to lie when you're a drug

12   trafficker at your level?

13              "Answer:  No, sir.

14              "Question:  So you didn't lie in your everyday

15   drug-dealing activities?

16              "No, sir."

17              Sure as hell lied in here.

18              "And every time you used a credit card with a fake

19   name, that was a crime, wasn't it?

20              "I did not know.

21              "You didn't know that using a credit card and a fake

22   name is a fraud?

23              "No, sir.

24              "What about today, right now when you are

25   testifying, do you think that using a credit card and a fake

Summation - Mr. Lichtman                    6774

1   name is okay?"

2          And then I had to say:  *I can't hear you, Mr.*

3   *Cifuentes*.

4          "Answer:  I really do not know.  I do not know the

5   law in this country.  I do not know."

6          Well, I can understand that.  There are many

7   countries in the world where you can use credit cards with

8   fake names and it's perfectly, completely acceptable, but he's

9   unaware of the laws here.  Could be okay, might not be okay.

10  He's been cooperating with them in America for what?  Five

11  years?  This is where his head is at?  Come on.  But he'll be

12  an American soon, living on the street free.  They only bring

13  in the best.

14         Now Jorge had a fake names, fake identification,

15  fake travel documents, visas, passports, all fake; used them

16  without a moment of hesitation.  Well, property in fake names,

17  other people's names, lied when he was a kid in order to get a

18  driver's license by claiming his date of birth was a year

19  earlier, which his parents knew about.  He never graduated

20  from high school, but he bought a bunch of fake diplomas.  Now

21  this was absurd.

22         "Question:  What was the purpose of getting that

23  fake diploma under your real name?  Was it to impress your

24  parents?

25         "Answer:  No, to impress my colleagues at work.

Summation - Mr. Lichtman                               6775

1          "Question:  So this was a legitimate job or are you

2    talking about your work being drug dealing work?

3          "Answer:  My drug trafficking work, of course."

4          My colleagues at work, like he walks in, punches his

5    time card at the bank, and this is my work.  He's a freaking

6    drug dealer and he wants to impress his drug dealing friends

7    like they would give a damn if he's got a diploma?  All they

8    care about is cocaine.  But he admitted that he bought fake

9    diplomas and under fake names also to help him get fake

10   identification, and he used fake names to buy homes he lived

11   in, bought them with drug proceeds.  When Jorge was living in

12   McCallen, Texas under a fake name in 1990, he bought a house

13   in a fake name, held bank accounts in fake names, and had two

14   tons of cocaine hidden in his house.  Two tons of cocaine.

15   Two tons; 4,000 pounds of cocaine hidden in his house.  Think

16   about that, how insane that is, and he had cash hidden behind

17   a mirror.

18          He only had two cocaine customers in America; one in

19   Houston and one in New York City.  The customer in Houston was

20   named Willie, of course he didn't know his last name, and

21   Willie had drug ledgers in his house with Jorge's handwriting

22   in them; and when Willie was arrested, Jorge was then arrested

23   soon thereafter in Texas, under a federal narcotics case.  Of

24   course, Jorge was arrested under fake name, Jose Luis Garcia

25   Ramirez, and the way he fooled the federal prosecutors in that

Summation - Mr. Lichtman                    6776

1   case is that he claimed he was required to give a handwriting

2   example.  Obviously, you would be able to see if the

3   handwriting matches the handwriting in the ledgers and see if

4   they could prove it was him.  So what does he do?  He uses his

5   left hand, the hand that he doesn't write with because no one

6   has ever thought of that before, that's his story.  And

7   wouldn't you know it, the case disappears.  The case gets

8   dropped.  He fooled American prosecutors, just like them.

9              Now, he explained how the laws have changed.  He

10  explained how this could have happened.  He explained how the

11  laws have changed since the '90s, which allowed his case to be

12  dismissed.  Now see if you can follow this:  *The only*

13  *reference I have has to do with conspiracy, but can be a*

14  *misrepresentation of how the American law flies in Colombia,*

15  *having to do with criminal charges, and there are two*

16  *different systems.  There is the Roman system, so for us, you*

17  *have to have a crime and when they catch you with the cocaine*

18  *in your hands.  But the laws have changed and it's just they*

19  *can now charge you -- if somebody just explains, explains it*

20  *even though they may not catch you with the evidence, that's*

21  *my understanding, but as I said, that could be completely*

22  *ridiculous, I really don't know the law.*

23             This dude is nuts and that's their witness, not

24  mine.

25             When he was 18, Jorge went to prison on a weapons

1    and murder charges, and while he was there he was paid to kill

2    another inmate and he tried with poison.  Poison he couldn't

3    get, so forget about that; a knife, a gun, grenades.  This is

4    what this utter animal was as a teenager, and that was brought

5    out on direct.  While he was in prison, he was having sex with

6    one of the guard's wife.

7              Not only did Jorge bribe Colombian officials to

8    removes his records of having been in prison, but he also had

9    fingerprints removed from the database.  But he won't lie to

10   you here, no, of course not.  When Jorge got out of that

11   prison, he began working for Don Efra, a major drug lord in

12   Columbia.  Don Efra asked Jorge to go to Mexico to run his

13   operation there; Jorge claimed that's when he met Mayo

14   Zambada, and he knew him well, and he became very close to him

15   is what he said.  Of course, when it came to pick out his

16   picture, he said a picture of somebody else was him.  I don't

17   know how that could have happened.

18             Regarding Humberto Ojeda, his drug dealing partner

19   and friend who he made hundreds of millions of dollars with,

20   which Jorge described was like a brother, but when Mayo killed

21   him, Jorge had no problem continuing to deal drugs with Mayo.

22   Mayo had shot Ojeda when he was driving with his child in the

23   car.  The car was shot 40 times.  Jorge had no problem working

24   with Mayo after this.  This is the type of person we are

25   dealing with; he already had made hundreds of millions of

Summation - Mr. Lichtman                    6778

1   dollars, his best friend, his brother, basically, was killed

2   by Mayo Zambada, but he needed more.  He couldn't just say you

3   know what, dude, I'm out of this.

4            (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1         MR. LICHTMAN:  No, no, no.  He's still dealing

2    drugs.  Jorge claimed that after Ojeda was killed, he asked

3    Mr. Guzman in 2003 for a meeting with his good friend Mayo.

4    He told the Government that the reason he asked Mr. Guzman for

5    that meeting was Mr. Mayo Zambada was over concern for his

6    personal safety because common sense is if the man killed my

7    partner, Humberto Ojeda, he may be killing me, too, so I want

8    to make sure I'm not getting killed, that makes sense.

9         But that was a lie to the Government as we learned

10   during the testimony.  A lie that Jorge told while he was

11   cooperating with the Government.  And that lie made to into an

12   affidavit, extradition affidavit, for Mr. Guzman.

13        And on June 23, 2016, two years, two years after he

14   began debriefing with the Government, Jorge signed an

15   affidavit in support of the extradition and then he neglected

16   to mention that the other reason he claimed he wanted to meet

17   with Mayo Zambada was because he wanted to continue narcotics

18   trafficking in Mexico and needed approval.  Here's the

19   exchange we had.

20        *"QUESTION:  That was in a June 23, 2016, isn't that*

21   *correct?"*

22        *"ANSWER:  That's correct, yes."*

23        *"QUESTION:  You let that stay, meaning, you let that*

24   *lie, stay, for all those years; correct?"*

25        *"ANSWER:  Yes, sir."*

1          "QUESTION:  The Government got mad about that, they

2      called you out on that, didn't they?"

3          "ANSWER:  Yes, sir."

4          "QUESTION:  They didn't rip up your cooperation

5      agreement, they signed it a year, a full year and change

6      earlier, did they?"

7          "ANSWER:  Not yet, sir."

8          I don't want to hear on rebuttal, well, he gave one

9  of the reasons, he just didn't give both the reasons.  He said

10  that they got pissed at him, called him out on it, it made its

11  way into an affidavit sworn under oath the same oath that he

12  took over there.  It made its way into and affidavit against

13  Mr. Guzman while he was cooperating.  Why wasn't he just

14  thrown out?  You can't do this to us.  You put an affidavit

15  into a court with a lie that you made under oath.  We're not

16  going to use you any more, Jorge Cifuentes.  To hell with you,

17  we're going to rip up your agreement.  It never happened.  How

18  sick is this?

19          THE COURT:  Mr. Lichtman at a convenient point.

20          MR. LICHTMAN:  Why not now.

21          THE COURT:  Okay.  We'll take our morning break,

22  ladies and gentlemen.

23          Please remember not to talk about the case at all.

24  We'll see you here at 10:20.  Thank you.

25          (Jury exits courtroom at 11:07 a.m.)

*Summation - Mr. Lichtman*                           **6781**

1              THE COURT:  Mr. Lichtman, a couple of times used

2     kind of borderline language, vulgarities that I'd like you to

3     try to stay away from just a couple of times.  Obviously, if

4     you're referring to the testimony, that's something else.

5              MR. LICHTMAN:  Potty mouth.

6              THE COURT:  Yes.

7              MR. LICHTMAN:  Yes, judge.

8              MS. PARLOVECCHIO:  May we have a sidebar, please?

9              THE COURT:  Okay.

10              (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Sidebar*                                                                      *6782*

1          (Sidebar conference held on the record in the

2    presence of the Court and counsel, out of the hearing of the

3    jury.)

4          THE COURT:  Why are we at sidebar?

5          MS. PARLOVECCHIO:  Because Mr. Lichtman, I believe,

6    violated the Court's order in regard to the selective

7    prosecution argument that you very clearly at the charge

8    conference said was not to be argued which is and I brought

9    the transcript.  You stated Mr. Lichtman is not going to ask

10   the jury to draw the inference from those facts or from that

11   evidence that, in fact, the Mexican government, in conjunction

12   with the United States, or by itself is seeking to tie

13   Mr. Guzman with this in order to protect Mr. Zambada.  Several

14   during times during his summation he mentioned Mayo Zambada,

15   bribes to the Government, and the Government is not going

16   after him for that and instead they're going after Mr. Guzman.

17         MR. LICHTMAN:  I didn't say, Instead of going after

18   Mr. Guzman.

19         THE COURT:  I was listening carefully.  I don't

20   think he made the connection that I had prohibited.  I think

21   he's close, but I think he's on the right side of the law.

22         MR. LICHTMAN:  Thank you, Judge.

23         MS. PARLOVECCHIO:  I think very close.  I request

24   that if he goes any further that your Honor give an

25   instruction that the jury is to disregard that argument.

*Sidebar* **6783**

1      THE COURT:  If I think he violates my order, I will

2  definitely give that instruction, but so far I think he has

3  not.

4      MS. PARLOVECCHIO:  Thank you, your Honor.

5      MR. LICHTMAN:  Thank you, Judge.

6      (Sidebar discussion concludes.)

7      (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  Recess, 15 minutes.

3          (A recess in the proceedings was taken.)

4          THE COURT:  Bring in the jury.

5          MS. PARLOVECCHIO:  Your Honor.

6          THE COURT:  Yes.

7          MS. PARLOVECCHIO:  During Mr. Lichtman's summations,

8    he's made some comments about to the jury about is this the

9    type of country you want to live in and, you know, casting

10   aspersions on the prosecution team.  It's improper argument,

11   your Honor, and we would request that your Honor admonish

12   Mr. Lichtman from making any such arguments.

13         THE COURT:  I can't really say he's made such

14   arguments.  I will tell him not to make arguments of the form

15   that the Government just described.  That would be improper

16   but I'm not sure he has.

17         MR. LICHTMAN:  Thank you, Judge.

18         THE COURT:  Okay.  Let's have the jury, please.

19         (A brief pause in the proceedings was held.)

20         (Jury enters courtroom at 11:28 a.m.)

21         THE COURT:  Be seated.  Please continue,

22   Mr. Lichtman.

23         MR. LICHTMAN:  Thank you, Judge.

24         When we took our break, we were talking about Jorge

25   Cifuentes lying in an affidavit used for the extradition of

1    Mr. Guzman.  I want to move on to something else.  I know

2    there's a lot of details here.  This was a long trial.  So as

3    painful as it is for me to have to speak about it, I know it's

4    probably worse for you to have to listen to it.  At least

5    that's what I've been told by people having to listen to me.

6              Now, Jorge, if you listen to his testimony, let his

7    brother Fernando kill Don Efrain the man who gave Jorge his

8    start in the narcotics trafficking world.  Even though Jorge

9    was capable of getting Fernando to kill anybody he asked.

10   Remember Fernando killed Jorge's ex-wife's new boyfriend

11   because there was an issue with his child.  And, of course,

12   Jorge didn't know the name of the man that he had killed.  And

13   Fernando also had to ask permission from Jorge to kill someone

14   named Carlos Correa.

15             Now, Jorge not only lied and claimed he couldn't

16   stop the murder of Don Efrain he also claimed that he told the

17   Government he tried.  Now, this is the guy, basically, has

18   Fernando killing anybody that he wants.  But that one murder

19   he doesn't want to be responsible for.

20             But do you know that Jorge ran away to Australia

21   before the murder of Don Efrain.  He knew it was coming.  He

22   was smart enough to know that there was going to be

23   retribution.  So, of course, he saved himself and Fernando and

24   his brother got killed.

25             Now, after Fernando Cifuentes killed Don Efrain, do

*Summation - Mr. Lichtman*                                    *6786*

1   you remember, as I said, Fernando was killed there was a huge

2   money grab by Don Efrain's people from the Cifuentes family.

3   I think it was $15 million they had to come up with.  And if

4   you recall the testimony, this was a small point, but I

5   thought it was important, that Jorge testified that they had

6   to get their overseas accounts taken away, too, in order to

7   pay back Don Efrain's people for the murder of Don Efrain by

8   Fernando.  I thought that was interesting.

9        Overseas money.  None of the drug dealers who

10  testified here as cooperators they all claim when we asked

11  them, Rey Zambada, the rest of them.  Don't you have any money

12  overseas in other people's names?  No, we don't have any of

13  that.  So they don't have to give it to them.

14       But the truth is you heard when the rubber hit the

15  road when Don Efrain was killed and Fernando was killed in

16  response, Jorge Cifuentes managed to take out the overseas

17  money that Fernando had to pay Don Efrain's people.  That's

18  what they had.  You heard that from their money laundering

19  expert Semesky who said the drug dealers have money.  They

20  have stashes where they're located, but they also have money

21  overseas.  For some reason when forfeiture needs to get paid

22  back to the Government, none of the cooperators here no know

23  what I'm talking about overseas accounts.

24       Now, if you remember Jorge talked a man named Flaco

25  that he killed for stealing his drugs, but before he killed

*Summation - Mr. Lichtman*                    6787

1   him, this was a crazy story, but before he killed Flaco he

2   claimed that Flaco had used his 70 crooked Mexican Federal

3   Police to try to kill Jorge.  Jorge was paying these 70

4   crooked Mexican Federal Police to work for Flaco, Flaco used

5   them to try to kill Jorge.  Jorge then paid, I think, it was

6   $500,000 to those federal police to bring Flaco to him.  That

7   was how sick and manipulative people are.

8           Now, he said I didn't bring them to kill him.  I had

9   him brought to talk to him.  Somehow when ever Jorge talks to

10  someone, the guy ends up dead.  That's how it works.  He

11  claims he blames his dead brother Fernando one of his workers

12  stabbed him to death according to Jorge, so I guess we have to

13  believe him because he would never lie to you.  Jorge claimed

14  that it wasn't his fault and he said he felt bad about it

15  because he had promised Flaco's father on death bed that he

16  would watch out for his son.  It's like you let that guy

17  promise you that he's going to look out for your son, of

18  course he's going to end up dead.

19          And Jorge lied to you about his legitimate mining

20  business and said that he had the Colombian Air Force fly him

21  around for this legit business and it was not fueled by drug

22  proceeds, legit business, so it was okay for the Colombian Air

23  Force to fly him around if you can actually believe this.

24          Then, of course, a few questions later he was forced

25  to admit that that legit business was on the Department of

*Summation - Mr. Lichtman*                    *6788*

1   Justice's OFAC asset list to be sized and, in fact, the

2   company was seized by the Colombian government and suddenly he

3   admitted this was not a mistake for this fake legit business

4   to be on OFAC list and it was for good reason to be seized.

5           Jorge also killed someone who claimed to be the head

6   of the airport in Ecuador.  This is such a great story that

7   made this story so colorful.  He used crooked DEA connection

8   to get mugshot of the so-called head of the Ecuador Airport.

9   The guy was holding himself out as someone who needed to be

10  bribed so Jorge could move his drugs through the airport.  It

11  ends up through a crooked DEA connection they found that the

12  man was actually a criminal and had a mugshot, and it was sent

13  to that man to show home, dude, this is your mugshot, you're

14  not the head of any airport.

15          So, of course, what happens when you lie to Jorge,

16  the man got killed and tortured by Jorge's man El Paisano.

17  But then Jorge killed El Paisano for what he believed was

18  taking the money from Jorge under false pretenses.  The

19  reason, I'm bringing this up, this is not murder, he lured

20  this El Paisano to a warehouse where he was killed.  The point

21  of this is that Jorge is not just a regular liar, he's the

22  kind of liar that's capable of tricking the most advanced

23  liars, other drug dealers, which means tricking you is like a

24  walk in the park.  That's how he thinks he's been tricking

25  people his whole life, getting away with it, tricking

1    sophisticated drug dealers, come on, you can't trick us.

2          About the DEA:  Jorge admitted there were corrupt

3    members.  This was nothing shocking.  Use your common and

4    experience.  You live here.  Jorge learned that the DEA was

5    listening to his calls as he told his mother on a tape

6    recording -- a corrupt DEA agent had told one of his men.  He

7    also testified that Dolly put him in touch with what he

8    thought was an American prosecutor.  And he even paid someone

9    $500,000 to hopefully make the American charges go away.

10   That's his thinking.

11         That's where his head is at.  Whether it's true or

12   not, because know who if it's true, it just shows where his

13   head is at.  That he thinks that the Government, this

14   government, could be on the take.  That's interesting for a

15   guy like that to think that.  That's interesting.

16         Jorge, and it was reported that that's what he

17   thought when no one like you are watching him.  When he was,

18   you know, basically the didn't think anybody was listening in

19   he's having these thoughts that the American prosecutors are

20   going to be paid off.  I don't think for a second that they

21   can be paid off.  I can tell you that there's no way.  To

22   them, there's no way, but to Jorge that's what he was

23   thinking.  That's probably what he still thinks now that he

24   can fool the trick and they can be on it.

25         Now Jorge claimed to take a moral stand by gifting

*Summation - Mr. Lichtman*                    6790

1    5,000 guns and 5 million bullets to a paramilitary group named

2    the AUC because enemy, because their enemy, the FARC, tried to

3    kidnap his parents.  He told us he thought he was doing the

4    right thing.  It was a big deal, that was one of the moral

5    stands that he took.  He took two moral stands in his

6    testimony, both of them he immediately went back on.  When he

7    needed cocaine, of course, he bought the cocaine from a

8    middleman who had gotten it from, you guessed it, the FARC.

9    And admitted that his morals were overcome by his need to buy

10   cocaine and sell that for a profit.

11          He also testified on direct, and this was another

12   one, that he was against the selling of meth.  I mean, this

13   was almost surreal.  Because it was bad for young people.  But

14   sending hundreds of thousands of kilograms of cocaine to

15   America for use by young people is good for young people.  But

16   meth, no, no, you're crossing the line there, that's a line

17   that I won't cross.  Anyway, of course his moral stand

18   collapsed when he ran off to Venezuela and he need a few

19   bucks, suddenly, give me that formula for meth so I can sell

20   it to young people so I can make some money.  That's the

21   point:  He will do anything that he needs to to get what he

22   wants.

23          And finally, Jorge admitted that by sending more

24   than 200,000 kilograms of cocaine into America, the only way

25   he avoids dying in prison is by pleasing the Government and

1  getting that 5K1 letter.  Yet, he claimed he doesn't think a

2  conviction on Mr. Guzman will help him get that 5K1 letter.  I

3  know I'm belaboring that point, but it's such an obvious lie.

4  Come on, we know that's a lie.

5          The last thing he testified about.  I saved this for

6  last because I thought it was the best line and I hope you're

7  not disappointed was the call that he made to his brother Alex

8  in prison while he was cooperating in January of 2015 after he

9  promised not to do anything illegal or lie to the Government.

10  But, of course, he did and this 15-minute phone Alex on the

11  illegal phone according to Jorge, was just a plea to get Alex

12  to cooperate.  That is a lie as we know it because we learned

13  from Alex who testified that Jorge asked him to help locate

14  the "Jewish target."

15          Now, if he's only talking about him to get him to

16  cooperate because he's trying to make himself look good in

17  front of you.  Alex, I'm sure, was lying as well.

18  Unfortunately for him, said to the Government, well, you also

19  asked me about locating the "Jewish target."  He's trying to

20  get help in his cooperation.

21          Now, if he's trying to get, I just thought of this,

22  if he's trying to convince Alex to cooperate, why would he ask

23  him about locating the Jewish target?  It sounds like they're

24  already cooperating together.  Why would Alex?  He would say

25  are what are talking about, I'm not cooperating.  I'm not

*Summation - Mr. Lichtman*                           *6792*

1   going to help you cooperate.  Lie from Jorge.  Lie from Alex

2   in response.  Two lies.

3          So we don't know what actually occurred during that

4   phone call because, as per the prison protocol, the tape of

5   the call was kept for six months and then destroyed.  We heard

6   about that from their witness, America Pina, who works for the

7   Bureau of Prisons.  She testified that calls are recorded,

8   every call from prison, from inmates are recorded and saved

9   for six months and then get automatically deleted.

10         So we don't won't get very important call, and I

11  think it's a very important call, because they could be

12  talking about their testimonies in the future or what they

13  know to get their stories straight.  This was a crucially

14  important phone call, but we're not going to get that tape

15  because the tape was allowed to be destroyed.  They allowed it

16  to be destroyed and we'll never know what happened.

17         Jorge claims, let's take him at his word for this.

18  He claims that he told the prosecutor within a day or two what

19  he had done.  So six months is 180 days.  He says he told them

20  on day two or three, let's say.  So that gives them, what, 177

21  days to get that tape and find out what was on it.  They

22  didn't do it.  They didn't do it.  Why didn't they do it?

23  Should we be able to hear what two of their cooperators were

24  talking about for 15 minutes?  Is it better to just let it get

25  destroyed?  Who does that help?  Does it help truth?  Does it

1   hope justice?  Does it help you?  Does it help him?  Helps one

2   party, the Government.

3              In addition, Luisa Fernanda, the Colombian lawyer

4   who gave Alex's burner cell phone number to Jorge to put on

5   his list so he call Alex.  That was a crime, obviously.  She

6   was permitted to see Jorge in prison for two years almost,

7   like 23 months after that call was made.  So if the Government

8   learned within a day or two that Luisa Fernanda committed a

9   crime by giving this burner cell phone number to Jorge to use

10  to call Alex in prison, why would they allow Louisa Fernanda

11  to visit him and pass messages to Jorge.  What does it

12  suggest?  This is pretty obvious.  They knew about it and yet,

13  they allowed this criminal to continue to visit him.  And he

14  said that, as I said, he passed messages to this woman.

15             You're suggesting, you're looking at me and saying

16  what is this guy saying is he staying the Government was in on

17  this?  Of course they were in on it.  They allowed the call to

18  be made.  They allowed the call to be destroyed, the tape of

19  it.  And they allowed the criminal, Louisa Fernanda, to

20  continue visiting.

21             Now, America Pina from the Bureau of Prisons

22  testified that before an inmate is allowed to call anybody,

23  they have to submit names and a numbers.  And she testified

24  that the number of the persons associated with the person on

25  the list has to be verified.  She said that, she testified to

*Summation - Mr. Lichtman*                                    *6794*

1    that.   The Bureau of Prisons had to ensure that any number

2    that the inmate is calling is actually the person.   Otherwise,

3    they could be calling drug dealers.   They had to check every

4    number.   So remember when Jorge testified that Carlos Real,

5    his attorney, had a real number, his Colombian attorney, and

6    then the burner cell phone number that Luisa Fernanda gave him

7    was substituted in for Carlos Real's name.   So a fake Carlos

8    Real number was put next to Carlos Real's name.   And America

9    Pina said they check every number to make sure that the number

10   is actually the person to the inmate is calling.   Didn't

11   happen this time.   Tape of the phone calls, destroyed.   Luisa

12   February Fernanda continues to be able to visit Jorge

13   Cifuentes even though she's committed a crime is passing

14   messages.   Carlos Real's fake burner number somehow manages to

15   get through the BOP without being checked and to show it was

16   not Carlos Real's number.

17          Why is it the rules are played fast and loose when

18   it comes to Mr. Guzman?   What reason?   Got to get him.

19   Doesn't make a difference how we do it.   If we got to cheat,

20   we're going to do it.   If we got to let criminals talk to each

21   other, we're going to destroy tapes.   If we're going to let a

22   criminal visit another criminal in jail for two years after we

23   know that she's a criminal to pass messages, that's what it

24   takes.   We're going to do it.   Who cares if justice is the

25   game here.   Doesn't make a difference.

*Summation - Mr. Lichtman*                            *6795*

1          And when I asked Jorge about this crime making this
2   illegal phone call, he wouldn't even admit that this was wrong
3   at first.  Not the changing of the phone number of Carlos
4   Real, not calling Alex.  Cooperation agreement wasn't ripped
5   up.  He claimed he was told not to do it again.  Bad boy.  You
6   committed a crime, don't do it again.  Well, you know, if you
7   don't punish them when they do something wrong, this is like
8   having a talk with your children.  If you don't punish them
9   when they do something wrong, what happens?  They're just
10  going to keep doing it again.
11          And, you know, if you remember what happened was he
12  then lie on that affidavit, the extradition affidavit, for
13  Mr. Guzman a year later of the.  What's going to happen to
14  him?  He just committed a crime in prison.  Nothing happened.
15  Like anybody gives a damn.  Who cares.
16          And this is not the only cooperator to not be
17  punished for committing crimes for lying while cooperating.  I
18  mean, we've heard about this from other one that testified.
19  Jorge lied and claimed, and this was a bizarre bit of
20  testimony, and I hate to belabor this, but this is my only
21  chance to speak to you all.  This is it.  When I sit down, I
22  mean, I have to sit down and that's the end.  So I want to get
23  to in all and I apologize it's so much, so much detail.
24          Jorge claimed that he believed he had permission to
25  make this call from prison from the prosecutor is what he

*Summation - Mr. Lichtman*                    *6796*

1  said.  Listen to this garbage and the lies that he said.  You

2  have to follow this.  Are any of you old enough to know about

3  Abbott and Costello.  Who's on Third?  Okay.  There's one,

4  two.  Anybody else?  I'm not looking at you.  But who is on

5  third was like you listen to these gibberish.

6          *"QUESTION:  When you initially said that you thought*

7       *you had permission to make this -- to do this fraud and*

8       *make this phone call?"*

9          *"ANSWER:  Yes, sir, that's correct."*

10         *"QUESTION:  Who did you claim gave you that*

11      *permission?"*

12         *"ANSWER:  The Government, the prosecutor."*

13         *"QUESTION:  So you claim that I prosecutor gave you*

14      *permission to falsely change the number of Carlos Real*

15      *in your numbers in prison and make a phone call to a*

16      *smuggle cell phone in Colombia?"*

17         *"ANSWER:  No, sir."*

18         *"QUESTION:  Did the prosecutor give you permission*

19      *to do this?"*

20         *"ANSWER:  No, sir."*

21         *"QUESTION:  You didn't just testify you were given*

22      *permission by prosecutor?"*

23         *"ANSWER:  No, sir."*

24         *"QUESTION:  Well, you said you told the Government*

25      *that you thought you had permission to make phone call."*

*Summation - Mr. Lichtman*                                      *6797*

1        "ANSWER:  Yes, sir."

2        "QUESTION:  Who gave that you permission?"

3        "ANSWER:  No one."

4        "QUESTION:  That was a lie, correct?"

5        "ANSWER:  I did not remember.  That's a confusion

6    not a lie."

7        "QUESTION:  What is the confusion about?"

8        *"ANSWER:  It was not clear to me whether I had made*

9        *the call before or after notifying the Government.*

10       How is he going to notify the Government about

11   making a call when he's not supposed to make it before he

12   makes it.

13       (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. LICHTMAN (CONTINUED):

2          Question:  You told the Government that you

3  believed you had permission at first to make this phone

4  call, didn't you?

5          Answer:  That's correct.

6          Question:  And who did you tell them you had

7  permission from?

8          From the Government and my lawyer.

9          Your lawyer gave you permission to do this?

10          No, sir.

11          Sir, you said that your lawyer gave you

12  permission, correct?

13          I thought that I my lawyer had given me

14  permission, but the truth is I had no permission.  I made

15  the call and I'm guilty of that crime.

16          So you lied to the Government when you said that

17  your lawyer had given you permission?

18          No, sir.

19          Then your lawyer didn't give you permission?

20          No, sir.

21          You told the Government that you believed that the

22  Government gave you permission to make this phone call;

23  that's what you just said?

24          Answer:  That's correct.

25          Which prosecutor gave you permission?

Summations by Mr. Lichtman                    6799

1          No prosecutor gave me permission.

2          You falsely accused people, didn't you?

3          I made a mistake, yes, sir.

4          You falsely accused people, didn't you?

5          No, sir.

6          That is just pure unadulterated gibberish lies.

7    No one stopped it.  No one said, We've had enough.  We don't

8    need this.  We're honest.  The prosecution's honest.  You

9    might have been impressed with that, right?  He was allowed

10   to stay on.

11         Jorge testified about rolling Mr. Guzman's fancy

12   blue helicopter off the cliff to get the insurance money.

13   Do you remember?  Blamed it on Mr. Guzman.  Where's the

14   documents supporting this?  How about anything?  Supposedly

15   he was involved in the insurance scam.  Couldn't he at least

16   pointed to the insurance company for the Government to get

17   something to support this as opposed to his lying mouth?

18   How about something?  Payments made to some entity that

19   Mr. Guzman controlled some claim?  Something?  It's not like

20   the -- it wasn't a real insurance company that paid off all

21   this money for a broken helicopter?

22         And similarly, where were the recordings -- or

23   excuse me, the records of all the people Mr. Guzman killed?

24   I mean, he killed like a zillion of them is what they're

25   saying here.  Memin testified a few days ago that Mr. Guzman

1  put guns up to two men's head and shot them and had them

2  dumped in a hole and set on fire.  How about a single piece

3  of paper just showing that these people were missing, at

4  least.  I mean, this is Mexico.  This isn't like, you know,

5  Mars.  I mean people disappear there's got to be some notice

6  of them disappearing.  Do they have anything?  Anything?

7  Anything?  Nothing.  Any of them.

8           Any of the people that Mr. Guzman supposedly

9  killed.  We have to trust the word of these lunatics that

10  testified here.

11          Now regarding Pedro Flores.  We're done here,

12  relax.

13          Pedro Flores.  He claimed that the rolling stone

14  interview with Mr. Guzman, you saw that with his fancy shirt

15  on, was a different voice than the voice on the taped call

16  that Mr. Flores claimed he made of Mr. Guzman.  Somehow

17  Mr. Flores then claimed that the Government tested the

18  voice.  He said they tested the voice and their testing

19  indicated that it was the same voice.  Only one problem with

20  that testimony is that it was a lie.  It was completely

21  fabricated.  It was made very clear during this case that

22  the Government did no such test.  And we learned that there

23  actually is science on testing voices, apparently if they're

24  they same, spectography, I think is what it's called.  No

25  voice analysis was done for any of the tapes.  Flores

Summations by Mr. Lichtman                    6801

1   claimed that he didn't commit a fraud on the Government when

2   he was selling drugs without telling them at the same time

3   he was cooperating.  Then a question later he admitted that

4   he lied to the Government when he did this.  It wasn't a

5   fraud.  It wasn't a fraud, just a lie he said.

6           That's their witness, not mine.  No punishment for

7   lying to them, the cooperation continues as long as they can

8   get that conviction of Mr. Guzman.

9           Then Pedro Flores testified that he turned in his

10  childhood friend who become drug dealers.  He claimed he had

11  to.

12          And one of those friends got 292 months in prison

13  for distributing Pedro's drugs.  I can tell you who's not

14  getting 292 months, Pedro Flores is not because all he cares

15  about is himself and these people are just fodder.  Doesn't

16  make a difference, they can rot in hell as long as we get

17  Mr. Guzman nobody cares about the, right?  We don't care

18  about them.  They don't have families, nobody cares.  Pedro

19  dropped a dime on them, he's going to be out of jail very

20  shortly.

21          And a lot of these, they're all working, they're

22  low-level people.  They're all going to end up spending more

23  time in jail than him.  This is a guy that broke every rule

24  that he could in prison.  Impregnated his wife while

25  proffering with the Government, I know it's hard to believe.

Summations by Mr. Lichtman                    6802

1   He dealt drugs behind the Government's back.  I suppose he
2   had to do that as well.  It wasn't like he was scared
3   straight because if you don't get punished for your bad act,
4   you keep doing it again.  He kept on breaking the law
5   because he knew he could get away with it.  And as he told
6   you, I have a hard time following the rules.  That's what he
7   said.

8         Why is that allowed without any punishment?  I
9   mean, what would happen to you if you broke the law?  You
10  think you would go unpunished?  You better hope that you
11  have a Chapo to turn on.  Well, what do you think would
12  happen to you?  It's uncomfortable, isn't it, to think
13  about?  This guy gets away with anything he wants.  If you
14  did it, it wouldn't turn out so well for you.

15        Remember Pedro testified that he was having a
16  problem with another inmate, said he might have some mental
17  issues.  All I'm thinking as I'm sitting there, who has the
18  mental issues, the other inmate or you, man?

19        Now, this Rudy Rangel murder that Pedro Flores
20  denied.  Did anybody actually believe that he didn't kill
21  Rudy Rangel?  I mean, that was kind of a funny one.  I tried
22  not to laugh.  Pedro called Rudy a thief who had stolen
23  200 kilograms of cocaine from the Flores brothers.  What a
24  coincidence.  Rudy had a tattoo on his chest of a woman he
25  loved who ended up leaving him for, wait for it, Pedro's

Summations by Mr. Lichtman                    6803

1    brother, Margarito.

2              MS. PARLOVECCHIO:  Objection.

3              THE COURT:  Is there an objection?

4              MS. PARLOVECCHIO:  Yes, your Honor.

5              THE COURT:  Well, the court reporter didn't hear

6    it and I didn't hear it.

7              Let's have a sidebar, please.

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                    Sidebar Conference                  6804
```

1           (The following occurred at sidebar.)

2           THE COURT:  What is the objection?

3           MR. FELS:  This is the same issue that they said

4  that they weren't going to go down.

5           THE COURT:  What did he say that you objected to?

6           MR. FELS:  When he said he had the tattoo of

7  this --

8           THE COURT:  The brother's wife?

9           MR. LICHTMAN:  I never mentioned him.

10          THE COURT:  Stop.

11          What did he say to which you object?

12          MR. FELS:  He started talking about the fact that

13  Rudy Rangel had the name of Pedro Flores's wife on the

14  chest.

15          THE COURT:  Oh.

16          MR. FELS:  And remember, this was the whole issue

17  that we're --

18          THE COURT:  Yes.

19          MR. LICHTMAN:  Margarito Flores.

20          MR. FELS:  That's the brother.

21          THE COURT:  Yes.  You were not supposed to get

22  into that.

23          MR. LICHTMAN:  Why is that?

24          THE COURT:  We had a pretrial ruling on it.

25          MR. LICHTMAN:  Is it just my --

```
                      Sidebar Conference                    6805
```

1          THE COURT:  We are not going to relitigate this.

2          MR. LICHTMAN:  No, no, I'm not.

3          THE COURT:  The alleged --

4          MR. LICHTMAN:  I just want to --

5          THE COURT:  The alleged connection between the

6    brother and the sister-in-law was put off limits.  Okay?  Go

7    back and read the ruling, but do not do it again.

8          MR. LICHTMAN:  Okay.  Thank you, your Honor.

9          THE COURT:  Also I have got to tell, you know, it

10   is one thing to say the Government did not do an effective

11   investigation.  I have no problem with that.

12         You are saying the Government deliberately put

13   liars on the stand, is that what you are saying?

14         MR. LICHTMAN:  Well, I'm not saying they

15   deliberately put them on.  I'm saying that when they lied,

16   they didn't stop them.

17         MS. PARLOVECCHIO:  Your Honor, I think

18   they're actually --

19         MR. LICHTMAN:  That's different.

20         MS. PARLOVECCHIO:  There were statements that we

21   deliberately -- sworn perjury.

22         MR. LICHTMAN:  I said that --

23         MS. PARLOVECCHIO:  I mean, that's --

24         MR. LICHTMAN:  -- I didn't say you put people on

25   the stand to lie.  I said --

```
                    Sidebar Conference                    6806
```

1      THE COURT:  You are very close to saying that the

2  Government supported perjury.  And if you do that, I am

3  going to shoot down that argument with an instruction in a

4  way that will not look good for you in front of the jury.

5      MR. LICHTMAN:  I understand.

6      THE COURT:  So I strongly suggest that you not do

7  that.

8      MR. LICHTMAN:  What I -- again, what I said was

9  not that they purposefully put liars on the stand, but that

10  they put people on the stand who then lied and they didn't

11  stop it.

12      THE COURT:  I am not sure "and they didn't stop

13  it," is any different than saying they knowingly --

14      MR. LICHTMAN:  Fair enough.

15      THE COURT:  -- did it.  Okay?

16      MR. LICHTMAN:  Fair enough.  And that was the

17  distinction I was trying to make.  It wasn't --

18      THE COURT:  Okay.

19      MR. LICHTMAN:  It was wrongful --

20      THE COURT:  On a couple of occasions, you did not

21  make that distinction.  Please keep it in mind.

22      MR. LICHTMAN:  Thank you.

23      THE COURT:  Okay.

24      (Continued on next page.)

25

1            (Sidebar ends; in open court.)

2            MR. LICHTMAN:  The testimony in the case came out

3    that Rudy Rangel's former girlfriend --

4            MR. LICHTMAN:  Judge, if I run afoul, let me know.

5    This is definitely the --

6            THE COURT:  Let's go back to sidebar because you

7    already have.

8            (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                    Sidebar Conference                6808

1              (The following occurred at sidebar.)

2              MR. LICHTMAN:  This was testimony that came out on

3    cross Mr. Purpura did from Mr. Flores about the trip that

4    Margarito Flores took.

5              THE COURT:  What was prohibited by the pretrial

6    order was the use of the name.  You used the name.

7              MR. LICHTMAN:  Oh, oh, oh.

8              THE COURT:  Okay?

9              MR. LICHTMAN:  You mean the Flores brothers.

10             THE COURT:  Yes.

11             MR. LICHTMAN:  That's not --

12             MR. FELS:  It was actually the use of the wife's

13   name, which is --

14             MR. LICHTMAN:  I didn't use the --

15             THE COURT:  The wife's name.

16             MR. LICHTMAN:  I didn't use the wife's name.

17             MR. FELS:  Right.  Which is what we're trying

18   to --

19             MR. LICHTMAN:  I didn't use the wife's name.

20             THE COURT:  I thought you did.

21             MR. LICHTMAN:  I did not.  I absolutely did not.

22   I just said the wife's name period.  I didn't say what here

23   name was, because I don't even remember what her name was.

24   That was the only one.

25             MR. FELS:  This is the concern that we have:  It
```

Sidebar Conference                                      6809

1    shouldn't have gotten any --

2             MR. LICHTMAN:  But I didn't --

3             MR. FELS:  -- across any --

4             MR. LICHTMAN:  But I didn't say the name.  I don't

5    remember the -- there was a number of issues.  I never said

6    the wife's name.

7             THE COURT:  Okay.  I thought I heard the name.

8             MR. LICHTMAN:  That was the only issue?

9             THE COURT:  If I'm mistaken, then you are okay.

10            MR. LICHTMAN:  No, I absolutely -- I don't even

11   know her name.

12            THE COURT:  Just steer clear --

13            MR. LICHTMAN:  Of course.  Of course.

14            THE COURT:  Just steer clear from --

15            MR. LICHTMAN:  But I don't know the name.

16            MR. FELS:  Fair enough.

17            (Continued on next page.)

18

19

20

21

22

23

24

25

Summations by Mr. Lichtman                6810

1            (In open court, sidebar ends.)

2            MR. LICHTMAN:  Listen for a second.  It's about

3       the Rudy Rangel, the thief who stole 200 kilograms of

4       cocaine from the Flores brothers.  Mr. Rangel had a

5       girlfriend and he had a -- I assume he had a tattoo on his

6       chest with the name of the woman that he loved and who ended

7       up leaving him for Margarito Flores, the cooperating Flores

8       brothers who is now his wife.  Somehow the man ended up dead

9       within six weeks of this murder and Pedro's brother,

10      Margarito spent $200,000 on a party with Rudy's girlfriend

11      and then they left for Mexico together.

12            Well, we have to believe Pedro when he claims he

13      had nothing to do wit the murder.  The man stole

14      200 kilograms of cocaine from them, Margarito then stole the

15      man's girlfriend whose name was emblazoned on his chest and

16      wouldn't you know it, the man ends up dead.  And, come on,

17      who can believe that?  Pedro Flores put a number of houses

18      in other people's name out of the reach of the Government.

19      He testified here that the Government can't get their hands

20      on them all.  All bought with drug proceeds, as he said,

21      nand the Government didn't demand that he turn those houses

22      over to them as criminal forfeiture, and you have to try to

23      figure out why that is.

24            Pedro talked to the Government about the assets of

25      Mayo Zambada but couldn't say a word about any assets of

Summations by Mr. Lichtman                    6811

1    Mr. Guzman because there was none that he could talk about.

2            Now, the Flores brothers wives wrote a book

3    exploiting Mr. Guzman sole for money.  There it is up on the

4    screen, which means because the wives wrote it and it's in

5    their names, just the cover, the money is going to stay with

6    the Flores brothers' wives.  The Flores brothers are going

7    to be able to enjoy that money but because it's in the

8    names, was earned by the wives, that's going to be exempt

9    from the Government's getting their hands on it.  Book

10   deals, movie deals, all money is kept in the Flores family

11   and not given to the Government.  And who is on the cover of

12   this book that they're exploiting?  Who is that?

13   Mr. Guzman.  How crazy is this?  A million bucks, a million

14   bucks the Flores brothers are getting because their wives

15   are selling Mr. Guzman.  And now they're testifying, Pedro's

16   testifying also exploiting Mr. Guzman.  Freedom money, boy,

17   he can sure supply a lot, can't he?

18           Now I'm not going to go into anymore or mention it

19   too many times as it is about Pedro being allowed to have

20   sex with his wife, not being allowed, but he did it and got

21   away with it and wasn't punished.  Twice it happened.

22           You know, he's a human being, too.  You've seen

23   him, you've seen his demeanor.  They asked you to look at

24   the demeanor of the cooperators when they testify.  Well,

25   you've been watching him for three months too.  Pedro Flores

1   is having sex with his wife in a bathroom while he's

2   debriefing and Mr. Guzman, he can't hug his daughters.  He's

3   a human being too.  He's got feelings too.  He's a man that

4   cares about his kids too.

5           You saw.

6           Now Pedro testified about putting money into other

7   inmates commissary accounts.  It's against the rules.  He

8   said he did it, did it twice, got caught, kept doing it.  He

9   doesn't care, received no punishment.  No good time was lost

10  on his prison sentence, not a single day.  He claims because

11  all the acts were small.  And I guess he gets gold stars for

12  all the things that he's done.

13          We heard from DEA research specialist Adrian

14  Barazza, who testified that she received the digital

15  recorders from Pedro Flores and the Flores brothers when

16  they were in Mexico.  They weren't DEA recorders.  These

17  were Flores brothers' recorders.  Narco traffickers who

18  commit crimes and lie every day recorders.  When he was

19  trying to set people up for the DEA to benefit himself.

20  Barazza naturally told us that they did nothing to analyze

21  the tapes that were downloaded from the recorders.  Why

22  analyze them, they help us get Chapo, that's all right, no

23  need to analyze anything.  They downloaded everything they

24  could off a phone, couldn't verify it, check for

25  alterations, nothing, period, nothing.

Summations by Mr. Lichtman                6813

1              Now Vicente Zambada, we heard from him that when

2     he was in an American prison before he began cooperating, he

3     was kept in a special housing unit for two years and

4     admitted that he was tortured.  His words, not mine.

5     Horrendous conditions.  Isolated, could not speak to any

6     other prisoners.  Did everything in his cell, ate, went to

7     the bathroom, total isolation.  The mail he received

8     sometimes came months later.  He wasn't allowed outside the

9     cell, slept on a thin mattress.  He was served cold food.

10    What does that get for the Government giving somebody cold

11    food, thin mattress?  You know, they're torturing him.

12    That's what he said.  His words, not mine.

13             MS. PARLOVECCHIO:  Objection.

14             THE COURT:  Sustained.  The Government did not

15    torture anyone.  Anyone held by the Government if their

16    constitutional rights are violated, there's a remedy for

17    them to have their rights vindicated.  That has not

18    happened.  If you want to make the point that he was under

19    duress and strong conditions, you may make that point.

20             MR. LICHTMAN:  Vicente Zambada testified here that

21    he was tortured.  That was his testimony.  Period.  That was

22    his testimony.

23             Now this was during the period that he was not

24    cooperating.  Once he began cooperating, it all changed.

25    Different treatment than Pedro Flores and his conjugal

1   visits before Vicente began cooperating.  Vicente claimed in

2   crying calls to his wife that he was dead inside.  No sun,

3   no contact with other inmates, no life.  Once a month phone

4   call for two years.  He saw his wife once in the two years

5   when he was in the special housing unit, one visitor.  His

6   kids could not visit him.  One visitor in two years.  Total

7   isolation.  The admitted that he was affected

8   psychologically.  He claims he was tortured.  That's what he

9   said under oath here and he was only let out of the special

10  housing unit when he began cooperating.  That was his

11  testimony here.

12          And what did they get when Vicente Zambada began

13  cooperating?  When he finally began cooperating after he was

14  let out of his horrendous conditions that he was in?  They

15  got somebody that would help them got Chapo.  That's crazy,

16  I respectfully submit.

17          Vicente testified that Mr. Guzman was not doing

18  well economically when he got out of prison in 2001.  So he

19  was in prison from '93 to 2001, didn't make any real money,

20  obviously.  He got out and didn't have any money.  From 2007

21  to 2013, according to Alex Cifuentes he was in debt 20

22  million.  He was arrested the next year, escaped, 2014 to

23  '15.  Where's all the billions of dollars?  Whatever we

24  hear, he's got no money then, he's got no money for this

25  six-year period, he's got two PVs, he's got a wooden plant

1  for a bed.  They didn't seize any of the money because they

2  couldn't find anything.  There was nothing to seize.  He

3  wasn't even paying his workers.  What was that for, so I

4  could use it in summation many years later?

5            Now with regard to the sticky bit of testimony

6  from Vicente about his father, Mayo, that the gave the

7  Government Mayo's location with the geographic coordinates

8  of his hideouts and other places he could be to find him.

9  His father was a fugitive and had a 5 million-dollar bounty

10  on his head.  They said the Government also had Mayo's

11  brother and other sons in their stable of cooperators.  They

12  called Mayo when they wanted to help him speak to Vicente to

13  get him to cooperate, maybe.  Mayo's wife openly runs a

14  business in Mexico.  Mayo is still out there.  Vicente

15  admits he speaks to his mom on the phone from prison here,

16  they can't find Mayo.  The Mexicans don't want Mayo

17  arrested, respectfully, it's because he's paying them huge

18  bribes.  He's paying everybody from the local beat cop in

19  Sinaloa up to the presidents of Mexico.  The Air Force, the

20  Marines, the judges, you name it.  Every one of them, every

21  politician is made rich by Mayo Zambada.  So who becomes the

22  fall guy when Mayo is protected?  Who becomes the focus of

23  the hunt by default, Joaquin Guzman.  Everybody wants the

24  famous Chapo who can't keep his mouth shut from going on --

25  doing TV interviews, writing books, embarrassing the

1  Government over there.  Can anybody really say with a

2  straight face that this is the leader of the Sinaloa Cartel

3  and not Mayo?  Why such a disparity in the way that they're

4  treated and the way that they acted?  Let them answer that

5  on rebuttal because I didn't hear it in the opening

6  summation.

7            Vicente Zambada didn't turn over a cent of his

8  ill-gotten gains, despite pleading guilty seven years ago.

9  He admitted that he's never paying them $1.6 billion off.

10 He's not paid a penny in seven years and he told you why,

11 because the Government didn't ask for any of the Mexican

12 property.  The Government didn't ask for it, apparently they

13 don't want it, although he and his wife are on the

14 Department of Justice OFAC list, which means they can't use

15 their banking system, their accounts are frozen.  It's what

16 one of the other witnesses called a civil death, but

17 Vicente's wife was allowed to come to America with $400,000,

18 deposit it into a bank account in her name and they're

19 permitted to use it.  None of that went toward the

20 forfeiture number.  Because I respectfully submit it's a

21 sham, it's prop to get you to convict him, to make it seem

22 as if the Zambadas actually have something hanging over

23 their head.  And Vicente's wife was taken of the OFAC list.

24 This is what cooperating gets you, whatever you need.

25            And although Vicente had two separate federal

Summations by Mr. Lichtman                6817

1    cases with two separate conspiracy charges, he's only be
2    sentenced on one of them he testified.  The other one is
3    poof, gone.  Vicente admitted that he's not being sentenced
4    for his crimes until the end of February.  That's only a
5    month this year and weeks after Chapo is hopefully
6    convicted, I suppose, is maybe the timing, you figure it
7    out.  The Government can see how well he performed here
8    before he's sentenced.
9         Did he get his Compadre Chapo convicted?  You know
10   he's not going to testify against any other Zambada,
11   certainly, not on Mayo Zambada.  And Vicente is not required
12   to testify against him.  You can look at his agreement.
13        Now Vicente recounted a lot of what his papa,
14   Mayo, told him that became evidence in this case.  Almost as
15   if Mayo was in this courtroom.  Well, he's smiling
16   somewhere, he's just not here.
17        Vicente is here for one reason and one reason
18   only.  That's why he's in America.  He's here to get
19   Chapo Guzman.  Now you heard from Vicente, this Narco
20   trafficker killer who admitted to bribing police
21   prosecutors, military.  He was the witness who used
22   Compadre Chapo about a million times in his testimony,
23   bizarre.  Making it appear, I suppose, A, that Mr. Guzman
24   was involved in every last thing that he did but, B, that he
25   was so close to Mr. Guzman you have to believe he's telling

Summations by Mr. Lichtman                    6818

1    the truth because we were so close.  He was my compadre.

2    And the -- Vicente testified that no one in the Mexican

3    public basically knew who Chapo was before the beloved

4    Cardinal was killed in 1993 at the Guadalajara airport.

5    Here's an exchange that he had with Mr. Balarezo.

6              Question:  And you know once again from living in

7    Mexico at the time, from big in the business at that time,

8    that prior to the murder of the Cardinal Ocampo, the Mexican

9    public at large had no idea who Compadre Chapo was, correct?

10             Answer:  Yes, sir.

11             It was only when news blew up Chapo hit the

12   spotlight, right?

13             Yes, sir.

14             The Cardinal was killed, Chapo was blamed and

15   Vicente admitted that Chapo didn't even do it.

16             Mr. Guzman became infamous for it even though he

17   didn't do it.  His picture was all over the television and

18   newspapers, billboards and Mr. Guzman was the subject of a

19   manhunt, and a few weeks later he was captured and brought

20   to jail and he didn't do it.

21             Arellano Felix's men did it.  Are you surprised

22   that Mr. Guzman felt he had to escape in jail with the

23   corrupt Mexican government and he escaped in a laundry cart

24   and he blew up even bigger publicity-wise, according to

25   Vicente, unlike Mayo who hides in the shadows, according to

Summations by Mr. Lichtman                    6819

1    Vicente.

2           You heard from Vicente that he believed that the

3    American and Mexican Governments made a public campaign to

4    raise Mr. Guzman's profile.  He said it, not me.  That the

5    American and Mexican Governments made a public campaign to

6    raise Mr. Guzman's profile.  To make him public enemy

7    Number 1 and they chased him for decades and here's the

8    result.  That's from the calls he made with Mayo while he

9    was in prison.  Vicente didn't arrange for the calls, he

10   didn't each know it was going to happen.  They did it

11   without his assistance according to his testimony.  Our

12   Government got in touch with Mayo, the fugitive from justice

13   who they can't find and they got in touch with him on the

14   phone and they let him speak to his son.  I think letting

15   our Government, calling up the son of bin Laden on the phone

16   to speak to his imprisoned son.  All the time they're trying

17   to say that they're looking for bin Laden.  It doesn't make

18   any sense.  None of that made any sense, weird testimony,

19   but it was true, it was true.

20          Of course Mayo's son Vicente becomes a cooperator,

21   much like his uncle and brothers.  That's what our

22   Government's giving us.  Vicente claimed that one of the

23   things he spoke to his father about was asking him to

24   surrender.  And Vicente testified with a straight face.  He

25   actually said this, just pulling back memories of the

Summations by Mr. Lichtman                6820

1    Cifuentes brother.  He actually testified with a straight

2    fact that didn't know if his father had surrendered.

3              He's trying to act as if he doesn't know what's

4    going on because he's got blinders on.  Of course he knows

5    that his father didn't surrender.  The guy's had access to

6    the news, he had talks to his mother.  Of course, he would

7    have known if Mayo had surrendered.  He lied to you because

8    lies are cheap here, they don't cost nothing.  You can take

9    as many as you want, nobody cares.  Vicente was asked about

10   various murders or murder conspiracies that other

11   cooperators had told the Government that he was responsibile

12   for.  And Captain Ramirez, four people that he had

13   supposedly shot had their bodies dumped.  Vicente denied it

14   all but admitted that the Government asked him about it.  He

15   acknowledged that other Government cooperators must have

16   told the prosecutors about these acts but they had lied and

17   that's how it works.  They have witnesses who lie to them,

18   cooperators.  Yet they're never going to get up in front you

19   and tell you that their witnesses are lying under oath

20   during this trial.

21             MS. PARLOVECCHIO:  Objection.

22             THE COURT:  Sustained.

23             Ladies and gentlemen, there's no evidence in this

24   case that the Government is operating under any kind of

25   improper motive.  That is just Mr. Lichtman making this

1  argument.  He's directed to stop making it.  Whether the

2  cooperators lied when they were on the stand because they

3  had a motive or interest to do so is something that you're

4  going to have to determine during your evaluations.

5          Please continue.

6          MR. LICHTMAN:  Vicente cooperated with the DEA on

7  his enemies that you heard.  He provided Arturo Beltran the

8  telephone number to them so that they could find thelp.

9  Arturo was then killed by the Mexican Marines.  In fact,

10  just before Vicente was arrested he had met with the DEA two

11  hours before his arrest.  Vicente's brother was facing life

12  in prison, as you heard, he got five and a half years.

13  Vicente's been in jail here longer, so I think we know that

14  when he finally gets sentenced we can pretty much use math,

15  circumstantial evidence, you know that he's going to get

16  time served when he's sentenced in a few weeks.  He

17  trafficked thousands and tons of cocaine into America.  He

18  killed people and hasn't been charged either here or in

19  Mexico for those murders.  And, respectfully, he'll get time

20  served when he's sentenced in a few weeks and he will be

21  here living amongst us free.

22          A ticking time bomb, basically, waiting to happen

23  because what else can these people do?  What else are they

24  capable of?  What else have they done their entire lives;

25  lie, cheat, ^ exactly ^ steal, use drugs, kill people?  What

Summations by Mr. Lichtman                6822

1   do you think he's go doing when he's free?

2        Here was one bizarre bit of testimony that I

3   found, and follow this, if you can.  This was between

4   Mr. Balarezo and Vicente.

5        Question:  What was going on in 2008 in Culiacan?

6        Keep in mind 2008 is when Alex Cifuentes was

7   living with Mr. Guzman, supposedly.

8        There was a war between my dad and Compadre Chapo

9   and the Beltran Leyvas, the Villa Cifuentes and the Vegas.

10       Okay.  I read this.  Is he saying that the

11  Villa Cifuentes were against Mr. Guzman and Mayo, the

12  Sinaloa Cartel?  It doesn't make any sense because Alex was

13  living with them, whatever.

14       Rey Zambada, yet another Zambada who we had the

15  pleasure to spend time with.  Rey bribed high ranking police

16  officers paid for protection against police operations in

17  Sinaloa and Mexico City and he paid off a general called

18  Toledano, and military special operations officers, federal

19  highway police, the Attorney General's office, Interpol,

20  judicial police, intelligence officers, airport authorities,

21  300,000 per month he paid in bribes.  He testified about the

22  law enforcement of various drug dealers, he called them

23  "plazas."  He paid off to allow total control by drug

24  dealers to move drugs openly.  Rey Zambada testified that

25  all the various plazas that Mr. Guzman controlled from 2001

1    to 2008.  Yet Mr. Guzman was being hunted like an animal

2    during this period and didn't have any money, we've heard.

3    Mayo Zambada, Rey's brother, maybe he was in charge, the one

4    who was not being hunted by [sic] an animal, who didn't have

5    the money issues.

6              Rey Zambada testified that the police were paid

7    off to stop murder investigations.  He used a fake visa to

8    enter America, multiple fake identities, multiple murder

9    conspiracies including murders of law enforcement.  He's

10   facing life, but the Government can help knock it down with

11   that magic 5K1 letter.  And the Government, as he testified,

12   would help bring his family here to live in safety but you

13   know which member of his family is not going to be living

14   here in safety, dare I say that, Mayo Zambada.  He testified

15   about how crazy everything was after Mr. Guzman escaped

16   prison in 2001 and they had to keep hidden until he was

17   being hunted, he was an escaped fugitive.  But why was there

18   no testimony from Rey about his brother Mayo being hunted?

19   He was a fugitive from justice as well, wasn't he?  He was

20   wanted.  Just because he didn't escape jail doesn't mean he

21   wasn't wanted?  Why didn't we hear testimony about that, him

22   being hunted like an animal.  He'd been the biggest drug

23   dealer in Mexico for decades at that point.  He was wanted.

24   Why isn't he on the run?  Because he had bribed the Mexico

25   Government and all that left was Mr. Guzman as the rabbit on

1    the run.  That was the result.

2            Rey testified he received a call from a lieutenant

3    colonel it was.  They had Chapo surrounded, about to capture

4    him.  The colonel asked for $250,000 to back off and Rey

5    delivered the money and the operation was called off.  Do

6    you really think, look at this, this formula.  I wish I

7    could say it was brilliant, but it's not.  This is what the

8    man has been doing for 50 years, Mayo, paid people off, he

9    stayed free.  People off, they don't come after you.

10           But Chapo's alleged to have paid the president of

11   Mexico $100 million and he's hunted like a dog before and

12   after.  It just doesn't make any sense.  It's just not true.

13   Rey claimed that Chapo once delivered 13 million in cash for

14   a drug purchase.  The man with plastic chairs and wooden

15   planks for nightstands and 13 million in cash ready to go,

16   it doesn't make any sense.  He can't play his workers but

17   he's got 13 million in cash on hand.  He's got 100 million

18   in cash on hand to pay the president.  It doesn't make any

19   sense.  As for Rey's testimony, it was all choreographed, it

20   was a script they were reading from and the answers were

21   scripted as well.

22           You heard that from witnesses in this case.  I'm

23   not making it.  Not a single question on direct was a

24   surprise.  Why should it be, they're prepping them to

25   testify here.  Of course they're going to go over the

Summations by Mr. Lichtman                    6825

1    questions and answers with them.  You can't fault them for

2    that.  We all want to prep our witnesses in advance.  And

3    they had attended dozens of debriefings, dozens of attempts

4    to get these stories straight.  Just throw them on the stand

5    and say what happened next.  The hours, hundreds of hours of

6    preparation so they can handle that story exactly how they

7    wanted it so when they ask it here, it's like lines in a

8    play.  What happened next?  Well, we're waiting for that

9    question exactly how we went over it last week.  And they

10   all are desperate to get out under a life sentence and so

11   they're going to give the Government what they need.  Bottom

12   line is that they must convict Joaquin Guzman to get what

13   they want.  And, respectfully, the idea of lying under oath

14   is going to cost them.  They all did it pretty easily.  I

15   mean, come on?  They all did it pretty easily.  They're

16   still getting what they need, we all know that.

17          I mean, how hard is it from Rey Zambada to throw

18   in Chapo Guzman?  There was a meeting and this person there

19   and that one's there and this one, and Chapo Guzman.  And

20   then they were discussing drugs, my brother and

21   Chapo Guzman.  It 's not very hard.

22          Now, on the topic of trial prep by the Government

23   one of Rey's pieces of his testimony when he lied to you was

24   when he said that he hadn't heard the prosecutor's question.

25   Now other witnesses said, yes, as we just talked about it.

Summations by Mr. Lichtman                    6826

1    Well, Rey is trying to figure out, well is that something

2    good for the Government to even admit that I've heard these

3    questions before or is that bad for the Government and he

4    figure I'd lie and say that he hadn't heard these questions

5    before.

6              That was a lie.  And he was allowed to lie.  He

7    lied here and he is going to get that 5K1, period.  And

8    these cooperators lie to everyone they come in contact with,

9    to each other, the law enforcement, the prosecutors.  Why

10   shouldn't you believe that they're telling the truth now?

11   Why do you rely on them?  They've never told the truth in

12   their lives.

13             You heard Rey Zambada, this was an entering story.

14   Rey Zambada testified that he met with Arturo Beltran during

15   the supposed war he was having with Mayo and Chapo.  And

16   Arturo asked Rey the reasons for why they killed this fellow

17   name Nemecio, a commander in the organized crime division of

18   Mexico's Attorney General's Office.  This commander was

19   supposedly telling his colleagues he was going to kill Mr.

20   Guzman and Mayo.  So after Nemecio himself was killed, Rey

21   Zambada met with Arturo Beltran who said to Rey, hey, man, I

22   didn't kill him, I just paid that guy several million

23   dollars.  Rey replied, I don't know anything, lie Number 1,

24   ask Mayo or Chapo.  Now the point is that he's willing to

25   save his own skin and lie to Arturo Beltran about the murder

1    of a commander in the Mexican Attorney General's Office and

2    he's willing to throw Mr. Guzman under the bus then.  Why

3    don't you ask Guzman, ask Mayo.  Well, you don't think he's

4    capable of lying here to throw Mr. Guzman under the bus

5    again?

6              If he threw Mr. Guzman under the bus when he was

7    supposedly in line with them, of course he's going to throw

8    him under bus when he desperately wants a conviction and Rey

9    testified about a number of sicarios, the gunmen, killed by

10   Guzman's order, members of the Mexican judicial police who

11   were working for the Beltran-Leyvas.  Now how can you trust

12   any of this?  The people that are killed are members of

13   Mexican law enforcement.  You don't even know who the bad

14   guys are in these stories.  And Rey testified that

15   Mr. Guzman from 2004 to 2008 was buying cocaine from him.

16   The boss supposedly was buying from an underling.  It makes

17   no sense.  Similarly you heard that Julio Beltran was

18   killed, according to Rey Zambada in his 2015 debriefing, he

19   was killed by Mayo Zambada is what Rey said, for not

20   following the rules, for not respecting Mayo's authority.

21   Never mentioned Joaquin Guzman in that 2015 debriefing.  Why

22   not?  His story changed so many times, there were so many

23   inconsistencies that were all brought out on the

24   cross-examination regarding the 20 tons of cocaine seized in

25   Panama.  In one of his first debriefings with the Government

Summations by Mr. Lichtman                6828

1    in 2012, Rey claimed that the drugs belonged to Arturo

2    Beltran and Mayo Zambada.  No mention of Chapo.  Same thing

3    when it came to murdering Nemecio, the commander in the

4    organized crime division of Mexico's Attorney General's

5    Office who was on Arturo Beltran's payroll.  Rey Zambada

6    told the Government in the debriefing soon after he arrived

7    in America in June of 2012 that Nemecio worked for the

8    United States Government and that Mayo gave the order for

9    him to be killed.

10            Rey explained back then that Nemecio was going to

11   take down Mayo's organization and grab his assets so he

12   needed killing, of course.  No mention of Chapo Guzman.  He

13   just throws him in when he needs him.  The murder of Robert

14   Velasco who Rey attributed to Mr. Guzman.  Again, in 2012

15   when he was first debrief by the Government on this topic,

16   again, Rey Zambada failed to mention Joaquin Guzman's

17   involvement.  Rey admitted that everything he had heard

18   about Joaquin Guzman from 1987 to 2001 he learned from his

19   brother Mayo.  He learned from his brother Mayo, the drug

20   trafficker who for, what, 55 years had never once been

21   arrested.  So Rey Zambada forgot to put Mr. Guzman in

22   numerous murders when he was debriefed by the Government

23   upon his arrival here.  But if you recall, you remember

24   every last word said by Mr. Guzman in conversations from 17

25   years ago after Mr. Guzman escaped from prison in 2001 and

1    he saw Mayo and Rey for the first time afterward.  I think

2    he was talking about his wife Patty's shoes.  Everything

3    that he could possible, every detail to show you how good

4    his memory was, that he can talk about, but he can't

5    remember Mr. Guzman's involvement in murders when he's first

6    debriefed.  This is a guy, Rey Zambada, who sold his son's

7    identity go get a birth certificate.  His son.  And a

8    passport he put in his son's name he applied for and

9    received an American visa in his son's name that he could

10   use to walk into America, this killer drug dealer and walk

11   amongst us.  Rey pled guilty to two indictments, one had a

12   mandatory life sentence, the other was a ten-year minimum to

13   life.  Rey did not fight extradition, as we heard.  He needs

14   the Government to write that 5K1 letter to the judge,

15   otherwise, he's going to die in prison and he knows it.  He

16   decides to cooperate and claim he was required to assist in

17   prosecutions of other individuals.  I can tell you this and

18   you can figure this out for yourselves.  He will get out of

19   prison before he testifies against his brother, Mayo, you

20   can be sure of that.

21          He's been here since 2012, he's testified one

22   time.  One time against Mr. Guzman.  Mayo was selling heroin

23   and marijuana since the '70s into the '80s according to Rey

24   Zambada, no mention of Chapo.  None.

25          According to Rey from '87 to '93 Rey claimed that

Summations by Mr. Lichtman                6830

1   Mayo began working with the Padrino, Miguel, Felix,

2   Gallardo, to sell cocaine.  That came from a debriefing in

3   2012 with the Government.  Rey also told the Government that

4   Mayo part with the Lord of the Skies, Amado Carrillo Fuentes

5   from to '95 to '96 winning cocaine loads.  Still no mention

6   of Mr. Guzman.  It's not in the notes is what he said.  Mayo

7   not Chapo was bringing cocaine in suitcases through the

8   airport 2002 to 2003, Mayo was using go-fast boats to ship

9   cocaine.  No Chapo, just Mayo.

10          So what you've got here, it's an opportunity who

11   sees that he's -- these people are not stupid.  They may be

12   liars, they may be degenerates, they may be killers, but

13   they're not stupid.  When they need to drop another name and

14   it's very easy every time you mention Mayo Zambada's name to

15   just simply thrown in Chapo Guzman, doesn't cost nothing.

16   And it helps him get a 5K1 letter.  And Mayo, as Rey

17   testified, corrupted everybody in prison.  He corrupted a

18   follow named Garza Luna who was in charge of the agency of

19   federal investigation.  In 2006 Garcia Luna got a cabinet

20   position in Mexican government as secretary of public

21   security in charge of the federal police.  Rey Zambada met

22   with him and gave him 3 million in a suitcase on behalf of

23   Mayo to get Mayo's man, the police chief in Culiacan.  I

24   mean this is the -- and there was plenty of testimony about

25   this, about the millions and millions of dollars being given

Summations by Mr. Lichtman                    6831

1    to allow Mayo to continue dealing drugs.  Garcia Luna was in

2    the president's cabinet at the time.  We also learned that

3    Garcia Luna was paid $15 million by the Beltran-Leyva in

4    2006 or 2007 to permit them to deal drugs.  So it's really

5    not that much of a surprise to think that Mayo Zambada paid

6    a hundred million dollars to be left alone, is it?  And that

7    by doing that, the one person who became such a hot focus of

8    law enforcement was Chapo Guzman.

9              Now, Rey testified that the only assets he has

10   left now is money that's owed him by other drug dealers.

11   I'm pretty sure he's not going to be collecting on that

12   money anytime soon.  He said he's got no hidden money, no

13   offshore accounts, nothing.  Rey testified that Mayo killed

14   a commandeer Rafita and Rey provided surveillance for this.

15   400 pages later in the transcript Mr. Guzman is responsible.

16   That fellow Nemecio I discussed before and Mayo ordered the

17   hit, 400 pages later it's Mr. Guzman.  You see how this

18   works.  As I had said, the Government's money laundering

19   expert, Mr. Semesky testified that drug dealers keep a large

20   stash of cash on hand in case they need to flee their

21   current jurisdiction and need to get away but they'll also

22   invest in other properties.  Businesses, financial accounts

23   to spread the wealth around and it won't just be in their

24   home country.  It will be all over the world where is the

25   money belonging to the cooperating Zambadas?  Where's the

1   offshore accounts of Mr. Guzman?  In one case the Zambadas

2   are hot to hide their money that's overseas.  In the other

3   case the Government has not found any offshore accounts

4   belonging to Mr. Guzman.  Where is cash, the stash, the bank

5   accounts, the stash houses?  We don't even have the guns

6   that were pictured here, the JGL and diamonds on the gun

7   handle, the leopard on the gun handle.  They have pictures

8   of them, but where are they?  Somehow 250 million of

9   Cifuentes' money was located 700 million from Chupeta.

10  Where is the Guzman cash?

11          Now, if I can get the Damasco Lopez.  He was the

12  jailer initially who was in charge of internal security at

13  the high security prison that Mr. Guzman as brought to after

14  his captured in 1993 after fleeing from the false

15  accusations that he murdered the Cardinal.  He testified

16  that he had no idea that Mr. Guzman was even in jail.  I

17  mean, come on.  This is a guy that's getting gifts from

18  Mr. Guzman, he testified, he wouldn't admit they were

19  bribes.  He claimed that he received a house from Mr. Guzman

20  but it was a gift, not a bribe, a gift.  You see I'm using

21  air quotes, a gift, but me didn't even bother to see what

22  the guy was in jail for?  I would think that if you're in

23  jail and you're putting your life in the hands of some guy

24  named Guzman who's giving you a gift of a house, that you

25  might want to at least check to see what he was in jail for.

Summations by Mr. Lichtman                    6833

1    No.  Damasco said he didn't check because he didn't want to

2    know and that helps him in this case, he says.  The less I

3    know the more I can claim that I've got blinders on and I'm

4    just speaking about the facts that I know.

5          Damasco was Mr. Guzman's right hand, according to

6    him, in other.  Like I had said, got a lot of right hands.

7    He knew nothing about any $100 million given by Mr. Guzman

8    to the Mexican president.  The point is, of course he

9    doesn't know about it because it's a lie it wasn't true.

10   The hunted Mr. Guzman gave no such bribe to president Nieto

11   of Mexico.  The guy who has been free for 50 years, again,

12   for to 15th time I know I'm belaboring it, Mayo Zambada.  No

13   wonder Damasco, the man who had this infinite knowledge of

14   Mr. Guzman's dealing, as intimate as anybody, knew nothing

15   about it.  But Alex Cifuentes who lived with a man for,

16   what, eight or nine months, he knew that Mr. Guzman gave a

17   100 million-dollar bribe.

18         Now, Alex claimed at one point he lived with

19   Mr. Guzman from 2007 to 2008, said for about nine months.

20   Then he claimed 2009 and Jorge said Alex was living with

21   Mr. Guzman in 2010.  So basically these nine months are now

22   this 3 or 4 years.  If that wasn't a lie, it was certainly

23   inaccurate, wildly inaccurate.

24         Damasco was obviously another cooperator hoping to

25   put Mr. Guzman away for life who also keeps calling him my

1    mom Compadre Chapo every time he mentions Mr. Guzman's name.

2    If he loved Mr. Guzman any more, he would be getting the

3    death penalty today.  My compadre, look, why, I loved the

4    man.  But you're testifying against him trying to destroy

5    him.  Let's not pretend about what's going on here.  We're

6    all grown-ups, we're all intelligent.  We know why you're

7    here.  Stop pretending that you don't have any bias against

8    him.

9          Now, read Damasco's statement of fact in

10   connection with his guilty plea in Virginia, if you can get

11   that back there.  The Government had an agreement with these

12   words that were contained therein.  He claimed he was a

13   leader of 100 men.  He employed assassins, moved cocaine,

14   was the leader of the organization.  Read it while you're

15   back there, and appreciate when the Government wants someone

16   he becomes the leader.  He's the leader.  When they get him,

17   somebody else has to be the leader, the focus changes.  I

18   mean Damasco was uncomfortable.  He didn't sound like he was

19   really the leader when he was testifying and blaming

20   everything on Mr. Guzman, then he was shown his statement of

21   facts and we're like, Holy Moly, this guy had hundreds of

22   people working for him, had assassins at his fingertips.

23          Damasco, this was bizarre.  Damasco pled guilty to

24   a deal which gets him life in prison.  That was his plea

25   bargain, his bargain, he was bargaining to get life in

1   prison.

2           What is the bargain in it for him?  He got exactly

3   what he wanted, life in prison.

4           He didn't say, Listen, I feel chill with the life.

5   Can you just give me, you know, like 30 years?  No, life in

6   prison.  That's what he signed, that's what he wanted,

7   that's what he agreed to.  It's a farce.  He's not getting

8   life in prison and he knows he's not getting life in prison.

9           Why else would he plead for life?  He knows that

10  it's just to make it look good in front of you people.  Man,

11  that Damasco, he lied.  He's going to get life in prison.

12  He's not getting life in prison.  He'll be out, soon.  But

13  you heard Damasco trying the minimize his role in all this.

14  He claimed he was big because he was near Mayo or worked for

15  Mr. Guzman.  That's not true.  As I said, you heard the

16  statement of the facts.  Led 100 men, had assassins.  He

17  even had his killer, this was a particularly funny piece of

18  testimony.  He each had his killers make patches that they

19  wore on their clothing.  I'm starting to think that maybe

20  those Sinaloa had some T-shirts might actually be real

21  they're so stupid.  But the patches express their allegiance

22  for Damasco.  They were Damasco's security.  *Fuerzas*

23  *especial de Damasco*, the special forces of Damasco.

24           (Continued on the next page.)

25

1           MR. LICHTMAN:  Why was he so angry when that picture

2    was shown to him?  He got visibly upset about that because he

3    knew what he had done.  He knew he had been caught minimizing

4    his role.  And suddenly, he looked like the animal that he

5    was.  He was the most violent of all.  But he sure looked

6    clean on that stand, didn't he?  He claimed that Mayo Zambada

7    was the strongest drug trafficker, he claimed that Mr. Guzman

8    didn't own house in Cabo that he supposedly escaped where all

9    that supposed evidence was found.  You know, pants, 32-30.

10   You know, the measurement that Mr. Guzman had to tell his

11   wife, supposedly, pants size.  Respectfully, I think that the

12   wife probably knows what her husband's pants size is and

13   doesn't need to be told what it is.  Come on.

14           Let's go to Miguel Martinez-Martinez.  Judge, can I

15   stop at any time?

16           THE COURT:  For lunch.

17           MR. LICHTMAN:  Yes.

18           THE COURT:  Whenever you want.

19           MR. LICHTMAN:  You know what, let's do it now.

20           Ladies and gentlemen, we'll reconvene at 1:35.

21   Please don't talk about the case.

22           (Jury exits courtroom at 12:36 p.m.)

23           THE COURT:  All right.  Be seated.

24           Any other motions from the Government?  Are you

25   satisfied with the correction that I made?

*6837*

1           MS. PARLOVECCHIO:  Yes, your Honor.

2           THE COURT:  Okay.  All right.  See you at 1:25.

3           (Defendant exits from courtroom at 12:37 p.m.)

4           (Luncheon recess taken; 12:37 p.m.)

5           (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6838

1           A F T E R N O O N     S E S S I O N

2           (In open court.)

3           (Defendant present.)

4           THE CLERK:  All rise.

5           THE COURT:  Let's have the jury, please.

6           (Jury enters.)

7           THE COURT:  All right.  Everyone be seated.

8  Please continue, Mr. Lichtman.

9           MR. LICHTMAN:  Thank you, judge.

10          Good afternoon, now, ladies and gentlemen.

11 Again, thank you for your continued patience.  I know it can

12 be long.  I appreciate everybody's -- sorry for dropping my

13 voice.

14          We are getting near the end, and I would like

15 to talk about -- yes, you guessed it -- the man on the

16 screen, Miguel Martinez Martinez.

17          Every time the prosecutors asked

18 Mr. Martinez -- Tololoche, that was his nickname -- to

19 identify a picture -- I thought this was interesting -- he

20 identified every one of the pictures on the direct, bing,

21 bam, boom, named them all, because they were prepped.

22 Because when I asked Jorge Cifuentes to identify a picture

23 of Mayo Zambada, he couldn't identify Mayo and picked out

24 somebody else as Mayo.  I thought that was interesting.

25          And Tololoche's testimony, part of it, talked

6839

1    about all the great wealth.  This is what they used to prove

2    the great wealth of Mr. Guzman.  He testified that

3    Mr. Guzman had properties in every single place in Mexico,

4    had a beach place in every single beach, ranch, houses

5    everywhere, warehouses everywhere.  He had four jets at one

6    point.

7              He talked about a beach house in Acapulco.

8    Are you aware of the properties?  Yes, yes.  It cost

9    $10 million.  And how do you know that it cost $10 million?

10   Because they made the payment through the bank I had the

11   account.

12             Well, instead of just listening to these

13   cooperators telling you this is what I did about the money,

14   and the money went through my account, you know how hard it

15   is to get information from one of your bank accounts, a few

16   years ago, five years ago.  Call up, say, listen, you

17   remember that time we made a $10 million pavement that went

18   through my bank account?  Let me have that.

19             The Government can do that.  He can do that.

20   They didn't have it.  So you are forced to rely on testimony

21   of a guy whose got really, at best, suspect credibility.

22             You know, some of the things that Martinez

23   said that I recall, that I read his transcript afterwards, I

24   was kind of shocked by.  He didn't exactly strike us as a

25   ferocious guy.  He wasn't a violent guy.  He said that, that

6840

 1    he was anything but that.  He said, you know, sometimes he

 2    would lose his temper or do some bad things.

 3              He actually twice testified -- twice; the

 4    first time I thought it was a mistake -- that he threatened

 5    Chupeta.  Now, we know Chupeta and we are going to get to

 6    Chupeta.  But, somehow I find it a little hard to believe

 7    that that dude, Tololoche, is threatening Chupeta, killing

 8    150 people, which you don't have to guess is probably closer

 9    to 1500.  Twice he claims he threatened Chupeta.  It seemed

10    pretty clear to me that it's just fantastically

11    impossible-to-believe testimony.

12              Martinez did testify about how Mr. Guzman was

13    nearly killed at the airport in Guadalajara in 1993 when the

14    Cardinal was killed by the Arellano Felixes.  His testimony

15    was important at this part, where, after Mr. Guzman escaped,

16    he said his picture was plastered all over national TV every

17    five or ten minutes is what he said.

18              A month later, in June of '93, when

19    Mr. Guzman was arrested, I thought it was interesting that

20    Tololoche could remember the exact date of the arrest:

21    June 8, 1993.  That he remembered.  So many details he

22    couldn't remember.  What do you want from me, 15 years ago?

23    But something that happened 25 years ago, that he somehow

24    remembered.

25              Now, this was a guy, he was an admitted

6841

1    alcoholic who combined alcohol with -- there is the

2    Splenda -- with four grams of cocaine, up to four grams of

3    cocaine on a daily basis.  Now, I wouldn't know about

4    cocaine use, but I'm guessing that's one gram.  Maybe that's

5    4.  Is that four?  Whatever.  That's a lot of cocaine.

6    That's what he was using per day.

7                    I mean, my God, he said that part of his nose

8    had to be replaced, but a guy who is an alcoholic, who is

9    using that much cocaine on a daily basis for over 15 years,

10   how can you trust his details that he is giving now?  But

11   somehow he remembered the date of when Mr. Guzman was nearly

12   killed at the Guadalajara airport.  The reason I'm saying

13   this is I'm suggesting to you that he is remembering things

14   that he was prepped with as opposed to what he remembered on

15   his own.

16                    What was surprising, some more of his

17   testimony -- this was, again, the admitted alcoholic and

18   drug addict.  He said he was a drug addict.  He said he had

19   no experience in drug trafficking.  He was told by Chapo to

20   go to Colombia to get marijuana.  This doesn't make any

21   sense, because the golden triangle, the home of marijuana

22   cultivation in Latin America, is Mr. Guzman's own backyard,

23   why would he send Tololoche to Colombia to get marijuana?  I

24   thought it was gratuitous and a lie; and, again, it's not

25   like these guys don't have incentive to lie.

6842

1           When that failed, his efforts to get the

2    cocaine source from Colombia, he then said he went from a

3    bar to a whorehouse, and he was walking the streets to find

4    a cocaine source.  It just doesn't make any sense that the

5    leader of the Sinaloa Cartel is sending some drug addict

6    that's sort of, you know, scouring the street for cocaine

7    sources.

8           When Martinez was arrested -- and this is

9    typical of the cooperators in this case; their witnesses,

10   not mine -- the first thing he did after he was arrested was

11   tell his attorney to offer the judge a $500,000 bribe to let

12   him go.  I mean, this is the mentality of them.  When you

13   get arrested, the first thing is not to take responsibility

14   for your actions, or to make them better, no.  It's to pay

15   somebody off.  You are not paying off the garbage man to

16   pick up an extra can of garbage that's in front of your

17   house.  You are paying off judges.  That's their mentality,

18   pay off judges.

19           He had the money for that, but don't you know

20   he doesn't have the money to pay the Government any of the

21   forfeiture money that he owes.  Of course, he doesn't have

22   any, as he says.

23           The second thing that Martinez did after he

24   was arrested and he was brought to America, he lied to

25   American agents about his criminal activity.  His reasoning,

6843

1    I didn't have a lawyer to help me.

2              Now, I have to tell you, he uses lawyers to

3    bribe judges and suddenly he needs one to tell him not to

4    lie to federal agents in America?  You need a lawyer to tell

5    you that?  I mean, I would like to think that's something

6    common sense that you are born with, that you don't lie to

7    American federal agents.  This is evidence of a guy who

8    hasn't had an honest day in his life and needs to be told

9    not to lie.

10             Of course, he is free amongst you right now.

11   He is soon to get a visa provided by the Government for his

12   cooperation.

13             MS. PARLOVECCHIO:  Objection.

14             THE COURT:  Sustained.

15             MR. LICHTMAN:  He is here to get Chapo.  That's

16   what's he is here for.

17             MS. PARLOVECCHIO:  Objection.

18             THE COURT:  Sustained.

19             MR. LICHTMAN:  And you learned from Martinez what

20   a Rule 35 motion is.  It's a motion filed by the Government

21   that allows the judge to lower a previously imposed sentence

22   due to cooperation.  It's like the 5K letter that you heard

23   about, but it comes after sentencing as opposed to before

24   and allows the judge to give the sentenced cooperator a

25   second, lower sentence.

6844

1              It's like Damaso with his life sentence that
2    he claims that he's stuck with will be getting.  That's what
3    Martinez did get; and he was sentenced to 18 years, and then
4    on a Rule 35 motion, after he testified in a case -- boom --
5    time served and he was out.  Right after he testified at
6    trial is when he got out.
7              Again, that's a blueprint and should give you
8    an indication as to what's going to happen to the
9    cooperators in this case.  You saw it happen with the
10   Zambada brother who cooperated.  He got a tiny sentence.
11   And you saw it happen with Tololoche.  He testified -- bing,
12   bang, boom -- all of a sudden, 18 years becomes time served.
13   It doesn't make a difference that he broke the rules in
14   prison.  It makes no difference.  It doesn't make a
15   difference what any of them do.  Pedro Flores, you know what
16   he did.  He didn't lose any good time.
17             Now, Martinez proffered 86 times with the
18   Government, 86 times.  He claimed that Mr. Guzman tried to
19   kill him four times:  Stabbings, grenades, explosives,
20   pistols, apparently songs played outside of his cell.  All
21   these things were designed to kill him.  There were
22   helicopters flying above the jail, jail guards who refused
23   to open his cell so that he could be killed.  Four wonderful
24   stories that he all blamed on Mr. Guzman.
25             All that action with the explosions,

6845

1    helicopters.  Somehow the Government didn't show you a

2    single piece of paper corroborating those attacks.

3              I mean Mexico is part of this.  They have a

4    government.  Couldn't they have gotten something to show

5    that all these horrible things happened, explosions,

6    helicopters, anything that showed that?  Tololoche himself

7    is the only one that we are supposed to rely on here?  They

8    want Chapo too, right?

9              Nothing from Mexico.  Just believe Martinez,

10   even though he is a lifelong criminal, who also lies and

11   breaks the law while cooperating.  You can believe him, if

12   you want, if all you want is to convict Mr. Guzman.  Go

13   ahead.  Just use what he said and just ignore the obvious

14   truth.

15             And Martinez testified under oath in federal

16   court previously, as I said, and he testified that he was

17   stabbed just twice.  Now, before you guys he said three

18   times.  Now, I can see forgetting a stabbing.  It's not

19   exactly a very significant moment in life.  So three

20   stabbings, two stabbings became three.  Just pile it on.

21             And the billionaire drug dealer, Mr. Guzman,

22   he relied on grenades to kill someone in prison?  He is

23   running the whole place.  He can't pay a guard to kill him?

24   Nope.  We are going to have -- it's like Wile E. Coyote, who

25   wants to kill someone.  Every little machination has to be

6846

1   put together in order to kill him.  Don't bother.

2              You are a billionaire.  You control

3   everything.  You can't pay a guard to kill an inmate when no

4   one is looking?  No.  We are going to throw a grenade into

5   his cell and he wasn't hurt by the grenade.  What kind of

6   grenades are these?  It's like the Road Runner and Wile E.

7   Coyote.  It explodes and nothing happens.

8              Because the point of it is to protect.  All

9   right.  That's the story.  It makes a lot of sense.  It

10  doesn't make any sense.  He has a band outside of his

11  window.  He can't just pay a guard, so he has a band play a

12  song outside his window.

13             It's like -- I keep on bringing up these

14  references that no one is going to remember.  It's like when

15  I watched Batman as a kid and the bad guy, the Joker and the

16  Penguin, they would go through all these wild machinations

17  to kill Batman.  I was like, why don't you take a gun and

18  shoot him?  That was never in their thinking.

19             It's like here with Mr. Guzman, play a song

20  outside his cell.  Instead of just killing him, we are going

21  to play this song and that's the beginning of it, and then

22  we are going to put you over a pile of acid and we are going

23  to slowly lower you.  Just kill him.  Isn't he capable of

24  death?  No, not with Tololoche.  You've got to have a song

25  that plays well to the jury.  It's so exciting.

6847

1           Martinez was also forced to admit on cross

2    that other people wanted to kill him as well.  Guero Palma

3    was one.  Of course, Mr. Martinez, without corroboration,

4    said it was a horrible betrayal for him, whereupon Martinez

5    was in the right.

6           Everyone wants to kill this guy, and it's

7    never his fault, according to him.  He is a good and decent

8    and honest man, except when he lies in a federal courthouse.

9           Years ago in court he was asked by a federal

10   prosecutor, in a courtroom just like this one, why did

11   Mr. Guzman want to kill you?  Now, according to Martinez,

12   here in this trial, Mr. Guzman wanted to kill him because

13   Martinez sold Mr. Guzman's house that housed his ex-wife and

14   children; and he was going to be killed because Martinez

15   threw Mr. Guzman's wife and children out of the house and

16   sold it because he needed the money for legal fees.

17          The prosecutor asked him under oath in the

18   case years ago, quote, Do you have any idea as to why

19   El Chapo would want to kill you?  His immediate response

20   was, I don't know.  Martinez went on to say, it could have

21   been because of what I knew.  It could have been because he

22   didn't like me.  It could be because I talk.  The truth is,

23   I don't know.

24          He was asked by a federal prosecutor under

25   oath, Do you have any idea as to why El Chapo tried to kill

6848

1   you and not other people who were extradited?  His response

2   was no.  That was in 2006, when presumably his memory is

3   better than in 2018.  I mean, that happens.  As you get

4   older -- I find it always happens to me.  As I get older, my

5   memory is getting better.  By the time I'm 90 years old I

6   will be able to give you pi to the 75th place.  Come on.

7          It was a lie, designed to hurt him.  Your

8   memory doesn't get better, especially when you have so much

9   cocaine under your nose that half your nose falls off.

10          Twelve years ago his story was different

11  because Mr. Guzman was not on trial back then.  Martinez

12  didn't have any incentive to convict, to hurt, Mr. Guzman

13  back then.  Now he wants to hurt him, and now the story is

14  they have the mariachi band outside the window.  Give me a

15  break.

16          The prosecutors here asked you to blame

17  Mr. Guzman for these three or four attacks.  You know, if

18  you are going to ask him, why or how you were being

19  attempted murdered, you know, there are prior testimonies

20  that say something completely different.  So that's for you

21  to decide, why that came out the way it did.  I would

22  suggest that Tololoche was lying from the beginning, and it

23  was obvious to everyone in the courtroom.

24          He also claimed inside a federal courtroom

25  under oath that he never heard Mr. Guzman order any

6849

 1    killings.  That answer changed when he testified in front of

 2    you people.  He claimed Mr. Guzman didn't order any murders

 3    in front of him; but when he testified against Mr. Guzman

 4    and they needed a conviction, suddenly it changes.

 5                 And this is the theme in the case, the

 6    cooperators change their testimony to throw Guzman in

 7    because they need a conviction.  Every cooperator does this.

 8                 He also admitted that he hates Mr. Guzman.

 9    So you can see a number of areas that affect his

10    credibility, give him motive to lie about Mr. Guzman.  He

11    even testified at the end that extended massive cocaine use

12    can cause hallucinations, brain damage, and schizophrenic.

13    You can pick any of one of those three, if you like -- it's

14    your choice -- and you can decide what Mr. Tololoche was on

15    when he was testifying here.

16                 Now, we will go to Chupeta.  That's what a

17    real drug kingpin looks like, I think we can all agree.

18    This dude is scary.  Chupeta claims that he shipped over

19    400,000 -- that was the same person -- 400,000 kilograms of

20    cocaine to America.  The top of the guidelines, as you

21    heard, for weight of cocaine, to get you close to life, is

22    450 kilograms.  So that's enough cocaine to get a thousand

23    life sentences.

24                 This is a guy who is so desperate to avoid

25    going to prison that he had numerous surgeries to alter his

6850

1  face.  He changed his jaw bone, his cheek bones, his eyes --

2  I wish he would not have done the eyes -- his mouth, nose,

3  his lips, hair transplant -- there is hope -- and his ears.

4  His ears!  He changed his ears!  That's how far he went to

5  avoid going to jail.  And he is not going to lie to you

6  people now to help him get out of jail?  He changed his

7  ears.  Who can even think of something like that?  He

8  changed his ears.  It's not like he removed one.  He changed

9  them to look different.  That's nuts.  That's nutty talk

10  here.

11          That's how bad he wanted to get out of the

12  chance of going to jail.  But he won't lie to any of you

13  now.  He is a bottomless pit of morality.  I thought that

14  was the scariest of all the people.

15          Now, with regard to his assets, as I said,

16  nearly a billion dollars was seized from him by the

17  Colombian government, the same government that seized

18  250 million from Jorge Cifuentes.  Chupeta agreed to forfeit

19  an additional 1.2 million, not billion, to the American

20  government; and that's about one-tenth of one percent that

21  was taken off of Chupeta in Colombia.  But, of course, they

22  are not going to get that money.  Even though you know that

23  a guy like Chupeta has assets all over the world, he is not

24  giving any of that up.

25          Every one of them denies they have any assets

6851

1    overseas, but their own expert said that drug kingpins have

2    assets all over the world.  Except for the ones in this

3    case.

4            He is the one that had a zillion dollar art

5    collection, houses, watches, cars.  They seized them.  All

6    seized.  We heard about Mr. Guzman's massive assets.  We've

7    seen none of it, except for the diamond-encrusted gun, JGL,

8    that they claim that they found but somehow don't have any

9    more.  They took pictures of it.

10          In Chupeta's first briefing with the

11    Government, he didn't mention Joaquin Guzman then.  I guess

12    they didn't think they needed to convict Joaquin Guzman

13    then, but they need him now and he is talking about Joaquin

14    Guzman.

15          Chupeta claims to have killed 150 people,

16    including some in the United States.  As I said, you can't

17    possibly believe that he is telling the truth about 150

18    people.  This guy was, you know, if you change your

19    underwear, he is killing people.  Every day.  This is a man

20    who will kill anyone and everyone.  Why won't he admit the

21    full extent of his violence to you?  Who is going to

22    corroborate it?  It's him.  We are supposed to take him at

23    his word and check the box.  He shot people in the face.

24          He will be out of jail soon too.  He has been

25    in 13 years.  He is facing ten years or less.  He has bribed

6852

1   every law enforcement officer, every politician, military,

2   jail official, you name it, in Colombia, the president of

3   Colombia.  Over ten million in bribes he paid to the

4   Colombian Congress.  They changed the extradition laws to

5   protect himself.

6            Think about that.  It's one thing to bribe a

7   president.  He is bribing the entire Congress to get the

8   extradition laws changes.  Think about that.  He is not

9   changing the laws as to whether or not your dog has to be on

10  a leash when you walk him.

11           He is changing the laws that affect

12  international extradition rules.  That dude has a lot of

13  power and a lot of ability to get what he wants.  And a

14  real, you know, a lot of gall, right?  Think how far that

15  is.  The point is he will do anything to get what he wants.

16  He talked about corrupting DEA agents by supplying

17  prostitutes, gifts, apartments for them.

18           Let's just forget it all and convict him and

19  go home.  That's what this is about.  Let's just pretend

20  that none of this is real.  Let's just pretend that none of

21  his credibility -- we didn't hear a word about credibility

22  yesterday.  So that's why you are hearing so much about it

23  today.  You cannot take these people at their word.  Why

24  should you?  Would you take them at their word if they were

25  testifying against your son, your daughter?  Of course you

6853

1  wouldn't.

2          He entered America, Chupeta, on a phoney

3  passport in 1988, got caught, took him back to Colombia.

4  Took him a month to bribe officials to let him out of jail.

5  But that wasn't enough.  He had to bribe officials to erase

6  that conviction from the data banks, but that wasn't enough.

7          He paid to destroy any trace of any picture

8  of his in any government office, any Colombian government

9  office that might have photographed him.  It's like getting

10 a bad article in the newspaper about you and you are buying

11 up every newspaper in the city.

12         But that wasn't enough.  He also paid to have

13 his fingerprints deleted from any official computer database

14 and any traces that he was in prison.  All the prison files.

15 He even paid to have destroyed the Colombian identification

16 record for him.  He paid to make himself not exist at all,

17 just so that he could continue trafficking drugs.  And you

18 don't think he lied to get out of jail?  Come on.  That's

19 not exactly a reach too far, is it?

20         In 1996 he surrendered to Colombian

21 authorities to begin a 24-year jail sentence.  Except it was

22 a fake deal.  Everything about him was fake.  The corrupt

23 Colombian government that was paid millions of dollars by

24 Chupeta, he fake agreed to dismantle his narcotics

25 trafficking organization.  He didn't.  He kept trafficking.

6854

1           He lied to the Colombian authorities' faces.

2    He wasn't put into a real prison, and he didn't cooperate

3    with authorities from Colombia and Mexico, like he agreed

4    to.  He lied to prosecutors, which means he even lied to

5    them today.

6           Of course, Chupeta dealt with the American

7    DEA, as we learned from him and German Rosero.  The deal

8    that they had with the DEA is they would turn over some of

9    the drugs to the DEA that were destined for Mexico, and some

10   would be kept and sold for a profit.  It was kind of murky

11   what he was testifying about.

12          But, like all cooperators in this case, his

13   level of willingness to lie, obstruct justice, commit

14   perjury is astonishing.  Could anybody have believed when

15   you were picked for this jury that you would hear such

16   corruption?  I can't imagine.

17          Who corroborates Chupeta's testimony?  Well,

18   Miguel Martinez and German Rosero, like they are honest.

19   Does anybody care?  You care.  I know you care.

20          So he reviewed for you a ledger that he

21   claims details the entirety of his drug dealing and

22   killings.  Is it real?  Well, it's real because Chupeta says

23   it's real.

24          He claims Cha is Mr. Guzman.  Cha.  Says who?

25   This is a guy who has lied, perverted justice, cheated his

6855

1    entire miserable life.  He butchered his face and his ears

2    to avoid being caught.  What is he not capable of when it

3    comes to acts of dishonesty?  I can't even think of any.  He

4    covered them all.  He's got zillions of passports in

5    different names, in different countries, designed to fool

6    anyone he ever came in contact with.  But he is telling the

7    truth now because he will get life in jail if he lies.

8    Right.

9              Now, you also heard Ms. Goldbarg say

10   yesterday, clear as day, going back to the Mona Cha, that

11   the reference to Mona Cha is Chupeta's drug ledger reference

12   for payments made by Chapo.  What Ms. Goldbarg forgot to

13   mention was that German Rosero, Chupeta's right-hand man on

14   the ground in Mexico, said during his cross-examination that

15   Mona Cha was a reference to someone totally unrelated to

16   Mr. Guzman.  You didn't hear that yesterday, and you didn't

17   hear that on direct.  You can figure out why.

18             Laureano Renteria, Chupeta's right-hand man,

19   was arrested in Colombia before Chupeta was arrested.  He

20   knew all of Chupeta's secrets, where all the money was

21   hidden.  He was in a prison in Colombia and he was poisoned

22   to death.  Who do you think this man could have hurt the

23   most with his testimony as a cooperator?  Chupeta.  150 he

24   admitted to.  You may want to change that to 151.  Of course

25   Chupeta did it, but he wouldn't admit it.

6856

1          But he did admit to luring a killer, the
2     killer's attorney, and ten other people to a meeting and
3     killed them all as well as their backup security that was
4     waiting at a gas station, and he dumped all the bodies in a
5     truck, women too.  Two women who were working in a Colombian
6     prosecutor's office and were trying to get justice against
7     Chupeta's Norte Valle Cartel because one of the women's
8     brothers had been killed by them, well, Chupeta had killed
9     them both.

10          Chupeta killed police, anyone who stole from
11     him, anyone who displeased him, shot them in the back of
12     their heads when they were feeling comfortable.  He can't
13     even kill without being dishonest.  A woman being shot in
14     the head.  This is a violent, vicious animal, who admitted
15     to shooting someone in the face from three feet away.  But
16     let's give him the benefit of the doubt?  Of course not.

17          As I said before, that meek Miguel Martinez,
18     who threatened Chupeta to his face -- now that we talk about
19     Chupeta, don't you think it's possible that Tololoche
20     threatened him to his face?  Ridiculous, just another lie.

21          In the end, Chupeta is just like them.  He
22     wants to get that 25-year sentence for at least 150 murders
23     and enough cocaine trafficking to put a thousand men in jail
24     for life.  He will end up serving about 60 days for each
25     murder.  60 days.  That's what happens when you have the

6857

1    Government on your side.

2              Now, Memin, who testified -- I can't

3    pronounce it, excuse me -- Isais Valdez -- that might be

4    close -- he testified just a few days ago about some

5    horrible murders he attributed to Mr. Guzman.  As I said

6    before, there is no corroboration there.  There is nothing.

7              So many right hands of Mr. Guzman testified,

8    but none of them testified about Mr. Guzman shooting anyone

9    until we got to Memin.  At point-blank range, he accused

10   Mr. Guzman.  F your mother stuff.  How about a death

11   certificate, a missing person's report?  Anything.

12   Something in the news.  Anything.

13             Ms. Goldbarg was talking about the murders

14   like they were just established fact.  The 60-year-old man

15   who is this big, he was whacking people with a tree branch

16   for three hours.  It's just -- it's true because the

17   Government witness said it.  So we are just going to pretend

18   that it's real, that it's true, and that's enough.  Now

19   you've got enough to convict him on count one.

20             Like you are not even part of this.  We are

21   telling you what the evidence is.  You are taking it, and

22   you are going to do what we say.  That's not the way it is.

23   That's why we have juries.

24             Now, as for Memin, somehow Mr. Guzman doesn't

25   end up in the indictment that was created by the Government,

6858

1    but he certainly testified about Mr. Guzman's involvement in

2    the crimes that he is charged in that indictment.  Somehow

3    Memin agreed to facts during his guilty plea, which,

4    according to him in his testimony here, involve Mr. Guzman.

5    He didn't mention Mr. Guzman at all.  Funny that.

6              Memin admitted some of the information

7    provided to the Government came from Internet research.

8    When he is not spending weeks at a hotel -- on you, the

9    taxpayer -- he is telling the Government that Mr. Guzman

10   couldn't even afford to pay his workers.  Memin was in the

11   mountains for 10 to 15 days, never met Mr. Guzman.  All of a

12   sudden he testifies Mr. Guzman hugs him and says, welcome to

13   the family.

14             That sounds like Mr. Guzman.  This is a guy

15   who doesn't trust anyone, supposedly, and he is just having

16   this complete stranger welcomed to the family.  Memin

17   testified that at that time he didn't trust me yet, before

18   he welcomed me into the family.  It doesn't make any sense.

19   It goes against everything you are saying, that he is a

20   micromanager who doesn't trust anybody.

21             Memin constantly referred to my truth; and

22   his truth is to downplay his involvement in criminal

23   activity, like the fact that he was providing security

24   during that Durango snitch raid, when he said actually that

25   he wasn't responsible for any of the actual criminal

6859

1   activity.  He tried to make himself appear present during

2   murders, which was inconsistent with his debriefing.  But if

3   you can tell the Government, testify here that he was

4   present for violence that Mr. Guzman committed, you become

5   more valuable, don't you?  It's common sense.

6               Regarding German Rosero, this was a Colombian

7   attorney, a public defender, who worked for the Colombian

8   government.  The story goes that after a threat against his

9   life when he was a young man, he went to Chupeta for help

10  and began working for him as a lawyer.  That's makes sense.

11  You are getting threatened by your girlfriend and some guy

12  that likes her too.  So you run to the most insane maniac,

13  drunk kingpin for protection; but that's all kosher.

14              And then he said there were people who were

15  in jail, and I would go meet with them and I would try to

16  help them out as part of the team to get them out.  He

17  testified on direct as if he was using his legal skills to

18  get them out.  On cross, we find that he was making sure

19  they had better equality of life in prison.

20              As he said later, he helped Chupeta when he

21  was arrested in 1996.  It was to ensure that Chupeta was

22  taken care of in jail.  So on direct he testifies that he

23  was using legal skills to get him out.  On

24  cross-examination, I don't know what he is doing.  He was

25  paying off the prison to give these people whatever they

6860

1   wanted.

2             Rosero bribed Colombian senators,

3   representatives, with millions of dollars to ensure that the

4   Colombian laws didn't change to allow retroactive

5   extradition of those accused of crimes in the United States

6   with retroactive extradition, solely to help out narco

7   traffickers like Chupeta.  He used false names, made up

8   false documents, had false Mexican passports, fake driver's

9   license, fake Mexican national ID cards; but, you know what,

10  all is forgiven.  He is telling the truth now, you can

11  believe him.  Check the box.  Let's go home.

12            People don't change that much.  We are all

13  adults here.  You can change a little bit, but when you have

14  been a disgusting, lying, vicious animal for the first 40

15  years of your life, you don't just switch off the light and

16  everything changes.  No.

17            He had this ridiculous story.  Despite having

18  all of these connections in the Government, law enforcement,

19  he claims that he mistakenly believed there were criminal

20  charges lodged against him in America in 2008.  This was

21  after Chupeta was arrested in 2007.  So it wasn't that

22  difficult, and he could have gotten Chupeta's indictment.

23  It's not like it was hidden.  He tells us that he didn't

24  know whether he was charged.  He thought he was charged, but

25  it was in fact a mistake.

6861

1           So what he did was write a letter to the

2    Department of Justice offering to surrender.  Of course, he

3    talks about the letter, tells us what's in the letter.

4    Guess what we didn't see?  Him.  The letter.  Somehow it's

5    lost.  Nobody knows where it is.  I would think that's

6    something that you would want to keep, either on the

7    Government's side or on Rosero's side.

8           So we will just have to rely on the word of a

9    lifelong liar and criminal who just misplaced the letter,

10   you know, like the misplaced tape of a phone call between

11   the Cifuentes brothers in jail that was never preserved, or

12   the way that Alex Cifuentes was misplaced at the jail and

13   got to see Mr. Guzman face to face, a few feet away.

14          Anyway, after Rosero wrote that letter,

15   supposedly offering to surrender, he pled guilty to drug

16   trafficking charges; and with it came a ten-year mandatory

17   minimum and $4 million in forfeiture payments.  So ten years

18   later, he has to pay $100,000.  At that rate, $100,000 paid

19   every ten years, he will have $4 million paid off in 400

20   years, which means never, despite having properties in

21   Colombia and Mexico.  Has not spent a single day in jail.

22          The Government asked the judge to release him

23   on the day of his guilty plea on bail.  Why?  His guidelines

24   were life, with a ten-year mandatory minimum.  Would it have

25   killed them to have him spend a year in jail?  Nothing.  He

6862

1    is not getting any jail time one he gets that 5K1 letter in

2    his pocket.  The judge is going to put him back in jail

3    after all these years?  He pled guilty ten years ago,

4    released on bail.  He's got a pretty good life.  Got to keep

5    almost all the money he made illegally.  It's stunning.

6                And on top of that, the Government has made

7    visa applications for him and his family to live here, don't

8    you know, amongst you nice people.  He's jumping ahead of

9    God knows how many people who want visas.

10               MS. PARLOVECCHIO:  Objection.

11               THE COURT:  Sustained.

12               MR. LICHTMAN:  He won't spend a day in jail.  What

13   a bargain he got, what an unbelievable bargain.

14               Not as good as Christian Rodriguez, though,

15   who committed massive crimes before he even met Mr. Guzman

16   and the Cifuentes brothers.  He didn't even get charged.

17   Was paid $400,000 by the Government -- by the Government --

18   and decided, ha, why should I pay taxes on it?  It's not

19   like they are going to do anything to me.  Well, the IRS,

20   you know, they are going to bring charges against you.  Runs

21   to the Government, gets an immunity letter for that too; but

22   he is paying back I don't know how many tens of dollars a

23   month he is paying back.

24               Oh, by the way, that $5 million award, he is

25   going to get that too.  That's a pretty good deal.

6863

1  5 million bucks, 400,000, doesn't get charged for tax

2  evasion, doesn't get charged for drug dealing, and the visa

3  applications for German Rosero and his family haven't been

4  granted yet, although he has been here ten years.

5              What do you think they are waiting for before

6  he gets those visa applications.  It's taken ten years.

7  There is one intervening factor that you heard from the time

8  he was let out of jail on bail, despite having guidelines of

9  life and a ten-year mandatory minimum, and getting those

10  visas.  One thing intervening:  Mr. Guzman's trial.  So hang

11  that over his head, give us what we want, and we will take

12  care of you as well.

13              This is what it can come to.  That's how easy

14  it is to get visas.  It doesn't make a difference how many

15  people you kill, doesn't make a difference how many drugs

16  you traffic.  That's what it's about here.

17              And I don't want to hear about, well, one

18  witness said the same things as other witnesses so you can

19  believe them.  You know, normally I would say, yeah.  If you

20  have got four or five people saying the same thing, well,

21  yeah; but these are not normal people.

22              These aren't even normal criminals.  These

23  are like the worst criminals ever; and I'm not just talking

24  about in terms of how many people they killed, the drugs

25  they trafficked.  I'm talking about the way they perverted

6864

1    the system, how far they have gone to get their hands on

2    evidence before they are even arrested, before they are

3    debriefed.  They are bribing all the way up to the

4    president.  They are getting fingerprints taken out.  They

5    are getting their identities wiped clean.  They are changing

6    their ears.  Their ears!  Come on.

7                  They have manipulated every last lawyer or

8    prosecutor they have ever come across.  Chupeta and Jorge

9    had criminal records expunged.  Let's not pretend they are

10   not capable of getting their stories straight together.  You

11   are going to believe 100 percent that these people have been

12   honest since they came here?  You know they haven't been

13   honest.  They have been forced to tell you.

14                 Rosero testified when he met Mayo Zambada he

15   lived in a huge, luxurious home.  How can he live in such a

16   luxurious home when Mr. Guzman is living with tube

17   televisions, planks of wood for a bed, can't pay salaries,

18   has a 21-year-old girl hunting down cut-rate marijuana

19   deals.  That's sounds like the boss of the Sinaloa Cartel,

20   doesn't it?  If that's the boss of the Sinaloa Cartel, we

21   have got problems.  It's not true.

22                 Ask for readbacks, if you want, what the

23   witnesses testified about Mr. Guzman's home and his wealth.

24   When you hear -- when you ask for it and you hear about all

25   the homes by the beaches, see what corroboration you have.

6865

1    No corroboration.  That's the truth.  Compare the way

2    Mr. Guzman lived compared to the way the Cifuentes brothers

3    lived, Mayo Zambada, Chupeta.  Somehow he lives worse than

4    all of them, but he is Mr. Big, he is the one at the very

5    top.

6              Rosero also testified that while he knew the

7    term Juanitas was used for drug shipments, he had his own

8    accounting.  It wasn't the ledgers that you were shown with

9    Chupeta.

10             (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Mr. Lichtman                    6866

1          MR. LICHTMAN:  Rosero was a huge part of Chupeta's

2    organization, yet he was unaware of the ledgers that you saw

3    in court.  Every time there was a project finished, quote --

4    I'm reading his testimony -- *I kept an accounting of the*

5    *expenses, who had been paid, who had been delivered to, and I*

6    *would bring the information down to Colombia.*  It sounds like

7    the ledger Chupeta described, except they weren't, and we

8    don't have those ledgers here.

9          He also testified that Mr. Guzman did not have his

10   own organization of drug transporters, then he denied it and

11   then he admitted it.  He's either head of this giant powerful

12   organization or not.  Rosero and his $4 million forfeiture, as

13   I said, he paid one-fortieth of it in the past ten years.  How

14   do we know that he can't pay anymore?  Because he filled out a

15   financial statement that had no corroboration, no back up.

16         Tell me something.  You want a loan for a bicycle --

17   for a bicycle -- and you have to fill out an application, and

18   you don't just write and say, I got 20 bucks here, I got a

19   thousand here.  They're, like, give us the corroboration.  We

20   are not doing anything for you until we get corroboration.  We

21   want to look at your FICA score, we want to look at your bank

22   accounts, show us the money you have so you can borrow money

23   to get a bicycle.  That's what would happen to you people if

24   you wanted a loan.  Well, isn't that what he's doing basically

25   by not paying off the $4 million that he's owed to the

1  Government?  He's taking out a loan, a loan that he will never

2  pay back, and he's asked no fill out a financial statement

3  that's completely bogus.  He just wrote whatever he wanted and

4  turned it over.  He even said in his cooperation agreement

5  that he would be required to turn over financial records if he

6  was asked.  He wasn't asked, come on, and he can pay off some

7  of this money.  He admitted to having $550,000 of assets.

8  They didn't tell him to turn over any of it.

9          He was asked:  *And you did not turn that 550,000*

10  *over to the Government, did you?*

11          *Answer:  No.*

12          *So you got to keep it, you got to use it, and you*

13  *got to do whatever you wanted to do with it?*

14          *Answer:  Yes.*

15          He also said he had a house in Cali, Colombia worth

16  200,000; a house in Mexico worth 400,000; another house in

17  Colombia worth 180; the house in Puerto Vallarta worth

18  438,000.  The Government didn't seek any of it.  It's a show

19  to pretend that Rosero was doing the right thing; that they

20  are doing the right thing -- the Government.  It's a show, but

21  it's a sham, and you know it because it's consistent across

22  the board with their witnesses just to fool you to make it

23  appear as if these people have things hanging over their heads

24  and they are being punished gravely for their actions.

25          What do you think would happen to a regular person

Summation - Mr. Lichtman                        6868

1    like us if we dealt drugs?  You think you would get no jail,

2    get to keep all your assets?  Do you think you would get the

3    red carpet rolled out for you?  You know what would happen.

4    You would go right into a cell and be forgotten.

5               MS. PARLOVECCHIO:  Objection.

6               THE COURT:  Sustained.

7               MS. PARLOVECCHIO:  May we approach, your Honor?

8               THE COURT:  It's not a valid argument, ladies and

9    gentlemen; you should not be drawing that comparison.

10              Go ahead, Mr. Lichtman.

11              MR. LICHTMAN:  If you have Chapo Guzman to cooperate

12   against, you can get benefits.  That's my point.

13              Tirso Martinez.  He entered America illegally 50 to

14   100 times; had five to ten fake passports to enter America --

15   he doesn't even know the exact number -- he used dozens of

16   aliases to hide his identity; loved watching gamecocks with

17   blades attached their feet that would slash each other to

18   death in a small ring; he used cocaine daily for decades, is

19   an alcoholic; used marijuana three to four times a week, and

20   like all the other witnesses, despite massive drug and alcohol

21   abuse, don't you know it, it hasn't affected his memory at

22   all.  It's perfect.  Very good on direct examination.  He was

23   perfect.  Cross-examination, ooh, not so good.

24              Another fine witness presented to you.  He told

25   you -- Tirso Martinez -- that Mr. Guzman and Mayo Zambada were

1    partners in the '90s.  How does he know that?  Well, someone

2    named Vasquez told him that.  Well, that's rock solid proof.

3    Tirso said that Vasquez told him that Mr. Guzman transported

4    cocaine in chili cans to the United States.  Where is

5    Mr. Vasquez?  He's not here.  We will just take the word of

6    someone who he supposedly told it to.  It's very easy to throw

7    Mr. Guzman's name into a sentence with Mayo Zambada, with El

8    Azul, Nacho Coronel, Amado Carrillo.

9              Tirso similarly testified about a thousand kilogram

10   cocaine seizure in El Paso, Texas in 1999.  Here's how he knew

11   that the drugs belonged to Mayo Vicente Zambada.

12             *Question:  How do you know about the seizure?*

13             *Answer:  Because Sombrita told me.*

14             *Question:  Do you have his last name?*

15             *Answer:  No.*

16             Well, that's beyond a reasonable doubt.  Some dude

17   named Sombrita whose last name I don't know.  Well, let's

18   check the box, let's go on to the next count because of course

19   they are all telling the truth.  How about at least admitting

20   that they've had some issues with truth in the past?  How

21   about at least admit it?  Just because they back him doesn't

22   mean that he's telling the truth.

23             They met with these witnesses 40, 50, 100 times,

24   hours at a time.  They can learn anything they need to in

25   order to testify in front of you.  No sort of dishonesty is

1   beneath them.

2          As I said, the multiple facial surgeries, I would

3   respectfully submit to you that none of these witnesses are

4   dying in jail.  Who could possibly believe that?

5          Tirso bribed police, lied to American law

6   enforcement after his arrest in 2014 because he claimed he

7   wanted to protect his assets.  He's willing to lie to protect

8   his money, but he won't lie to get his freedom?  He's also

9   facing ten years minimum to life in prison, and what does he

10  hope to get after he finishes testifying?  That 5K1 letter to

11  get him time served.  He's also getting visas for himself and

12  his family.  In America, who would have thought?  I never

13  thought that it was so easy to get.

14         He began cooperating and his lying did not end.  He

15  lied to a prison official to get into protected custody.

16  Claimed someone wanted to hurt him because he was testifying

17  as Mr. Guzman.  Boy, that's easy to blame.  He lied about it.

18  Willing to lie about Mr. Guzman, yet he was testifying here in

19  front of you.

20         He managed to put Mr. Guzman on top of Mayo Zambada

21  in the organizational chart.  If he could have reached any

22  higher, he would have put him on the ceiling.  That's what he

23  wanted because he knows where his bread is buttered.  He knows

24  what he needs to do to get what he wants.  These people are

25  animals.  Get that 5K1 letter, get me out of jail, that's how

1    it works in America.

2            Martinez was extradited to the United States on

3    December 17, 2015.  Couple months later he was cooperating

4    with the Government.  He then met with them for the first time

5    and signed a proffer agreement where he promised to tell the

6    truth.  Obviously, again, he was trying to get out from under

7    his tremendous amount of time.  He didn't know that Mr. Guzman

8    would be going to trial late in 2018, and he discussed for the

9    Government the 1999 El Paso, 1,000 kilogram warehouse seizure

10   just like he did for you, the jury, but in that proffer he

11   claimed that the cocaine belonged to Vicente Carrillo.  Amado

12   Carrillo, his brother, had already died, as he said, and he

13   told the Government that Mayo Zambada had taken over and was

14   in charge of all the drugs.  So he didn't mention Chapo

15   Guzman, but you are supposed to know that whenever Mayo

16   Zambada's name is mentioned, that means Chapo, too.  Well, you

17   know what, it doesn't.  It doesn't.  I don't say that it does.

18   It doesn't.  He didn't mention Joaquin Guzman; he didn't

19   mention Chapo; El Rapido, short legs, none of that.  When his

20   memory was better back then, he didn't mention Chapo Guzman.

21   When he needs to convict Chapo Guzman to get help on a

22   sentence, Chapo Guzman is involved.  Then he's on top of the

23   organizational chart ahead of Mayo Zambada.

24           Then there was this whopper of testimony that I

25   found that I missed when it came out:

Summation - Mr. Lichtman                    6872

1          *Question:  Let me ask you directly, have you lied*

2     *about historical events to help yourself out?*

3          *Answer:  Probably so.*

4          There he's admitting that he's a liar under oath.

5     Martinez testified about his history of drug dealing from the

6     '90s into the 2000s, receiving cocaine in Chicago.  Who is the

7     source of the Chicago drugs according to Martinez?  Mayo

8     Zambada, El Flaco, Amado Carrillo, Nacho Coronel.  When he was

9     in charge of the train routes in 2000 to 2003, who gave him

10    the drugs?  Alfredo Vasquez, with drugs owned by Nacho Coronel

11    and others including Vicente Carrillo from the Juarez Cartel,

12    Tostado, Rasquno.

13         He mentions them all.  Didn't mention one name.  He

14    opened up drug warehouses in New Jersey, Queens, Brooklyn.

15    Didn't tell the Government in February 2016 that Mr. Guzman

16    was the owner of the drugs.  The Government says, well when he

17    mentions Mayo Zambada, of course that means Chapo Guzman.

18    Well, if he's going to be blamed for everything Mayo Zambada

19    did, what are we doing here?  Where is Mayo Zambada?  Chapo

20    Guzman is on trial here.

21         Here is one -- I'm getting near the end.  I'm being

22    merciful on you.

23         Here's a question and answer that he had:

24         *Question:  Not once did you mention Joaquin Guzman*

25    *as Mayo Zambada's partner in your interviews in February 3rd*

Summation - Mr. Lichtman                    6873

1    *through the 8th of 2016, did you, sir, not once?*

2             *Answer:  I don't remember.*

3             *Not once did you mention that Mayo Zambada and*

4    *Joaquin Guzman, not once, were partners from 2003 -- from 2000*

5    *to 2003, those initial interviews, when you said you were*

6    *truthful in 2016, did you, sir?*

7             *I don't remember.*

8             *It's only after you have 30-plus meetings with*

9    *Government counsel that they become partners -- Mayo and*

10   *Chapo -- isn't that correct?*

11            *I don't remember in those meetings but I know later*

12   *on, yes, I started telling them because I started remembering*

13   *more things and my memory was refreshed as we had more*

14   *meetings.*

15            His memory was refreshed because he realized what

16   they needed from him.  Chapo Guzman.  He discussed this gross

17   profit of 55 to $70 million from 2000 to 2003.  That's a lot

18   of money.  He bought a restaurant in Tijuana; four clothing

19   stores; at least four soccer teams -- he sold one team for 10

20   million, was bought out of another team because the soccer

21   federation shockingly didn't want a drug dealer as one of

22   their owners, that's another 10 million -- bought him these

23   five properties; a plane; multiple show horses; expensive

24   cars; lost a million dollars betting on cock fights, including

25   100,000 on a single bet; owned a body shop in Los Angeles; a

Summation - Mr. Lichtman                    6874

1    restaurant in Rockford, Illinois of all places; a car

2    dealership in El Monte, California.  Yet when he spoke to the

3    American agents and prosecutors, he lied and said he was never

4    wealthy.  Lied because he thought it would help him.  He's

5    trying to protect his money.  That's how low they are going to

6    go.  They're going to lie about their money.  You don't think

7    they will lie to protect their freedom?

8            Now after agreeing that he shipped 50,000 kilos of

9    cocaine into America -- where, again, 450 kilograms gets you

10   life -- he relies on just one party to get him below that

11   sentence, one party.  It's not you, it's not me, it's not the

12   Judge.  Only one party can give him that 5K1 letter, and

13   that's the Government.  He's got to pay that 2 million of

14   forfeiture before he's sentenced, but he's paid none of it,

15   he's not, he never will, you know he's not.  As long as one

16   man is convicted, all will be forgiven.  We've heard that he's

17   working to get the properties to the Government.  Boy, they

18   work so hard to get those properties to the Government before

19   they testify.  Just never seems to happen, though.  I guess

20   there's just a lot of red tap, that awful red tape.

21           Edgar Galvin.  This was a classic example.  It was

22   actually a sad case.  He was at the end of his rope, the end

23   of the line, he'll do anything to get out of jail.  You heard

24   that sad tale about his daughter abandoning him.  He is

25   desperate.  He has a 24-years-and-change sentence, rarely

Summation - Mr. Lichtman                    6875

1   mentioned Mr. Guzman at his initial debriefings, only

2   mentioned he's present for a phone call between Mr. Guzman and

3   a fellow named Marrufo.

4          Galvan got his 24-year sentence -- 24-plus

5   sentence -- and filed for post-conviction relief.  He files

6   for post-conviction relief, all of his appeals are gone.  He

7   lied like crazy on those affidavits in order to try to get out

8   of jail.  It's the same oath that he took here.  It's

9   different now.  It's not different.  You are lying under oath

10  to a judge.  Sound familiar? He's going to do anything.  This

11  guy was literally at the end of his rope and then he was

12  visited by agents, and like angels from heaven came down and

13  said, you are saved, forget the 24 and change, forget that you

14  lied under oath, forget that you submitted false papers to a

15  court like this one.  What was the magic words that helped him

16  out and saved his life?  Praise the Lord.  Joaquin Guzman.

17         Suddenly, Galvin says that Marrufo paid $3 million

18  per month to have total control of Juarez in Mexico.  That

19  wasn't even elicited on direct because I presume it was such

20  ridiculous numbers that even the Government thought it was

21  crazy.  Sometimes you can lie so much that even the

22  Government --

23         MS. PARLOVECCHIO:  Objection.

24         THE COURT:  Sustained.

25         MR. LICHTMAN:  Mr. Galvan was shown two photos of

Denise Parisi, RPR, CRR

1   Mr. Marrufo, two Government photos.  Those look like twins.

2   They look like the Flores twins, don't they?  I mean, they

3   look like the exact same person.  They are almost exactly

4   alike, except for every last thing.  Other than that, they are

5   perfect identical twins.  They look nothing alike.

6           THE COURT:  Can I have the audience quiet in the

7   courtroom, please.

8           MR. LICHTMAN:  Do they look alike to you?  Nothing

9   alike.  Same person, right?  Just check that next box over

10  there with that big marker.  Check.  Convicted.

11          Why is he willing to say anything?  Because he wants

12  to get out of jail.  He wants that get-out-of-jail card --

13  that get-out-of-jail-free card.  I haven't played it in a

14  while.  There it is, community chest.  The good ole community

15  chest.  What do all those cooperators have in common?  They

16  want that card and that card is either a 5K letter or a Rule

17  35 motion, and Mr. Guzman is their ticket.

18          Here's the bottom line.  If the evidence is so

19  overwhelming against Mr. Guzman, why do these liars have to

20  testify?  Lunatic drug-dealing maniacs getting sweetheart

21  deals, not having to pay money back.  Why, why, why are they

22  given so much for Mr. Guzman just to get him?  German Rosero,

23  not a day in jail; Christian Rodriguez, not even charged.

24  They pay him money and he even cheats on that.

25          In the end, you must decide if you can live with

1    this, with their lies; if you feel too mislead about the lies

2    that they say the testimony is true on, but they refuse to

3    acknowledge all the lies of their witnesses, all the sneaky

4    moves, all the looking the other way where property and money

5    were hidden; the lies about how cooperation agreements were

6    ripped up when they lied; lies about how the cooperators may

7    still get life in prison even with the magic 5K1 letters, even

8    when you know that each and every one of them will be out

9    soon.  The prosecutors talked about their testimony like it's

10   gospel, but these witnesses lied to you and they lied

11   repeatedly.  It's only a matter of time before they are back

12   in the criminal business, the only life that they knew; and in

13   the end, you must decide if Mr. Guzman deserves a better shake

14   from the Government, if this prosecution was fair, if it was

15   honest, and you must decide if you would want the same

16   treatment for your loved ones and friends, the same treatment

17   that Mr. Guzman is getting here.

18          I'm going to hit a few areas and then I'm going to

19   be fished.  Mr. Purpura threatened me that I had to say these

20   things, so I'm going to.

21          There are BlackBerry messages that Ms. Goldbarg

22   spoke to you yesterday about.  She showed you this chart with

23   Mr. Guzman's friendly face at the top of the heap.  When it

24   was admitted and testified to by Agent Zappone that monitored

25   these messages, the person was unknown because the only way

Summation - Mr. Lichtman                          6878

1   you could tell it was at the top is through the cooperators

2   telling you, and depending on who's on trial and who the

3   cooperator is pointing to, it could be anybody.  It could be

4   Mayo Zambada, Vicente Zambada, Damaso Lopez, or it could be

5   me.  Who knows?

6          Regarding the recordings, the Government claims that

7   it's Mr. Guzman's voice which had been intercepted, but

8   members of the jury, there are no calls between Mr. Guzman and

9   the big bosses that the Government has presented.

10  Mr. Guzman's calls were intercepted for an entire year in 2011

11  and you never heard him speak to any of the allegedly top

12  associates of his.  You don't hear him speaking with Mayo,

13  Jorge Cifuentes, Damaso, Vicente.

14         How did the Government prove that it was Mr. Guzman

15  on these calls?  Instead of proving it, Ms. Goldbarg yesterday

16  said, well, you know, these calls are the same and you heard

17  the same voices, but what's the evidence that actually came

18  out during the trial that these were the same voices?  What

19  was the evidence?  You had witnesses listening to different

20  calls, and they were, supposedly, Mr. Guzman.  Some of them

21  even said there were difference in voices, and we're told,

22  well, when you are in distress sometimes your voice sounds

23  different.  We didn't have an expert, so we don't know.  We

24  are just told that by the Government, check the box, let's go

25  to the next one, let's get out of here.

Summation - Mr. Lichtman                6879

1            She had the opportunity to play Mayo Zambada's

2    voice, you know, because he called his son, spoke to his son

3    when he was in jail.  You could have heard Mayo's voice to

4    make sure that it wasn't the voice on the tape, right?  Mayo

5    and Chapo or Chapo and Mayo.  Why not play Mayo's voice so you

6    can cross that out?  It wasn't played for you.

7            Now, let's listen to some of the calls now if we

8    can.  Actually, it's calls and also an interview.  I want to

9    play the first one.  This is a call?  This is a call that's

10   supposedly Mr. Guzman's voice.  Listen to this.

11           (Audio played.)

12           (Audio paused.)

13           MR. LICHTMAN:  Now we are going to listen to

14   Mr. Guzman, that Rolling Stone interview.

15           (Audio played.)

16           (Audio paused.)

17           MR. LICHTMAN:  Does that sound like the same person?

18   I mean, do you really, beyond a reasonable doubt, know that

19   that's the same person just because they say so?  Come on.  It

20   doesn't sound like the same person.  You know, you even heard

21   from Pedro Flores which said the voices were different.  Like

22   I said, they could have called a voice expert in.  They had

23   the handwriting expert, Osborne, that came in.  You know that

24   experts like this exist in the FBI.  We heard about it from

25   Marston.  They could have called somebody in, analyzing voices

Denise Parisi, RPR, CRR

Summation - Mr. Lichtman                              6880

1  and leaving you signs showing you that it's the same.  They

2  didn't.  We got the handwriting expert.  Can't get enough

3  handwriting experts in a case, I suppose.

4          What the point is is what the Government is hiding

5  from you is that the voice on those tapes could be anybody.

6  Who knows?  Who knows who it could be?  It could be Mayo

7  Zambada.  You heard, as I said, from Vicente, he spoke to his

8  father.  At least play the tapes so we can cross them out.

9  Why didn't they?  What's being hidden from you?

10         Speaking of John Osborne, the handwriting expert,

11 analyst, the Government brought him in, and I guess they think

12 that you're not capable of deciding on your own whether

13 handwriting is the same from one to the other, I don't know.

14 I considered the handwriting expert to be a little bit of a

15 joke, especially when a voice expert was not brought in.  He

16 said: *Yeah, this loop likes like it.*  Yeah, whatever.  Your

17 intelligent enough people, you can look at letters and decide

18 if the handwriting is the same.  We are not children.  We have

19 life experience.  We can figure it out.

20         Now, with regard to the interrogation video that was

21 played, the Government was focused on this You Tube video

22 which has been publicly available, we learned, since March of

23 2012.  You have seen this video a lot from the trial, but

24 Agent Marston who has never met, seen, or heard Mr. Guzman in

25 his life identifies him in this grainy video without any

Summation - Mr. Lichtman                    6881

1    attempt to electronically enhance the image.  Marston said,

2    well, you know, the guy is Spanish-speaking, probably Mexican,

3    he's got a black hat, Guzman's got a black hat, got a

4    mustache -- Guzman's got a mustache.  Same cap and mustache,

5    so that's Chapo Guzman right there.  Oh, my god.  Who else

6    could that be?  Of course we know that there are other people

7    that have mustaches and black hats.  Mayo Zambada.  Mexican,

8    mustache, hat.  It could have been the Frito Bandito and he

9    would have blamed it on Mr. Guzman -- hat, mustache, gun.

10            How many times did we see the picture of Mr. Guzman

11   and the gun with the leopard on it or the gun with the JGL

12   initials?  Mr. Vasquez showed you a picture of the gun.  No

13   gun.  They don't have the gun.  Just pictures of it.

14            Now I'm going to circle back to 2011 and '12, and we

15   know what the alleged Sinaloa Cartel leader was doing.  We

16   know that, at most, Mr. Guzman was obtaining small amounts of

17   marijuana from larger marijuana traffickers in the golden

18   triangle, his backyard.

19            And listen, I have to bring this up again because

20   it's so ludicrous.  Lucero Sanchez, she was the Sinaloa state

21   legislator that got caught up in this whole mess, and she has

22   been in prison for the last year and a half.  What does she

23   do?  She was tasked by Mr. Guzman to find small amounts of

24   marijuana to sell.  Again, it makes no sense that the leader

25   of the Sinaloa Cartel is sending this woman to look for a cut

1   rate in marijuana deals.  The biggest drug dealer on the

2   planet, according to the Government, and Lucero is responsible

3   for finding these relevantly small amounts in that area, and

4   she's facing ten years minimum in prison for her trouble,

5   which is ten more years than Andrea Fernandez received -- she

6   got zero -- ten more years than Andrea Fernandez received, and

7   ten more years than Christian Rodriguez received, and he

8   wasn't even charged.  But the Government needed a sad female

9   so she was brought to you, a victim of Mr. Guzman, right, so

10  that's what she was here for, but she was so terrified of

11  Mr. Guzman that she was able to walk away from all that to

12  become a politician in 2012.  I don't know what the purpose of

13  her testimony was.

14          In 2013 and '14, we know through the reluctant

15  testimony of John Zappone who was analyzing 1.5 million --

16  1.5 million electronic messages, he concluded in the course of

17  his review of all those messages from 2013 to 2014 he didn't

18  find any evidence that Joaquin Guzman moved any drugs to

19  Chicago.  That's shocking.

20          February 16th, 2014, Culiacan, they have identified

21  seven properties and not once did Victor Vasquez indicate that

22  the U.S. Government and Mexican authorities obtained

23  information as to who the owners of these properties were.

24  And, most importantly, is there any connection to Mr. Guzman

25  to his ownership?  Nope.  Agent Brendan Hanratty said that the

Summation - Mr. Lichtman                          6883

1  U.S. Government couldn't find these property records but

2  surely the Mexican government would be able to do that, but

3  we've got none of their records.  They don't support the

4  Government's theory; they are not here.

5           And now we come to 2015, the great escape.  Contrast

6  the simple laundry cart escape of 2001 to what occurred in

7  2015 with this tunnel.  There was one cart, one person pushing

8  it -- a guy named Chito -- doors up into the truck, Mr. Guzman

9  goes, and he vanishes from a maximum security prison.  2015,

10  they're digging a one-mile-long tunnel, sophisticated

11  tunnel -- generators, lighting, air ventilation -- 36 feet

12  under the ground, nine months to construct.  Everybody had to

13  hear the construction.  My God, it was right under the prison.

14  Who didn't hear that?  Of course they knew about it.  They

15  looked the other way.  They are Mexican prison officials; they

16  were bribed.

17           As you saw from the video, Mr. Guzman escaped

18  through the shower down a mile-long tunnel that took over half

19  an hour -- 37 minutes -- for anyone inside the prison to even

20  notice that he was gone.  So why build a tunnel for

21  nine months -- took nine months to build, to dig -- when it's

22  clear to all of us that the Altiplano Prison people were in on

23  this?  Of course they were in on this.  If he could pay off

24  the entire prison over nine months to build a tunnel before

25  they even checked his cell, took 37 more minutes to make sure

Summation - Mr. Lichtman                    6884

1   that he got out safe before they sounded their red alert, if

2   someone could afford to buy off nearly every guard in the

3   facility, or whatever it took, wouldn't it make more sense

4   just to use another laundry cart?  Unless someone wanted

5   Mr. Guzman's stature to rise again and become El Chapo, look

6   what he's done, yeah, and has a target put on his back and

7   again Mayo Zambada stays in the shadows.

8           James Bradley, the Department of Defense tunnel

9   expert testified this week.  One of the Government's last

10  witnesses who testified against Mr. Guzman told you, himself,

11  that the 2015 escape from the Altiplano Prison cemented his

12  reputation.  Again, it benefits just one person, Mayo Zambada,

13  the wily fox who has managed to stay unarrested --

14  unarrested -- and free for 50 years despite the American

15  Government knowing full well how they can contact him on the

16  phone with the Mexicans looking the other way for 50 years due

17  to bribes.  Getting Mr. Guzman out of the Altiplano Prison

18  through a spectacular jail break just served to cement

19  Mr. Guzman's reputation to embarrass Mexico and to make him an

20  even more-wanted figure which takes the heat off of Mayo

21  Zambada again.

22          The reason I'm bringing up all of these ridiculous

23  happenstances of the witnesses' testimony, their ridiculously

24  low sentences they know they are about to get -- that they

25  know they are about to get, the passes on any of the

Summation - Mr. Lichtman                                6885

1   forfeiture that they owe despite all that scary language in

2   their cooperation agreements saying about the zillions that

3   they must pay, the show that was put on for you, the claims

4   that they are going to be punished if they lie when you know

5   that they lie while they are cooperating and nothing has

6   happened.  It's to explain to all of you that it adds up to

7   one thing -- reasonable doubt.  Reasonable doubt.  It's their

8   burden of proof to prove each and every element of every

9   charge beyond a reasonable doubt.

10              (Continued on the following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summations by Mr. Lichtman                    6886

1    MR. LITCHMAN (CONTINUED):  And the shady actions
2    that occurred here are reasonable doubt for personified.  If
3    you don't believe me, ask Mayo Zambada, the biggest drug
4    dealer on the planet with a $5 million bounty on his head
5    from America, his brother and his kids cooperating, and he
6    still remains free.
7        Now, I have exhausted all of you.  I'm at the end,
8    I have exhausted all of you with so much detail.  Now, I'm
9    going to I apologize again.  I apologize at the beginning
10    and I'm apologizing at the end, but I am fighting for a
11    man's life here, and I laid out all the problems with their
12    case for one reason, to cover the walls of this courtroom
13    with reasonable doubt.  And I know that some of you were
14    disgusted by what you saw in this trial.  And I don't know
15    who, but I know that some of you were disgusted with what
16    you were shown by these witnesses in the way they were
17    treated, they way they lied on the stand.  I know it.  I
18    know it.
19        The behavior of these witnesses and what they've
20    done respectfully warps anything that Mr. Guzman is alleged
21    to have done.  You heard it.  If you add it all up, you
22    could fill this courtroom with the bodies, with the cocaine
23    before they even met Mr. Guzman.  There is massive
24    reasonable doubt here.  You have what you need to acquit if
25    you would like to acquit, if you are willing to acquit, if

1   you're willing to keep an open mind.  If you're willing to

2   look past the name El Chapo.  If you're willing to acquit,

3   you have the tools that you need to acquit if you're willing

4   to acquit.

5           And I ask you this:  Treat Mr. Guzman the way you

6   would like yourself or a loved one to be treated in an

7   American courtroom, because but for the grace of God, it

8   could happen to any of us.  Your work has been stellar up to

9   this point.  You have paid attention at times when I was

10  having difficulty paying attention.  It's almost over.  It's

11  almost over one way or another.  It's almost over.

12          Now, I know some of you have doubt about the

13  Prosecution's case.  As I said, I don't know how many of you

14  have doubt.  I don't know.  I know that some of you will not

15  stand for the behavior of these cooperators that you saw,

16  the dishonesty of this case, that you see the real doubt.

17  And I beg of you, each one of you to look into your hearts

18  and if you have that doubt, hold onto it.  Don't let go of

19  the doubt.  You have tools to acquit.  You have the tools to

20  hold them responsible for those witnesses, their witnesses.

21  You don't have to give in.  If you have strongly held

22  beliefs, you can hold onto them.  Hold onto them like you're

23  holding onto life.  You don't have to give up your strongly

24  held beliefs.  No matter what goes on in the back there, you

25  can hold onto them, hold onto them forever.  That's your

1  choice.  You can do it.  You don't have to give into the

2  myth of El Chapo and just convict with the big red pen just

3  because someone tells you you can do it.  You can hold onto

4  your doubts and say no, no, no, not guilty.

5              Thank you on behalf of myself for all your

6  patience, the defendants team and Mr. Guzman.  Thank you.

7              THE COURT:  All right.  Thank you, Mr. Litchman.

8              Ladies and gentlemen, we will take our

9  mid-afternoon break for 15 minutes until 3:05.  Please

10  resist any temptation to talk about the case.  Do not talk

11  about the case.

12              (Jury exits the courtroom.)

13              (The following matters occurred outside the

14  presence of the jury.)

15              THE COURT:  Who is going to close for the

16  Government.

17              MS. LISKAMM:  I am, your Honor.

18              THE COURT:  Do you think you can finish if we

19  start at 3:05 by 4:30?

20              MS. LISKAMM:  Yes.

21              THE COURT:  Let's try to do that.  All right.  See

22  you all at 3:05.

23              (Recess taken.)

24              THE COURTROOM DEPUTY:  All rise.

25              THE COURT:  Please bring in the jury.

Rebuttal Summation by Ms. Liskamm            6889

1        We need the Government's amended verdict form with

2   the charge language in front of it, remember?

3            MS. PARLOVECCHIO:  Yes, your Honor.

4            THE COURT:  Okay.  Send us that, please.

5            MS. PARLOVECCHIO:  We'll do.  Thank you.

6            (Jury enters the courtroom.)

7            (Jury present.)

8            THE COURT:  All right.  Everyone be seated,

9   please.

10           The Government's rebuttal argument.  Ms. Liskamm.

11           MS. LISKAMM:  Thank you, your Honor.

12           Good afternoon, ladies and gentlemen.  We're

13  almost done.

14           Mr. Litchman started his closing this morning by

15  stating that there were many things that he did not hear

16  from the Government's summation yesterday.  Interestingly,

17  what you didn't hear much of today in the defense closing

18  was the mention of the defendant who is on trial here,

19  Joaquin Guzman Loera.  You didn't hear much about Chapo

20  today.  In fact, many of you may be wondering, whose trial

21  are you sitting in?  Are you sitting here in the

22  United States versus Mayo Zambada?  Are you sitting here in

23  a trial of the United States versus the Cifuentes Brothers?

24  Some of you may be even wondering was the Government on

25  trial?  Ladies and gentlemen, this is an effort to distract

1  you from the cold, hard evidence that has been presented to

2  you over the months and months of trial.  The evidence that

3  points to one inescapable conclusion, and that is that this

4  defendant was one of the leaders of the Sinaloa Cartel and

5  that this defendant is guilty of the crimes charged.

6        Now, Defense Counsel spent a lot of time talking

7  about the 14 cooperators, and he talked to you about what

8  horrible people these cooperators are.  Ladies and

9  gentlemen, they're bad.  We absolutely accept that, and you

10 saw that through their testimony and what they pled guilty

11 to.  But, ladies and gentlemen, make no mistake, we did not

12 pick these witnesses.  The defendant picked these witnesses.

13 Chapo Guzman picked these people to work for his

14 organization.  He picked these people to be his pilots, his

15 transporters, his confident, his right- and left-hand men to

16 traffic the cocaine from South America up here to the

17 United States.  These were his people.  Those are the people

18 that we put on the stand.

19       Now, ladies and gentlemen, the day that cocaine

20 conspiracies are made in heaven, is the day that the

21 Government is able to call angles as witnesses.  But that's

22 not what we have here.  These are bad people, and they have

23 pled guilty to the crimes that they have committed.  But,

24 ladies and gentlemen, make no mistake, each and every one of

25 them reported to him.  He was their boss.

Rebuttal Summation by Ms. Liskamm          6891

1          If you want an expert on drug trafficking, these

2     are the people that you talk to.  If you want an expert on,

3     let's say real estate, you go to a broker.  If you want an

4     expert on a medical condition, you go to a doctor.  But,

5     ladies and gentlemen, if you want to hear the inner workings

6     of the Sinaloa Cartel, how the day-to-day operations happen

7     and who is in charge of that organization, you go to people

8     like Jorge Cifuentes.  You go to people like Chupeta.  You

9     go to people like Damaso Lopez Nuñez.  They were in the

10    weeps.  They knew what was going on, and they're the people

11    that you go to to get expertise on drug trafficking in the

12    Sinaloa Cartel.

13          Ladies and gentlemen, they say that you know a man

14    by the company that he keeps.  Well, these were the company

15    that this defendant keeps.  He's with his friends, his

16    business associates.  These are exactly the type of people

17    that the leader of the Sinaloa Cartel was associating with.

18    This is the reality of life in the Sinaloa Cartel.  There is

19    no hiding it.  It's the ugly truth.  But those are the

20    people that are going to tell you who the leadership in the

21    cartel was.

22          Now, Defense -- I was trying to keep track, but

23    the defense used the word "lie" it had to have been over 50

24    times in his summation this morning and afternoon.  And when

25    it comes down to it, if the defense doesn't like the

Rebuttal Summation by Ms. Liskamm          6892

1  testimony that they heard, doesn't agree with the theory

2  behind that testimony, he called it a lie.  Ladies and

3  gentlemen, that determination is up to you.  You are here to

4  judge the credibility of these witnesses.

5          We have the burden of proving this case beyond a

6  reasonable doubt, and we gladly accept that.  But think

7  about this:  If there is such a smoking gun that shows that

8  these cooperators were making this up, don't you think that

9  would have been waived in front of you and paraded around

10  the courtroom.  See, we caught them in a lie.  But they

11  didn't do that.  There were nuanced theories about, you

12  know, why this witness said this this time and maybe was

13  misunderstood the next time.

14          Ladies and gentlemen, we're not asking you to take

15  these cooperators at face value.  Absolutely not.  And I

16  know that some of you were probably slightly bored at the

17  tedious and sometimes slow repetition of details throughout

18  this trial.  You probably thought to yourself, I've heard

19  this story 20 times before.  Why are they going through this

20  again?  Precisely for this reason:  Precisely because we're

21  not asking you to accept these stories at face value.  We're

22  showing you how these individuals are corroborating.  Take

23  the story of the Rodolfo Carrillo's murder which you heard

24  numerous times.  But think about the details that you heard

25  about that story.  Think about how you heard the same things

Rebuttal Summation by Ms. Liskamm          6893

1   from people from all different sides of it.  You heard from

2   Rey Zambada, Vicente Zambada, and Damaso Lopez Nuñez who

3   were in different locations in Culiacan when the murder

4   occurred, but you heard the same basic tenants over and over

5   again.  He was coming out of a movie theater with his wife.

6   They were both shot.  The Federal Police Commander Pedro

7   Perez was there.  He got shot in the leg.  There was a

8   shootout.  The police followed them.  They asked Mayo to

9   call the police off.  The same thing over and over again.

10          We're not asking you to take Rey's testimony at

11  face value, Vicente's testimony at face value, Damaso's

12  testimony at face value.  But look at all of the

13  corroboration among them.  That's why yesterday during the

14  summation after each one of the 27 violations, we had a

15  chart, and you guys probably saw there were column on that

16  chart that had red checks to show you the overlap in between

17  the cooperating witnesses, the testimony from the law

18  enforcement about those procedures.  Again, not at face

19  value, look at the corroboration.  And we'll get to that in

20  a second.

21          One of the things that you probably do in like

22  your daily lives is when someone comes and tells you a

23  story, you listen to the details.  You listen to assess how

24  much of the story you think is true, and you listen to how

25  the story is told.  You listen to the details of the story

Rebuttal Summation by Ms. Liskamm          6894

1   and you make an assessment about it.  And I suggest that you

2   look back at the testimony of these witnesses.  You saw them

3   all tell you these stories.  You heard the details.  You saw

4   their demeanor.  You saw how they recalled things that

5   happened, and that you can use those factors to assess their

6   credibility.  Think back to the story that Lucero Sanchez

7   told you.  She wasn't called to the stand because she was

8   some sort of sad woman.  She was called to the stand to

9   testify about what happened in the Culiacan raid.  And you

10  heard her testify about being in that tunnel, going down the

11  stairs into the tub, the details of the water and the sewage

12  tunnel, you heard all of that.  Think about the details and

13  the demeanor that she had when she told you that story.

14  That's what I'm talking about when I talk about evaluating

15  credibility, evaluating the testimony of the details of how

16  they told that story.  And I suggest that you do that for

17  all 14 of the cooperating witnesses, to see if their

18  testimony has that ring of truth that you know they must be

19  telling the truth.  Again, we're not asking that you take

20  their testimony at face value.  Look at it carefully.  Look

21  at their motives.  Do they have a motive to lie or tell the

22  truth?  Do they get more out of lying on the stand or

23  telling you the truth?

24          Let's look at a couple people who testifies, and I

25  would suggest that all of the witnesses that testified all

Rebuttal Summation by Ms. Liskamm          6895

1    spoke to you about the consequences of what happened to

2    their plea agreement if they lie.  And that was dismissed

3    during summation, defense counsel's summation.  But you're

4    going to have those plea agreements, and if you want to look

5    at them, they've been entered into evidence, you can take a

6    look at them.  But those were plea agreements that were

7    entered into court, formal, written, signed.  You saw the

8    signatures on all of those plea agreements.  Take a look at

9    those.  But each one of the cooperators told you that if

10   they lie, those plea agreements get ripped up.

11           So someone like Damaso Lopez who's been sentence

12   to life, if his plea agreement gets ripped up, that's it.

13   There's no getting out for him.  So think about what his

14   motivation is.  Does he have a motivate to lie or to tell

15   you the truth about what happened.

16           Think about someone like Miguel Martinez.  He's

17   done.  He has nothing hanging over his head except a

18   potential perjury conviction.  Does he have a motivation to

19   lie or tell you the truth when he gets on that stand.

20           (Continued on the next page.)

21

22

23

24

25

*Rebuttal Summation - Ms. Liskamm*                    *6896*

1          MS. LISKAMM:  Think about someone like Pedro Flores.

2    He testified that he's almost done with the sentence that he

3    got.  Is he going to sit here and lie to you and risk getting

4    a life sentence once his plea agreement is ripped up, or is he

5    going to tell you the truth?  This is what I mean by

6    evaluating the motives to lie or tell the truth.

7          Now, defense went through a lot of the testimony

8    that they characterize as being a lie and told you, you cannot

9    believe his testimony, doesn't make sense, you have to

10   discount it.  Yet, they get to other parts of what the

11   witnesses said and that part you have to believe.

12         Like Chupeta, for example.  You have to believe him

13   when he said he killed 150 people.  But everything he said

14   about the defendant being involved in one of the loads.

15   That's incredible, that part's a lie.  You can't have it both

16   ways:  Either the witnesses are telling the truth or they're

17   lying but defense wants to pick and choose.

18         And I would suggest, ladies and gentlemen, that any

19   one of these 14 cooperating witnesses, their testimony will be

20   enough to convict the defendant.  Think about that.  Think

21   about each one of those cooperating witnesses' testimony.  Put

22   aside the corroboration we talked about beforehand.  Think

23   about that and think about the fact that all 14 cooperating

24   witnesses put together, these experts on drug trafficking, the

25   evidence put together of their testimony is damning.

*Rebuttal Summation - Ms. Liskamm*          *6897*

1          That's why we just spent however many hours going

2   through the witnesses's credibility.  Their testimony about

3   the inner workings of the cartel about the inner workings of

4   the defendant's organization is damning.

5          And, ladies and gentlemen, I would point you back to

6   when you first came in a long time ago to fill out the jury

7   questionnaires.  And, at that time, when you fill out those

8   questionnaires and you took an oath, you said that you will be

9   able to put aside any sort of bias against cooperating

10  witnesses.  You said you could look at their testimony fairly

11  and judge them fairly despite the fact that they're

12  cooperating witnesses, despite the fact that they're

13  criminals.  I would ask you to stand by that oath.  I would

14  ask you not to reject their testimony simply because these are

15  cooperating witnesses.

16          Now, I want to talk some more about the credibility

17  of these witnesses and the corroboration that we are talking

18  about beforehand.  Again, when someone comes and talks to you

19  let's say at school, at home, at work, and they tell you a

20  story, you try to figure out, you know, do I believe what that

21  person is telling me?  Do I believe that an event happened?

22  You look at the corroboration.  You look at, does this make

23  sense?  Did something else happen that corroborates what this

24  person just told me?

25          There are so many examples of corroboration in this

*Rebuttal Summation - Ms. Liskamm*          *6898*

1    case that I don't want to spent hours boring you with it.  But

2    I want to pick out a couple of specific ones.

3           First, and I know you saw a lot of head shots and

4    photos in this case, but there is a reason behind it.  The

5    number of witnesses that testified to you about the four

6    central players in this case was staggering.

7           You heard about Picudo, Condor, the redhead

8    Chinakate.  All the secretaries that worked for the defendant.

9    You heard about that time and time again.  You also heard

10   about the defendant's head sicarios.  Cholo Ivan, Bravo,

11   Fantasma.  You heard about that from witness after witness.

12   You heard about it from over six witnesses that told you that

13   these were the central players these were the secretaries that

14   reported to the defendant, these were the sicarios that

15   reported to the defendant.  More importantly, these were the

16   sicarios that carried out defendant's orders to commit murder.

17   You heard about that time and time again.

18           Something else you heard about it was actually just

19   reminded me.  When defense counsel brought up Memin, Isaias

20   Valdez Rios and the stories he told you about the murders and

21   the bonfire and there was much said about the lack of

22   corroboration.

23           I remind you about the video that you saw, about the

24   shootout in Burrion and you heard about from Damaso Lopez

25   about how the defendant ordered his head sicarios to meet to

*Rebuttal Summation - Ms. Liskamm*          *6899*

1    go attack Cholo Ivan at Pasare.  You heard about how they met,
2    they put Xs on their car, and they went to a shootout with the
3    pistoleros from Chapo's people.  And you have Memin come in
4    here tell you the same story having actually been there.  And
5    then you saw a video.  These are all corroborative of the
6    shootout that happened in Corredo.  It's another example for
7    you.

8          Something else that you heard about were carbon
9    fiber planes also sometimes called blank airplanes.  You heard
10   about these planes were undetectable on radars and you heard
11   about how defendant was doing cocaine loads using these
12   planes.

13         You heard about these planes through Jorge
14   Cifuentes, Vicente Zambada, Lucero, Alex Cifuentes, and Damaso
15   Lopez Nunez.  People who haven't seen each other for decades
16   all telling you about the carbon fiber planes that this
17   defendant was using.  Another example was Cesar Gastelum.  You
18   heard about how he trafficked cocaine from Honduras to Mexico
19   for the Sinaloa Cartel and the defendant.  You heard about him
20   through Jorge Cifuentes, Vicente Zambada and Damaso Lopez
21   Nunez.

22         You also heard him discussed on one of the calls
23   between the defendant and Virgo, also known as Juancho.  And
24   if you recall, all the witnesses identified Cesar as having an
25   alias of Enrique.  On the call, they're talking about Enrique.

*Rebuttal Summation - Ms. Liskamm*          *6900*

1    You also probably recall Enrique's name being used on some of

2    the intercepts the a Blackberry messengers that were

3    intercepted.  And more specifically, the defendant wanted to

4    kill Enrique or Cesar and, in fact, told Damaso Lopez over the

5    Blackberry messengers, "Let's hit that snitch."

6          All of these corroborating, Oh, and there's one

7    more.  The letters that the defendant sent to Damaso from jail

8    also discussed Enrique.  In fact, there was a lot of back and

9    forth during Damaso's direct examination and cross-examination

10   about Enrique's brothers and sending drugs to Canada.  All

11   different corroboration of Cesar Gastelum, known as Enrique.

12         The office system.  You guys heard about how there

13   were different layers of security, filters that were used to

14   pass messages throughout the Sinaloa Cartel.  You heard about

15   this from Jack Cicone one of the agents involved in the

16   investigation.  You heard about this from Memin, Damaso Lopez,

17   Lucero Sanchez.  And they talked to you about how the system

18   worked.  How you send a message.  It would go to an office.

19   It would literally get cut and pasted into a new message that

20   was then eventually sent to the defendant.

21         And you saw some of these messages.  The message I

22   just referred to you about "Hit that snitch," trying to kill

23   Enrique was a message sent to that system.  You heard about

24   that system being used over and over again and we went through

25   many of those intercepts now in evidence for you to take a

*Rebuttal Summation - Ms. Liskamm*　　　　6901

1   look at.

2   　　　　Something else that came over that office system was

3   a reference to fish flour.  Very random detail but Lucero

4   Sanchez and Damaso Lopez talk about this initiative that the

5   defendant had to use fish flour as a method to transport

6   cocaine.  Another example, and you actually saw the

7   intercepts, of the fish flour that were put into evidence.

8   　　　　Another example is the blue helicopter.  You saw the

9   picture of the blue helicopter numerous times.  You heard

10  multiple people testify that Jorge Cifuentes gifted that blue

11  helicopter to the defendant.  You heard multiple times the

12  story about what happened to that blue helicopter.  The pilot

13  had a tendency of flying that helicopter into and out of the

14  warehouse.  And one day, a gust of wind or air pocket caused

15  the helicopter to crash inside of that warehouse.

16  　　　　You heard who owned the property where that

17  warehouse was located.  Laura's a widow of a Robochivas.  You

18  heard the story of what happened to Robochivas.  You heard

19  this from multiple witnesses.  You also heard the random fact

20  that the property used to used as an ostrich or emu farm.

21  Think about the different witnesses that you heard that from.

22  You heard that from Vicente Zambada, Jorge Cifuentes, Damaso

23  Lopez, and others.  Those small little details that show you

24  that these examples gave you the ring of truth.

25  　　　　Another fact that you heard about through Vic

*Rebuttal Summation - Ms. Liskamm*               *6902*

1   Vasquez who talked to you about the capture operation.  When

2   he told you they were looking for the defendant, Nariz told

3   them he's after three.  You heard about what the three was

4   from multiple witnesses.  You heard about it from Memin and

5   you heard about it from Damaso.  And they told you that the

6   three was a clandestine airstrip.  And you saw in the letters

7   the defendant sent to Damaso Lopez from jail, the reference to

8   the three.  And following what's called an amparo or a legal

9   appeal to get that property back from the Government.

10          Ladies and gentlemen, if you look at each one of

11  these cooperating witnesses, the 14 witnesses that have

12  testified in isolation, yeah, you can poke holes in them.

13  When you look at them together, at the corroboration between

14  them, you will see how the stories match up.

15          Defense counsel wants you to not look at these

16  corroborating elements.  That's because they don't want to you

17  consider the forest for the trees.  They want you to look at

18  each individual tree.  But if you take a step back and look at

19  the forest of what you've heard about during this trial,

20  ladies and gentlemen, the conclusion is inescapable.  If you

21  look at the cooperating witnesses in total, you'll be left

22  with the conclusion, simply put, that this defendant not only

23  took part but managed the cartel activity of trafficking huge

24  quantities of drugs into the United States and did whatever he

25  could in order to accomplish this -- corruption, murder,

1    violence, money laundering you name it.

2         Now, defense argued there are many things the

3    Government could have done.  Today you heard where are the

4    guns?  Apparently, it's not good enough to have photos of the

5    defendant holding guns -- AK-47s, there is a gold AK-47, there

6    is a black AK-47.  There is a photo of gun with the

7    defendant's initials on it.  Now, you need the physical guns.

8    We can have AK-47s in the courtroom that were seized here in

9    the United States, but they wanted the actual guns.

10         Ladies and gentlemen, there's always going to be

11    something else, the guns were here.  Where is the ballistic

12    evidence?  Okay we have ballistics.  No, now we need

13    fingerprints.  Okay, we did the fingerprint test.  No where is

14    the DNA test?  There's always going to be something, and it's

15    an effort to distract you from the actual evidence in this

16    case.

17         The Government is not on trial here, the defendant

18    is.  Don't let them distract you from that fact.  The defense

19    brought up on multiple times that there are no autopsy

20    reports.  Where are the bodies?  We didn't see a single

21    autopsy report.  How do we know these were what happened.

22         First of all, ladies and gentlemen, you heard from

23    Special Agent Hanratty.  He told you that in his experience of

24    requesting records from Mexico it was over 20 times he

25    attempted to get property records, property records, not

 1   autopsy reports, not anything else, property records.  Over 20

 2   times he could not get them once.

 3            And let me remind you about something that

 4   Ms. Goldbarg talked to you about yesterday and I expect the

 5   judge will instruct you on this as well.

 6            In order to find the defendant guilty of Violation

 7   27, the murder conspiracy, the Government does not need to

 8   prove the defendant actually killed anyone.  It is simply the

 9   agreement.  So, for example, putting aside all the murders

10   that you heard testimony of this defendant ordering, take that

11   one text message that I referenced before where Damaso Chapo

12   were talking about killing Cesar Gastelum, "Hit that snitch."

13   That's an agreement to kill Cesar Gastelum.  Check.

14            You heard mountains of evidence of agreements that

15   this defendant was involved in.  Rodolfo Carrillo.  You heard

16   about Juancho.  You heard about so many murders.  It's just

17   the agreement.  You don't need to have dead bodies.

18            Now, one person's name has come up quite a lot today

19   and that's Mayo Zambada.  And I just want to remind you,

20   ladies and gentlemen, that this is a trial of Chapo Guzman,

21   not Mayo Zambada.  And defense wants you to believe that if

22   Mayo was the leader of the Sinaloa Cartel his client gets off

23   and that's not how this works.

24            We don't have to prove, and Ms. Goldbarg told you

25   this yesterday, we don't have to prove the defendant was the

*Rebuttal Summation - Ms. Liskamm*        *6905*

1    ultimate leader.  We don't even have to prove that he was one

2    of the top leaders.  But, ladies and gentlemen, think back to

3    the evidence in this case.  Time and time again, you heard

4    about the partnership, the 50/50 partnership, between the

5    defendant and Mayo Zambada.

6            You heard about that meeting at Barbarino's ranch

7    right after the defendant escaped in 2001.  And you heard

8    about how Mayo and Chapo met and they discussed how, moving

9    forward, anything that Mayo received, 50 percent was for

10   Chapo; and anything that Chapo received, 50 percent was for

11   Mayo.  This is emblematic of the relationship these two had

12   had over the years.  Mayo supported Chapo in the war with the

13   Arellano Felixes.  Mayo supported Chapo while Chapo was in

14   jail.  Mayo helped Chapo's brother Pollo out.  He help Chapo's

15   cousins, the Beltran Leyvas out.  They even continued

16   trafficking for the defendant while he was incarcerated.

17           And then they cemented this 50/50 relationship in

18   2001 when the defendant escaped.  And you heard about that

19   through Rey Zambada, Vicente Zambada, Damaso Lopez and almost

20   every witness who testified about the Sinaloa Cartel and who

21   the leadership was told you Chapo and Mayo were co-leaders of

22   the Sinaloa Cartel.

23           This emphasis on Mayo Zambada being the leader and

24   this whole conspiracy that he has set up Chapo Guzman, again,

25   we have the burden of proof here, there is no evidence to

*Rebuttal Summation - Ms. Liskamm*          *6906*

1   support that.  What you have heard time and time again from

2   the cooperating witnesses is that Chapo Guzman was running the

3   Sinaloa Cartel.

4        What you heard in the letters that the defendant

5   sent to Damaso Lopez was that Chapo, even behind bars, was

6   still running the Sinaloa Cartel.  Think about that.  He is in

7   jail in 2014 and he's ordering guns, RPGs, kilograms of

8   cocaine that he explicitly writes in the letters.  He is

9   ordering his most trusted associate to go collect it for them.

10  He is making plans:  The five of you, my sons and you, you

11  guys are going to split the proceeds of the local drug

12  trafficking.  That's what the evidence points to.

13       And look at the calls, the calls support this as

14  well.  He even have interrogation video showing you have two

15  interrogation videos one showing the defendant interrogating

16  an enemy of his.  Another one of his workers, Javi, is

17  interrogating a Beltran Leyva member on his orders.  That's

18  what the evidence shows you.

19       And think about the partnership between them.  They

20  wouldn't even commit murders without conferring with one

21  another.  When Rodolfo Carillo 's murder was ordered by Chapo,

22  he actually talked to Mayo about it beforehand.  He said, I'm

23  going to go ahead with this, are you okay with this because

24  you have a good relationship with the Carrillo Fuenteses.

25  Sure, let me know what help you need.

1      Remember the testimony you heard about Bravo.  Chapo

2   is in jail and orders the murder of Bravo, his sicario who has

3   been trusted, and he thinks that Bravo set him up and so he

4   sends word through Damaso to tell Mayo, kill Bravo.  He is

5   conferring with Mayo, his partner, the co-leader of the

6   Sinaloa Cartel.

7      Take a step further.  Do you remember the other

8   murder that Damaso told you about while Chapo was in jail.

9   Damaso told you that not only did Chapo ask Mayo to kill

10  Bravo, but it went the other way around.  Mayo asked Damaso to

11  talk to Chapo and get Chapo's permission to kill Barbarino.

12  Think about that.  Let me just say that again.  Mayo asked the

13  defendant for permission to kill someone.  Co-leaders of the

14  Sinaloa Cartel.  Not a myth.  Not a mere myth that we keep

15  hearing about this inflated presence.  This is reality.

16      You also went back to the interrogation video of

17  Juancho.  Javi is asking questions and Juancho is answering

18  them on camera.  One of the things that Javi says, Chapo and

19  Mayo, the Beltran Leyvas are fighting Chapo and Mayo.  That

20  video was made in 2011, well before the defendant was arrested

21  and escaped and arrested again and extradited to the

22  United States.  And even on that video, the Beltran Leyva

23  sicario says, "Chapo and Mayo."  Again, co-leaders of the

24  Sinaloa Cartel.  And defense wants you to think there's been

25  no effort to try to capture Mayo, he's just untouchable

*Rebuttal Summation - Ms. Liskamm*          *6908*

1   putting aside the fact that the brother and three of his sons

2   have been arrested and sent to the United States.  Two of his

3   sons have been sent to the United States, one is still pending

4   extradition.

5          But they discount the testimony that you heard from

6   Vic Vasquez.  When they went out to start that catch

7   operation, who was their target?  Not the defendant.  Mayo.

8   They had over a hundred marines, Mexican Marines, they were

9   sent out on blackhawks to a location where they thought Mayo

10  was two and they spent two days hunting for him.  Two days,

11  over a hundred people.  That's not ignoring Mayo Zambada.

12  That's trying to capture him.

13         So, ladies and gentlemen, the point I want to saying

14  is I submit that the evidence shows a ten fold that the

15  defendant was a co-leader of the Sinaloa Cartel with Mayo

16  Zambada.  But even going on the defense's theory that Mayo was

17  the ultimate leader, and I'm not sure what their theory with

18  respect to what the defendant is.  Mayo is the leader of the

19  Sinaloa Cartel.  Even under that theory, the defendant is

20  still guilty.  He is still a boss; he is still guilty.

21         Now, there has been a lot of discussion about money

22  and resources.  And there were, I think, today mentions of

23  what type of television the defendant had and wooden beds.

24  And you've heard a lot of testimony about people who would

25  actually meet with the defendant in the mountains when he was

*Rebuttal Summation - Ms. Liskamm*                    *6909*

1   hiding and they would have these sort of enclaves with these

2   huts where people would be received and they would have

3   meetings and plan their drug loads.

4          And there's been a lot of discussion about whether

5   or not there were mansions up in the mountains and, you know,

6   he's living in a little huts.  Ladies and gentlemen, you

7   didn't check your common sense at the door.  They're not going

8   to bring construction crews up into the mountains outside of

9   Culiacan and build mansions.  Number one, that's going to

10  attract a ton of attention.  And number two, you heard story

11  after story of the defendant trying to evade law enforcement.

12  You can't just pick up and leave your mansion and go to

13  another mansion.  That's not practical.

14         You heard time and time again the number of

15  resources and the amount, the indicia of wealth that this

16  defendant had starting are back with Miguel's testimony about

17  their travel around the world.  About the yachts.  One of them

18  was named after him.  It was called Chapito.  You heard about

19  a personal zoo that he had.  You saw pictures of houses.  Some

20  of them came with pools and slides.  Call it a mansion.

21         You heard about the money that was being spent on

22  things like submarines for a million dollars each.  You heard

23  about multiple submarine loads.  You heard about the fleet of

24  airplanes and jets that were available to the defendant

25  including carbon fiber planes that we discussed beforehand.

1   There was payroll for the hundreds of employees that reported

2   to the defendant.

3          You also heard about the extensive communication

4   system that this defendant had whether it be the private

5   server that Cristian Rodriguez set up for him, the antenna

6   towers, the radios.  All of those different things cost money.

7          You heard about the armored cars, again, they cost a

8   lot of money.  And you also saw firsthand what the defendant

9   liked to invest his money in -- tunnels.  Escape tunnels.

10  Tunnels to traffic drugs and these were elaborate tunnels.

11  Think about the infrastructure.  Think about the engineering

12  that goes into to making these tunnels.  You saw the one that

13  came up right into his jail cell in Altiplano.  You saw the

14  video of the one that had the hydraulic lifts under the pool

15  table.  You saw the hydraulic lifts on the bathroom, the bath

16  tub, that lifted up.  All of that cost a lot of money.  All of

17  that -- those are all items that only a leader of the

18  Sinaloa Cartel would have.  Think about that.

19         And has been said about where is the money now?

20  Ladies and gentlemen, you heard from numerous witnesses that

21  it was common for members of the cartel to hide their money.

22  They would put them in bank accounts in different names, they

23  would hide their assets.  They would buy properties in other

24  people's name all for one purpose -- so the Government could

25  not touch their money.  And we know that's what was so

*Rebuttal Summation - Ms. Liskamm*          **6911**

1   important to them.  You heard testimony from cooperating

2   witnesses that the goal of the cartel was to make money.  And

3   when they made that money, they tried to hide it from the

4   Government.

5          Now, there was some discussion today, a lot of

6   discussion about Jorge and Alex Cifuentes and the call that

7   happened between the two of them.  And there was some

8   discussion about why, why didn't we get to hear this call

9   between two cooperating witnesses.

10          Ladies and gentlemen, you've heard calls between two

11  cooperating witnesses and I would point to you to the call

12  that occurred between Pedro Flores, the defendant, and Alex

13  Cifuentes.  And if you recall, when Pedro Flores testified

14  about that phone call or setting up the drug deal with the

15  Government, he was asked who is that third voice on the call.

16  We know it's Alex Cifuentes.  And Pedro Flores said, I don't

17  know.  I don't know who that is.  And the same question was

18  posed to Alex Cifuentes.  He listened to the call because

19  that's the defendant and that's me, but I don't know who that

20  third voice is.

21          If this was so well scripted out, ladies and

22  gentlemen, you heard all the prep sessions and how witnesses

23  were supposedly reading scripts up on the stand.  Why didn't

24  they recognize the other voices on that call.  Why didn't

25  Pedro Flores recognize Alex Cifuentes.  And why didn't Alex

1    Cifuentes recognize Pedro Flores?

2            And more importantly, ladies and gentlemen, you had

3    two other cooperating witnesses who had no stake in that

4    business transaction, no stake in that drug deal.  Vicente

5    Zambada and Damaso Lopez testified that they recognized all

6    three voices on that call independently.

7            (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rebuttal - Ms. Liskamm                    6913

1        MS. LISKAMM:  They said they recognized Pedro

2  Flores, the defendant, and Alex Cifuentes.  Think about that.

3  What does that tell you?  Does that give you -- does that give

4  you the ring of truth?

5           Now, ladies and gentlemen, today, defense at one

6  point said -- and I wrote it down -- *Justice is a game here*.

7  Well, ladies and gentlemen, I submit to you the defense has

8  been playing games with you about what has and has not been

9  presented to you.  Time and time again, you saw the defense

10  attorneys ask questions of the cooperating witnesses about

11  their plea agreements, and if you recall, they'd read maybe

12  two sentences of a paragraph in and ask the cooperating

13  witnesses some questions about it.  And time and time again,

14  the prosecutors would get up say:  *All right.  You were asked*

15  *about the first two sentences of this paragraph.  Let's read*

16  *the whole paragraph,* and you get a much further in-depth

17  explanation of what was going on.  This happened multiple

18  times.

19           You were also told a lot of things about the

20  testimony this morning about the testimony that came in at

21  trial and your recollections are what controls, ladies and

22  gentlemen, but I would suggest that there's been some facts

23  that were presented to you that were not what were in the

24  transcripts.  And, again, I ask you to go back to your

25  recollections about what actually was said.

Rebuttal - Ms. Liskamm                          6914

1           For example, today, defense counsel told you that

2    during the war with the Beltran Leyvas, and I actually don't

3    even recall who the witness was he was attributing this to,

4    but that it was the Beltran Leyvas -- excuse me, Chapo and

5    Mayo were at war with the Beltran Leyvas and the Cifuentes

6    Villas, okay?  I don't know where this came from --

7           MR. LICHTMAN:  Objection.

8           THE COURT:  There may be a misunderstanding.  The

9    jury's recollection of the arguments will control.

10          MS. LISKAMM:  And, ladies and gentlemen, I suggest

11   that if you go back to the transcripts, you will see that time

12   and time again and witness after witness told you nothing

13   about the Cifuentes Villas being involved in the war with the

14   Beltran Leyvas.  They talked about the Carrillo Fuenteses and

15   the Zetas being involved in the war with the Beltran Leyvas,

16   so just remember that.

17          Also, there were questions about -- multiple

18   questions about whether or not Jorge could identify a photo of

19   Mayo Zambada.  He knew Mayo Zambada really well, Mayo Zambada

20   had killed his business partner, and Jorge couldn't even

21   identify a photo of Mayo Zambada.

22          Ladies and gentlemen, think back to whether or not

23   Jorge was even presented with the photo of Mayo Zambada.

24   Think back also to the testimony that you heard that

25   corroborated Jorge about his relationship with Mayo Zambada.

Rebuttal - Ms. Liskamm                      6915

1    You heard testimony from Vicente Zambada who told you his dad

2    was friends since before Vicente can remember with the

3    Cifuentes family.  He knew Jorge from growing up.  He knew

4    that his dad had killed Jorge's business partner Robachivas,

5    so just remember that.

6            And lastly, with respect to this point, there was

7    some entries in a ledger that there was testimony about

8    through either Chupeta or German about the term "Mono Cha" and

9    what that meant.  Again, your recollection controls, but I

10   would submit that the testimony was not that Mono Cha was one

11   person, but it was two people; that Mono was someone who

12   worked for the defendant -- I believe delivered money for him

13   -- and that Cha -- and this was testified to repeatedly -- was

14   a reference to Chapo Guzman, the defendant.

15           Now, I want to talk a little bit about something

16   that defense didn't really discuss in great detail in their

17   closing, but that's the letters.  The letters that the

18   defendant sent to Damaso from jail.  Again, letters in the

19   defendant's own handwriting giving instructions to carry on

20   activities for the cartel, and you have both those letters and

21   the transcripts, as well as the letter about Lucero Sanchez

22   received in evidence.  I would ask you to take a look at those

23   letters.  Look at the handwriting on those letters, but more

24   importantly, look at the paper, the stationery that those

25   letters are on, and if you look at the top of those letters,

Rebuttal - Ms. Liskamm                    6916

1   you will see that they are on the same paper.  They came from

2   the same source.

3              Take a look at the handwriting, and just really

4   briefly -- if I can just get the ELMO for a second.

5              So ladies and gentlemen, the letter on the left here

6   is in evidence as one of the letters that Damaso Lopez

7   received from the defendant in jail, and the letter on the

8   right is in evidence as a letter that was -- the defendant

9   sent out from jail here, and if you can see, we just picked a

10  couple examples of the comparison between the handwriting.

11             Again, this is the letter that Damaso received, and

12  this is the letter the defendant sent from jail, and look at

13  the comparison in the handwriting.

14             And lastly, ladies and gentlemen, look at the

15  signature, again letter to Damaso on the left and the letter

16  from the defendant in jail on the right.  Look at the J, this

17  is a G that looks like a Y, L.  Same thing here:  J, G that

18  looks like a Y, L.

19             Ladies and gentlemen, I would suggest that you,

20  yourself, can look at the letters and make your own

21  determination about where these letters came from and who

22  wrote them, but putting that aside, you also had an expert who

23  went through those letters with you and explained to you that

24  it was almost virtual certainty that the letters were a match

25  and defense -- you heard the questions that were asked of the

Rebuttal - Ms. Liskamm                              6917

1   handwriting expert and you heard the statements that have been

2   made about their testimony, and not just that expert, you also

3   heard it with the cryptologist and the questions that were

4   posed to the cryptologist, and defense wants it sort of both

5   ways.  On the one hand, these experts' opinions are nothing,

6   they're phony, it's made up science, you don't know what

7   you're talking about.  And on the other, when it gets to the

8   voice calls, oh, there's no expert on the voice calls.  Where

9   is the expert telling you it's the same voice call?  They

10  can't have it both ways, ladies and gentlemen.

11          But let's go into the calls.  Those are calls that

12  you heard from the person who set up the IT system, Christian

13  Rodriguez, and you heard how he set up that system for the

14  defendant, he came up into the mountains; that Alex Cifuentes

15  brought him there.  You heard multiple witnesses confirm that

16  story and how he set up this private server for the defendant.

17          You heard from multiple cooperating witness who

18  identified the voices on those calls, witnesses who knew the

19  defendant best:  Vicente Zambada, Damaso Lopez, Alex

20  Cifuentes, Memin.  These were his closest associates and

21  confidants.  Those were people who know his voice and they

22  told you, time and time again, that was the defendant on the

23  call.

24          They also identified the other people on the call

25  that they didn't know, and if you look on the sheets -- if you

Rebuttal - Ms. Liskamm                                    6918

1   recall, they made notes on sheets and we put those into

2   evidence -- there were many calls that they didn't know who

3   the voice was.  They could have made something up:  *Oh, I know*

4   *this is Mayo Zambada,* whatever they wanted to say.  You will

5   see it on there, they wrote:  *Don't know.*

6              Now, you also recall that Christian Rodriguez

7   testified that all the people that were intercepted over the

8   calls -- Cholo Ivan; Mayo Nunez, also known as M-10; Virgo,

9   also known as Juancho; Juano, who is the defendant's

10  brother -- all those people, Christian Rodriguez had know idea

11  who those people were, yet he testified about setting up that

12  server and the calls that came through.

13             Now, something else that can help inform your

14  decision about those calls and confirm that they are, in fact,

15  the defendant's calls through his server tied into that

16  interrogation video that you have seen time and time again.

17  You were just shown it again, and it was suggested that that

18  was not the defendant in the video but actually Mayo Zambada

19  because he was wearing a black baseball hat.  This is yet

20  another distraction of the evidence that you have before you.

21  I want to just very briefly go through that.

22             How do you know that that's the defendant on the

23  video interrogating the Beltran Leyva enemy?  If you recall,

24  that same interrogation video was captured over the line in

25  one of those intercepted calls, and you had Special Agent

Rebuttal - Ms. Liskamm                                    6919

1    Marston walk you through how the intercepted call matched the

2    interrogation video -- they are all, like, simultaneous -- and

3    it wasn't just captured over his system, it was actually

4    captured on one of his lines.  If you recall those extensions,

5    we had a chart of which extension matched which person.  It

6    was one of the defendant's extensions, Extension 185, an

7    extension that you heard calls from.  And actually just a week

8    before that interrogation, you heard the defendant on that

9    same extension talking to someone named Don Proceso, and he

10   was talking to him about crossing drugs by helicopter from the

11   U.S. to Canada.

12           So how do you know it's the defendant's

13   communication system and his voice is on the call?  In

14   addition to the numerous cooperating witnesses who testified

15   about that, you also heard from -- you also know from the

16   phonebook that that was the defendant's server.  You saw all

17   the names in that phonebook.  You saw Mayo listed as Procina,

18   which, again, if this was Mayo's system, why would he list

19   himself in that phonebook?  You saw the defendant's children

20   listed in it -- Guero, Menor, Tocayo -- you heard time and

21   time again that those were nicknames for the defendant's sons.

22   You also know that this was one of the houses where that

23   phonebook was found where the defendant fled from.  You heard

24   testimony from Lucero about that escape, and you saw the

25   defendant's text messages between himself and his wife where

Rebuttal - Ms. Liskamm                          6920

1    he recounts his escape from that Los Cabos house.  He also,

2    over the text messages, is talking about his daughters by

3    name, their date of birth.  This is not Mayo sending these

4    messages.  Again, it's the defendant and his wife discussing

5    their kids.

6              Ladies and gentlemen, use your common sense here.

7    The video quality is not the best, but you can clearly see

8    that it's the defendant in that video.  You can see his face

9    and you can hear his distinctive voice.  That same voice that

10   you have heard time and time again throughout this trial.

11   It's been characterized as being a little bit nasally, a

12   little bit singsongy, but you know that voice and that's the

13   voice that you heard over the video.

14             Ask yourself:  What are the odds that the person

15   conducting the videotaped interrogation who looks like the

16   defendant, sounds like the defendant, was captured on the

17   defendant's encrypted system using the defendant's phone

18   number is not the defendant?  What are the odds of the person

19   conducting this interrogation who, again, looks like the

20   defendant, sounds like the defendant, was on this encrypted

21   system over an extension he used is not the defendant himself?

22   You didn't check your common sense at the door, ladies and

23   gentlemen.  You know the answer to that question.  You know

24   that it's the defendant, you know that it's his voice, the

25   same voice that you heard time and time again over the system

Rebuttal - Ms. Liskamm                          6921

1  over those calls.

2          Now, this is an important point for you to note.

3  Those calls where you hear the defendant discussing violence

4  and drug deals and a whole host of things connected to the

5  Sinaloa Cartel, those calls are not dependent on any

6  cooperating witness.  Sure, the cooperating witnesses assist

7  in identifying the voice for you and confirming that it's him,

8  but those calls, as we just walked through and you heard

9  Special Agent Marston walk through with you in greater detail

10 than we just did, show we depend on the cooperating witnesses

11 that this is the defendant, the defendant running his

12 Sinaloa Cartel.

13         Now, the defense is trying to argue that the voice

14 in the Rolling Stone video doesn't sound like the voice that

15 you heard on some of those calls, and that's something that

16 Major Flores addressed on cross-examination.  He was asked

17 point-blank, video was played for him, he identified some

18 calls.  *Is this the same voice to you?  Does this sound like*

19 *the same voice to you?*  He said, *You know what, not really.*

20 *It sounds similar.*  But think about that, use your common

21 sense.  Does everyone sound the same day in and day out?

22 You've heard people in this courtroom talk for months.  You've

23 heard different tones in their voices, when they get tired,

24 when they need water, when they get animated and excited about

25 something, or when they are talking about something that's

Rebuttal - Ms. Liskamm                          6922

1  really boring.  They use reflections in their voices, they can

2  talk slower, softer, or they can get really worked up if they

3  are talking about a war and sending somebody in to go kill

4  somebody else.

5          When Pedro Flores was asked about those voices, he

6  said, *Yeah, they don't sound similar,* but he still was sure

7  that that was the defendant in the Rolling Stone video and

8  that was the defendant on the calls.

9          Now, ladies and gentlemen -- I'm almost done here --

10 I just want to wrap up by saying that in order to believe the

11 defense arguments in this case, you have to believe that the

12 defendant is the unluckiest man in the world.  You have to

13 believe that the defendant -- excuse me -- that the 14

14 cooperating witnesses -- and let me repeat that, 14

15 cooperating witnesses -- from all different time periods of

16 the Sinaloa Cartel -- we're talking '80s, '90s, 2000s,

17 2010s -- all got together and came up with this story.  These

18 people who you heard repeatedly haven't seen each other for

19 over a decade, some of them have been in custody for over a

20 decade, some of them got arrested this past year, some aren't

21 even in custody, some of them have never met before, they all

22 got together and came up with this story, this story that the

23 defendant was the co-leader of the Sinaloa Cartel, the story

24 that there's wars, war after war -- with the Arellano Felixes,

25 the Carrillo Fuenteses, the Beltran Leyvas -- they all got

Rebuttal - Ms. Liskamm                          6923

1   together and pinned that guy.

2          You have to believe that the FBI worked with

3   Christian Rodriguez to make up these phone calls that identify

4   one person as being in charge, and that's the defendant.  You

5   have to believe that the interrogation video was either

6   completely altered, or because of the black cat, it must be

7   Mayo Zambada.  You have to believe that those letters that the

8   defendant sent from jail were completely manufactured.  Two

9   sets of letters, mind you, from Damaso and Lucero.  You have

10  to think that the interrogation video of Juacho where he

11  identifies Chapo and Mayo as the leaders of the cartels was

12  completely made up.  All these people came together to frame

13  the defendant.  You have to then conclude that all of these

14  witnesses, these 14 cooperating witnesses, pled guilty to drug

15  crimes that carry life sentences, to which have been sentenced

16  for life, and then came in here and lied to you, every one of

17  them.  You would have to conclude that every one of them was

18  risking their cooperation agreements, and effectively ensuring

19  that they are going to get life sentences.

20          Ladies and gentlemen, you would have to ignore the

21  evidence that's been presented over the past several months at

22  trial, the testimony of the cooperating witnesses, the videos,

23  the ledgers, which I haven't even talked about, the calls, the

24  letters.  It goes on and on.  Ladies and gentlemen, defense is

25  pointing fingers everywhere but where the evidence points --

Rebuttal - Ms. Liskamm                           6924

1    at the defendant.

2            This is a distraction, a distraction from the hard

3    evidence that's been presented to you in this case.  The

4    evidence that points to one and only one conclusion, and that

5    is that that defendant is guilty.  And ladies and gentlemen,

6    we ask that you return the only verdict that is consistent

7    with this evidence, and that is a verdict of guilty on each

8    and every charge.

9            Thank you.

10           THE COURT:  Thank you, Ms. Liskamm.

11           All right.  Ladies and gentlemen, here's what's

12   going to happen now.  I think for the last time I'm going to

13   give you -- probably for the last time -- admonitions that I

14   have been giving you.  When you come back on Monday, I will

15   give you the instructions under the law and you will, in fact,

16   commence deliberations, so pay attention to what may be the

17   last time you hear to stay away from media coverage, do not

18   discuss this case with anyone, do not post anything on social

19   media about it, do not do any research on the Internet of

20   things that might interest you, and get a lot of rest, because

21   you will have hard work next week.

22           Have a good weekend.  See you on Monday at 9:30.

23           (Jury exits.)

24           THE COURT:  Okay.  Anything else we need to talk

25   about?

Proceedings                                          6925

1          MS. PARLOVECCHIO:   Just briefly, your Honor.

2          THE COURT:   Have a seat.

3          MS. PARLOVECCHIO:   During Mr. Lichtman's summation,

4    there were a few issues that arose, we objected to some of

5    them, but he re-raised some issues that we had raised concerns

6    about during trial.

7          THE COURT:   But then you did rebuttal, and a lot of

8    the things you are going to say, I might well have said he

9    invited response, but you went right into rebuttal instead of

10   saying what you are about to say after his closing.

11         MS. PARLOVECCHIO:   Well, your Honor, we were going

12   to ask for some charges to be given included in the jury

13   charge.

14         THE COURT:   Let's hear those.

15         MS. PARLOVECCHIO:   Okay.   So the first one your

16   Honor had actually mentioned during trial which was an

17   instruction on the fact that the Government has met its

18   discovery obligations.   Your Honor gave the instruction during

19   trial, and I believe -- and we could pull up the site -- but I

20   believe you said you would consider giving it in the ultimate

21   jury charge.   And again during Mr. Lichtman's summation today,

22   there were some comments made, I think it was in regard to the

23   letter concerning German Rosero that he sent to the Department

24   of Justice, as well as the MDC phone calls.   He suggested that

25   we suppressed that information.   For that reason, we would

Proceedings                                                    6926

1   request that the Court give the instruction in the ultimate

2   jury instructions that you will give on Monday that the

3   Government has met its discovery obligations.  We actually

4   included one in our requested charge, so your Honor already

5   has our suggested language.

6             THE COURT:  Okay.  I'm not saying I will give it,

7   but I understand the request.  I will hear from the defense in

8   a minute, but I have a plan to resolve this, so go ahead.

9   What's next?

10            MS. PARLOVECCHIO:  As well as the discovery

11  obligations instruction, we would also request an instruction

12  regarding jury nullification which was an argument that was

13  woven throughout Mr. Lichtman's summation, and so we would

14  request an instruction on that as well.

15            THE COURT:  That one you are going to have to

16  persuade me he did.  He asked the jury to acquit

17  notwithstanding technical guilt.  That's my understanding of

18  juror nullification.

19            MS. PARLOVECCHIO:  Well, your Honor, there were

20  multiple comments about:  *How would you like to be treated if*

21  *this were you?*  And, you know, basically asserting that the

22  Government has taken a different position with regard to this

23  defendant.

24            THE COURT:  I'm not sure I would call that juror

25  nullification.  Maybe it is.  Maybe it's something that should

Proceedings                                6927

1    have been addressed in rebuttal.  Maybe it's something that

2    should have been objected to before rebuttal so I could give

3    the jury instruction then.  What do you want to do about it

4    now?

5              MS. PARLOVECCHIO:  Respectfully, your Honor, we did

6    object to it, and we would request -- if your Honor would

7    consider a submission from us on a suggested charge since we

8    do have the Friday in between for it to be considered.

9              THE COURT:  It's about time that we put in some work

10   on the weekends on this case.

11             What else?

12             MS. PARLOVECCHIO:  Finally, your Honor, just an

13   instruction in regard to the Government not being on trial.

14   Certainly, that was -- we did respond in rebuttal, but, you

15   know, the thrust of that entire summation was that the

16   Government has acted improperly here.

17             THE COURT:  The Second Circuit has approved the

18   "Government is not on trial" language in several cases.  I did

19   give an instruction saying that the Government's motivation

20   was not an issue, but that the jury had to evaluate the

21   credibility of the cooperating witnesses.  Is that the last

22   one you want?

23             MS. PARLOVECCHIO:  One more, your Honor.

24             THE COURT:  Go ahead.

25             MS. PARLOVECCHIO:  So we had addressed this at the

Proceedings                                    6928

 1   charging conference, the selective prosecution issue, which,

 2   again, we had a sidebar on it.  We would submit that the

 3   defense crossed the line towards the end of the summation,

 4   and, again, we are happy to point out that specific instance

 5   to the Court, and if the Court would consider an instruction

 6   on that as well.

 7              THE COURT:  Okay.

 8              I could hear from the defense on each one of those,

 9   but what I'm more inclined to do is to get the usual weekend

10   letter from the Government and give the Defense A chance to

11   respond to it and then I will decide it over the weekend.

12              MR. LICHTMAN:  Judge, of course, and as long as we

13   can get the Government's letter at 11:59 tonight, it will be

14   all right.

15              THE COURT:  No, you are not going to get it at 11:59

16   tonight, but I will direct that it be filed by noon tonight.

17   Defendant's response by 6:00 p.m. Saturday night.

18              MR. LICHTMAN:  Thank you.

19              MS. PARLOVECCHIO:  Thank you, your Honor.

20              THE COURT:  You know, if you want to cite me to the

21   transcript where you think he crossed the line, let me know.

22   My view of my ruling on the "putting the Government on trial"

23   issue was that there's no impropriety in suggesting that Mayo

24   Zambada corrupted the Mexican Government.  I don't have any

25   problem with that.  If you think at some point he said:  *And*

Proceedings                                              6929

1    *the U.S. Government knows this, the U.S. Government knows that*

2    *the cooperators cannot be trusted and they put them on the*

3    *stand anyway*, that would be over the line, I would like to see

4    that in the transcript.  I don't recall it going that far.

5              (Continued on the following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                    6930

1          THE COURT (CONTINUED):  But I think those are the

2     two holds permission and impermissible.

3          MS. PARLOVECCHIO:  Yes, your Honor.  We'll point

4     out instances in the transcript in our submission.

5          THE COURT:  All right.  That is the schedule.  I

6     will sign it over the weekend, and then I will probably

7     email you a final set -- well, a final-final set of the

8     instructions maybe with an order explaining why I am

9     accepting one side's position and not the other one's.

10          Anything else?

11          MR. PURPURA:  Your Honor, if I may?

12          THE COURT:  Go ahead.

13          MR. PURPURA:  Twice in the Government's opening

14     close and rebuttal close pursuant to 848(e), we already

15     filed a motion.  The Court ruled against us on that.  It's

16     our position if you're charged, that that's what you have to

17     prove.  I don't believe we objected to that in the jury

18     conference that we had.  So I just wanted to let the Court

19     know in advance that if the Court does give us instructions

20     on that issue, we will just fluffen up the objection maybe

21     before trial.

22          THE COURT:  For whatever that is worth, you can

23     have it.  It is on the record.

24          MR. PURPURA:  Thank you.

25          THE COURT:  Okay.  Anything else?

Proceedings                                    6931

1          MS. PARLOVECCHIO:  Nothing further from the

2    Government, your Honor.

3          THE COURT:  Okay.

4          To the lawyers, thank you all for the hard and

5    excellent work on behalf of your clients, and we will see

6    where the jury does next week.

7          MR. PURPURA:  Thank you.

8          MR. BALARAZO:  Thank you, your Honor.

9          MS. PARLOVECCHIO:  Thank you, your Honor.

10          THE COURT:  Okay.  Have a good weekend.

11          (Matter adjourned until 9:30 a.m., Monday,

12    February 4, 2019.)

13                         --ooOoo--

14

15

16

17

18

19

20

21

22

23

24

25