```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------x
                                                09 CR 466(BMC)
 3   UNITED STATES OF AMERICA
                                           United States Courthouse
 4        versus                           Brooklyn, New York

 5   JOAQUÍN ARCHIVALDO GUZMÁN LOERA,
                                           February 5, 2019
 6                 Defendant.              9:30 a. m.
     ---------------------------------x
 7
              TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
 8              BEFORE THE HONORABLE BRIAN M. COGAN
                    UNITED STATES DISTRICT JUDGE
 9

10                           APPEARANCES

11

12   For the Government:   UNITED STATES ATTORNEY'S OFFICE
                           Eastern District of New York
13                         271 Cadman Plaza East
                           Brooklyn, New York 11201
14                         BY:  GINA M. PARLOVECCHIO, AUSA
                           ANDREA GOLDBARG, AUSA
15                         MICHAEL ROBOTTI, AUSA

16                         UNITED STATES ATTORNEY'S OFFICE
                           Southern District of Florida
17                         99 NE 4th Street
                           Miami, Florida 33132
18                         BY:  ADAM S. FELS, AUSA

19                         DEPARTMENT OF JUSTICE
                           Criminal Division
20                         Narcotic and Dangerous Drug Section
                           145 N. Street N.E. Suite 300
21                         Washington, D.C. 20530
                           BY:  ANTHONY NARDOZZI, ESQ.
22                                AMANDA LISKAMM, ESQ.

23   For the Defendant:    BALAREZO LAW
                           400 Seventh Street, NW
24                         Washington, D.C. 20004
                           BY:  A. EDUARDO BALAREZO, ESQ.
25
```

Lisa Schmid, CCR, RMR
Official Court Reporter

```
 1                    (CONTINUED APPEARANCES)

 2   For the Defendant:

 3   LAW OFFICES OF JEFFREY LICHTMAN
     11 East 44th Street, Suite 501
 4   New York, New York 10017
     BY:  JEFFREY H. LICHTMAN, ESQ.
 5   PAUL R. TOWNSEND, ESQ.

 6   LAW OFFICE OF PURPURA & PURPURA
     8 E. Mulberry Street
 7   Baltimore, Maryland 21202
     BY:  WILLIAM B. PURPURA, ESQ.
 8
     LAW OFFICES OF MICHAEL LAMBERT, ESQ.
 9   369 Lexington Avenue, PMB #229
     New York, New York 10017
10   BY:  MARIEL COLON MIRO, ESQ.

11

12

13

14

15

16

17

18

19

20

21   Reported by:

22   LISA SCHMID, CCR, RMR
     OFFICIAL COURT REPORTER
23   225 Cadman Plaza East, Room N377
     Brooklyn, New York 11201
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

1    (In open court, outside the presence of the jury at 1:40 p.m.)

2             THE CLERK:  All rise.

3             THE COURT:  Be seated, please.

4             Court Exhibit Number 6 is a note from the jury, asking
5    for four things:  First, can we please hear the phone call
6    601F-BT, page two, regarding quote, ice, unquote; second,
7    requesting Rey Zambada's testimony regarding Chespiro; third,
8    requesting testimony for Alex Cifuentes Villa; fourth,
9    requesting testimony for Jorge Cifuentes Villa.

10            Now, I assume the parties can agree on the phone call
11   they're looking for, even if they didn't get the number right,
12   because I think we know what that is.  And we can bring them in
13   here to play that.

14            Rey Zambada's testimony, I think I know what they're
15   talking about, but I'm going to leave it to the parties to
16   agree on what should be given to the jury.

17            And then, the entirety, it appears, of the testimony
18   for the two Cifuentes Villas.  Now, the only thing with that
19   is, it is usually my practice when the jury wants a readback to
20   give them a readback; however, if they really want the
21   testimony from those two witnesses, we're probably talking
22   about four to five days of readback.

23            MR. LICHTMAN:  Judge, I don't think that's the case
24   because it was done with an interpreter.  So if it's a full day
25   of testimony, it's really half a day.

1          THE COURT:  Well, I'll tell you what.  You all put it
2    together.  Let me look at the volume.  We'll then make an
3    estimate on whether it will take more than -- really, I won't
4    keep them here re-listening to testimony for more than an hour.
5    I'm probably going to give it to them if it takes more than
6    that, but let's see how much it is and we'll make that
7    determination once you have it compiled.
8          MR. LICHTMAN:  Thank you.
9          THE COURT:  Let Ms. Clarke know as soon as you get
10   everything together.  Thank you.
11         (Recess.)
12   (In open court, outside the presence of the jury at 3:15 p. m.)
13         THE CLERK:  All rise.
14         THE COURT:  Okay.  Be seated, please.
15         This is taking too long.  I'm not sure why it took so
16   long.  The recording, we know what the recording is.  That
17   should take five minutes.  The first part of the testimony they
18   want, that's a short excerpt.  That should take five minutes.
19   And then the long excerpts are for the entire testimony.  So
20   you just start where the witness starts testifying and end
21   where he stops.  Why are we an hour later?
22         MS. PARLOVECCHIO:  Your Honor, the first two things
23   that were requested are ready to go.  It's the fact that the
24   entire testimony of Jorge Cifuentes, entirety of Alex
25   Cifuentes' testimony is the voluminous and also the objections

1    sustained all have to be redacted, as well as the sidebars.

2             THE COURT:  Okay.

3             MS. PARLOVECCHIO:  Actually, to help expedite that, if

4    the Courts is amenable, if you could go back to the jury and

5    see if they have any particular area of testimony from the

6    Cifuenteses that they're looking for, that might help expedite

7    the process.

8             THE COURT:  Any objection to that?

9             MR. LICHTMAN:  Yes.

10            MR. BALAREZO:  Yes.

11            MR. LICHTMAN:  Judge, they were very careful to note

12   which part of Rey Zambada's testimony they wanted.  So they're

13   aware that they can discern and ask you for a piece.

14            They asked for the entirety of the readbacks to two

15   witnesses.  That's what they want.  That's what they should

16   get.  We shouldn't be reading the tea leaves and deciding

17   what --

18            THE COURT:  All right.  All right.  That's okay, Mr.

19   Lichtman.  That's fine.

20            MS. PARLOVECCHIO:  Your Honor, they did -- we did send

21   an answer back to the jury yesterday saying, if you have

22   questions about testimony concerning Methamphetamines, you're

23   welcome to ask for that evidence.

24            The first two items clearly relate to Methamphetamines

25   or ice.  Both Cifuentes brothers had substantial amounts of

1    testimony about Methamphetamines, place and production.

2            THE COURT:  I'm not going to read the jury's mind, but
3    I will say to them -- the only thing I'll say to them is, we're
4    trying to put that together.  That's an awful lot of testimony.
5    You're going to have to be patient, and then they can have it.

6            But I'll tell you, Mr. Lichtman, I was thinking about
7    your comments:  Well, it took five days because there were
8    translators.  Well, fine.  So we cut it down to three days.
9    I'm not going to keep them sitting here for three days,
10   listening.

11           MR. LICHTMAN:  I understand, Judge.  I appreciate that
12   and certainly, this is within your very broad discretion on
13   whether you send back transcripts or read it.  If that's your
14   determination, that's your determination.

15           All I would ask is that before you send the
16   transcripts back, that you give them a cautionary warning.  The
17   reason why you are sending back the transcripts as opposed to
18   reading it back in court, and also to tell them that they
19   should be careful to take the transcript -- they asked for the
20   entire transcripts -- to take them as a whole, as opposed to
21   putting undue emphasize on perhaps --

22           THE COURT:  I'll certainly give that instruction.

23           In the meantime, we have got another note that makes
24   the issue worse.

25           Court Exhibit 8:  "Can we please get the testimony for

7070
PROCEEDINGS

1  Juan Aguayo?  The testimony.  All the testimony."
2           MS. PARLOVECCHIO:  We can get that fairly quickly,
3  Your Honor.  It wasn't a very lengthy witness.
4           THE COURT:  Oh, okay.
5           MS. PARLOVECCHIO:  So we can work on that right now.
6           THE COURT:  All right.  Well, let's have them in, so
7  they know we're doing something for them.  We're ready to go
8  with the recording and with the Rey Zambada testimony, right?
9           MS. PARLOVECCHIO:  Yes.
10          THE COURT:  Okay.  Let's do that.
11          (Jury enters.)
12          THE COURT:  All right.  Everyone be seated.
13          We have your notes, ladies and gentlemen.  The first
14 thing we will do is play for you the call, phone call 601F-BT
15 page two regarding ice that you have asked for.  Let's play
16 that.
17          (Audio played in open court.)
18          THE COURT:  All right.  That completes that call,
19 ladies and gentlemen.
20          You have next asked for the witness, Rey Zambada's,
21 testimony regarding Chespiro.  The court reporters are going to
22 read that back to you now.
23     (Testimony excerpt of Jesus Reynaldo Zambada Garcia read.)
24          THE COURT:  All right.  That completes the reading of
25 that portion, ladies and gentlemen.

Lisa Schmid, CCR, RMR
Official Court Reporter

7071
PROCEEDINGS

1          Now, you have additionally asked for the entire
2    testimony of Alex Cifuentes Villa, Jorge Cifuentes Villa and
3    Juan Aguayo.
4          Because you have asked for the entire testimony,
5    that's going to take us some time to get together, and while we
6    get just read you this excerpt, that's so voluminous, that if
7    we were going to read it to you, we would have you back out
8    here for days again listening to testimony, and we don't want
9    to do that.
10         So what I'm going to do is once we get that testimony
11   together, we will send it back into the jury room with you, in
12   writing, so you'll have it in writing; however, just because
13   it's in writing doesn't mean that you should give it anymore
14   weight than any of the oral testimony that you recall.  It just
15   happens to be in writing to save us time, but you have to think
16   of it in the context of all the testimony and don't do anything
17   that would isolate that testimony just because you have it in
18   writing.  Everybody understand that?
19         JURORS:  (All answer affirmatively.)
20         THE COURT:  All right.  And then lastly, we have your
21   note requesting to go home at 4:15, and that's okay if that's
22   what you want to do.
23         I will remind you now, so I don't have to bring you
24   back into the courtroom at 4:15, not to discuss this case with
25   anybody, not to look at any media coverage of the case, not to

Case 1:09-cr-00466-BMC-RLM   Document 676   Filed 03/11/21   Page 9 of 10 PageID #: 18170

7072
PROCEEDINGS

1  do any research on the case, not to post anything on the case,
2  and not to talk about the case once you leave that jury room,
3  until you're all back in that jury room, all 12 of you,
4  tomorrow morning, and then you may start your deliberations.
5            So I won't be seeing you again tonight.  Have a very
6  good evening.  We'll talk to you tomorrow.
7            (Jury exits.)
8            THE COURT:  With the parties' permission, since the
9  alternates were not in for this, I'm going to have Ms. Clarke
10 remind them all, so they can't talk about the case when they
11 leave here.  They really can't talk about the case at all.  I'm
12 not sure they haven't been here today while they have been
13 entertaining themselves, but no one thinks I have to bring
14 everybody back in here again, do they?
15           MR. LICHTMAN:  No, Judge.
16           MS. PARLOVECCHIO:  No, Your Honor.
17           THE COURT:  All right.  Talk to you tomorrow.
18           MR. LICHTMAN:  Thank you.
19       (Trial adjourned to February 6, 2019, at 9:30 a. m.)
20
21
22
23
24
25

Lisa Schmid, CCR, RMR
Official Court Reporter

| | | |
|---|---|---|
| 4 | Court Exhibit 6 | 7067 |
| 5 | Court Exhibit 8 | 7070 |