7081

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------x
                                             09 CR 466(BMC)
 3   UNITED STATES OF AMERICA
                                             United States Courthouse
 4        versus                             Brooklyn, New York

 5   JOAQUÍN ARCHIVALDO GUZMÁN LOERA,
                                             February 7, 2019
 6                 Defendant.                9:30 a.m.
     ---------------------------------x
 7
              TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
 8                BEFORE THE HONORABLE BRIAN M. COGAN
                     UNITED STATES DISTRICT JUDGE
 9

10                              APPEARANCES

11

12   For the Government:   UNITED STATES ATTORNEY'S OFFICE
                           Eastern District of New York
13                         271 Cadman Plaza East
                           Brooklyn, New York 11201
14                         BY:  GINA M. PARLOVECCHIO, AUSA
                                ANDREA GOLDBARG, AUSA
15                              MICHAEL ROBOTTI, AUSA

16                         UNITED STATES ATTORNEY'S OFFICE
                           Southern District of Florida
17                         99 NE 4th Street
                           Miami, Florida 33132
18                         BY:  ADAM S. FELS, AUSA

19                         DEPARTMENT OF JUSTICE
                           Criminal Division
20                         Narcotic and Dangerous Drug Section
                           145 N. Street N.E. Suite 300
21                         Washington, D.C. 20530
                           BY:  ANTHONY NARDOZZI, ESQ.
22                              AMANDA LISKAMM, ESQ.

23   For the Defendant:    BALAREZO LAW
                           400 Seventh Street, NW
24                         Washington, D.C. 20004
                           BY:  A. EDUARDO BALAREZO, ESQ.
25
```

Lisa Schmid, CCR, RMR
Official Court Reporter

```
 1                    (CONTINUED APPEARANCES)

 2   For the Defendant:

 3   LAW OFFICES OF JEFFREY LICHTMAN
     11 East 44th Street, Suite 501
 4   New York, New York 10017
     BY:  JEFFREY H. LICHTMAN, ESQ.
 5   PAUL R. TOWNSEND, ESQ.

 6   LAW OFFICE OF PURPURA & PURPURA
     8 E. Mulberry Street
 7   Baltimore, Maryland 21202
     BY:  WILLIAM B. PURPURA, ESQ.
 8
     LAW OFFICES OF MICHAEL LAMBERT, ESQ.
 9   369 Lexington Avenue, PMB #229
     New York, New York 10017
10   BY:  MARIEL COLON MIRO, ESQ.

11

12

13

14

15

16

17

18

19

20

21   Reported by:

22   LISA SCHMID, CCR, RMR
     OFFICIAL COURT REPORTER
23   225 Cadman Plaza East, Room N377
     Brooklyn, New York 11201
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

7083
PROCEEDINGS

1   (In open court, outside the presence of the jury at 4:15 p. m.)

2   THE CLERK:  All rise.

3   THE COURT:  Have a seat, please.

4   Two notes from the jury:  Court Exhibit 12, "Can we
5   please request Juan Carlos Abadia's (Chupeta's) testimony in
6   regard to the Juanita shipments and ledgers.  Specifically,
7   direct, cross and redirect."

8   I know the parties have been working on that.  Do we
9   have a package to give the jury?

10   MR. PURPURA:  Your Honor, we don't.  We have
11   disagreement as to what the jury should receive.  We just went
12   through it ourselves.  We just passed our disagreement to the
13   Government about five minutes ago.

14   THE COURT:  Okay.  What I'd like you to do is, tonight
15   or tomorrow morning, send to me a marked version of the
16   testimony, showing what the Government thinks should be
17   submitted and what the defense thinks should not.

18   I take it the defense is not looking for additional
19   portions?  It's thinking that the Government over-designated?

20   MR. PURPURA:  On direct, yes.  On cross, just the
21   opposite.

22   THE COURT:  So it goes both ways?

23   MR. PURPURA:  Yes.

24   THE COURT:  Okay.  So everybody mark in what you think
25   should be there, and put some other mark in some color

Lisa Schmid, CCR, RMR
Official Court Reporter

1  representing you what you think the other side shouldn't get in
2  there.  Okay?  So I can just look at the transcript to know the
3  bid and asked.
4          MS. PARLOVECCHIO:  Yes.
5          THE COURT:  Okay?  Let's have that as soon as
6  possible, then I'll probably just issue an order tomorrow
7  afternoon, letting you know where I come out.
8          And then the jury's second note is the usual, "Can we
9  please leave at 4:15 p.m.?"  Yes.  I'm going to bring them in.
10 They have told us they do not want to sit tomorrow.  So they
11 they're coming back on Monday, and that's the way it is.
12         I'm inclined to let Ms. Clarke talk to the alternates
13 separately, and just give the 12 the instructions that I always
14 give them before I send them off for a weekend.
15         Okay.  Please assemble the jury.  Don't stand up yet
16 because they're not in the hall.
17         (Pause in proceedings.)
18         THE COURT:  I think we've agreed the testimony is
19 going to be long enough that we're going to give it to them,
20 not read it to them, right?
21         MS. PARLOVECCHIO:  Yes, Your Honor.
22         MR. PURPURA:  Yes.
23         THE COURT:  Okay.
24         (Jury enters.)
25         THE COURT:  All right.  Everyone be seated.

Lisa Schmid, CCR, RMR
Official Court Reporter

7085
PROCEEDINGS

1           Hello there, ladies and gentlemen.  We have your note
2   about Chupeta's testimony and we're putting that together as
3   quickly as we can.  I'm correct that you have elected not to
4   sit tomorrow, is that right?
5           JURORS:  (Nods head affirmatively.)
6           THE COURT:  Lots of nods.  Okay.
7           So you'll that have testimony on Monday.
8           Let me just remind you to please stay away from any
9   media coverage, not to discuss the case with anyone, not to do
10  any research about the case, not to talk about the case even
11  amongst yourselves until Monday morning when all 12 of you are
12  back in that room and not until all 12 of you are back in that
13  room.
14          Other than that, please have a good weekend.  Thanks
15  for your hard work.
16          (Jury exits.)
17          THE COURT:  Anything else?
18          MR. PURPURA:  Nothing by defense.
19          MR. LICHTMAN:  Thank you, Your Honor.
20          THE COURT:  Thanks. We're in recess.  Have a good
21  weekend.
22          MS. PARLOVECCHIO:  Have a good weekend.
23       (Trial adjourned to February 11, 2019 at 9:30 a. m.)
24
25

Lisa Schmid, CCR, RMR
Official Court Reporter

INDEX

Court Exhibit 12                7084

Lisa Schmid, CCR, RMR
Official Court Reporter