

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DJ:MPR/HDM
F. #2009R01605

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 18, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
Brooklyn, New York 11201

   Re: <u>United States v. Guzman Loera, 09-CR-466 (S-4)</u>

Dear Judge Cogan:

   As Your Honor is aware, the government is preparing to file its brief opposing the defendant Joaquin Archivaldo Guzman Loera's appeal to the Second Circuit, which is due March 22, 2021. In preparing for our filing, the government noticed that there was a missing docket entry for the Court's order regarding the government's October 16, 2018 second supplemental motion for a protective order pursuant to Classified Information Procedures Act Section 4 and Federal Rule of Criminal Procedure 16(d)(1). <u>See</u> ECF No. 367 (notice of filing of second supplemental motion).

   On November 3, 2018, the Court, "in light of the supplemental 3500 materials" the government produced, directed the government to "provide its amended supplemental CIPA substitutions to the Court no later than" November 5, 2018. <u>See</u> Nov. 3, 2018 Court Order re ECF No. 367. On November 5, 2018, the government submitted its response to the Court's November 3, 2018 Order. <u>See</u> ECF No. 417 (notice of filing of government's response). The government also included a proposed public order. <u>See</u> ECF No. 417-2 (attached as Exhibit A). It appears that the Court's order was not filed on the

docket.  Thus, the government respectfully requests that the Court file the public order on the docket in advance of the date the government's opposition is due, which is March 22, 2021.

                Respectfully submitted,

                SETH D. DuCHARME
                Acting United States Attorney

By:     /s/
                Michael P. Robotti
                Hiral D. Mehta
                Assistant U.S. Attorneys
                (718) 254-7000