2/2/2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 21 2023 ★

BROOKLYN OFFICE

Corte de distrito del Este de nueba york en Brooklyn onorable Juez Cogan de la manera mas atenta me diryo a usted para manifestarle lo sigiente que de favor me de 30 dias mas ya que el dia 7 de este mes se cumplen los 30 dias que le abia pedido y no tengo la mocion terminada todabia por la razon que me faltan algunos anejos que tengo que agregar y estoy tratando de consegir en la fiscalia gracias

de antemano le agradesca

Name: Joaquin Guzman L

Reg. No.: 89914 053

U.S. Penitentiary Max.

P.O. Box 8500

Florence, CO 81226-8500

23-89914053-0208-mo-007

Onorable Brianna Cogan Juez
del tribunal de distrito de los
Estados unidos tribunal de
distrito del Este de New
225 Cadman Plaza East
Brooktyn N.Y. 11201

DENVER CO 802

11201-183299