**TRANSLATION**

6/7/2023

Honorable Judge Brian M. Cogan,

I write you this letter to inform you, most respectfully, that I was visited today by my lady attorney, Mariel Colon, and she told me that she had spoken with the prosecutor in charge of the Sam Rules. She was told that they would not authorize any additional phone calls to my sister and my girls for the month of May. They would just let me make one phone call to my sister and my 2 girls. You authorized 2 phone calls every 15 days, 2 phone calls per month. The excuse given by the prosecutor was that Guzman had written letters to his close family members and had sent them through a paralegal. This is not so. Guzman wrote 6 letters to his close relatives and his attorney in Mexico. I had them in my cell, hoping that the Judge in Denver, Colorado would rule on the motion that Guzman sent regarding the inhumane conditions to which he has been subjected since January 19, 2017 ; that [he had] been taken to New York. In the motion, Guzman asks the Judge to allow him to write to his close family members, and since up to the present day, Guzman has had no activities, they haven't complied with the rule to which all prisoners have a right ; and Guzman, hopeful that when the Denver Judge gave his decision allowing [him] to write his close relatives, the officers took the letters from my cell. Guzman wasn't in any way at fault because the letters he wrote were in his cell and there was nothing bad about his having written them to close members of his family, in the hopes that the Denver, Co. Judge decide in his favor in order to mail them to his family. The prosecutor told my attorney that I sent the letters to my family with the paralegal, but that wasn't the case. The good thing is that

there are cameras both in the visitor's [room] and my cell, and that is how you can find out the truth. Starting in 2021 [and up to the present date] the paralegal naturally has been sent money because my sister paid the paralegal each week when necessary; [payments for] car rental, air fare tickets, food. For some time, trips were made from Iowa, and it costs over a thousand dollars each visit. The two-day car rental from Denver, Co. ( because the visit was a two-day trip from Iowa ) One day to get [here from] Iowa, then one day to visit with me and then to return to Iowa on the same day of the visit. [I When the prosecutor saw the expenses and the letters which were in my cell, I imagine that she thought that my sister was sending that money in payment to the paralegal for expenses during each visit in order to get the letters sent. But this money can be justified. There's no evidence in prison proving what the prosecutor told my attorney. Please, Your Honor, don't let the prosecutors cancel the right to make a phone call every 15 days 2 times a month which you authorized me to make to my sister and my 2 girls. Also, please [I hope that] the prosecutors who are in charge of the Sam rules authorize calls to my attorney. Ever since I got here, [and it] I will have been here 4 years in July, there have been many difficulties in getting authorization to make phone calls. When I was in the appeals process, there were months in which it was one call a month. Other months, when someone was going to authorize it, [I would get] 2 calls per months, and it has been a year and 5 months that only 11 calls have been permitted. This is discrimination, and it's all because of the P R O motion which I sent the Court of Appeals and the 2255 E motion showing the prosecutors on my case carried out a fraud. They are vengefully keeping me in a cruel and inhumane condition. Not authorizing phone calls to my attorney is discrimination ; [they always use the excuse that] it's because Guzman escaped from prison in Mexico. [This is] a ridiculous claim. In this

prison every inmate can call his attorney whenever the attorney asks to speak with his client. It's a right that every inmate has.

I have a motion [pending] in your Court and am preparing to send another motion to the Court in Denver with regard to conditions, since the Judge made his decision on May 23, 2023, and he said in his ruling that the motion should be corrected. In his decision he said what needed to be done.

Please, Judge, issue an order authorizing them to allow me phone calls with my attorney, my sister and my 2 girls.

I thank you, in advance.

Translated by Certified interpreter, Rosa Olivera, on July 6, 2023.
Reviewed by Certified interpreter, Sean McCarthy on July 6, 2023.

**TRANSLATOR'S NOTE :** The letter as written in Spanish contains many very basic spelling mistakes. The original letter has virtually no punctuation. The punctuation has been supplied in aid of sense. Finally, after some analysis of the context, it was determined that the word written as ayWan or IWan might correspond to the state of "Iowa".