9/7/2023 Onorable Juez Brian M. Cogan

7/9/2023 de la manera mas atenta me dirijo a usted para manifestarle lo siguiente el dia 20 de Junio me visito mi abogada Mariel Colon y me traiq copias Relacionadas a la mocion 2255 y no le permitieron que las entrodugera a la sala de visita para que yo las leyera que porque estaban escritas en Español señor Juez aqui en la Corcel saben que yo no se ingles y los fiscales que estoy al frente de las Reglas Sams y siempre me an traido copias en Español Con Respeto a mi situacion Juridica y le dijeron a mi abogada que depositara aqui en la Corcel lo que me traia en Español que ellos me entregarian los documentos y asta el dia de oy no me los an entregado ase escasos 4 años llegue a este lugar mi abogada me deposito un diccionario y ase al Rededor de 2 años que mi abogada me deposito trascripciones de los testigos del Juicio y asta el dia de oy no me an entregado

RECEIVED JUL 21 2023 PRO SE OFFICE

nada de lo que mi abogada me a depocitado una descriminacion muy grande y una violacion a los derechos humanos y todo es a conciencia y mala fe a mi persona y para todo usan la bandera que porque Guzman se fugo de la pricion en Mexico una salida adsurda para tratar de Justificar sus anomalias señor Juez le pido de favor que ordene a quien corresponda que por favor me entreguen dichos documentos y que permitan a mi abogada que pase con documentos en Español a visita con respecto a mi situacion juridica es un derecho que todo preso tiene y ellos lo saben que estan violando el derecho del preso escribo atrabes de la carcel y tambien a traves de mi abogada por la Razon que estan Reteniendo mi correspondencia y por esa Razon me veo obligado a escribirle a traves de mi abogada tambien gracias de antemano le agradesco

Name Joaquin Guzman L.
Reg. No. 89914-053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

CM. 23-89914053-0710-mo-027

Correo Especial

Onorable Juez Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn N.Y. 11201



11201-183299