Case 1:09-cr-00466-BMC-RLM Document 721-2 Filed 03/06/24 Page 1 of 1 PageID #: 18476
Case 1:09-cr-00466-BMC-RLM Document 635 Filed 07/09/19 Page 110 of 151 PageID #: 12001
Opening - Fels                                                              556

1  available for you.  You are also going to see me occasionally
2  typing on my computer.  I'm following along with the
3  transcript on the computer.  Just because you see me typing
4  don't draw the conclusion that I am doing something that shows
5  we've reached a significant part of the case.  That's not it
6  at all.  If I'm making a note it's probably on a point of law
7  that doesn't concern you.  It may be for another case where I
8  see a similar issue.  Don't be distracted by my note taking go
9  habits.
10             All right. At this point we're going to begin with
11  the government's opening statement.
12             MR. FELS:  Thank you, your Honor.
13             Ladies and gentlemen of the jury, this case is about
14  drugs.  This case is about money.  This case is about
15  violence.  This case is about prisons escapes.  This case is
16  about a vast global narco empire, all culminating in the
17  seizure of billions -- and that's with B -- of dollars of
18  illegal narcotics from 1989 until 2014.
19             And the kingpin who ran the organization, who is
20  responsible for these illegal activities, that man, the
21  defendant, Joaquin Guzman Loera, a man from the mountains of
22  Mexico with street smarts.  He started low down in the
23  organization, referred to as the Sinaloa Cartel or The
24  Federation.  But he sold enough drugs and used instinct and
25  brutality to rise all the way to the top of an organization of