Rosero - cross - Balarezo					2321

1    his own, yes or no?
2    A     Yes.
3    Q     And did you, in fact, tell the Government that?
4    A     Yes.
5    Q     And did you not tell the Government that Chapo worked
6    through Mayo using workers in Chiapas, yes or no?
7    A     Yes.
8    Q     And you did tell the Government that?
9    A     Yes.
10   Q     And, of course, as part of your cooperation you are
11   supposed to be truthful with the Government; right?
12   A     Yes.
13   Q     And as you sit here as a witness, you are under oath.
14   You're supposed to be truthful with the jury; correct?
15   A     Yes.
16   Q     Now, you also, during some of these meetings, discussed
17   with the Government particular areas that other -- that
18   individuals controlled.  Do you remember that part?
19   A     Yes.
20   Q     And particular ports where drugs would come in?
21   A     Yes.
22   Q     And, in fact, do you remember telling the Government
23   during one of those meetings that Mayo Zambada controlled
24   Chiapas?
25   A     Yes.