March 20, 2024

The Honorable Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

cR-09-466
(BMC)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 09 2024 ★

BROOKLYN OFFICE

*rec in one drive 4/10/24

Honorable Brian M. Cogan,

I address you in the most attentive manner. Sorry to bother you again with the request that I have asked you before with regards to my wife, Emma Coronel. I ask that you please authorize her to visit me and to bring my daughters to visit me, since my daughters can only visit me when they are on school break, since they are studying in Mexico.

My wife is in California and she can visit me often, since my other close family members such as my sisters cannot visit me because they do not have a visa to travel to the United States. The only person in my family who can visit me is my wife, of course, if you authorize her to do so.

I also bother you to continue giving me the two 15-minute calls a month that you authorized me (one call every 15 days), since in May of 2023, the facility stopped giving me calls with my daughters. And I haven't had calls with them for seven months. I have asked when they are going to give me a call with my daughters and the staff here told me that the FBI agent who monitors the calls does not answer. That's all they've told me. I ask you to please continue giving me the two calls that you authorized me per month. I don't understand why the prosecutor who is in charge of the SAMs Rules stopped authorizing calls with my daughters. This was after I filed my 2255 pro se motion with the court.

She was surely upset because in the pro se motion, I exposed the inefficiency of the lawyers who did not fight the anomalies of the prosecutors throughout the process. And in response, they have decided to punish me by not letting me talk to my daughters. To this day they have not told me if they will no longer give me calls with my girls. That's why I'm bothering you, since you authorized those two calls a month. That is why I ask for your intervention, since it is unprecedented discrimination against me.

I thank you in advance,

*Joaquin Guzman L.*
Joaquin Guzman Loera

REC'D IN PRO SE OFFICE
APR 9 '24 PM1:49


Case 1:09-cr-00466-BMC-RLM   Document 722   Filed 04/09/24   Page 2 of 3 PageID #: 18730

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK
### Pro Se Office

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy

**Michael Kramer**
Chief Deputy



Theodore Roosevelt Federal Courthouse
225 Cadman Plaza
East Brooklyn, NY 11201
(718) 613-2665

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 09 2024 ★
BROOKLYN OFFICE

Date: 1/17/2024

Dear *Pro Se* Litigant: **Joaquin Guzman L. 89914053**

The enclosed document(s) is/are being returned without docketing or consideration for the following reason(s):

(  ) The docket number and/or Judges' initials are incorrect or missing.

(  ) These papers appear to be intended for another court or agency.

(  ) Your papers do not meet the minimum requirements for:

    ☐ Legibility: please type or print clearly (Blue or Black Ink ONLY)
    ☑ Language: **English** is preferable.
    ☐ Other:

(  ) Pursuant to Rule 5(d)(1) of the Federal rule of Civil Procedure and Local Civil Rule 5.1, discovery materials are not filed with the court except by Court Order.

(  ) Your Notice of Appeal has been processed, and your case is closed in the district court. Your papers should be directed to:

    United States Court of appeals for the Second Circuit
    Thurgood Marshall U.S. Courthouse
    40 Foley Square
    New York, NY 10007

(  ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  ) Your case was closed on _____. Please find enclosed a copy of the Docket Sheet. If you are seeking to file a new action or a motion to reopen or for reconsideration, please request the appropriate form(s) from our office or download from the court's website (www.nyed.uscourts.gov/forms-and-instructions).

(  ) Other:

Sincerely,
Pro Se Office
(718) 613-2665

REC'D IN PRO SE OFFICE
APR 9 '24 PM 1:49

Name: Joaquin Guzman L.
Reg. No. 89914-053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cor 24-011

<span>FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 09 2024 ★
BROOKLYN OFFICE</span>

DENVER CO 802
3 APR 2024 PM 6 L

United States District Court
Eastern District of NY
Prose Office
225 Cadman Plaza East
Brooklyn NY 11201

11201-183299