5/15/2024

Onorable Juez cogan,
Por favor asepte este escrito que le ase llegar
mi abogada de mi parte

Joaquin Guzman L.