UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                      09-CR-466 (BMC)

ISMAEL ZAMBADA GARCIA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Jayce Born from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney Jayce Born
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice, Criminal Division
        145 N Street N.E.
        Washington, D.C., 20530
        Tel: (202) 616-2656
        Fax: (202) 514-6112
        Email: Jayce.Born@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Jayce Born at the email address set forth above.

Dated: Brooklyn, New York
June 30, 2025

Respectfully submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice,
Criminal Division

By: /s/ Jayce Born
Jayce Born
Trial Attorney

cc: Clerk of the Court (BMC)