7/15/2025

SCANNED

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 05 2025 ★

BROOKLYN OFFICE

onorable Juez Brian M. Cogan
de la mofa mas atenta y Respetosamente le escribo
lo sigiente me mando desir el abogado Jose Ysael
Encinosa que ya ya ase 3 semanas que usted
autoriso que el gobierno le permita al abogado Encinosa
que me pueda bisitar y ablar por telefono y
escribirme pero asta el dia de oy no le an autorisado
mi llamada por telefono el abogado me escribio ase
bärias semanas pero asta el dia de oy no me ay
entregado las 2 cartas que me escribio el abogado
Encinosa el abogado tiene al Rededor de 10 meses
tratallando que le autorise el gobierno poder bisitarme
ablar por telefono yo pense que ahora que usted
ordeno que autorisen al abogado Encinosa que me
bisite y que me able por telefono pero asta el dia de
oy al abogado no le an autorisado disculpe que lo
moleste otra bes de nuebo ase al Rededor de un mes
y medio le escribi pidiendolo de fabor le autorisara
al abogado Encinosa su petesion de ordenar al
gobierno que autorisoran al abogado Encinosa me
pudiera bisitar le doy las gracias por ordenar que
le autorisen al abogado que me bisite y me able por
telefono y de nuebo lo molesto que le ordene otra bes
al gobierno que le autorisen al abogado que me bisite y
me able por telefono ya que para mi es bital el abogado
de antemano le agradesco Joaquin Guzman L.