# TRANSLATION

7/15/25

        Honorable Judge Brian M. Cogan, I am writing you in the most amiable and respectful [way possible] [to let you know] the following: attorney Jose Israel Encinosa sent word to me 3 weeks ago, that you had authorized the Government allow Encinosa to visit me, speak with me by phone and write to me. However, his telephone calls haven't been permitted yet; the attorney wrote me a letter several weeks ago, but I haven't received the 2 letters that attorney Encinosa wrote. The attorney has been fighting for 10 months for authorization for visits [and] telephone call(s). I thought that since you had now ordered that attorney Encinosa be permitted to visit me and call me on the phone, but, so far, the attorney hasn't been allowed [to do this]. Forgive me for bothering you again. Once again, about a month and a half ago I wrote asking that you please authorize attorney Encinosa his petition to the Government to have them authorize attorney Encinosa's visit to me.

I thank you for having ordered that the attorney be allowed to visit me and speak with me by phone, and once again I'm bothering you [with the request] that you order the Government to allow attorney visits and telephone calls, since the attorney is vital for me.

Thanking you in advance, Joaquin Guzman L.

Translated by Certified Spanish interpreter, Rosa Olivera on August 6, 2025.

Translator's note: *The original letter contains only the most basic punctuation marks and is riddled with misspellings and grammatical oddities. To make sense of the message, I have supplied the punctuation I felt would be useful and have added words, in brackets. The spelling of the attorney's name is an estimate. My apologies if it is incorrect.*