UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CASE NO: 09-CR-466-BMC

UNITED STATES OF AMERICA,

V.                                        CASE NO.: 09-CR-466-BMC

JOAQUIN ARCHIVALDO GUZMAN LOERA,

JAMES SABATINO,
    NEXT FRIEND,

## MOTION TO WITHDRAW MOTION TO ACCEPT "NEXT FRIEND" STATUS ECF NO.: 775

COMES NOW, JAMES SABATINO and files this motion to withdraw the motion for the court to accept "Next Friend" status and as grounds states the following:

On 11/13/2025 a motion for court to accept notice to the court as "Next Friend" of Defendant Joaquin Archivaldo Guzman Loera.

After the filing of this motion, I became aware that the government reversed its position and provided attorney Ismael Jose Espinosa

-1-

a updated Special Administrative Measures attorney affirmation form allowing my full attorney client communications with Mr. Guzman.

In fact, a legal visit has been scheduled in the very near future.

I want to be clear that this does NOT resolve the issues regarding the retaliatory and illegal actions the government took against Mr. Guzman, attorney Encinosa and myself. However, now that attorney Encinosa is allowed to communicate and visit with Mr. Guzman, he will be able to effectively deal with these issues himself.

Thus, now that attorney Encinosa has full access to Mr. Guzman, there is no longer a need for a "next friend" to present letters to the court. Based on this, I withdraw my motion (DE775) without prejudice.

12/12/25

Submitted,

Jamie Sabatino
Reg # 30906-004
AAX Florence
PO Box 8500
Florence, CO. 81226

cc: Israel Jose Encinosa
Attorney at Law
92300 Overseas Hgy.
Suite 302
Tavernier, FL. 33070
(305) 804-6976
encinosalaw@riogan.com

Name James Sobotino
Reg. No. 30906-004
U.S. Penitentiary Max. ADX
P.O. Box 8500
Florence, CO 81226-8500
cm-25-149

DENVER CO 802
6 JAN 2026 PM 4 L

U.S. District Court
Eastern District of New York
225 Cadman Plaza, E
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 14 2026 ★
BROOKLYN OFFICE

11201-183299