U.S District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201          April 19, 2026

Joaquin Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 9500
U.S. Penitentiary ADMAX
Florence, Co 81226

Mandate Release

Hi, to the District Judge in the Eastern of New York on the behalf of my mandate release of Joaquin Guzman foreign and U.S.A. laws. This is a polite letter of my constitution Policy of Mexico on the authority of getting extradite to the United States laws of Power on giving me a fair treatment in this country. The emerging of the constitution laws in the court of law have the rights to connect and be use for my equal protection on my rights in this mandate release. This is a concern statement to the judge of the law on abiding by my consent on lack of evidence in the federal law. Thanks to the U.S. district judge on responding to my request of fairness of the law. In also am seeking attention of my 1st amendment rights, and the violation of the 5th amendment was Broken.

Joaquin Guzman

Joaquin Guzman
Signature

RECEIVED
APR 17 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
APR 17 26 PM 1:12

Joaquin Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

11 APR 2026 AM 2 L



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 17 2026   ★

BROOKLYN OFFICE

U S M S

U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299