U.S District Court
Easton District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re Trail

April 9, 2026

Joaquin Guzman
54914-053
5880 Hwy South 67
P.O. Box 8500
U.S Penitentiary A DMAX
Florence, Co 81226

Case Appeal

Hi, to the U.S District Court of the law on my rights as Joaquin Guzman on asking for fairness and equal policy on following the rules on the Unseen Act law of America that couldn't be proven. Today, I'm asking for relief on visitation rights of my family and also a extradition clause to be back in mexico on my govenor request of the emerging of Both Parties. This is a polite letter of agrievance of Brian Cogen that abuse the judicial policy on non accurate evidence of not being hardcore on violating the 4th amendment for my freedom, I'm also asking for a Re Trail in the Case Appeal to give me a chance Back at my freedom on this concern letter. thanks to the Judges that recieve this matter to write me back in a polite respond.

Joaquin Guzman

Signature

REC'D IN PRO SE OFFICE
APR 17 '26 PM 1:12

RECEIVED
APR 17 2026
PRO SE OFFICE

Joaquin Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8800
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

11 APR 2026 AM 2 L



UNITED STATES
OF AMERICA
FOREVER/USA

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2026 ★

BROOKLYN OFFICE

USMS

U.S District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299