U.S. District Judge District Court
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Joaquin Guzman
#59914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

Extradition Release                    April 23, 2026

Hi, to the district court of Brooklyn, my name is Joaquin Guzman that are fighting for a extradition release back to Mexico. In today I've wrote several letters on the fairness of my Appeal on the next date to get a equal treatment of the law. This is a polite letter on my violation to the courts on the hardcore evidence that wasn't proven for my case dismiss. I'm asking the District courts of my rights to be request back to my country and seek changes on the violation of my verdict for fairness in the federal law. During, my completion of my Appeal has been met for a new trial, in also the parties of Both country can emerged the policy together on getting me back to my country. Thanks to the U.S. District Judge of Brooklyn of this request

Joaquin Guzman

Joaquin Guzman
Signature

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 01 2026   ★

BROOKLYN OFFICE

RECEIVED
MAY 01 2026
PRO SE OFFICE

RECO IN PRO SE OFFICE
MAY 1 '26 PM 4:48

**From:** Joaquin Guzman
#89914-053 5880 Hwy South 67
P.O. Box 4500 U.S. Penitentiary ADMAX
Florence, Co 81226



JACKSON MS 390
25 APR 2026 AM 3 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 01 2026

BROOKLYN OFFICE

USINS

**To:** The United States District Court
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

# Ready Post.

## Document Mailer

11201-183299