U.S District Judge
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn NY 11201

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 28 2026 ★

Official Documents

Joaquin Guzman
#64914-053
5640 Hwy South 67
P.O. Box 8500
U.s. Pententiary ADMAX
Florence, Co 81226
April 20, 2026

Hi, to the district Judge PROOF OFFICE, this is Joaquin Guzman from another country that are asking for documents of my case, On, these documents of the U.S.A. wasn't proven for my cruel punishment in the District Courts of Brooklyn. I'm also asking for my file of the law on seeing how the jury came back with a wrongful violation of the courts deliberation. The verdict of my trial wasn't fair to my foreign policy on having a chance to dismiss my case on not showing no Hardcore evidence for my release, In also serving over 3 years to my appeal has been met for a new trial on my Onsten Act law of the United States. Thanks to the Judge on accepting my letter request on sending official Documents on charging my verdict.

Joaquin Guzman

Joaquin Guzman
Signature

REC'D IN PRO SE
MAY 4 26 AT 11:28

RECEIVED
MAY 04 2026
PRO SE OFFICE

Joaquin Guzman
#89914-053
5400 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

22 APR 2026 AM 2 L

UNITED STATES
OF AMERICA
FOREVER USA

USMS

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 28 2026 ★

BROOKLYN OFFICE

11201-183299

U.S. District Judge
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11208