The United States Courts
Theodore Roosevelt United States
Courthouse,
225 Cadman Plaza East
Brooklyn, NY 11201

April 21st, 2026

U.S. DISTRICT ... E.D.N.Y.

MAY 04 2026

BROOKLYN OFFICE
Signature Release

Joaquin Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

Hi, my name is Joaquin Guzman from the country of mexico that fights for my protection policy on getting my signature release on the wrongful verdict of the Eastern Courts. I'm writing on my behalf of the Courts law that violated my evidence policy that was not hardcore for my wrongful conviction. The court lasted days of the Judged and the Judicial standpoint on seeking my case to be dismiss when it shows lack of evidence. In also on the extradite to America gave my country no authority to mexico on keeping me house in my own country where I was treated fairly while incarcerated. This is a polite letter to the district courthouse of the federal laws of the 1st amendment to the 5th amendment was violated in the Brooklyn District Courts on my fairness. Thanks to the district court on my next appeal policy to be release on the Unseen Act of America was not prove for my Deliberation.

Joaquin Guzman

Joaquin Guzman
Signature

RECEIVED
MAY 04 2026
PRO SE OFFICE

Joaquin Guzman
# 89914-053
5440 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS  390

28 APR 2026  AM 3  L

FOREVER / USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 0 4 2026  ★

BROOKLYN OFFICE

S W S C

The United States Courts
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299





FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022