UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
   UNITED STATES OF AMERICA,         :
                                       :
                                       :
          -against-                :   **ORDER**
                                       :
                                       :   09-cr-466 (BMC)
   JOAQUIN ARCHEVALDO GUZMAN       :
   LOERA,                           :
                                       :
                Defendant.       :
-------------------------------------------------------- X

**COGAN**, District Judge.

Over the last two weeks, defendant has filed five letters asking for various relief: "Mandate Release" [779]; "Case Appeal requesting re-trial" [780]; "Extradition Release back to Country" [781]; "Requesting documents on how the jury came back with verdict of my trial" [782]; and "Wrongful conviction" [783].

Some of these documents make no sense and none of them have any legal merit. They are all accordingly DENIED.

**SO ORDERED.**

_____
*Brian M. Cogan*
                U.S.D.J.

Dated: Brooklyn, New York
       May 4, 2026