The United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

April 28, 2026

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

MAY 05 2026

BROOKLYN OFFICE

Joaquin Guzman
#89914-053
T.H.V. south 67
P.O. Box 8500
U.S. Penitentary ADMAX
Florence, Co 81226

Courts Dimension

Hi, to the Eastern District of New York, my name
is Joaquin Guzman that are fighting the courts wrongful
dimension on the assuming of Ray Donovan as the
district attorney and Richard Donoghue on getting blame
bout a enterprise was already establish that has nothing
to do with the crimes in America. The mexican government
was responsible for all the violence crimes, I did no
harm to no one. These counts of my conviction on
1 witness to my case I have no idea who
the federal government let testify against me on lack
of evidence for my freedom. I was known in my
country not for bad things, the good things I've
done in mexico was wanting family to eat together
and have a great life. To the Eastern district courts,
I got blame for things that I didn't do all because
of who I am. I am asking the Courts on my
appeal for a retrial and a extradition clause back
to mexico on both country to emerge the laws of
my request in the violation of my foreign rights as
the U.S.A. policy. Thanks to the Courts on accepting
this letter on my fairness to seek another verdict
on the evidence that was not hardcore.

Joaquin Guzman

Joaquin Guzman
Signature

RECEIVED
MAY 06 2026

REC'D IN PRO SE OFFICE
MAY 6 '26 PM 3:01



Joaquin Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

JACKSON MS 390

1 MAY 2026 AM 3 L

UNITED STATES
OF AMERICA
FOREVER/USA

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 05 2026    ★

BROOKLYN OFFICE

The United States District Courts
Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299