Case 1:09-cr-00466-BMC-RLM   Document 787   Filed 05/13/26   Page 1 of 2 PageID #: 19363

U.S. District Judge
Theodore Roosevelt U/S
225 Cadman Plaza East
Brooklyn, NY 11201.

May 7, 2026

Joaquin El Chapo Guzman
5560 Huy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, Co 81226

RECD IN PRO SE OFFICE
MAY 18 '26 AM 11:02

★ MAY 13 2026

Extradition Clause
BROOKLYN OFFICE

Dear, hi to the district Judge Brian Cogan, my name is Joaquin El Chapo Guzman that are requesting my extradition clause to the U.S.A.. I know its another Judge has been over my case due til the passing of Brian Cogan. Today, I'm asking for the 1st stop Act law, the Unseen Act law of my possession of the U.S show no cameras where I've committ any crime to the United States of America people. In also of my country of Mexico I haven't did no harm to my people, the Mexican government harm my people with guns and also killed them in blame me for my rights to be protected of the foreign laws policy. The Key protections include the right to information regarding detention, legal counsel, and communication in the case of my prison sentences. Those limitations and Consideration has a dual Nationality restriction, Renunciation of Protection for my request of this extradition clause to be back in Mexico. Thanks to the Judge on my Appeal case and extradition clause on my prisoner transfer to ensure fair treatment under local laws for my unproven verdict was wrongful and not accurate for my freedom release.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman
Signature

RECEIVED
MAY 13 2026



Joaquin El Chapo Guzman
#89914-053 Case 1:09-cr-00466-BMC-RLM    Document 787    Filed 05/13/26    Page 2 of 2 PageID #: 19364
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

8 MAY 2026   AM 2   L
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 13 2026   ★

BROOKLYN OFFICE

USMS

U.S District Judge
Brian Cogan
Theodore Roosevelt U.S.
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299