U.S. District Judge
Theodore Roosevelt U.S.
225 Cadman Plaza East
Brooklyn, NY 11201

May 8, 2026 FILED

MAY 19 2026

Foreign dimension Policy OFFICE

Joaquin El Chapo Guzman
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

Dear, my name is Joaquin Guzman that are objecting the courts verdict for my wrongful conviction in to seek my foreign dimension Policy. I'm innocent citizen of Mexico that has been violated to the foreign policy authority for my request of the U.S.A. laws. The courts dimension was not use in my trial on the hardcore evidence for the Judicial deliberation on my trial dismiss, This is a polite letter on the misuse policy of the Bill of Rights Act. In also the 1st Step Act can release under the violation. Thanks to the judge on accepting my request of seek freedom.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman
Signature

RECEIVED
MAY 19 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
MAY 19 '26 PM 12:14

Joaquin ElChapo Guzman
#89914-063
5840 Hwy South 67
P.O. Box 8500
U.S. Pententiary Super Max
Florence, Co 81226

Case 1:09-cr-00466-BMC-RLM    Document 788    Filed 05/19/26    Page 2 of 2 PageID #: 19366

11 MAY 2026  AM 3  L

USMS

UNITED STATES OF AMERICA
FOREVER/US

U.S. District Judge Court
Theodore Roosevelt U.S.
225 Cadman Plaza East
Brooklyn, Ny 11201

11201-183299