Case 1:09-cr-00466-BMC-RLM    Document 788-1    Filed 05/19/26    Page 1 of 2 PageID #: 19367

FILED
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 19 2026

BROOKLYN OFFICE

Joaquin Guzman
#94700-069
5880 Hwy South 67
★ P.O. Box 9500
U.S. Penitentiary ADMAX
Florence, Co 91226

Appeal Release

Dear, hi to the governor and the district Judge of Brooklyn, my name is Joaquin Guzman that fights a equal trial and fairness of the laws. This is a letter for both party to emerged the laws together on my Appeal release, and extradite policy of the U.S laws and foreign laws. The jury of my trial was intimidated by the Judicial standpoint on the lack of evidence was not hardcore for my case dismiss. The 1st Step Act law play a role in my case on meeting the criteria to be release of the Violation Act. In also the constitution policy of mexico was violated to the United States authority on my extradite policy for the abuse act for my freedom on getting blame by the mexican government that did all the harsh violence. Thanks to both party of the federal courts to amend my verdict on Judicial abuse, and intimidation of Jury authority.

Joaquin Guzman

_Joaquin Guzman_
signature

REC'D IN PRO SE OFFICE
MAY 19 '26 PM 12:14

RECEIVED
MAY 19 2026
PRO SE OFFICE



Clifford Corleans
#69914
5460 Hwy South b7
P.O. Box 6500
U. S. Penitentiary ADMAX
Florence, CO 87226

JACKSON MS 390
15 MAY 2026  AM 3  L

UNITED OF AME
FOREVER

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 19 2026    ★

BROOKLYN OFFICE

U.S District Judge
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

USPS

11201-180405