U.S. District Court for Eastern District NY
Theodora Roosevelt US Courthouse
925 Cadman Plaza East,
Brooklyn, NY 11201

Joaquin El Chapo Guzman
5500 Hwy South G,
P.O. Box 8500
U.S. Penitentiary supermax
Florence, Co 81226

FILED
IN CLERK OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 19 2026 ★

Filing a motion for extradite release    May 11, 2026

BROOKLYN OFFICE

Dear, my name is Joaquin El Chapo Guzman are asking the Eastern district courthouse for a legal extradite back to my country. To whom it may concern, I haven't escape from no prison in the United States of America on having a risk of my request to be denied of my foreign laws and to the U.S. laws policy. This is a mandate policy of my rights on following my motion for extradite release on being file to the courts for my freedom. The appeal on my retrial has also been requested on my unseen act law of the U.S.A. that was not proven in the court of law on my case being dismiss on lack of hardcore evidence. This is a polite letter of the law on the provision policy of the courts on my Equal rights that has been abuse for my freedom release on lack of evidence on my case. Thanks to the district courts on accepting this letter to seek more privilege as visitation policy for my wife and Twin daughters to come in see me on the inmates equal protection laws policy.

Joaquin El. Chapo Guzman

Joaquin El Chapo Guzman
Signature

RECEIVE

MAY 19 2026

PRO SE OFFIC

REC'D IN PRO SE OFFICE
MAY 19 '26 PM 12:14



Joaquin El Chapo Guzman
#89914-053
5850 Hwy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, CO 81226

13 MAY 2026 AM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

USMS

U.S. District Court for Eastern district NY
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 19 2026    ★

BROOKLYN OFFICE

11201-183299