Case 1:09-cr-00466-BMC-RLM    Document 788-3    Filed 05/19/26    Page 1 of 2 PageID #: 19371

U.S. District Judge
Theodore Roosevelt U.S
225 Cadman Plaza East
Brooklyn, NY 11201

May 12F 2020

U.S. DISTRICT
MAY 19 2026
Signature Extradite OFFICE

Joaquin El Chapo Guzman
89914-083
5680 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

Dear, my name is Joaquin El Chapo Guzman thats fights a two party process of mexico and the United States of America. This is my defenses to the law on challenge the decision for my extradite order from both party. The law on my behalf are getting abuse to my foreign policy on charging me for both country is not the way law goes in the federal courts. I'm seeking this polite letter to whom it may coresin as the secretary of state, Judges, governor of brooklyn on my request on the Unseen Act law of the United States of America. In also the Bill of Rights has to be in my sentence order for my fairness and equal rights for this signature extradite on violating the lack of evidence policy in the federal courts. Thanks to the courts on accepting this letter for my rights.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman
Signature

REC'D IN PRO SE OFFICE
MAY 19 '26 PM 12:14

RECEIVED
MAY 19 2026
PRO SE OFFICE



Joaquin Archivo Guzman
#89914-083
6880 Huy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

JACKSON MS  390
13 MAY 2026 AM3  L

UNITED STATES
OF AMERICA
FOREVER/USA

USMS

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAY 19 2026    ★

BROOKLYN OFFICE

11201-183299

U.S. District Judge District Court
Theodore Roosevelt United States
225 Cadman Plaza East
Brooklyn, NY 11201