May 15, 2024

United States District Court of Brooklyn
Theodore Roosevelt Courthouse U.S.
225 Cadman Plaza East
Brooklyn, NY 11201

Joaquin El Chapo Gozman
#89940-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

## Statue of limitation

Hi, to the district Judge, my name is Joaquin El Chapo Guzman that fights a statue of limitation for my appeal and also extradite release back to my country. Since 2019 I've been incarcerated and I've also met the standards on a retrial of the federal policy. The limitation on my extradite release is my foreign policy to the federal courts on being heard in the U.S.A. In the Judicial of the Judge that accept this letter am asking for a respond back to the Florence, Co 81226 5880 Hwy South 67, P.O. Box 8500, U.S. Penitentiary Supermax of the law on amending my sentence order. The statue of limitation are violating my Bills of Rights because am from another country, those laws applied to me from my 1st day of extradite to the U.S.A. Thanks to the Judicial of Brooklyn on writing me back and Filing my letter to the Courts on following the Constitution of my inmates Policy.

Joaquin El Chapo Gozman

Joaquin El Chapo Gozman
Signature

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

MAY 26 2026

BROOKLYN OFFICE

RECEIVED
MAY 26 2026

REC'D IN PRO SE OFFICE
MAY 26 '26 PM 12:27



Joaquin El Chapo Guzman
#89214-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary
Florence, CO 81226

18 MAY 2026 AM 3 L

FOREVER/USA
UNITED STATES OF AMERICA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAY 26 2026  ★
BROOKLYN OFFICE

USSW

U.S district Judge of Brooklyn
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299