U.S District Eastern Court         May 19, 2026            Joaquin El Chopo Guzman
Theodore Roosevelt Courthouse                             # 59914-053
225 Caelman Plaza East                                    5880 Hwy South 67
Brooklyn, NY 11201                                        P.O. Box 46500
                                                          U.S. Penitentiary ADMAX
                    Extradition Policy for Release        Florence, Co 81226

Dear, hi my name is Joaquin El Chopo Guzman, in am writing to the district courts on my extradition clause to be back in mexico of the law. In the district courts of my verdict, I've have follow the procadure on meeting the criteria for my extradition Policy for my release. The foreign Policy has constitution laws that are met for my rights on emerging the request of both Party that am asking of the laws Policy. This is a sincere letter to my release on asking the Judges to take my concern statement very serious when my health care involved to seek a different approach of the law. The present of the crimes that has accuse me of in the U.S.A. has no hardcore evidence that I've did any harm to the American people was not shown in my Trial on asking for a appeal and also a extradito transfer of the law, Thanks to the Courts on accepting this letter to amend my injustice on being free of the law.

                    Joaquin El Chopo Guzman

F I L E D
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 27 2026
BROOKLYN OFFICE

                    Joaquin El Chopo Guzman
                         Signature

RECEIVED
MAY 27 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
MAY 27 26 AM 10:58



Joaquin El Chapo Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

0800 2891810211
JACKSON MS  390
22 MAY 2026 AM2  L

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
MAY 27 2026
BROOKLYN OFFICE

U.S. District Eastern Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299