U.S. District Judge     May 18, 2026

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 27 2026   ★

BROOKLYN OFFICE

Joaquin Guzman
#99914-053
5550 Hwy South 67
P.O. Box 8500
U.S. Penitentiary Admax
Florence, CO 81226

Home confinement of foreign inmates release

Dear, hi to the u.s. district Judge of Brooklyn, my name is Joaquin El Chapo Guzman that are writing on my foreign Home Confinement Policy. Foreign nationals may serve the remainder of my sentence in my home country of the U.S.A. laws policy. The Department of Justice of my International Prisoner transfer is a law that occur in the U.S. Policy. 1st Step Act law, Unseen Act law is a subject to my sentence order of the BOP inmate information portal of the Federal court Policy on my release. This is my inmate consent on the sentencing country (U.S.) and receiving all approve transfer and equal rights as the U.S. prisoner on my incarceration protection policy for my lack of hardcore evidence. Thanks to the district Judge of the law on writing me back and filing this in my next appeal court date of my extradition clause.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman

RECEIVED
MAY 27 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
MAY 27 '26 AM 10:58

Joaquin El Chapo Guzman
#89914-053
5660 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81224

JACKSON MS 390

20 MAY 2026AM 2 L



UNITED STATES
OF AMERICA

FOREVER/USA

USPS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 27 2026

BROOKLYN OFFICE

U.S. District Judge
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299