FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 0 2 2026 ★

RECEIVED
JUN 0 2 2026
PRO SE OFFICE
REC'D IN PRO SE OFFICE
JUN 2 '26 AM 11:57

U.S. District Eastern Court May 22, 2026
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Foreign Policy Release

Joaquín El Chapo Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary, ADMAX
Florence, CO 91226

Dear, hi my name is Joaquín El Chapo Guzman that fights this foreign Policy of my extradition clause back to mexico. The dimension policy of my foreign laws was violated in the courts on lack of evidence that was not accurate for my verdict of the Jury deliberation. He say, she say is not hardcore evidence when you are not around me all day or talk to me on no situation for my release to the U.S.A. laws. The emerging in the Eastern district of the federal law was broken because it wasn't fair to my wife and daughter on watching how I got treated under the Constitution of laws violation for my equal Rights. This is a polite letter to the Judge on accepting and filing it to my next appeal court date and writing me back with a fair respond on the Bill of Rights. Thanks on giving me some relief to my foreign Policy on releasing me back to mexico and visitation for my wife and daughters.

Joaquín El Chapo Guzman

Joaquín El Chapo Guzman
Signature

~053
cy South67
8500

U.S Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

27 MAY 2026 AM 2 L



UNITED STATES OF AMERICA

FOREVER/USA

SWSN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 02 2026 ★

BROOKLYN OFFICE

U.S. District Eastern Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299