U.S. District Eastern Court
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

May 27, 2026

JUN 0 5 2026

BROOKLYN OFFICE

Joaquin El Chapo Guzman
#49414-053
5890 Hwy south 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, CO 81226

Constitution of Mexico on U.S.A. laws

Dear, hi to Both parties of my foreign policy laws that deal with the emerging of Mexico laws and U.S.A. laws for my Constitution release. My name is Joaquin El Chapo Guzman, in I have the rights of the U.S Constitution laws of the American Act in the district Eastern courts for my rights on being treated equal. This is a polite letter for the Judicial Judge on emerging my Mexico laws of the Constitution for a extradite criteria of serving my time for my sentence order. In the 5th amendment of my cruel punishment was a violation to the federal law for my rights on the Constitution of Mexico laws in U.S.A. laws for a fair case. The dimension of the Eastern Court has violated my foreign policy in both parties of the Constitution of Mexico and U.S.A. laws for my inmate fairness justice before the jury verdict. Thanks to the district Eastern Court Judge on seeking another approach with Constitution of Mexico U.S.A. laws for my freedom of the possession Act policy.

Joaquin El Chapo Guzman

JUN 13 2026

PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 13 '26 PM 1:26

Joaquin El Chapo Guzman.
signature

Joaquin El Chapo Guzman
# 89914-053
5860 Hwy South 67
P.O. Box 9500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS  390

29 MAY 2026  AM 3  L

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 0 3 2026   ★

BROOKLYN OFFICE





U.S. District Eastern Court of NewYork
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-168298