**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2026 ★

Joaquin El Chapo Guzman
#89914-053
5980 Hwy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, Co 81226

Foreign Policy + U.S.A Policy          June 4, 2026

Hi, my name is Joaquin El Chapo Loera Guzman that has the right of my foreign policy and the U.S.A. Policy on being emerged an use for my rights in the federal courts. Today, am writing this letter to the Eastern district courts on the violation that has occur on the Jury intimidation of the Judicial standpoints on giving me a guilty verdict on the unseen Act law. In am also asking the Judge Brian Cogan to give me another chance on showing the people that my conviction of 2019 has change my whole life on the behalf of my loving twin daughters and Wife that need me in there present. The foreign policy and the U.S.A policy wasn't use in my trial on following the constitution of powers. for my court attention. Emerging these laws together is my citizen rights of the Eastern district courts once I was extradited to the U.S. for my freedom and slander of the Mexican government violence. Thanks to the U.S. district Judge on filing my letter of my case with my lawyer and writing me back in translate letters.

REC'D IN PRO SE OFFICE
JUN 10 '26 AM 11:41

Joaquin El Chapo Guzman



Signature

RECEIVED
JUN 10 2026
PRO SE OFFICE

Joaquin El Chapo Guzman
#89914-053
5880 Hwy South 67
P.O. Box 4600
U.S. Penitentiary ADMAX
Florence, CO 81226



JACKSON MS 390

5 JUN 2026   AM 2   L



FOREVER·USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 10 2026   ★

BROOKLYN OFFICE

U.S. District Eastern Courthouse
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299