U.S. Eastern District Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

June 2, 2026
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2026 ★

Joaquin El Chapo Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Colorado 81026

Fairness BROOKLYN POLICE

Dear, hi to the governor of Brooklyn and the District Judge Court on the emerging of my Court Appeal as Joaquin El Chapo Guzman for my fairness and extradite policy of being denied before my Court appearance is a judicial violation of my Rights. I have a lawyer and my letter is to help my lawyer, I will not be in court by myself on the language of speaking English in the U.S.A.. The President of Mexico is Claudia Sheinbaum Pardo and The location is Palacio Nacional, Plaza de la Constitucion S/N Colonia Centro, Alcaldia Cuahtemoc, C.P.06066, Ciudad de Mexico, Mexico - on reaching out on my foreign policy to be back in Mexico. In also my constitution of the courts is my legislation Act on fairness that suppose to protect my equal inmates injustice of the facility in giving me and my family privilege to visit me on the lack of evidence for my trial. The unproven violence was wrongful towards my sentence order when the mexican government did all the killing and I got blame on trying to protect my life and family in Mexico. Thanks to Brian Cogan and the U.S. Eastern district court on taking my health in consideration of the Brooklyn policy that has a law to amend my freedom on the next Appeal Court Date.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman
Signature

RECEIVED
JUN 10 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 10 '26 PM 3:23

Joaquin El Chapo Guzman
#89914-053
6880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

JACKSON MS 390

5 JUN 2026 AM 2 L



UNITED STATES
OF AMERICA

FOREVER/USA

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2026 ★

BROOKLYN OFFICE

U.S Eastern District Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299