F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 16 2026

BROOKLYN OFFICE

Joaquin El Chapo Loera Guzman
#89914-0059
5440 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

## Health release Policy of Brooklyn Courts

Dear, hi to the district court of Brooklyn, I'm writing a letter to the Judges for my injustice and Justice violation for my miss trial, Joaquin El Chapo Loera Guzman come to both official of authority on taking my letter in consideration for my health situation in the ADMAX Prison Policy for my privilege of my family visitation Policy to see me of the law. In also On the letters that are being received to the courts is my legal petition of Aubrey Gidron in Greenwood MS 38930 is his rights and the connection with my lawyer on fighting for my freedom in the U.S.A. Emma Coronel and my twin daughters are being violated to the Supermax ADMAX prison at Florence, Co 81226 on the same equal inmates protection Policy for the rights and rules that apply in the facility for visitation laws. In also the Bills of rights for my foreign policy of the constitution was violated, because brooklyn has a health release policy that can amend my verdict of the law on lack of evidence. Thanks to the district courts on filing this letter of my next appeal of following the petition laws and the health Policy for my release of the Brooklyn Policy.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
signature

RECEIVED
JUN 16 2026
PRO SE OFFICE

RECD IN PRO SE OFFICE
JUN 16 '26 PM 12:25



Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence CO 41026

JACKSON MS 390
10 JUN 2026   AM 2   L



BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 16 2026

U.S. District Eastern Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299