Joaquin El Chapo Loera Guzman
5450 Hwy 50th 69
P.O. Box 6500
U.S. Penitentiary ADMAX
Florencia Co 81226

<u>Filing Official Documents for my freedom</u>

Dear, hi to the U.S. Eastern District courts and the governor of Brooklyn on asking for my official documents to be file for my freedom. I'm writing a concern letter of my personal documents for my freedom on the Unseen possession to the U.S.A. was not identified for my freedom. In also I have the rights to ask for my personal reason on lack of evidence in the federal court policy wasn't fair to my family for my cruel punishment. The Unproven Policy of my trial wasn't accurate for the verdict that I receive in the Judicial standpoint of abiding by their law. The intimidation Act was wrongful towards the Jury on the forceful communication of the federal courts for my freedom. Thanks to both parties of the law on getting my official Documents of fakement statement to my trial for my freedom of constitution.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

RECEIVED
JUN 16 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16 2026 ★
BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
JUN 16 '26 PM 12:25

Joaquin ElChapo (Guzman)
# 499914
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81246

JACKSON MS  390

11 JUN 2026  AM 2  L

Freedom
250
UNITED STATES
OF AMERICA
FOREVER/USA

BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 16 2026

The United States District Court Eastern District
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299