FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2026 ★

BROOKLYN OFFICE

Joaquin El Chapo Loera Guzman
#49914-053
5880 Hwy South 67
P.O Box 8500
U.S Penitentiary ADMAX
Florence, Co 81226

June 12, 2026

Dear, hi to the U.S. District Eastern Judge,
my name is Joaquin El Chapo Loera Guzman on my
U.S citizenship policy. In the United States of
America I have face alot on dealing with
the laws that was broken to my name, This
is a concern letter on asking the Judge
to use the Constitution of Powers to my next
Court appeal Case. In also the Bill of Rights
for the federal Court violation on lack of
evidence of my sentence order was a Judicial
wrongful verdict of my trial. The request on the extradition
policy is a right of the law on asking for in
the District Courts for my removal. Thanks to the
Judge on following the laws in taking my request
serious to be back in Mexico for my freedom.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman

JUN 18 2026

RECEIVED

REC'D IN PRO SE OFFICE
JUN 18 '26 AM 9:13

Joaquin El Chapo Loera Guzman
A89914-053
55460 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★     JUN 18 2026     ★

BROOKLYN OFFICE

UNITED STATES
OF AMERICA

FOREVER/USA

U S M S

Brooklyn Eastern District of New York
Theodore Roosevelt U.S Court house
225 Cadman Plaza East
Brooklyn, New York 11201

11201$1832 C030