FILED
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2026 ★
BROOKLYN OFFICE

May 26 2026

Joaquin El Chapo Guzman
# 89914-053
5850 Hwy South 67
P.O. Box 8500
U. S. Penitentary ADMAX
Florence, Co 81226

Mandate Mandatory Release

Dear, hi to the district Judge of Brooklyn, my name is Joaquin El Chapo Guzman that are fighting a injustice Act for my foreign Mandate Policy. There are several distinct frameworks for understanding my foreign policy mandate regarding my release on equal rights and fairness Policy. This is a letter that has been governed by bilateral and multilateral treaties of my mexican governor as her request Claudia Sheinbaum. The Immigration Nationality Act is a enforcement law for my release on the Unseen Act Policy of no proof in the U.S.A. policy for my freedom. In also the Department of Justice have been getting letter of A U.S. Petition of my behalf to amend my verdict of the violation that I've face in this ADMAX facility policy. Thanks to the U.S District Judge of Brooklyn on writing me back and filing my letter to my sentence order on my next court Appeal Policy.

Joaquin El Chapo Guzman

Joaquin El Chapo Guzman
Signature

RECEIVED
JUN 18 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 18 26 AM 9:13

Joaquín El Chapo Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81224

JACKSON MS 390

27 MAY 2026 AM 3 L

UNITED STATES
OF AMERICA
FOREVER USA

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 18 2026  ★

BROOKLYN OFFICE

U.S.M.S

U.S District Court - EDNY
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299