FILED
IN CLERK'S OFFICE June 14, 2024
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 23 2026 ★

BROOKLYN OFFICE

Joaquin El Chapo Loera Guzman
17-49914-053
5880 Hwy South 67
P.O.Box 8500
U.s. Penitentiary ADMAX
Florence, Co 81226

Extradition Clause

Dear, hi to the distrid Eastern Judge of Brooklyn. on the (U.S. Constitution. Art IV E 2, cl. 2) that dictates Mr. Guzman release. This is a law of any inmate who flees across the state line, in Mr. Guzman has not violate this act for his President of Mexico request. The federal courts have power in the Judicial Policies on accepting Mr. Guzman foreign Policy rules to the U.S.A. Act law for his fair treatment. This is a international compact Policy for rights to the U.S. Department of Justice that has the authority on not committing any type of escaping from the U.S.A. is violating my request Policy, Claudia Sheinbaum has a safe Place for my incarceration on dealing with my health, because the U.S.A. is treating me unequally to the facility on the privilege of the law. Thanks to the Eastern Judge of Brooklyn of writing me back to seek another court appearance of my new retrial.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

RECEIVED
JUN 23 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 23 '26 AM 11:12



Joaquin El Chapo Loera Guzman
#89914-053
5640 Hwy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

17 JUN 2026 AM 2 L

Freedom
250
UNITED STATES
OF AMERICA
FOREVER/USA

USPS

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 23 2026  ★

BROOKLYN OFFICE

United States District Judge
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299