U. S District Eastern Court
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2026
BROOKLYN OFFICE

Joaquin El Chapo Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8500
U.S Penitentiary ADMAX
Florence, CO 81226

Citizenship Acceptance

Dear, hi to the U.S District Eastern Court on my citizenship Policy as Joaquin El Chapo Loera Guzman release. During the letters that have been sent are making alot of sense when am asking for my extradition Policy and my retrial of the law for my acceptance Policy. I'm writing a Polite letter to the Judicial Policy on following the law for my fairness that was violated to the federal courts Policy. The Intimidation Policy of the Jury was use on my conviction to my deliberation is a illegal dimension to get a guilty verdict of the federal laws. In also my citizenship of Mexico was violated to the U.S.A. Bill of Rights that was overlook in my trial on the lack of evidence for my freedom. Thanks to the Judge Brian Cogan on writing me back of following your Judicial laws on the federal Policy for my equal Rights.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
signature

REC'D IN PRO SE OFFICE
JUN 30 '26 PM 4:40

RECEIVED
JUN 30 2026

Joaquin ElChapo Guzman Loera
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

Freedom
★250★

UNITED STATES
OF AMERICA

FOREVER/USA

25 JUN 2026 AM 2 L

USDC

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2026 ★

BROOKLYN OFFICE

U.S. Eastern District Courts
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-189899