RECEIVED
JUL 15 2026
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 15 2026    ★

BROOKLYN OFFICE

Motion to Vacate

Dear, hi to the federal criminal case in Eastern District of New York, (under 28 U.S.C. §2255) for a a motion for a new trial. This is a petition letter that am presenting on compelling newly discovered evidence on proving my unseen present to the constitutional or procedural error accurred. The topic to reopen my case are filing the Motion, Strict Time Limits, Successive Petitions, and Foreign International Cases that has been involve extradition jurisdiction from another country on seeking a different approach of my verdict on giving back 30 years and a life sentence for my wrongful deliberation. The grounds of the ineffective assistance of counsel in the Judicial Policy has to give me a fair chance of the law on the petition to Motion to Vacate my federal case. I'm asking for a motion to vacate Judgement to nullify or overturn a prior ruling on excusable mistake of my case. Thanks to the Judge on my petition letter on being presented to my lawyer and file on the reopen of my case on following the Bill of Rights Policy for my case dismissed on hardcore evidence.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

REC'D IN PRO SE OFFICE
JUL 15 '26 AM 11:17

Joaquin El Chapo Loora Gorman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florenco, Co 81226

JACKSON MS  390

8 JUL 2026  AM 2  L

Freedom
250

FOREVER/USA

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 15 2026    ★

BROOKLYN OFFICE



Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-189899