U.S Courts-Eastern District of NewYork
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201            Writ of harbees corpus

Joaquin El Chapo Loera Guzman
#99914-053
5880 Hwy South 67
P.O.Box 8500
Penitentary ADMAX
Florence, co 81226

F I L E D
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★   JUL 17 2026   ★

BROOKLYN OFFICE

## Injustice Policy

Dear, hi to the district courts under United States law, foreign inmates have the same baseline constitutional rights as domestic prisoners. Today, by me as El Chapo Guzman being extradited to the U.S. on my constitutional Protection the freedom of religion and speech, in also protection against cruel unusual punishment to the courts and facility administration laws. The access to my personal counsel to legal representation to translators On aid in their defense, on my appeal process to reopen my case. In also under the Consular Notification foreign inmates have the right to notify their home country as Mexico where my Mom live as a embassy of my U.S.A. imprisonment. The transfer to home country through the International Prisoner Transfer Program is administered by the U.S. Department of Justice. It's Illegal to the Judicial misconduct Policy on accepting my request on being block is a violation to my freedom on the U.S. and foreign government treaty relation on my rights to nowly guidance that wasn't mention on my unseen not law. Thanks to the Judge on writing me back with a U.S.C code accepting as not a conflict of interest that Rule federal Procedure 28 U.S.C. has to follow their grounds to accept my petition in the Brooklyn Courts.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

RECEIVED
JUL 17 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 17 '26 PM 12:00



Joaquin El Chapo Loera Guzman
#89914-063
54850 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390

13 JUL 2026   AM 2   L

Freedom
★250★
UNITED STATES
OF AMERICA
FOREVER/USA

U.S.M.S

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 17 2026   ★

BROOKLYN OFFICE

U.S. Courts Eastern district of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-189899