U.S Brooklyn, Eastern District of New York
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East        July 14, 2026
Brooklyn, New York 11201

Joaquin El Chapo Loera Guzman
#89914-063
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

Separation of Powers

Dear, hi to the district Courts of the Eastern in Brooklyn
on my behalf as Joaquin El Chapo Loera Guzman individual
rights Policy. The U.S. Constitution establishes a system of
federalism, distributing authority across three co-equal branches
(Executive, Legislative, Judicial) dividing it between the federal
and state governments. It also hold absolute control while
protecting individual rights to entity. The vested with the
Power to interpret laws and the constitution itself determine
whether federal actions align with the constitution in the federal
courts. This is a concern letter to my Blocking Policy of
the Judicial Policy of fairness to my accepting on case
being reopen for my Appeal retrial to the laws been follow.
Thanks to the Judicial Policy to the Separation of Powers
on my case of being reopen to the foreign laws
on my extradition to the U.S.A. legal laws.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
signature

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 22 2026   ★

BROOKLYN OFFICE

RECEIVED
JUL 22 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 22 '26 AM 11:18

Joaquin ElChapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence CO 81226

JACKSON MS 390

15 JUL 2026 AM 3 L

Freedom
250

UNITED STATES
OF AMERICA
FOREVER/USA

U S M S

BROOKLYN OFFICE

U.S. DISTRICT COURT E.D.N.Y.

FILED
IN CLERK'S OFFICE

JUL 22 2026

★

U.S. Brooklyn Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

11201-183299