F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 2 2026 ★

BROOKLYN OFFICE

Joaquin El Chapo Loera Guzman
#89914-053
5950 Hey South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, CO 81226

**Justice Policy**

Dear, hi to the Eastern district Court Policy on the behalf of Joaquin El Chapo Loera Guzman Justice for my freedom. Today, am writing a concern letter to the Judicial Judges on the reopen of my case on the Justice Policy for my freedom. The assumption of the federal courts is not accurate for my conviction that has violated my 1st amendment in the court of law. The witness that got on the stand has to have hardcore evidence on presenting their statements to my freedom on being held to the Jury. In the Intimidation of the Justice Policy can't be use towards the Jury when a deliberation is in the process on their own possession to the Judicial law for my fairness and citizenship rights. Thanks to the Judicial of Brooklyn on Accepting my letter and the Blocking Policy of the Judges to follow their laws.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
signature

REC'D IN PRO SE OFFICE
JUL 22 '26 AM 11:15



RECEIVED
JUL 2 2 2026
PRO SE OFFICE

Joaquin ElChapoLoera Guzman
#89914-053
5880 Hwy Sath 67
P.O Box 8500
U. S Penitentiary/ ADMAX
Florence, CO 81226

JACKSON MS 390

18 JUL 2026   AM 3  L

Freedom
250

USMS

UNITED STATES
OF AMERICA
EVER/USA



U.S. Eastern District of New York
Theodore Roosvelt Courthouse
225 Cadman Plaza East
Brooklyn NY 11201

11201-183299