U.S. Eastern District Courthouse
Theodore Roosevelt U.S
225 Cadman Plaza East
Brooklyn, NY 11201

Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

## Inmate Policy Laws

Dear, hi to the courts of Brooklyn on the behalf of me as Joaquin El Chapo Loera Guzmans Inmate Policy laws. Doe, til the Earned time that has been served for my appeal has been to the goalification Policy to reopen my case. The Judicial Policy to my sentence order has to be treated equal in the district Court Room. The Constitutional laws, Foreign laws, and the U.S.A. laws has dimension an orders on the correction to my sentence on the occering with no hardcore evidence for my freedom. The safety to the extradition request on going back to mexico is in my Inmate Policy of the foreign authority as my Mexican government. Thanks to the Blocking to be remove and reopen my case due til the Constitutional of Powers of the Federal laws to be abide by.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 22 2026

BROOKLYN OFFICE

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

R E C E I V E D
JUL 2 2 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 22 '26 AM11:19



Joaquin L. Chapa Leta Guzman
#89914-053
5880 Hwy South 67
P.O Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390
17 JUL 2026 AM 3 L

Freedom
250

UNITED STATES
OF AMERICA
FOREVER/USA

BROOKLYN OFFICE

★ FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

JUL 22 2026

U.S Eastern District Courthouse
Theodore Roosevelt U.S.
225 Cadman Plaza East
Brooklyn, NY 11201