U.S. District Court Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Joaquin El Chapo Loera Guzman
# 89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

10-13-2026

Motion for Denial to Relief from Judgment

Dear, hi to the federal Judge Brian Cogan or to whom it may concern of my case reopen as Joaquin El Chapo Loera Guzman constitutional rights in the U.S.A.. The Conviction of 2019 I was found guilty on 10 counts of Drug trafficking, money laundering, and conspiracy to commit murder was false evidence to the Brooklyn courts that wasn't fair and hardcore on proven evidence for my case relief to the Jury. The Appeal, dismissal to my official document in the court of law that was testified to my conviction was wrongful towards the U.S.A. laws to hold me incarcerated on something that the official assume I did on my Judgment of my trial for a equal relief case. This is a concern letter of my wife from mexico Emma Coronel Aispuro, daughters Emaly Guadalupe and Maria Joaquina, in my oldest as Alejandrina Gisselle Guzman Rosa Isela Guzman on having the rights to seek visitation on how cam living of the U.S.A. laws. In the request of my daughter and wife on the extradition clause is legal to the government on being blame for the violence as the Mexican government conspiracy, laundering on my acception to the federal Judge Policy on newly evidence for a retrial.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

RECEIVED
OCT 20 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 21 '26 AM9:57

Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 4500
U.S. Penitentiary ADMAX
Florence, Co 81226

JACKSON MS 390
14 OCT 2026 AM 3 L

1776 ★ 2026
USA FOREVER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 20 2026 ★
BROOKLYN OFFICE

SWSC

U.S. District Court Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201$1832 C030